UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF PEACE, *et al.*,

    Plaintiffs,

    v.

KENNETH JACKSON, *et al.*,

    Defendants.

Case No. _____

**PLAINTIFFS' EMERGENCY MOTION FOR AN IMMEDIATE
ADMINISTRATIVE STAY AND FOR A TEMPORARY RESTRAINING ORDER**

Under Local Civil Rule 65.1(a), Plaintiffs, the United States Institute of Peace (the "Institute") and the lawful members of the Institute's Board of Directors, Ambassador John J. Sullivan, Judy Ansley, Joseph L. Falk, Kerry Kennedy, and Mary Swig, hereby move for a temporary restraining order **and immediate administrative stay**, for the reasons explained below, seeking the following relief:

    1.    An order immediately enjoining Defendants, or any other person acting in concert with Defendants, from:

        a.    Committing further trespass against the real and personal property belonging to the Institute and its employees, contractors, agents, and other representatives;

        b.    Maintaining, retaining, gaining, or exercising any access or control over the Institute's offices, facilities, computer systems, accounts, or any other records, files, or

resources, and from acting or purporting to act in the name of the Institute, and from using the Institute's name, emblem, badge, seal and any other mark of recognition of the Institute until the Court has an opportunity to fully consider and decide upon the issues raised in this Complaint.

2. An order declaring that:

    a.    Defendants' purported removal of (i) the members of the Board of Directors of the United States Institute of Peace ("the Institute" or "USIP") who were duly appointed under 22 U.S.C. § 4605(b)(4), and (ii) the President of the Institute, are unlawful, null, and void, and without legal effect;

    b.    The Institute's Board members duly appointed under 22 U.S.C. § 4605(b)(4) and the Institute's President may not be removed or in any way be treated as having been removed, or otherwise be obstructed from their ability to carry out their respective duties, absent express permission from the Court upon a finding that the action to remove them complies with the United States Institute of Peace Act, Pub. L. No. 98-525, tit. XVII, § 1701, 98 Stat. 2492, 2649 (1984), 22 U.S.C. § 4601-4611, as amended ("USIP Act");

As set forth in detail in the accompanying brief, the purported termination of the members of the Institute's Board of Directors violates the United States Institute of Peace Act, and the purported removal of Institute President George Moose and appointment of Kenneth Jackson as the president of the Institute was *ultra vires*. Plaintiffs will suffer irreparable injury if Defendant Kenneth Jackson holds himself out as the President of the Institute and Defendants gain access or control over the Institute's operations.

A temporary restraining order is necessary to prevent these irreparable injuries to the Institute, an independent non-profit organization, and its duly appointed Board members. Under Local Civil Rule 65.1(a), at 6:11 p.m. on March 18, 2025, counsel for the Plaintiffs emailed the three Directors of the Federal Programs Branch of the Department of Justice (the "Directors") to provide actual notice that Plaintiffs were filing a complaint and motion for temporary restraining order/preliminary injunction in this action, and to request that Defendants agree not to take action inconsistent with the requested relief. The Directors have advised that Defendants oppose the requested relief. Counsel for Plaintiffs has provided the Directors with electronic copies of the complaint, motion for temporary restraining order/preliminary injunction, and accompanying brief, declarations, and proposed order via e-mail before completing this electronic filing.

Pursuant to Local Civil Rule 65.1(b), Plaintiffs' counsel advised the Clerk of Court that they would be filing the instant motion. Since that notification, circumstances have evolved such that emergency relief is necessary to prevent irreparable harm to Plaintiffs tonight. Exhibit A to the Memorandum in Support of this motion describes why such immediate emergency relief is necessary.

       Respectfully submitted,

*/s/ George Foote*
George Foote (D.C. Bar No. 202812)
Whitney M. Rolig (D.C. Bar No. 187305)
Sophia J.C. Lin (D.C. Bar No. 1632379)
**PICARD KENTZ & ROWE LLP**
1155 Connecticut Avenue, N.W.,
Suite 700
Washington, D.C. 20036
Tel: (202) 331-4040

*/s/ Andrew N. Goldfarb*
Andrew N. Goldfarb (D.C. Bar No. 455751)
J. Benjamin Jernigan (D.C. Bar No. 9000865)
Alyssa Howard Card (D.C. Bar No. 1708226)
**ZUCKERMAN SPAEDER LLP**
2100 L Street N.W.,
Suite 400
Washington, D.C. 20037
Tel: (202) 778-1800

*Counsel to Plaintiffs*

Dated: March 18, 2025