AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| U.S. Institute of Peace, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Jackson, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs U.S. Institute of Peace, John J. Sullivan, Judy Ansley, Joseph L. Falk, Kerry Kennedy, Mary Swig    .

Date:   03/18/2025

/s/ Andrew N. Goldfarb
*Attorney's signature*

Andrew N. Goldfarb (D.C. Bar No. 455751)
*Printed name and bar number*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037

*Address*

agoldfarb@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*