AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. Institute of Peace, et al. )
*Plaintiff* )
v. ) Case No.
Jackson, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs U.S. Institute of Peace, John J. Sullivan, Judy Ansley, Joseph L. Falk, Kerry Kennedy, Mary Swig    .

Date:    03/18/2025

/s/ Alyssa Howard Card
*Attorney's signature*

Alyssa Howard Card (D.C. Bar No. 1708226)
*Printed name and bar number*
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037

*Address*

acard@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*