UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>KENNETH JACKSON, et al.<br><br>      Defendants. | Civil Action No. 25-0804 (BAH) |

## NOTICE OF APPEARANCE

The undersigned counsel respectfully asks the Clerk of the Court enter the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel of record for Defendants in the above-captioned case.

Dated: March 19, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Joseph F. Carilli, Jr.
　　　　　　　　　　　　　　　　　　　　JOSEPH F. CARILLI, JR.
　　　　　　　　　　　　　　　　　　　　N.H. Bar No. 15311
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　 for the District of Columbia
　　　　　　　　　　　　　　　　　　　　601 D St. N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20350
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 252-2525
　　　　　　　　　　　　　　　　　　　　E-mail: joseph.carilli@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for United States of America*