UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, et al., <br><br> Defendants. | Civil Action No. 25-0804 (BAH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sam Escher as counsel for Defendants in this action.

Date: March 20, 2025
Washington, DC

Respectfully submitted,

/s/ Sam Escher
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorney for the United States of America*