# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF PEACE, *et al.*,

    Plaintiffs,

v.

KENNETH JACKSON, *et al.*,

    Defendants.

Case No. 1:25-cv-00804-BAH

## JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE

On March 19, 2025, the Court directed the parties to jointly propose a schedule for expedited summary judgment briefing. *See* Minute Orders of March 19, 2025. The Parties respectfully propose, and request that the Court order, that the following schedule govern proceedings in this case. Additionally, the parties propose that Defendants' obligation to answer Plaintiffs' anticipated amended complaint be stayed pending further order of the Court.

- Plaintiffs' Amended Complaint, if any: March 24, 2025
- Plaintiffs' Motion for Summary Judgment: April 4, 2025
- Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion: April 11, 2025
- Plaintiffs' Opposition to Defendants' Cross-Motion and Reply in Support of their Motion: April 18, 2025
- Defendants' Reply in Support of Their Cross-Motion: April 25, 2025

Respectfully submitted,

*/s/ Andrew N. Goldfarb*
Andrew N. Goldfarb (D.C. Bar No. 455751)
J. Benjamin Jernigan (D.C. Bar No. 9000865)
Alyssa Howard Card (D.C. Bar No. 1708226)
ZUCKERMAN SPAEDER LLP
2100 L Street N.W.,
Suite 400
Washington, D.C. 20037
Tel: (202) 778-1800

*/s/ George Foote*
George Foote (D.C. Bar No. 202812)*
Whitney M. Rolig (D.C. Bar No. 187305)*
Sophia J.C. Lin (D.C. Bar No. 1632379)*
PICARD KENTZ & ROWE LLP
1155 Connecticut Avenue, N.W.,
Suite 700
Washington, D.C. 20036
Tel: (202) 331-4040

*Not a member of the Bar of the United States District Court for the District of Columbia. Motion requesting permission to appear *pro hac vice* forthcoming.

*Counsel for Plaintiffs*


EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    Chief, Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2549

*Attorneys for the United States of America*

Dated: March 20, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2025, I caused the foregoing to be filed electronically with the Clerk of the Court using CM/ECF, which will then send a notification of such filing to all counsel of record.

*/s/ Andrew N. Goldfarb*
Andrew N. Goldfarb
*Counsel for Plaintiffs*
