UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00804-BAH |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Upon consideration of the Parties' Joint Motion for Expedited Briefing Schedule, and for good cause shown, it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

- Plaintiffs' Amended Complaint, if any: March 24, 2025
- Plaintiffs' Motion for Summary Judgment: April 4, 2025
- Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion: April 11, 2025
- Plaintiffs' Opposition to Defendants' Cross-Motion and Reply in Support of their Motion: April 18, 2025
- Defendants' Reply in Support of Their Cross-Motion: April 25, 2025

**SO ORDERED.**

                                                                     The Hon. Beryl A. Howell
                                                                     United States District Judge

Dated:  March __, 2025