# **EXHIBIT B**



**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

21 November 1996

Dr. Richard H. Solomon
President
United States Institute of Peace
1550 M Street, N.W., 7th Floor
Washington, DC 20005

Dear Dr. Solomon:

As authorized by Section 2831 of the National Defense Authorization Act for Fiscal Year 1997, and subject to the prerequisites set out below, I hereby transfer to the United States Institute of Peace ("Institute"), without consideration other than reimbursement as provided below, administrative jurisdiction over a parcel of real property ("property"), including any improvements thereon, consisting of approximately three (3) acres at the northwest corner of 23d Street and Constitution Avenue, N.W., District of Columbia, the site of the Potomac Annex. This transfer will be recorded by deleting this property from the appropriate Department of the Navy Class 1 plant account and placing it on the Institute's plant account. The statutory prerequisites to completing the transfer of the property are:

1. An agreement by the Institute to provide permanent indoor parking space to the Navy in the headquarters building when constructed, and interim parking space in the vicinity during construction of the headquarters building, equal to the number available to the Navy as of the date of the transfer;

2. Certification by the President of the Institute to the Secretary of the Navy that the Institute has obtained all permits, approvals, and site plan reviews required by law for the commencement of construction on the property of a headquarters for the operations of the Institute, which shall include compliance with the requirements of all applicable Federal statutes, such as the National Environmental Policy Act (42 U.S.C. 4321 et seq.);

3. Certification by the Assistant Secretary of the Navy (Installations and Environment) that the Institute has reimbursed the Department of the Navy of all costs incurred by the Department of the Navy in carrying out the transfer of this property; and

4. Submission to the Department of the Navy (as represented by the Assistant Secretary of the Navy (Installations and Environment) of the exact acreage and legal description of the property as determined by a survey which is satisfactory to the Secretary of the Navy, the cost of which shall have been borne by the Institute.

When the prerequisites listed above have been satisfied, the transfer of administrative jurisdiction of the property will be complete.

John H. Dalton
Secretary of the Navy

Agreed and accepted:

_____
Richard H. Solomon
President

**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON, D.C. 20350-1000

21 November 1996

Dr. Richard H. Solomon
President
United States Institute of Peace
1550 M Street, N.W., 7th Floor
Washington, D.C. 20005

Dear Dr. Solomon:

I was pleased to see that the Defense Authorization Act of 1997 includes language authorizing the transfer of administrative jurisdiction over the Navy held parcel of land at 23rd Street and Constitution Avenue for your permanent headquarters. I have included an agreement which prescribes the conditions required by the legislation in order to effect the transfer.

I look forward to working with you as you move forward with this project.

John H. Dalton
Secretary of the Navy