# EXHIBIT C





**AFTER RECORDATION, return to:**

**Michael Graham**
**Senior Vice President for Management**
  **and Chief Financial Officer**
**United States Institute of Peace**
**2301 Constitution Avenue, N.W.**
**Washington, D.C. 20037**

## NOTICE OF TRANSFER OF JURISDICTION
## OVER CERTAIN REAL PROPERTY IN THE DISTRICT OF COLUMBIA

THIS NOTICE OF TRANSFER OF JURISDICTION OVER CERTAIN REAL PROPERTY IN THE DISTRICT OF COLUMBIA is made as of the *9th* day of *November* 2013, by the United States Institute of Peace ("USIP"), an institution established by Congress pursuant to 22 U.S.C. § 4601-4611.

Section 2831 of the National Defense Authorization Act for Fiscal Year 1997, Public Law 104-201, enacted September 23, 1996 (110 Stat. 2422), authorized the Secretary of the Navy (the "Navy") to transfer administrative jurisdiction to USIP of a portion of the land comprising the "Potomac Annex" located at 23rd Street, N.W. and Constitution Avenue, N.W., Washington, D.C.; and Section 2842 of the John Warner National Defense Authorization Act for Fiscal Year 2007, Public Law 109-364, enacted October 17, 2006 (120 Stat. 2083), (the "2007 Act") authorized the Secretary of the Navy to transfer administrative jurisdiction of an additional portion of Potomac Annex to USIP. As authorized by the 2007 Act, the Navy has transferred to USIP administrative jurisdiction of approximately 1.1288 acres of said land as more particularly described in **Exhibit A** attached hereto and made a part hereof. Pursuant to the Transfer and Acceptance of Military Real Property (DD Form No. 1354), a copy of which is attached hereto as **Exhibit B** and made a part hereof, said transfer of jurisdiction was confirmed as of August 29, 2012.

IN WITNESS WHEREOF, the United States Institute of Peace has caused this Notice of Transfer of Jurisdiction over Certain Real Property in the District of Columbia to be signed by Michael Graham, Senior Vice President for Management and Chief Financial Officer, of the United States Institute of Peace, and hereby acknowledges that the execution and delivery of this Notice of Transfer of Jurisdiction over Certain Real Property in the District of Columbia is the act and deed of the United States Institute of Peace.

WITNESS:                                   UNITED STATES INSTITUTE OF PEACE

_____                  By: _____
                                           Name: Michael Graham
                                           Title: Senior Vice President for Management
                                                  and Chief Financial Officer



DISTRICT OF COLUMBIA            )        to wit:


    I, *Tracy McCrimmon* a Notary Public in and for the jurisdiction aforesaid, do hereby certify that *Michael Graham*            , who is personally well known to me (or satisfactorily proven by the oath of credible witnesses or other evidence) to be the person named as *Michael Graham* of the United States Institute of Peace, in the foregoing Notice of Transfer of Jurisdiction over Certain Real Property in the District of Columbia bearing date as of *November 8*    , 2013, hereto annexed, personally appeared before me in the aforesaid jurisdiction and acknowledged the execution and delivery of this Notice of Transfer of Jurisdiction over Certain Real Property in the District of Columbia as the act and deed of the United States Institute of Peace.

    Given under my hand and notarial seal this *8th* day of *November* 2013.


[Notarial Seal]

**Tracy McCrimmon**
Notary Public, District of Columbia
My Commission Expires December 14, 2017

*Tracy McCrimmon*

### List of Exhibits

Exhibit A:     Property Description

Exhibit B:     Transfer and Acceptance of Military Real Property (DD Form 1354)

# EXHIBIT A

**GₒO**   **GREENHORNE & O'MARA**
      **CONSULTING ENGINEERS**

      *Inspired Solutions, Improving Lives*

Description of
Proposed USIP Property at Potomac Annex
A Portion of Lot 805 in Square 34
Washington, D.C.

Being a portion of Lot 805 in Square 34 as shown on the Office of Tax and Revenue Assessment Division, Assessment and Taxation Plat 3849-W filed among the records of the Office of the Surveyor for the District of Columbia, and being more particularly described as follows:

Beginning for the same on the west side of 23rd Street N.W along the eastern outline of Lot 805, Square 34 as shown on the Office of Tax and Revenue Assessment Division, Assessment and Taxation Plat 3849-W filed among the records of the Office of the Surveyor for the District of Columbia, at the point distant South 00 degrees 14 minutes 25 seconds West 892.99 feet from the intersection of the west side of 23rd Street, N.W. with the south side of E Street, N.W., said point also being at the easterly end of the North 90 degrees 00 minutes 00 seconds West 244.12 foot line of the existing division lines between the Potomac Annex Installation and the lands of the United States Institute of Peace as shown on the Department of the Navy, Real Estate Summary Map, NAVFAC Drawing number 13,002,678 dated August 15, 2007, thence leaving the outline of Lot 805 and the west side of 23rd Street N.W and running reversely with and binding on the said existing division lines as shown on said Map, the four following courses and distances, referring all courses of this description to the Grid Meridian established in the Maryland Coordinate System NAD83(2007),

