# Exhibit A



## RESOLUTION OF THE BOARD OF DIRECTORS

### TERMINATION OF KENNETH JACKSON AS ACTING PRESIDENT, TERMINATION OF ADDITIONAL OFFICERS, APPOINTMENT OF NATE CAVANAUGH AS ACTING PRESIDENT, AND AUTHORIZATION TO TRANSFER USIP'S ASSETS TO GSA

WHEREAS the United States Institute for Peace's (USIP) Board of Directors "shall authorize the president and any other officials or employees it designates to receive and disburse public moneys, obtain and make grants, enter into contracts, establish and collect fees, and undertake all other activities necessary for the efficient and proper functioning of the Institute," 22 U.S.C. § 4606(b);

WHEREAS USIP "may enter into personal service and other contracts for the proper operation of the Institute," *id.* § 4604(f);

WHEREAS USIP "may do any and all lawful acts and things necessary or desirable to carry out the objectives and purposes of this chapter," *Id.* § 4604(m);

WHEREAS USIP may "transfer or dispose of excess property as promptly as possible in accordance with authority delegated and regulations," 40 U.S.C. § 524(a)(5);

WHEREAS USIP's Board may remove USIP's president under 22 U.S.C. § 4606(a);

WHEREAS USIP's Board may appoint USIP's president under 22 U.S.C. § 4606(a);

Be it RESOLVED that as of March 25, 2025, Acting President Kenneth Jackson is removed from his position as Acting President, Allison Blotzer is removed from her position as CFO, Mike Bruhn is removed from his position as EVP & COO, Nate Cavanaugh is appointed as the Acting President of USIP, and Nate Cavanaugh has the authority and is instructed to transfer USIP's assets, including USIP's real property and rights thereof, including all assets recently received from the Endowment, to the General Services Administration (GSA).



**UNITED STATES INSTITUTE OF PEACE**
Making Peace Possible

CERTIFIED:

_____
Peter A. Garvin
President of the National Defense University
Member of USIP's Board of Directors

_____
Pete B. Hegseth
U.S. Secretary of Defense
Member of USIP's Board of Directors

_____
Marco A. Rubio
U.S. Secretary of State
Member of USIP's Board of Directors