# Exhibit B

| | |
|---|---|
| **From:** | Goldfarb, Andrew |
| **Sent:** | Sunday, March 30, 2025 7:55 PM |
| **To:** | Hudak, Brian (USADC); sam.escher@usdoj.gov; joseph.carilli@usdoj.gov |
| **Cc:** | Jernigan, Ben |
| **Subject:** | USIP v. Jackson |

Counsel -- Good evening. Today, we became aware of the attached document, described as a board resolution signed by two *ex officio* board members directing, inter alia, the transfer of USIP assets to GSA. Were defendants to act with respect to USIP property while the parties are briefing summary judgment on the expedited schedule entered by the Court, it would have the prospect to substantially impair the Court's ability to provide meaningful relief should she find for plaintiffs. Please confirm by 9am tomorrow (Monday) that defendants will not transfer USIP property, including USIP's privately owned building, pending resolution of the matter before the district court. If we don't hear back, we intend to file a motion seeking a status conference and relief under the All Writs Act.

Thank you,
Andrew



## RESOLUTION OF THE BOARD OF DIRECTORS

### TERMINATION OF KENNETH JACKSON AS ACTING PRESIDENT, TERMINATION OF ADDITIONAL OFFICERS, APPOINTMENT OF NATE CAVANAUGH AS ACTING PRESIDENT, AND AUTHORIZATION TO TRANSFER USIP'S ASSETS TO GSA

WHEREAS the United States Institute for Peace's (USIP) Board of Directors "shall authorize the president and any other officials or employees it designates to receive and disburse public moneys, obtain and make grants, enter into contracts, establish and collect fees, and undertake all other activities necessary for the efficient and proper functioning of the Institute," 22 U.S.C. § 4606(b);

WHEREAS USIP "may enter into personal service and other contracts for the proper operation of the Institute," *id.* § 4604(f);

WHEREAS USIP "may do any and all lawful acts and things necessary or desirable to carry out the objectives and purposes of this chapter," *id.* § 4604(m);

WHEREAS USIP may "transfer or dispose of excess property as promptly as possible in accordance with authority delegated and regulations," 40 U.S.C. § 524(a)(5);

WHEREAS USIP's Board may remove USIP's president under 22 U.S.C. § 4606(a);

WHEREAS USIP's Board may appoint USIP's president under 22 U.S.C. § 4606(a);

Be it RESOLVED that as of March 25, 2025, Acting President Kenneth Jackson is removed from his position as Acting President, Allison Blotzer is removed from her position as CFO, Mike Bruhn is removed from his position as EVP & COO, Nate Cavanaugh is appointed as the Acting President of USIP, and Nate Cavanaugh has the authority and is instructed to transfer USIP's assets, including USIP's real property and rights thereof, including all assets recently received from the Endowment, to the General Services Administration (GSA).

2





**Andrew N. Goldfarb**
**Zuckerman Spaeder LLP**
**agoldfarb@zuckerman.com**

*We've moved! Please visit us at:*
2100 L STREET NW, SUITE 400 • WASHINGTON, DC 20037-1525
202.778.1822 direct • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.

3