UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF PEACE, *et al.*,

    Plaintiffs,

    v.

KENNETH JACKSON, *et al.*,

    Defendants.

Case No. 1:25-cv-00804-BAH

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION PURSUANT TO THE ALL WRITS ACT FOR A STATUS CONFERENCE AND TO SUSPENTD TRANSFER OF INSTITUTE PROPERTY TO GSA**

Upon consideration of the Plaintiffs' Motion Pursuant to the All Writs Act for a Status Conference and to Suspend Transfer of Institute Property to GSA, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the parties shall appear for a status conference at ___ [A.M.] [P.M.] on March 31, 2025; and it is further

**ORDERED** that Defendants shall halt and suspend any action to transfer United States Institute of Peace real and personal property—including, but not limited to, the Institute headquarters building—to the General Services Administration until the Court resolves the issues before it concerning lawful control of the Institute.

**SO ORDERED.**

                                                                                   _____
                                                                                   The Hon. Beryl A. Howell
                                                                                   United States District Judge

Dated: March __, 2025