**UNITED STATES INSTITUTE OF PEACE**
Making Peace Possible

# RESOLUTION OF THE BOARD OF DIRECTORS

## TERMINATION OF KENNETH JACKSON AS ACTING PRESIDENT, TERMINATION OF ADDITIONAL OFFICERS, APPOINTMENT OF NATE CAVANAUGH AS ACTING PRESIDENT, AND AUTHORIZATION TO TRANSFER USIP'S ASSETS TO GSA

WHEREAS the United States Institute for Peace's (USIP) Board of Directors "shall authorize the president and any other officials or employees it designates to receive and disburse public moneys, obtain and make grants, enter into contracts, establish and collect fees, and undertake all other activities necessary for the efficient and proper functioning of the Institute," 22 U.S.C. § 4606(b);

WHEREAS USIP "may enter into personal service and other contracts for the proper operation of the Institute," *id.* § 4604(f);

WHEREAS USIP "may do any and all lawful acts and things necessary or desirable to carry out the objectives and purposes of this chapter," *id.* § 4604(m);

WHEREAS USIP may "transfer or dispose of excess property as promptly as possible in accordance with authority delegated and regulations," 40 U.S.C. § 524(a)(5);

WHEREAS USIP's Board may remove USIP's president under 22 U.S.C. § 4606(a);

WHEREAS USIP's Board may appoint USIP's president under 22 U.S.C. § 4606(a);

Be it RESOLVED that as of March 25, 2025, Acting President Kenneth Jackson is removed from his position as Acting President, Allison Blotzer is removed from her position as CFO, Mike Bruhn is removed from his position as EVP & COO, Nate Cavanaugh is appointed as the Acting President of USIP, and Nate Cavanaugh has the authority and is instructed to transfer USIP's assets, including USIP's real property and rights thereof, including all assets recently received from the Endowment, to the General Services Administration (GSA).

GOVERNMENT EXHIBIT 2



CERTIFIED:

_____
Peter A. Garvin
President of the National Defense University
Member of USIP's Board of Directors

_____
Pete B. Hegseth
U.S. Secretary of Defense
Member of USIP's Board of Directors

_____
Marco A. Rubio
U.S. Secretary of State
Member of USIP's Board of Directors

2301 Constitution Ave NW | Washington, D.C. 20037 | Tel: (202) 457-1700 | www.usip.org



## RESOLUTION OF THE ENDOWMENT'S BOARD OF DIRECTORS

### TERMINATING THE ENDOWMENT'S OFFICERS, APPOINTING ADAM AMAR AS THE ENDOWMENT'S PRESIDENT, AND AUTHORIZING AND INSTRUCTING PRESIDENT ADAM AMAR TO TRANSFER THE ENDOWMENT'S ASSETS AND PROPERTY TO USIP

WHEREAS the United States Institute for Peace's (USIP) Board of Directors "may establish, under the laws of the District of Columbia, a legal entity which is capable of receiving, holding, and investing public funds for purposes in furtherance of the Institute" and "may designate such legal entity as the 'Endowment of the United States Institute for Peace,'" 22 U.S.C. § 4603(c);

WHEREAS USIP's Board established the Endowment of the United States Institute for Peace ("Endowment") in May 1989;

WHEREAS Article IV, Section 2(a) of the Endowment Bylaws states that the Endowment's "Board shall be composed of the Directors of the Institute as provided in Section 4605 of the Act," 22 U.S.C. § 4605;

WHEREAS Article IV, Section 1 of the Endowment Bylaws states that the "powers of the [Endowment] are vested in the [Endowment's] Board";

WHEREAS Article V, Section 3(a) of the Endowment Bylaws states that a "majority of the Directors shall constitute a quorum for a Board meeting";

WHEREAS Article V, Section 3(a) states that "the vote of a majority of the Directors present at the time of a vote, provided that a quorum is present at such time, shall be the act of the Board";

WHEREAS Article VII, Section 5 of the Endowment Bylaws states that "the President is the chief executive officer of the [Endowment] and shall have the responsibility and authority to carry out the President's duties as described in these Bylaws and in the policies established by the [Endowment's] Board";

WHEREAS Article VII, Section 2 of the Endowment Bylaws states that "[a]ll officers serve at the pleasure of the [Endowment's] Board";

WHEREAS Article VII, Section 3 of the Endowment Bylaws states that the "officers of the [Endowment] may be removed by a majority vote of the [Endowment's] Board."

Be it RESOLVED that as of March 25, 2025, all of the Endowment's officers are hereby terminated, and Adam Amar is appointed President of the Endowment. Adam Amar is authorized and instructed to transfer the Endowment's assets, including the Endowment's real property and any rights thereto, to USIP.

**UNITED STATES INSTITUTE OF PEACE**
Making Peace Possible

CERTIFIED:

_____
Peter A. Garvin
President of the National Defense University
Member of The Endowment's Board of Directors

_____
Pete B. Hegseth
U.S. Secretary of Defense
Member of The Endowment's Board of Directors

_____
Marco A. Rubio
U.S. Secretary of State
Member of The Endowment's Board of Directors

2301 Constitution Ave NW | Washington, D.C. 20037 | Tel: (202) 457-1700 | www.usip.org