

GOVERNMENT
EXHIBIT
3

The Honorable Stephen Ehikian
Acting Administrator
U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405

Dear Acting Administrator Ehikian:

In my capacity as President of the United States Institute of Peace (USIP), I write to request that the General Services Administration (GSA) accept transfer of excess property of the United States Institute of Peace (USIP) at 2301 Constitution Avenue NW, Washington, D.C. 20037, for less than the property's fair market value under 40 U.S.C. § 524(a)(5) and related regulations.

> Identified Property:  The property is a headquarters facility of USIP, located at 2301 Constitution Avenue, NW, Washington, D.C. 20037, including its grounds, approaches, improvements, and appurtenances.  The main building is approximately 155,000 square feet, the Bush Annex is approximately 11,000 square feet, and the Clinton Annex is approximately 16,000 square feet.  The property sits on approximately three acres.

Consistent with 40 U.S.C. § 524(a)(5) and related regulations, I have concluded that it is in the best interest of USIP, the federal government, and the United States for USIP to transfer its real property located at 2301 Constitution Ave NW, Washington, D.C. 20037, to GSA and to seek an exception from the 100 percent reimbursement requirement for the building.  The construction for USIP's headquarters cost approximately $186 million, and the building has an estimated fair market value of $500 million.  I have determined that USIP no longer needs the property and that an exception from the 100 percent reimbursement requirement would further essential agency program objectives for several independently sufficient reasons.

First, the cost of maintaining USIP's real property is significant.  In 2024, USIP spent around $1.6 million on maintenance services and $2.3 million for maintenance of the grounds.  Those expenses do not include the cost of security for the building.  Relieving USIP of those financial obligations will enable USIP to focus its effort on "serv[ing] the people and the Government through the widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace and the resolution of conflicts among the nations and peoples of the world without recourse to violence."  22 U.S.C. § 4601(b).  None of these activities require that USIP operate and manage an expensive headquarters.

Second, USIP has strayed far from its original mandate.  Since its creation, USIP has morphed into a sprawling entity engaged in costly workstreams that are not specified in 22 U.S.C. § 4604 and that duplicate the efforts of other federal agencies, including the State Department.  These extra-statutory functions divert attention and resources away from USIP's fulfillment of its statutory mandate.  Transferring an expensive headquarters to GSA will enable USIP to refocus



its efforts on discrete responsibilities, disengage from redundant non-statutory functions, and achieve greater efficiencies in its operation.

Third, President Trump has ordered USIP's reduction to its statutory minima and an accompanying reduction in force. In effectuating that order, I have identified significant and unnecessary overhead expenses and have determined that USIP no longer requires a large and expensive headquarters building.

Finally, satisfying Congress's mandate does not require USIP to own its own building. USIP is capable of "advanc[ing] the history, science, art, and practice of international peace and the resolution of conflicts among nations without the use of violence" without the ownership of a large and expensive building. *Id.* § 4601(a)(9). Likewise, the transfer of USIP's headquarters to GSA will in no way affect USIP's obligation to "establish a Jennings Randolph Program," "enter into formal and informal relationships with other institutions," "establish a Jeannette Rankin Research Program," "develop programs to make international peace and conflict resolution research, education, and training more available and useful," "provide, promote, and support peace education and research programs," "conduct training, symposia, and continuing education programs," "develop, for publication or other public communication, and disseminate, the carefully selected products of the Institute," and "establish the Spark M. Matsunaga Scholars Program." *Id.* § 4604(b)(1)-(10).

For all of these reasons, I request an exception from the 100 percent reimbursement requirement. Please feel free to contact me should you have any questions.

/ S / _____
Nate Cavanaugh
President of USIP