UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE FOR PEACE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, in his official capacity as Assistant to the Administrator for Management and Resources for USAID, et al., <br><br> Defendants. | Civil Action No. 25-0804 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion pursuant to the All Writs Act for a status conference and to suspend transfer of institute property to the General Services Administration, and Defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

_____          _____
Dated                                                              BERYL A. HOWELL
                                                                      United States District Judge