AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| U.S. Institute of Peace, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00804-BAH |
| Jackson, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date: 04/01/2025

/s/ William J. Murphy
*Attorney's signature*

William J. Murphy (D.C. Bar No. 350371)
*Printed name and bar number*

ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
*Address*

wmurphy@zuckerman.com
*E-mail address*

(410) 949-1146
*Telephone number*

(410) 659-0436
*FAX number*