# Exhibit 3

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00804-BAH |

**DECLARATION OF ALLISON BLOTZER**

I, Allison Blotzer, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I served as the Chief Financial Officer (CFO) for the United States Institute of Peace (USIP) beginning in December 2024.

2. In my capacity as CFO, I oversaw USIP's financial assets including the USIP Endowment's bank accounts, USIP's use of funds, and audits of USIP's financial information.

3. As of March 14, 2025, the Endowment's accounts held approximately $15 million in private contributions for the limited purposes permitted by § 4604(h)(3) of the USIP Act.

4. As of March 14, 2025, the Endowment's accounts held approximately $10 million in unobligated expired appropriated funds pursuant to § 4609(b) of the USIP Act.

5. With respect to the USIP headquarters building, USIP has used private funds for the majority of building upkeep, renovation, and replacements of assets.

2

6. USIP's accounts are required to be audited on an annual basis by an accredited, certified public accounting firm according to generally accepted auditing standards.

7. USIP has retained KPMG to conduct these annual audits.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 4th of April, 2025, and executed in Washington, D.C.

Signed: /s/ Allison Blotzer

Print Name: Allison Blotzer