# Exhibit 4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>KENNETH JACKSON, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-00804-BAH |

**DECLARATION OF TERRY JONES**

I, Terry Jones, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I served as the Vice President of Human Resources for the United States Institute of Peace (USIP) beginning in May 2022.

2. In my capacity in this position, I oversaw all aspects of human capital management, including talent recruitment, training, and retention.

3. As of March 14, 2025, USIP employed over 400 employees and personal services contractors to carry out its statutory mandate.

4. On March 28, 2025, I received a termination notice signed by Mirna Rivas, whose title was stated as Acting Vice President of Human Resources.

5. It is my understanding that on March 28, 2025, termination notices were sent to virtually all of USIP's DC-based employees.

2

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 4th of April, 2025, and executed in Washington, D.C.

Signed: /s/ Terry Jones

Print Name: Terry Jones