# Exhibit 5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00804-BAH |

**DECLARATION OF MARY SWIG**

I, Mary Swig, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I served as a member of the United States Institute of Peace (USIP) Board of Directors until my purported removal on March 14, 2025.

2. I was confirmed by the U.S. Senate on August 4, 2022 for this position.

3. My term began on October 19, 2022, when I was sworn in alongside four other USIP Board members: Ambassador Edward M. Gabriel, Jonathan Burks, Michael Singh, and Katherine Wheelbarger (resigned).

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on this 3rd of April, 2025.

Signed: /s/ Mary Swig

Print Name: Mary Swig