# Exhibit 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KENNETH JACKSON, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00804-BAH |

**DECLARATION OF JOSEPH FALK**

I, Joseph Falk, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I served as a member of the United States Institute of Peace (USIP) Board of Directors until my purported removal on March 14, 2025.

2. I was confirmed by the U.S. Senate on February 2, 2023 for this position.

3. I was sworn in alongside one other USIP Board member, Roger Zackheim, on April 18, 2023, for terms that began on April 29, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on this 3rd of April, 2025.

Signed: /s/ Joseph Falk

Print Name: Joseph Falk