# Exhibit 8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>KENNETH JACKSON, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00804-BAH |

**DECLARATION OF BRIAN HARDING**

I, Brian Harding, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

    1.    I served as a Senior Expert for Southeast Asia and the Pacific Islands for the United States Institute of Peace (USIP). In my role, I oversaw the establishment of programming in the Philippines, Vietnam, and Papua New Guinea. I served in my role from May 2020 until March 2025.

    2.    Prior to joining USIP, I served as the deputy director and fellow of the Southeast Asia program at the Center for Strategic and International Studies and as director of East and Southeast Asia policy at the Center for American Progress.

    3.    I received my BA in History and Japan Studies from Middlebury College and my MA in Asian Studies from The George Washington University. I was a Fulbright scholar in

Indonesia.

4. Advancing USIP's mission and purpose—peacebuilding throughout the world—is possible because of the Institute's status as an independent non-profit corporation. For example, USIP peacebuilders are able to operate in dangerous places, like outside major population centers in Papua New Guinea, because USIP does not operate under Chief of Mission Authority which is the authority granted to the principal officer in charge of U.S. diplomatic missions. Contrarily, United States officials are unable to operate in these areas because they are subject to Chief of Mission Authority and security procedures determined by the Chief of Mission. Chief of Mission Authority grants the principal officer in charge of specific U.S. diplomatic missions abroad the authority to oversee and direct the activities of all U.S. government employees in that country. Additionally, because of USIP's independence, our staff does not go through the embassy clearance process nor are they subject to diplomatic security rules when operating throughout the world. At times, USIP personnel may inform local U.S. embassies of the work they are performing; however, this is only done as a courtesy to the embassy. USIP personnel are explicitly advised that they are not to take orders from U.S. ambassadors. These freedoms are critical to USIP's effectiveness throughout the world and allows the Institute to operate effectively in dangerous regions.

5. In Papua New Guinea, USIP has access to networks and communities in strategic locations outside the capital that are inaccessible to U.S. government officials – particularly Hela and Morobe provinces. USIP works with community leaders to prevent violence at the community level, and to gather information useful to U.S. government official colleagues responsible for formulating U.S. policy and practice.

6. Ahead of local elections in the Bangsamoro Autonomous Region in Muslim

Mindanao in the southern Philippines in October 2023, USIP was asked by both the Philippines government and the former combatants (the Moro Islamic Liberation Front)—not by the U.S. government (who are barred from traveling in the area)—to discreetly facilitate ceasefire efforts between the two sides. USIP's independent status made it possible to engage both sides directly as a third party and create joint Quick Response Teams of Philippine Army, National Police, and Moro Islamic Liberation Front former combatants. The ceasefire did not break down and the peace process remained intact.

7. Each of these peacebuilding missions were made possible because USIP is able to operate freely in dangerous regions. USIP's expertise and longstanding relationships with regional actors were critical in producing peaceful outcomes. USIP personnel have served on the ground in these regions for years fostering relationships and establishing trust. Because of these longstanding relationships and shared trust, local actors willingly engage with USIP. USIP's innovative trainings, expertise, and independence make peacebuilding work like this possible.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 4th of April 2025, and executed in Washington, D.C.

Signed: /s/ Brian Harding

Print Name:  Brian Harding