# Exhibit 9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KENNETH JACKSON, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00804-BAH |

## DECLARATION OF CATHERINE DALE

I, Catherine Dale, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. In September 2024, I joined the United States Institute of Peace (USIP) to serve as Senior Advisor and Director of the Center for Russia and Europe (CRE). In March 2025, I became CRE Acting Vice President.

2. Prior to joining USIP, I held various roles including the Director of the Center for Russia and Eurasia with the RAND Corporation, Specialist in International Security with the Congressional Research Service, and Special Assistant to the Special Representative of the UN Secretary General for Georgia with the United Nations, among others.

3. I received my AB in Slavic Studies from Harvard University, my MS in National Security Strategy from the National War College, and my Ph.D. in Political Science

from UC Berkeley.

4. At USIP, CRE focuses on the impact and influence of Russia in the neighboring region and across Europe. CRE's work includes advancing peace in the region by using a number of traditional peacebuilding tools including working with partners to organize and lead sensitive dialogues, and to provide peacebuilding training, among other efforts.

5. USIP's independent status, as codified in statute, is essential to CRE's ability to do its work.  When we bring together representatives of parties in conflict to quietly explore potential steps toward peace, they are taking risks by participating – they could face repression or retaliation from their governments or communities.  They choose to take part because they trust USIP's independence, discretion, and demonstrated track record as a neutral arbiter. They feel safe, under a USIP umbrella, in leaning forward, ahead of official policies or mandates.

6. CRE's South Caucasus work exemplifies this dynamic. USIP facilitated informal conversations with the Azerbaijani and Armenian Embassies about what would be needed by both sides to reach a peace agreement ending their 30-plus year war.  The talks created the opportunity for both parties to float ideas and talk about concerns they did not want to provide in official channels. These conversations helped narrow the gap between the aspirations and concerns of the two sides. The work laid foundations for the peace agreement reached by the two sides in mid-March 2025.

7. USIP's independence – our position outside the U.S. Government – and the trust both parties had in USIP based on that independence, were essential for assuring our Armenian and Azerbaijani interlocutors that they could speak freely.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 4th of April 2025, and executed in Washington, D.C.

Signed: /s/ Catherine M. Dale

Print Name:  Catherine M. Dale