# Exhibit 11

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, *et al.*, <br><br>  Defendants. | Case No. 1:25-cv-00804-BAH |

**DECLARATION OF SAMANTHA ROBINSON**

I, Samantha Robinson, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I served as a Program Specialist for the Peace Processes team at the United States Institute of Peace (USIP). In my role, I helped oversee the Institute's peace processes, peacegaming, and strategic exercises portfolios. I served in this role from May 2023 until March 2025.

2. Prior to joining USIP, I worked in the Middle East, including with Mercy Corps in Iraq, where I helped design and implement humanitarian programming. I have also served as a consultant for the Centre for Humanitarian Dialogue and NATO.

3. I received my BA in International Affairs and Economics from Lewis and Clark College and my MA in Global Affairs from The Fletcher School at Tufts University.

4.      As an independent peacebuilding body, USIP operates without the roadblocks of interagency politics that often plague the United States government.  For example, State Department priorities may clash with Department of Defense priorities, leading to delays, lack of coordination, and less effective policy. As an independent non-profit corporation, USIP is not subject to these constraints. Additionally, USIP's independence from the government allow USIP to forge unparalleled networks that the government would not be able to recreate because of political reasons. For example, USIP has engaged in peacebuilding with conflict parties, armed groups, key civil society actors, and other stakeholders – many of whom are out of reach of official government channels. Through these back channels, USIP peacebuilders cultivate trusting relationships that, time and time again, have led to peace discussions and, ultimately, peace agreements.

5.      USIP's independence allows USIP personnel to move much more quickly than U.S. government officials. U.S. government officials often require diplomatic visas or official country clearance tied to formal roles, which can trigger lengthy approval chains with both the U.S. and foreign government. USIP staff, as civilians and non-diplomats, can typically travel on regular tourist or business visas—or even visa-on arrival—allowing for much faster, lower-profile deployment. Additionally, USIP staff are able to travel to places U.S. government officials may not because of leaner security protocols. Unlike U.S. government personnel, who often require armored transport, advance teams, and strict movement restrictions while working abroad, USIP staff operate under a risk-informed but lighter-touch security posture. We assess and manage risk, but do so without paralyzing logistics—which allows USIP to move faster, meet more people, and engage with those who are out of reach for U.S. government officials.

6.      In the Middle East, USIP leveraged its independent status and its peacebuilding

tools, including its Peace Game strategic exercise tool, and its deep networks of trusted local contacts, to bring together trusted Palestinian, Israeli, and regional interlocutors to work together on problem-solving related to post-conflict recovery and stabilization in Gaza. The work yielded valuable information to assist U.S. government representatives in their assessments.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 4th of April 2025, and executed in Washington, D.C.

Signed: /s/ Samantha Robinson

Print Name:  Samantha Robinson