Filed Under Seal

# Place Holder for Exhibit 12