# Exhibit 13



**To:** Colin O'Brien

**Date:** March 21, 2025

**From:** Kenneth Jackson
Acting President of the United States Institute of Peace (USIP)

**Subject:** Termination Of Colin O'Brien's At-Will Employment With USIP

Given your at-will-employment status with USIP, USIP has the right, in its sole discretion, to conclude that you are not suited for your position or are unable to properly carry out assigned duties or functions. USIP also has the right to conclude that your position no longer serves USIP's interests. Should USIP come to such a conclusion, USIP may terminate your employment at any time, without cause and without notice.

As the Acting President of USIP, I, on behalf of USIP, am informing you that your at-will-employment status with USIP has been terminated.

/ S / _____
Kenneth Jackson
Acting President of USIP

2301 Constitution Ave NW | Washington, D.C. 20037 | Tel: (202) 457-1700 | www.usip.org