# Exhibit 14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH JACKSON, et al., <br><br> *Defendants*. | Civil Action No. 25-0804-BAH |

**DECLARATION OF MICHAEL V. PHELAN**

I, Michael V. Phelan, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am offering this declaration in support of the motion for summary judgment filed by Plaintiffs in the above matter.

2. I, Michael V. Phelan, the Vice President for the Center of Thematic Excellence at the U.S. Institute of Peace (USIP), who was fired on 28 March 2025, am not a government employee and do not work for the US government.

3. In 2020, Congress directed the creation of the "Afghanistan Peace Process Study Group" (ASG) to develop an objective second opinion on policy options for Afghanistan that was non-partisan and independent of the executive branch.

4. Congress tasked USIP to support the operations and activities of the ASG because it is an independent, non-partisan institution.

5. I served as the Executive Director of the ASG. In this capacity I convened and managed the ASG participants, including its co-chairs, former Senator Kelly Ayotte, and former

Chairman of the Joint Chiefs of Staff, General Joe Dunford, USMC, as well as Nancy Lindborg, former Assistant Administrator for the Bureau for Democracy, Conflict, and Humanitarian Assistance at USAID.

6. These three Chairpersons led a broader panel of key former policymakers and other stakeholders engaging directly with key active stakeholders in the Afghanistan policy area, including members of congress, the executive branch, foreign government officials, multi-lateral and regional organizations, Afghan civil society as well as local and international non-governmental organizations and the private sector, to best elicit a comprehensive understanding of the situation to fulfill the Congress's mandate for the ASG. My team at USIP served the ASG by providing administrative and logistical support, convening working groups and stakeholder meetings, writing briefing papers, providing analysis, and coordinating ASG meetings.

7. The ASG delivered its final product to Congress as mandated in January, 2021, both in written form, with briefings, as well as in testimony at a hearing in February 2021.

8. As a retired veteran of the United States Navy in 2009 after 22 years, and who took an oath to protect and defend the United States, and as one whose second career was serving on the U.S. Senate Committee on Foreign Relations directly engaged on U.S. foreign policy for 16 years, I am at a loss to describe what is going on with the seizure of this Institute and the treatment of its staff and intellectual property developed to inform American citizens, Congress and our foreign policy for the last 40 years.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 3rd of April 2025, and executed in Washington, D.C.

Signed: /s/ Michael V. Phelan

Print Name: Michael V. Phelan