# Exhibit 18



# VADM Peter A. Garvin, USN

18th President

VADM Peter A. Garvin, USN, took over command as the 18th president of the National Defense University on October 11, 2024. He most recently served as the president of the Naval War College from 2023 to 2024.

VADM Garvin graduated with merit from the United States Naval Academy in 1989 having earned a Bachelor of Science in Aerospace Engineering (Astronautics). He is a 2005 graduate of the National War College, earning a Master of Science in National Security Strategy and a 2015 alumnus of the Massachusetts Institute of Technology Seminar XXI.



Prior to flag rank, operational assignments include service with the "Pelicans" of Patrol Squadron (VP) 45, where he was the 1995 Association of Naval Aviation Pilot of the Year; department head with the "Mad Foxes" of VP-5; navigator aboard USS Kearsarge (LHD 3), where he served as flag navigator for the embarked Amphibious Squadron (PHIBRON) 6; executive and 59th commanding officer of the "Fighting Tigers" of VP-8; and commander of Patrol and Reconnaissance Wing (CPRW) 10.

Shore assignments include flag lieutenant to Commander, Patrol Wings Atlantic (CPWL), Commander, Task Force (CTF) 84; instructor pilot at the P-3 fleet replacement squadron, VP-30; Washington placement officer at the Bureau of Naval Personnel (PERS 441); executive officer for the director, Operational Plans and Joint

Force Development Directorate (J-7), Joint Staff; federal executive fellow at the Council on Foreign Relations (CFR); undersea warfare branch head in the assessments division (N81) and deputy director, unmanned warfare systems (N99) on the Office of the Chief of Naval Operations staff; and executive assistant to the vice chairman, Joint Chiefs of Staff.

Flag officer assignments include service as the 22nd commander of Navy Recruiting Command; commander, Patrol and Reconnaissance Group; the 20th commander of Naval Education and Training Command; and most recently as the 58th President of the United States Naval War College.

His decorations include the Navy Distinguished Service Medal, the Defense Superior Service Medal, the Legion of Merit (five awards), Defense Meritorious Service Medal, Meritorious Service Medal (two awards), Air Medal (two strike/flight) and various personal, unit and campaign decorations.