# Exhibit 19

# APPOINTMENT AFFIDAVITS

Member of the Board of Directors of the United States Institute of Peace for a term of four years
(Position to which Appointed)

07/20/2024
(Date Appointed)

United States Institute of Peace
(Department or Agency)

(Bureau or Division)

Washington, D.C.
(Place of Employment)

I, John Joseph Sullivan, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*[Signature]*
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 8th day of July, 2024

at Washington (City)      District of Columbia (State)

(SEAL)

*[Signature]*
(Signature of Officer)

Commission expires _____
(If by a Notary Public, the date of his/her Commission should be shown)

_____
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable