# Exhibit 21

The Wayback Machine - https://web.archive.org/web/20240401021055/https://www.usip.org/press/2011/06/new-members-usip-board-directors-sworn



Search 

Home ▸ Press

# New Members for USIP Board of Directors Sworn In

Tuesday, June 7, 2011

NEWS TYPE:   Press Release

Share This          Print the Page

For Immediate Release, June 7, 2011
Contact: Allison Sturma, 202-429-4725

(Washington) –In a sign of continued commitment to international peacebuilding, the U.S. Senate has confirmed the addition of two prominent board members for the United States Institute of Peace (USIP), a congressionally funded international conflict management organization working in Afghanistan, Iraq and around the world to resolve violent conflict.

Judith Ansley and John A. Lancaster, who were nominated to the Board by President Obama earlier this year, took the oath of office on Monday, June 6, at the USIP headquarters building in Washington.

Ms. Ansley most recently served as Assistant to the President and Deputy National Security Advisor at the National Security Council (NSC) from  2008 until January 20, 2009. Ms. Ansley previously served as Deputy National Security Advisor for Regional Affairs from 2007-2008, and began her service at the NSC in August 2005, as Special Assistant to the

President and Senior Director for European Affairs. She holds a bachelor's degree from Tufts University and a master's degree from the Fletcher School of Law and Diplomacy.

Mr. Lancaster, who earned a Purple Heart and a Bronze Star for his service during the Vietnam War, has been a civil rights attorney since 1974. He was director of Maryland's Office for Individuals with Disabilities, and from 1991 to 2000 was a member of the President's Committee on Employment of People with Disabilities. He is a former executive director of the National Council on Independent Living. He holds a bachelor's degree and a law degree from the University of Notre Dame.

"I am confident that Judith Ansley and John Lancaster will bring enormous value to the governance of the Institute said Richard H. Solomon, president of USIP.

Ms. Ansley and Mr. Lancaster fill existing vacancies on the Board of Directors and will serve on until 2015.

*###*
*The United States Institute of Peace (USIP) provides the analysis, training and tools that help to prevent, manage and end violent international conflicts, promote stability and professionalize the field of peacebuilding. USIP work in on the ground in conflict zones such as Iraq and Afghanistan has been credited with reducing U.S. troop casualties and allowing for troop reductions in some areas. Learn more at [www.usip.org](www.usip.org).*

**RELATED NEWS**



## U.S. Institute of Peace Announces Pétronille Vaweka the 2023 Women Building Peace Award Recipient

Friday, December 8, 2023

**News Type:** Press Release

(Washington, D.C.) – The U.S. Institute of Peace (USIP) is honored to announce Pétronille Vaweka of the Democratic Republic of the Congo (DRC) as the recipient of the 2023 Women Building Peace Award.

 Gender



## U.S. Institute of Peace Announces Four Finalists for 2023 Women Building Peace Award

Monday, October 30, 2023

**News Type:** Press Release

The United States Institute of Peace is honored to announce the four finalists for the 2023 Women Building Peace Award.

Gender

## USIP Peace Teachers Program Announces 2023 Cohort

Wednesday, June 14, 2023

**News Type:** Press Release

(Washington, D.C.) – The U.S. Institute of Peace (USIP) is pleased to announce the selection of the 2023 Peace Teachers Program cohort, consisting of 22 middle and high school teachers from 21 U.S. states and Washington, D.C. The full list of participants can be found here.

 Education & Training

## U.S. Institute of Peace Opens Nominations for 2023 Women Building Peace Award

Monday, June 5, 2023

**News Type:** Press Release

(Washington, D.C.) – The U.S. Institute of Peace (USIP) announces nominations are open for the 2023 Women Building Peace Award. This prestigious annual award honors courageous women in civil society who are building peace in countries impacted by violent conflict.

 Gender

## USIP Announces María Eugenia Mosquera Riascos as the 2022 Women Building Peace Award Recipient

Wednesday, November 30, 2022

**News Type:** Press Release




(Washington, D.C.) – The U.S. Institute of Peace (USIP) is honored to announce María Eugenia Mosquera Riascos of Colombia as the recipient of the Institute's 2022 Women Building Peace Award.

Gender

View All News

## LATEST NEWS

### Has New START Reached a Dead End? - Lawfare

Friday, March 29, 2024

### Iraq's overreliance on oil threatens economic, political strife - Al Jazeera

Thursday, March 28, 2024

### Moscow attack fuels concern over ISIS risk from Taliban's Afghanistan - CBS News

Thursday, March 28, 2024

### Can Afghan Taliban Fight Pakistani Military? - VOA

Wednesday, March 27, 2024

View All News



2301 Constitution Avenue NW, Washington, DC 20037

Tel: +1.202.457.1700

Experts

Regions

Issue Areas

Education & Training

Events

About    Publications    Projects

Grants & Fellowships    Visit    Connect    Press

Blog

The United States Institute of Peace    Legal and Privacy Information | FOIA Inquiries