# Exhibit 23

Welcome to the United States Government Manual

## Getting Started

To begin searching within the Government Manual simply type in a keyword or phrase to find your match.



The United States GOVERNMENT MANUAL

Search    [ Search ]

## Resources

Declaration of Independence

Constitution

Organizational Chart of the U.S. Government

History of Agency Organizational Changes

Boards, Commissions, and Committees

Other International Organizations

Selected Bilateral Organizations

Agency Acronyms / Initialisms

Links to External Websites

Contact Information / News

The United States Government Manual

For over eight decades, *The United States Government Manual* has been the "official handbook" of the Federal Government. This New Deal-era publication  was published initially as a loose-leaf notebook, its pages held in place by three metal rings. The *Government Manual* is a regularly updated special edition of the *Federal Register*. Its contents include leadership tables and descriptions of agency activities and programs of the executive, judicial, and legislative branches of Government, as well as activities and programs of quasi-official agencies and international organizations in which the United States participates as a member.

The 2022 *Government Manual* also has Sources of Information sections covering a host of topics and containing links to online resources. Here are examples to illustrate the range of topics covered in these sections: aircraft and ships, air quality monitoring data, America the Beautiful passes, answers to FAQs, artists, atmospheric carbon dioxide, ATV safety, auctions, bank regulators, birdwatchers, Bitcoin and other virtual currencies, blogs, bullying, bus travel safety, carbon monoxide, career and business opportunities, chemical exposure, Chief of Staff's reading list, climate adaptation and climate change, cooperative practices and cooperative principles, Coronavirus Disease 2019 (COVID–19), credit cards, credit unions, cruise vacations, datasets and statistics, debt collection, democracy, disease, earthquakes and landslides, election security and U.S. elections, Electoral College, endangered species and wildlife, flood insurance, Founding Fathers, Freedom of Information Act and Open Government, gardening and organic agriculture, glossaries, Green Card and naturalization, greenhouse gas emissions, green jobs, historic Federal courthouses, history and timelines, homelessness and homeless veterans, Landsat, landscaping, law enforcement, learning American English, lessons of the Holocaust, LGBT youth, maps, Marine Corps bands and tattoo policy, Medals of Honor, minimum wage, museums, news and announcements, organ donation and transplantation, organizational charts, over 9 billion records, payday loans, plain language, planets, publications, public debt, quagga and zebra mussels, quantitative easing and negative rates, recreation, renewable energy, savings bonds and Treasury bills, search tools, SECURE Water Act, seigniorage, sexual assault, shipwrecks and ship disposal, site maps and A–Z indices, snarge, social media, sport fish and tips for fishing, student loans, suicide prevention, sustainability, terrorism advisories, tobacco-free living, travel warnings and wait times, trees on Capitol Grounds, underage drinking, volcanic activity, water conservation and resources, weapons of mass destruction, whistle-blower disclosures, wild horses and burros, wood pellet production and trade, women in the labor force, and more.

Portable Document Format (PDF) files of the *Government Manual* are available for viewing and downloading on the Government Publishing Office's gov**info** website.

| Featured |
|---|
| Legislative Branch |

Congress

Architect of the Capitol

Congressional Budget Office

Government Accountability Office

Government Publishing Office

Library of Congress

United States Botanic Garden

Judicial Branch

Executive Branch: The President

Executive Branch: Departments

Executive Branch: Independent Agencies and Government Corporations

Quasi-Official Agencies

International Organizations

Home

The Government of the United States

About

Contact Us

Privacy

Accessibility

Freedom of Information Act

No FEAR act

## THE GOVERNMENT OF THE UNITED STATES



Welcome to the United States Government Manual

## Getting Started

To begin searching within the
Government Manual simply type
in a keyword or phrase
to find your match.



Search    [Search]

Legislative Branch

| Congress |
| --- |
| ☐  The Senate |
| ☐  The House of Representatives |
| Architect of the Capitol |
| Congressional Budget Office |
| Government Accountability Office |
| Government Publishing Office |
| Library of Congress |
| ☐  Congressional Research Service |
| United States Botanic Garden |



Judicial Branch

**The Supreme Court of the United States**

**Lower Courts**

- United States Courts of Appeals
- United States Court of Appeals for the Federal Circuit
- United States District Courts
- Territorial Courts
- United States Court of International Trade
- Judicial Panel on Multidistrict Litigation

**Special Courts**

- United States Court of Appeals for the Armed Forces
- United States Court of Appeals for Veterans Claims
- United States Court of Federal Claims
- United States Tax Court

