# Exhibit 24

Case 1:25-cv-00804-BAH    Document 20-24    Filed 04/04/25    Page 2 of 14



# The United States Government Manual
## 1988/89



AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO



# The United States Government Manual
# 1988/89

LIBRARY
U. S. COAST GUARD ACADEMY
NEW LONDON, CONNECTICUT

WITHDRAWN

Office of the Federal Register

National Archives and Records Administration

JK421
.A3
1988-89

**Revised June 1, 1988**

John E. Byrne,
*Director of the Federal Register.*

Don W. Wilson,
*Archivist of the United States.*

LIBRARY
U.S. COAST GUARD ACADEMY
NEW LONDON, CONNECTICUT

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, DC 20402

OCT. 1 1 1988

U.S. Depository Document
U.S. COAST GUARD ACADEMY
LIBRARY
NEW LONDON, CT 06320

# Preface

As the official handbook of the Federal Government, *The United States Government Manual* provides comprehensive information on the agencies of the legislative, judicial, and executive branches. The *Manual* also includes information on quasi-official agencies, international organizations in which the United States participates, and boards, committees, and commissions.

A typical agency description includes a list of principal officials, a summary statement of the agency's purpose and role in the Federal Government, a brief history of the agency, including its legislative or executive authority, a description of its programs and activities, and a "Sources of Information" section. This last section provides information on consumer activities, contracts and grants, employment, publications, and many other areas of public interest.

The 1988/89 *Manual* was prepared by the Presidential Documents and Legislative Division, Office of the Federal Register. Kenneth R. Payne was Managing Editor; John H. Hedges was Associate Editor. Also assisting were Albert K. Kapikian, Susannah C. Hurley, and Kristine M. Moss.

This year's *Manual* cover incorporates a photograph taken by White House Photographer Peter Souza.

### THE FEDERAL REGISTER AND ITS SPECIAL EDITIONS

The *Manual* is published as a special edition of the *Federal Register* (*see* 1 CFR 9.1). Its focus is on programs and activities. Persons interested in detailed organizational structure, the regulatory documents of an agency, or Presidential documents should refer to the *Federal Register* or one of its other special editions, described below.

Issued each Federal working day, the *Federal Register* provides a uniform system for publishing Presidential documents, regulatory documents with general applicability and legal effect, proposed rules, notices, and documents required to be published by statute.

The *Code of Federal Regulations* is an annual codification of the general and permanent rules published in the *Federal Register*. The *Code* is divided into 50 titles that represent broad areas subject to Federal regulation. The *Code* is kept up to date by the individual issues of the *Federal Register*.

The *Weekly Compilation of Presidential Documents* serves as a timely, up-to-date reference source for the public policies and activities of the President. It contains the remarks, news conferences, messages, statements, and other Presidential material of a public nature issued by the White House during the week reported.

A companion publication to the *Weekly Compilation* is the *Public Papers of the Presidents,* which contains public Presidential documents and speeches in convenient book form. Volumes of the *Public Papers* have been published for every President since Herbert Hoover, with the exception of Franklin D. Roosevelt, whose papers were published privately.

III

IV     U.S. GOVERNMENT MANUAL

### OTHER OFFICE OF THE FEDERAL REGISTER PUBLICATIONS

The Office of the Federal Register publishes slip laws, which are pamphlet prints of each public and private law enacted by Congress. Slip laws are compiled annually as the *United States Statutes at Large*. The *Statutes* volumes contain all public and private laws and concurrent resolutions enacted during a session of Congress, reorganization plans, proposed and ratified amendments to the Constitution, and Presidential proclamations. Included with many of these documents are sidenotes, citations, and a guide to their legislative history.

The *Codification of Presidential Proclamations and Executive Orders* provides in one reference source proclamations and Executive orders issued from 1961 through the first term of President Reagan that have general applicability and continuing legal effect. The *Codification* is divided into 50 chapters representing broad subject areas. Incorporated into each codified document are all amendments that were in effect on the most recent revision date.