1.   North 89 degrees 45 minutes 35 seconds West 244.12 feet, thence

2.   North 73 degrees 54 minutes 22 seconds West 30.93 feet, thence

3.   North 41 degrees 47 minutes 25 seconds West 107.14 feet, and thence

4.   North 89 degrees 45 minutes 35 seconds West 133.01 feet to intersect the easterly outline of said Lot 805 and the South 42 degrees 01 minute 50 seconds East 449.69 foot line of "U.S. Appropriation No. 4" as shown on the Transfer of Jurisdiction Plat recorded in the Office of the Surveyor for the District of Columbia in Book 155 at Page 131 at the distance of 3.29 feet from the northwesterly end of said Plat line, thence running reversely with and binding on a part of said line,

5.   North 41 degrees 47 minutes 25 seconds West 3.29 feet to a pipe and cap heretofore set, thence leaving the outline of Lot 805 for new lines, the seven following courses and distances,

6.   North 00 degrees 14 minutes 25 seconds East 62.38 feet to a point of non-tangent curvature at or near the southern curbline of the existing southern access road within Potomac Annex, thence along or near the southern curbline, the two following courses and distances.

7.   Easterly, 62.05 feet along an arc of a curve to the left having a radius of 125.00 feet (the arc of said curve being subtended by the chord bearing and distance of South 75 degrees 46 minutes 20 seconds East 61.42 feet) to a point of tangency, thence

8.   South 89 degrees 59 minutes 38 seconds East 184.29 feet to a point at the west end of an existing sidewalk, thence leaving said curbline at right angles and running along said walk,

9.   South 00 degrees 00 minutes 22 seconds West 3.90 feet to intersect a line drawn extending from the south side of the sidewalk paralleling the aforementioned southern access road, thence at right angles running along said walk and its extensions thereof,

10.  South 89 degrees 59 minutes 38 seconds East 84,58 feet to intersect the west side of a road or driveway leading south from said access road, thence

11.  South 00 degrees 14 minutes 25 seconds West 9.03 feet to intersect a line drawn 13 feet, more or less, south of the southern curbline of the said access road, and thence at right angles

12.  South 89 degrees 45 minutes 35 seconds East 152.34 feet to intersect the eastern outline of Lot 805 and the west side of 23rd Street N.W, thence along said road and outline,

13.  South 00 degrees 14 minutes 25 seconds West 126.19 feet to the point of beginning; containing 49,169 square feet or 1.1288 acres of land, more or less, as now described in June 2012 based on a survey made by Greenhorne & O'Mara, Inc. in 2011.



**EXHIBIT B**

Form Approved
OMB No. 0704-0188

PAGE 1 OF 2 PAGES

# TRANSFER AND ACCEPTANCE OF MILITARY REAL PROPERTY

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ORGANIZATION.**

| 1. FROM (Installation/Activity/District and ZIP Code) | 2. DATE PREPARED (YYYYMMDD) | 3. PROJECT/JOB NUMBER | 4. SERIAL NUMBER | 9. TRANSACTION DETAILS |
|---|---|---|---|---|
| Naval Facilities Engineering Command Washington 1314 Harwood St, SE Washington Navy Yard, DC 20374 | 20120815 | | D-10006 | |

| 5. TO (Installation/Activity/Service, ZIP Code & NSMO) | 6. STE/NSMO/ NAME | 7. CONTRACT NUMBER(S) | 8. DRAWING NUMBER(S) | a. NEW CONST. | b. PHYS. COM. AVAIL. |
|---|---|---|---|---|---|
| United States Institute of Peace 2301 Constitution Avenue, NW Washington, DC 20037 | N68169 - Naval Support Facility Potomac Annex | N-00080 12 RF 0020 | | EXISTING FAC. | BENF/O |

9. TRANSACTION DETAILS
a. NEW CONST. | CAPITAL IMP. | OTHER (Specify)
b. PHYS. COM. AVAIL. | BENF/O | PARTIAL BOD | FINANCIAL COM.
[X] Transfer of Buildings and Land
c. Land
DRAFT [X] | INTERIM | FINAL
d. EFFECTIVE DATE (YYYYMMDD)

| 10. ITEM NO. | 11. FACILITY NO. | 12. CATEGORY CODE | 13. CATCODE DESCRIPTION | 14. TYPE | AREA 15. UNIT OF MEAS 1 | 16. TOTAL QUANTITY UM 1 | AREA 17. UNIT OF MEAS 2 | 18. TOTAL QUANTITY UM 2 | 19. COST | 20. FUND SOURCE | 21. FUND ORG | 22. INTER-EST CODE | 23. REMARKS ITEM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 61010 | Administrative Space | P | P | | SF | 15,551 | | | | 01 | |
| 2 | 7 | 61010 | Administrative Space | P | | | SF | 11,384 | | | | 01 | |
| 3 | N/A | 911-10 | Land | AC | | 1 1.286 | | | | | | 01 | |