**Administrative Office of the United States Courts**

**Federal Judicial Center**

**United States Sentencing Commission**

## Executive Branch: The President

**The President**

**The Vice President**

**The Executive Office of the President**

- White House Office
- Office of the Vice President
- Council of Economic Advisers
- Council on Environmental Quality
- National Security Council
- Office of Administration

- Office of Management and Budget
- Office of National Drug Control Policy
- Office of Policy Development
  - Domestic Policy Council
  - National Economic Council
- Office of Science and Technology Policy
- Office of the United States Trade Representative

## Executive Branch: Departments

**Department of Agriculture**

**Department of Commerce**

- Bureau of Industry and Security
- Economic Development Administration
- Economics and Statistics Administration
- International Trade Administration
- Minority Business Development Agency
- National Oceanic and Atmospheric Administration
- National Telecommunications and Information Administration
- National Institute of Standards and Technology
- National Technical Information Service
- United States Patent and Trademark Office

**Department of Defense**

- Department of the Air Force
- Department of the Army
- Department of the Navy
  - United States Marine Corps
  - United States Naval Academy
- Defense Agencies

- Defense Advanced Research Projects Agency
- Defense Commissary Agency
- Defense Contract Audit Agency
- Defense Contract Management Agency
- Defense Finance and Accounting Service
- Defense Information Systems Agency
- Defense Intelligence Agency
- Defense Legal Services Agency
- Defense Logistics Agency
- Defense Security Cooperation Agency
- Defense Counterintelligence and Security Agency
- Defense Threat Reduction Agency
- Missile Defense Agency
- National Geospatial-Intelligence Agency
- National Security Agency / Central Security Service
- Pentagon Force Protection Agency
- Joint Service Schools
  - Defense Acquisition University
  - National Intelligence University
  - National Defense University
  - Uniformed Services University of the Health Sciences

## Department of Education

- Federally Aided Corporations
  - American Printing House for the Blind
  - Gallaudet University
  - Howard University
  - National Technical Institute for the Deaf / Rochester Institute of Technology

## Department of Energy

- Federal Energy Regulatory Commission

## Department of Health and Human Services

Administration for Children and Families

Administration for Community Living

Agency for Healthcare Research and Quality

Agency for Toxic Substances and Disease Registry

Centers for Disease Control and Prevention

Centers for Medicare and Medicaid Services

Food and Drug Administration

Health Resources and Services Administration

Indian Health Service

National Institutes of Health

Substance Abuse and Mental Health Services Administration

**Department of Homeland Security**

**Department of Housing and Urban Development**

**Department of Justice**

Bureaus

Bureau of Alcohol, Tobacco, Firearms and Explosives

Bureau of Prisons

Drug Enforcement Administration

Federal Bureau of Investigation

International Criminal Police Organization (INTERPOL)–Washington

Office of Justice Programs

United States Marshals Service

Offices / Boards

Executive Office for Immigration Review

Foreign Claims Settlement Commission of the United States

Office of Community Oriented Policing Services

Office on Violence Against Women

United States Parole Commission

**Department of Labor**

Bureau of International Labor Affairs

- [ ] Bureau of Labor Statistics
- [ ] Employee Benefits Security Administration
- [ ] Employment and Training Administration
- [ ] Mine Safety and Health Administration
- [ ] Occupational Safety and Health Administration
- [ ] Veterans' Employment and Training Service
- [ ] Wage and Hour Division
- [ ] Women's Bureau

### Department of State

### Department of Transportation

- [ ] Federal Aviation Administration
- [ ] Federal Highway Administration
- [ ] Federal Motor Carrier Safety Administration
- [ ] Federal Railroad Administration
- [ ] Federal Transit Administration
- [ ] Great Lakes Saint Lawrence Seaway Development Corporation
- [ ] Maritime Administration
- [ ] National Highway Traffic Safety Administration
- [ ] Pipeline and Hazardous Materials Safety Administration

### Department of Veterans Affairs

### Department of the Interior

- [ ] Bureau of Indian Affairs
- [ ] Bureau of Indian Education
- [ ] Bureau of Land Management
- [ ] Bureau of Ocean Energy Management
- [ ] Bureau of Reclamation
- [ ] Bureau of Safety and Environmental Enforcement
- [ ] National Park Service
- [ ] Office of Surface Mining Reclamation and Enforcement