### PUBLICATION AVAILABILITY

The publications of the Office of the Federal Register are available for sale by writing:

Superintendent of Documents
Government Printing Office
Washington, DC 20402-9325

and are also sold at Government Printing Office bookstores located in several major cities. Telephone inquiries should be directed to 202-783-3238.

The *Federal Register* and *Code of Federal Regulations* are available in microfiche form as well as bound paper copies. In addition, these publications are available to the public at designated Government depository libraries and many other libraries. For more information, see the "Sources of Information" section of the Government Printing Office's statement in this book.

### FURTHER INFORMATION

Information on the contents of *The United States Government Manual* and other publications of the Office of the Federal Register may be obtained by writing:

Office of the Federal Register
National Archives and Records Administration
Washington, DC 20408

Telephone inquiries concerning the editorial content of the *Manual* should be directed to 202-523-5230.

# Contents

**DECLARATION OF INDEPENDENCE** 1
**CONSTITUTION OF THE UNITED STATES** 5
Chart: The Government of the United States 21

**LEGISLATIVE BRANCH** 23
Congress 25
Architect of the Capitol 42
United States Botanic Garden 43
General Accounting Office 45
Government Printing Office 48
Library of Congress 52
Office of Technology Assessment 58
Congressional Budget Office 60
Copyright Royalty Tribunal 62

**JUDICIAL BRANCH** 63
The Supreme Court of the United States 65
Lower Courts 66
Special Courts 72
Administrative Office of the United States Courts 76
Federal Judicial Center 79

**EXECUTIVE BRANCH** 81
**The President of the United States** 83
**Executive Office of the President** 83
The White House Office 85
Office of Management and Budget 88
Council of Economic Advisers 90
National Security Council 91
Office of Policy Development 91
Office of the United States Trade Representative 92
Council on Environmental Quality 94
Office of Science and Technology Policy 95
Office of Administration 95
**Office of the Vice President of the United States** 96

**Executive Agencies**

**Departments** 97
Department of Agriculture 97
Department of Commerce 136
Department of Defense 161
*Department of the Air Force* 187
*Department of the Army* 200
*Department of the Navy* 216

**VI**  U.S. GOVERNMENT MANUAL

*Department of Defense Agencies and Joint Service Schools* 235
*Department of Education* 263
*Department of Energy* 272
*Department of Health and Human Services* 282
*Department of Housing and Urban Development* 316
*Department of the Interior* 335
*Department of Justice* 359
*Department of Labor* 397
*Department of State* 421
*Department of Transportation* 435
*Department of the Treasury* 472

**Independent Establishments and Government Corporations** 503
ACTION 503
Administrative Conference of the United States 508
African Development Foundation 510
American Battle Monuments Commission 511
Appalachian Regional Commission 512
Board for International Broadcasting 514
Central Intelligence Agency 515
Commission on the Bicentennial of the United States Constitution 516
Commission on Civil Rights 518
Commission of Fine Arts 519
Commodity Futures Trading Commission 520
Consumer Product Safety Commission 521
Environmental Protection Agency 523
Equal Employment Opportunity Commission 529
Export-Import Bank of the United States 534
Farm Credit Administration 536
Federal Communications Commission 537
Federal Deposit Insurance Corporation 543
Federal Election Commission 547
Federal Emergency Management Agency 548
Federal Home Loan Bank Board 551
Federal Labor Relations Authority 555
Federal Maritime Commission 558
Federal Mediation and Conciliation Service 561
Federal Reserve System 562
Federal Retirement Thrift Investment Board 569
Federal Trade Commission 570
General Services Administration 578
Inter-American Foundation 596
Interstate Commerce Commission 597
Merit Systems Protection Board 601
National Aeronautics and Space Administration 605
National Archives and Records Administration 612
National Capital Planning Commission 619
National Credit Union Administration 622
National Foundation on the Arts and the Humanities 624
National Labor Relations Board 631
National Mediation Board 634
National Science Foundation 636
National Transportation Safety Board 642
Nuclear Regulatory Commission 645
Occupational Safety and Health Review Commission 651