| 24. STATEMENT OF COMPLETION. The facilities listed herein are in accordance with maps, drawings, and specifications and change orders approved by the authorized representative of the using agency except for the deficiencies listed on the reverse side. | 25a. ACCEPTED BY (Typed Name and Signature) Michael Graham | 26. PROPERTY VOUCHER NUMBER |
|---|---|---|
| a. TRANSFERRED BY (Typed Name and Signature) Deborah A. Mooney | | |
| b. DATE SIGNED (YYYYMMDD) 20121012 | c. TITLE (DPW/RPAO) Chief Financial Officer | b. DATE SIGNED (YYYYMMDD) 8-29-12 |
| c. TITLE (Area Engr./Base Engr./DPW) Real Estate Contracting Officer | | |

DD FORM 1354, MAR 2004          PREVIOUS EDITION IS OBSOLETE.          Adobe Professional 7.0

## INSTRUCTIONS

**27. CONSTRUCTION DEFICIENCIES** *(attach blank sheet for continuations)*

**28. PROJECT REMARKS** *(attach blank sheet for continuations)*

See attached property description.

**GENERAL.** This form has been designed and assured for use in connection with the transfer of military real property between the military departments and to or from other government agencies. It supersedes ENG Forms 290 and 2909 (formerly used by the Army and Air Force) and NAVDOCKS Form 2317 (formerly used by the Navy).

Existing instructions issued by the military departments relative to the preparation of DD Form 1354 **are applicable to this revised form to the extent that the various items and columns on the superseded forms have been retained.** The military departments may promulgate additional instructions, as appropriate.

For detailed instructions on how to fill out this form, please refer to Unified Facilities Criteria (UFC) 1-300-08, dated 17 December 2003.

**SPECIFIC DATA ITEMS.**

1. **From.** Name and address of the transferring agency.

2. **Date Prepared.** Date of actual preparation. Enter all dates in YYYYMMDD format (Example: March 31, 2004 = 20040331).

3. **Project/Job Number.** Project number on a DD Form 1391 or Individual Job Order Number.

4. **Serial Number.** Sequential serial number assigned by the preparing organization (e.g., 2004-00011.

5. **To.** Name and address of the receiving installation, activity, and service of the Real Property Accountable Officer (RPAO).

6. **Site/NSNO and Name.** Site or installation number and site name where the constructed facility is located.

7. **Contract Number(s).** Contract number(s) for this project.

8. **Drawing Number(s).** Drawing number(s) or CAD identifier(s) for project components.

9. **Transaction Details.**
   a. **Type of Transaction.** Mark (X) only one box.
   b. **When/Event.** When or event causing preparation of DD Form 1354. X only one box.
   c. **Version.** Draft, interim, or final DD Form 1354. X only one box.
   d. **Effective Data.** Effective date for transaction; start **date** for depreciation.

10. **Item Number.** Use a separate item number for each facility, no item number for additional usages.

11. **Facility Number.** Unique facility number identified in Real Property Inventory.

12. **Category Code.** The category code describes the facility usage.

13. **Catcode Description.** The category code name which describes the facility usage.

14. **Type.** Type of construction. P for Permanent, S for Semipermanent, T for Temporary.

15. **Area: Unit of Meas 1.** Area unit of measure; use SF, SY, AC only.

16. **Total Quantity UM 1.** The total area for the area identified in Item 15. Use negative numbers for demolition.

17. **Other: Unit of Meas 2.** Unit of Measure 2 is the capacity or other measurement unit (e.g., LF, MB, EA, etc.)

18. **Total Quantity UM 2.** The total capacity/other for the measure identified in Item 17.

19. **Cost.** Cost for each facility; for capital improvements to existing facilities, show amount of increase only.

20. **Fund Source.** Enter the Fund Source Code for this item, i.e., 01-MILCON, 02-O&M, 03-O&M, etc.

21. **Funding Organization.** Enter the code for the organization responsible for replacing this facility at the end of its useful life, i.e., 00-Army Active, 01-Army Reserve, 02-Army National Guard, etc.

22. **Interest Code.** Enter the code that reflects government interest or ownership in the facility, i.e., 01-Owned by DoD, 02-Owned by Federal Government (non-DoD), etc.

23. **Item Remarks.** Remarks pertaining only to the item number identified in Item 10; show cost sharing.

24. **Statement of Completion.** Typed name, signature, title, and date of signature by the responsible transferring individual or agent.

25. **Accepted By.** Typed name, signature, title, and date of signature by the RPAO or accepting official.

26. **Property Voucher Number.** Next sequential number assigned by the RPAO in voucher register.

27. **Construction Deficiencies.** List construction deficiencies on project during contractor turnover inspection.

28. **Project Remarks.** Project level remarks, continuation of blocks, and used to explain "other" entries in Item 9.

**DD FORM 1354 (BACK), MAR 2004**





Return To:

Whayne Quin, Esq.
Holland & Knight LLP
800 17th Street, NW
Suite 1100
Washington, D.C. 20006