United States Fish and Wildlife Service

United States Geological Survey

**Department of the Treasury**

Alcohol and Tobacco Tax and Trade Bureau

Bureau of Engraving and Printing

Bureau of the Fiscal Service

Internal Revenue Service

Office of the Comptroller of the Currency

United States Mint

## Executive Branch: Independent Agencies and Government Corporations

Administrative Conference of the United States

Central Intelligence Agency

Commodity Futures Trading Commission

Consumer Financial Protection Bureau

Consumer Product Safety Commission

Corporation for National and Community Service

Defense Nuclear Facilities Safety Board

Environmental Protection Agency

Equal Employment Opportunity Commission

Export-Import Bank of the United States

Farm Credit Administration

Federal Communications Commission

Federal Deposit Insurance Corporation

Federal Election Commission

Federal Housing Finance Agency

Federal Labor Relations Authority

Federal Maritime Commission

Federal Mine Safety and Health Review Commission

Federal Mediation and Conciliation Service

Federal Reserve System

Federal Retirement Thrift Investment Board

Federal Trade Commission

General Services Administration

Inter-American Foundation

Merit Systems Protection Board

National Aeronautics and Space Administration

National Archives and Records Administration

National Capital Planning Commission

National Credit Union Administration

National Foundation on the Arts and the Humanities

☐　National Endowment for the Arts

☐　National Endowment for the Humanities

☐　Institute of Museum and Library Services

National Labor Relations Board

National Mediation Board

National Railroad Passenger Corporation (AMTRAK)

National Science Foundation

National Transportation Safety Board

Nuclear Regulatory Commission

Occupational Safety and Health Review Commission

Office of Government Ethics

Office of Personnel Management

Office of the Director of National Intelligence

Overseas Private Investment Corporation

Peace Corps

Pension Benefit Guaranty Corporation

Postal Regulatory Commission

Railroad Retirement Board

Securities and Exchange Commission

Selective Service System

Small Business Administration

Social Security Administration

Surface Transportation Board

Tennessee Valley Authority

Trade and Development Agency

United States African Development Foundation

United States Agency for Global Media

United States Agency for International Development

United States Commission on Civil Rights

United States International Trade Commission

United States Office of Special Counsel

United States Postal Service

## Quasi-Official Agencies

Legal Services Corporation

Smithsonian Institution

John F. Kennedy Center for the Performing Arts

National Gallery of Art

Woodrow Wilson International Center for Scholars

State Justice Institute

United States Holocaust Memorial Museum

United States Institute of Peace

## International Organizations

African Development Bank

Asian Development Bank

European Bank for Reconstruction and Development

Inter-American Defense Board

Inter-American Development Bank

Inter-American Investment Corporation

International Monetary Fund

International Organization for Migration

Organization of American States

United Nations

World Bank Group

International Bank for Reconstruction and Development

International Centre for Settlement of Investment Disputes

International Development Association

International Finance Corporation

Multilateral Investment Guarantee Agency

Home

The Government of the United States

About

Contact Us

Privacy

Accessibility

Freedom of Information Act

No FEAR act







The United States Government Manual

## UNITED STATES INSTITUTE OF PEACE

2301 Constitution Avenue NW., Washington, DC 20037

202-457-1700

202-429-6063

http://www.usip.org

## BOARD OF DIRECTORS

APPOINTEES FROM OUTSIDE FEDERAL SERVICE

| | |
|---|---|
| Chair | George E. Moose |
| Vice Chair | Judy Ansley |
| | |
| Members | Eric S. Edelman |
| | Joseph Eldridge |
| | Stephen J. Hadley |
| | Kerry Kennedy |
| | Ikram U. Khan |
| | Stephen D. Krasner |
| | John A. Lancaster |
| | Jeremy A. Rabkin |
| | J. Robinson West |
| | Nancy Zirkin |

EX–OFFICIO MEMBERS

| | |
|---|---|
| Department of State | Secretary Antony J. Blinken |
| Department of Defense | Under Secretary for Policy Colin H. Kahl |
| | |
| National Defense University | President and Lt. Gen. Michael T. Plehn, USAF |
| U.S. Institute of Peace (nonvoting) | President Lise Grande |

https://www.usip.org/about/leadership/board-directors

# SENIOR STAFF

| PRESIDENT | Lise Grande |
|---|---|

| CHIEF OFFICERS | |
|---|---|
| Administrative | Kathleen T. Ross |
| Executive | Lise Grande |
| Financial | Joseph Lataille |

| Director of Overseas Safety and Security | Paul Hughes |
|---|---|
| Special Advisor | Paul Hughes |

| VICE PRESIDENTS | |
|---|---|
| Africa Center | Joseph Sany |
| Applied Conflict Transformation | David W. Yang |
| Asia Programs | Andrew Wilder |
| Finance | Joseph Lataille |
| Middle East and North Africa Center | Michael Yaffe |
| Policy, Learning and Strategy | Joseph Hewitt |
| Strategic Stability and Security | William B. Taylor |

https://www.usip.org/about/senior-staff

**The above list of key personnel was updated 1–2022.**

*The United States Institute of Peace prevents, mitigates, and resolves violent conflicts around the world.*