Office of Personnel Management 653
Panama Canal Commission 657
Peace Corps 658
Pennsylvania Avenue Development Corporation 662
Pension Benefit Guaranty Corporation 663
Postal Rate Commission 666
Railroad Retirement Board 668
Securities and Exchange Commission 671
Selective Service System 677
Small Business Administration 680
Tennessee Valley Authority 687
United States Arms Control and Disarmament Agency 689
United States Information Agency 692
United States International Development Cooperation Agency 699
United States International Trade Commission 710
United States Postal Service 715
Veterans Administration 721

**Guide to Boards, Committees, and Commissions** 741

**Quasi-Official Agencies** 747
Legal Services Corporation 747
National Railroad Passenger Corporation (Amtrak) 748
Smithsonian Institution 750
State Justice Institute 766
United States Institute of Peace 767

**Selected Multilateral Organizations** 769
**Selected Bilateral Organizations** 781

**Appendix A: Standard Federal Regions** 783
Standard Federal Regions 783
Federal Executive Boards 783
Standard Federal Regions Map 784

**Appendix B: Commonly Used Abbreviations and Acronyms** 785

**Appendix C: Terminated and Transferred Agencies** 791

**Appendix D: Agencies Appearing in the Code of Federal Regulations** 841

NAME INDEX 851

AGENCY/SUBJECT INDEX 885

RECENT CHANGES AND PENDING ACTIONS 892



# Quasi-Official Agencies

**Note:** This section contains organizations that are not agencies under the definition in 5 U.S.C. 105 but that are required by statute to publish certain information on their programs and activities in the *Federal Register*.

## LEGAL SERVICES CORPORATION

*400 Virginia Avenue SW., Washington, DC 20024–2751*
*Phone, 202–863–1820*

| | |
|---|---|
| President | JOHN H. BAYLY, JR. |
| Vice President | CHARLES W. JARVIS |
| Secretary | MAUREEN BOZELL |
| Comptroller/Treasurer | DAVID RICHARDSON |
| Director, Office of Management Services | JOHN C. MEYER |
| Director, Office of Monitoring, Audit and Compliance | EMILIA DISANTO |
| Director, Office of Policy Development and Communications | JAMES WOOTTON, *Acting* |
| Director, Office of Field Services | MARY HIGGINS |
| General Counsel | TIMOTHY B. SHEA |

[For the Legal Services Corporation statement of organization, see the *Code of Federal Regulations*, Title 45, Part 1601]

The Legal Services Corporation is a private, nonprofit organization established by the Legal Services Corporation Act of 1974, as amended (42 U.S.C. 2996), to provide financial support for legal assistance in noncriminal proceedings to persons financially unable to afford legal services.

The Corporation is governed by an 11-member Board of Directors, appointed by the President by and with the advice and consent of the Senate. The President of the Corporation, appointed by the Board of Directors, is the chief executive officer and serves as an *ex officio* Board member.

The Corporation provides financial assistance to qualified programs furnishing legal assistance to eligible clients and makes grants to and contracts with individuals, firms, corporations, and organizations for the purpose of providing legal assistance to these clients.

The Corporation establishes maximum income levels for clients based on family size, urban and rural differences, and cost-of-living variations. Using these maximum income levels and other financial factors, the Corporation's

747

—encourage education for judges and support personnel of State court systems.

To accomplish these broad objectives, the Institute is authorized to provide funds, through grants, cooperative agreements, and contracts, to State courts and organizations that can assist in the achievement of improving judicial administration of the State courts.

## Sources of Information

Inquiries concerning the following programs and activities should be directed to the specified office of the State Justice Institute, 120 South Fairfax Street, Alexandria, VA 22314.