## ESTABLISHMENT AND ORGANIZATION

On October 19, 1984, President Ronald W. Reagan approved Public Law 98–525, which also is cited as the "Department of Defense Authorization Act, 1985" (98 Stat. 2492). One hundred and sixty-nine pages in length, this new law authorized appropriations for the Department of Defense and the Department of Energy, as well as having other purposes, which included the establishment of "the United States Institute of Peace" (98 Stat. 2651).

https://www.govinfo.gov/content/pkg/STATUTE-98/pdf/STATUTE-98-Pg2492.pdf

On the same day that President Reagan approved the Department of Defense Authorization Act, 1985, he released a signing statement. In that statement, he noted the establishment of the United States Institute of Peace (USIP) within the context of affirming the "President's constitutional power to remove [members of the Board of Directors]."

https://www.reaganlibrary.gov/archives/speech/statement-signing-department-defense-authorization-act-1985

The Department of Defense Authorization Act, 1985, contains within it Title XVII, which also is cited as the "United States Institute of Peace Act" (98 Stat. 2649–2660). The Act established the USIP as an independent nonprofit corporation for developing, applying, and fostering cost-effective strategies and tools to prevent, mitigate, and resolve violent international conflicts, particularly those that threaten or harm America's strategic and security interests.

https://www.usip.org/about-us/history/usip-act

Title 22 of the United States Code (U.S.C.) contains codified statutory material on the topics of foreign relations and intercourse. Chapter 56 (sections 4601–4611) of 22 U.S.C. is dedicated to codified material that affects the United States Institute of Peace.

https://uscode.house.gov/view.xhtml?path=/prelim@title22/chapter56&edition=prelim

By the advice and with the consent of the Senate, the President appoints the Institute's bipartisan Board of Directors. It comprises 12 members from outside Federal service; plus four ex officio members from inside Federal service: one from the State Department, one from the Department of Defense, one from the National Defense University, and the USIP President, who serves on the Board as a nonvoting member. The Board governs the Institute and appoints its President. No more than eight voting members may be from the same political party.

http://www.usip.org/aboutus/board.html

## ACTIVITIES

The USIP supports U.S. national security and foreign affairs through conflict management and peacebuilding operations, training in conflict management and peacebuilding tradecraft and best practices, and conflict research and analysis. The USIP operates on the ground in conflict zones. It facilitates dialogue among parties in conflict, builds conflict management skills and capacity, identifies and disseminates best practices in conflict management, promotes the rule of law, reforms and strengthens education systems, strengthens civil society, and educates the public through media and other outreach activities.

https://www.usip.org/regions-countries

The USIP works in partnership with the State and Defense Departments, the U.S. Agency for International Development, nongovernmental organizations, higher and secondary educational institutions, foreign governments, and international organizations, to promote collaborative problem-solving through conflict management operations, training and analysis, facilitated dialogue, Track 1.5 diplomacy, and special events. The Institute conducts practitioner training in conflict management, including mediation and negotiating skills for government and military personnel, civil society leaders, and staff of nongovernmental and international organizations. The USIP extends its reach through grants, fellowships, and scholarships, to nonprofit organizations in the United States and overseas.

http://www.usip.org/issue-areas

## SOURCES OF INFORMATION

## Archived Records

The "Guide to Federal Records in the National Archives of the United States" indicates that USIP records have been assigned to record group 573. The guide does not contain, however, a description that is associated with USIP records.

https://www.archives.gov/research/guide-fed-records/index-numeric/501-to-600.html

## Blog

The USIP's official blog is called "The Olive Branch."

https://www.usip.org/blog

## Career Opportunities

The USIP relies on knowledgeable, talented professionals to carry out its mission. A recent graduate typically starts as a program assistant. The ideal candidate is a high academic achiever; has a background in international relations or a related field; and possesses administrative, computer, research, and writing skills. Regional specialization and language skills may be required for some positions.