Grants—Director/Program Division. Phone, 703-684-6100.

Library/Publications, Consumer Information, Employment/Personnel—Administrative Officer. Phone, 703-684-6100.

Speakers, Privacy Act/Freedom of Information Act Requests—Executive Secretary/Office of the Executive Director. Phone, 703-684-6100.

For further information, contact the Administrative Officer, State Justice Institute, 120 South Fairfax Street, Alexandria, VA 22314. Phone, 703-684-6100.

---

# UNITED STATES INSTITUTE OF PEACE

*1550 M Street NW., Washington, DC 20005-1708*
*Phone, 202-457-1700*

*Board of Directors:*
Public Members:
Chairman — JOHN NORTON MOORE
Members — DENNIS L. BARK, WILLIAM R. KINTNER, EVRON M. KIRKPATRICK, MORRIS I. LEIBMAN, SIDNEY LOVETT, RICHARD JOHN NEUHAUS, ELSPETH DAVIES ROSTOW, W. SCOTT THOMPSON, W. BRUCE WEINROD, ALLEN WEINSTEIN

Senior Adviser to Board — JENNINGS RANDOLPH
Ex Officio Members:
    Director, U.S. Arms Control and Disarmament Agency — WILLIAM F. BURNS
    Assistant Secretary of State for Human Rights and Humanitarian Affairs — RICHARD SCHIFTER
    President, National Defense University — BRADLEY C. HOSMER
    Assistant Secretary of Defense for International Security Policy — RONALD F. LEHMAN II

*Officials:*
President — SAMUEL W. LEWIS
Vice President — CHARLES E. NELSON
General Counsel — CHARLES DURYEA SMITH
Counselor and Director of Education and Public Information Program — JOHN RICHARDSON
Director, Research and Studies Program — KENNETH M. JENSEN
Director, Grants Program — HRACH GREGORIAN

**768    U.S. GOVERNMENT MANUAL**

| | |
|---|---|
| Director, Jennings Randolph Program for International Peace | MICHAEL LUND |
| Administrative Officer | BERNICE CARNEY |

The United States Institute of Peace was established as an independent, Federal, nonprofit corporation by act of October 19, 1984 (22 U.S.C. 4603). The purpose of the Institute is to develop and disseminate knowledge about the peaceful resolution of international conflict. To accomplish this the Institute has set the following goals:

—to provide creative practical insights through research, education, and training on negotiation, mediation, and other skills to those actively engaged in resolving international conflicts;

—to expand the body of knowledge about the nature and processes of peace, war, and international conflict management; and

—to disseminate information to the public about these subjects.

Among the Institute's instruments are grants, fellowships, and in-house projects.

The Grants Program provides financial support to nonprofit organizations, including private colleges and universities; official public institutions, including public schools, colleges, universities, libraries, and Federal, State, and local agencies; and individuals, whether or not they are associated with nonprofit or official public institutions.

The Jennings Randolph Program for International Peace provides fellowships to scholars and leaders in peace to undertake research and other appropriate forms of communication on issues of international peace and the management of international conflict. The Fellowship Program has three levels: Jennings Randolph Distinguished Fellows, persons whose careers show extraordinary accomplishment concerning questions of international peace; United States Institute of Peace Fellows, persons also of accomplishment but somewhat less eminence; and United States Institute of Peace Scholars, persons working on doctoral dissertations in the field.

Institute-directed projects include a systematic examination of peace and conflict management theories; an educational TV program and cassette series on U.S.-Soviet summitry; a National Peace Essay Contest for high school students; the Jeannette Rankin Library Program, envisioned as a preeminent research library, archives, and extension program for the field; and an in-house Research and Studies Program, featuring workshops and seminars. Institute publications include a biennial report to Congress and the President and a newsletter, the *United States Institute of Peace Journal*.

For further information, contact the United States Institute of Peace, 1550 M Street NW., Suite 700, Washington, DC 20005–1708. Phone, 202–457–1700.