https://www.usip.org/about/careers-usip

## Climate Change

The USIP posted a short piece on the outcomes of the 26th Conference of Parties of the U.N. Framework Convention on Climate Change, which took place in Glasgow, in 2021. A senior USIP advisor on the environment and conflict provided the following analysis and commentary: "Glasgow yielded a sobering, honest recognition of the injustices of climate change . . . . The impacts of climate change are agonizingly unfair, with richer countries responsible for the historic build-up of greenhouse gases that cause climate change in the atmosphere, while climate change harms most those who can protect themselves least, including the poorest communities in the world's fragile states. In addition, our responses to climate change can exacerbate inequities within and between countries. The agreement reached at Glasgow takes a big step in recognizing the world's need to address these injustices. It elevates the global focus on seeking climate equity, and in particular intergenerational equity."

https://www.usip.org/publications/2021/11/glasgows-summit-will-spur-change-climate-and-conflicts

## Contact Information

The "Contact Us" web page has an electronic message box that allows visitors to send a comment or suggestion or to ask a question. Replies from the USIP are sent via email. The USIP postal address and phone number are also located at the bottom of the "Contac Us" page.

https://www.usip.org/contact

## Education / Training

The USIP runs an academy for peacebuilders seeking to learn more about transforming violent conflict in their communities to peaceful coexistence. It also has nationwide programs that teach students and teachers about American approaches to peacebuilding.

https://www.usip.org/education-training

## Electoral Violence

The USIP seeks to prevent election violence. Worldwide, 20 percent of elections become marred by violence. No continent is immune from and no level of development can prevent efforts to intimidate voters, to shut down polling stations, or to use police force excessively. To counter these threats to democracy, the USIP promotes civic education, election observation, police training, and preventative diplomacy.

https://www.usip.org/issue-areas/electoral-violence

## Events

The USIP maintains an events web page.

https://www.usip.org/events

## Experts

Working with governments and civil society groups worldwide, USIP experts conduct research and provide analysis, resources, and training for partners in conflict zones and in Washington, DC. They specialize in violent conflicts around the world and in issues such as advancing rule of law, countering violent extremism, electoral violence, governance, peace processes, and the roles of religion and technology in promoting peace or supporting conflict.

https://www.usip.org/experts

## Federal Register

Documents that the USIP recently published in the Federal Register are accessible online.

https://www.federalregister.gov/agencies/united-states-institute-of-peace

## Grants / Fellowships

Information on USIP grants and fellowship programs is available online.

https://www.usip.org/grants-fellowships

## History

In the 1960s and 1970s, veterans of the Second World War were assuming important roles in the U.S. Congress. Several of them were men of peace with a vision. To learn who they were and what they did to promote their vision, visit "The Origins of USIP" web page.

https://www.usip.org/about/origins-usip

## Issue Areas

The "Issues Areas" web page allows visitors to explore USIP analysis, programs and publications within a topical framework.

https://www.usip.org/issue-areas

## News

The USIP posts news items on its "Press" web page.

https://www.usip.org/press

## Newsletter / Bulletin

The USIP publishes a weekly newsletter (i.e., "The Weekly Bulletin") and a monthly bulletin (i.e., "Public Education

News").

https://www.usip.org/connect

## Podcast Network

"USIP Events" presents same-day audio of USIP events that feature global leaders, policymakers, and practitioners, as they offer peaceful solutions for mitigating conflict in dangerous zones around the world. Additional audio productions include "Culturally Attuned" (podcast), "On Peace" (weekly discussions), and "The Peace Frequency" (in-depth interviews).

https://www.usip.org/podcasts

## Publications

USIP articles, publications, and tools are accessible online.

https://www.usip.org/publications

## Regions

The USIP is active in 52 countries and has staff in 18 of them.

https://www.usip.org/regions-countries

## Social Media

The USIP has a Facebook account.

https://www.facebook.com/usinstituteofpeace

The USIP tweets announcements and other newsworthy items on Twitter.

https://twitter.com/USIP

The USIP posts video on its YouTube channel.

https://www.youtube.com/user/usinstituteofpeace

## Speakers Bureau

The Speakers Bureau connects national networks and local organizations in the United States with leading USIP experts for virtual and in-person speaking events on themes that are relevant to the Institute's mission.

https://www.usip.org/connect/usip-public-outreach

## Strategic Plan

The 2020–2022 USIP Strategic Plan has been posted online for viewing and downloading.

https://www.usip.org/sites/default/files/USIP-Strategic-Plan-2020-2022.pdf

**The Sources of Information were updated 1–2022.**

Home

The Government of the United States

About

Contact Us

Privacy

Accessibility

Freedom of Information Act

No FEAR act