# Exhibit 25

# The United States Government Manual 2009/2010

Office of the Federal Register
National Archives and Records Administration

The artwork used in creating this cover are derivatives of two pieces of original artwork created by and copyrighted 2003 by Coordination/Art Director: Errol M. Beard, Artwork by: Craig S. Holmes specifically to commemorate the National Archives Building Rededication celebration held September 15-19, 2003. See Archives Store for prints of these images.

**Revised September 15, 2009**

Raymond A. Mosley,
*Director of the Federal Register.*

Adrienne C. Thomas,
*Acting Archivist of the United States.*

*On the cover:* This edition of *The United States Government Manual* marks the 75th anniversary of the National Archives and celebrates its important mission to ensure access to the essential documentation of Americans' rights and the actions of their Government. The cover displays an image of the Rotunda and the Declaration Mural, one of the 1936 Faulkner Murals in the Rotunda at the National Archives and Records Administration (NARA) Building in Washington, DC.

  The National Archives Rotunda is the permanent home of the Declaration of Independence, the Constitution of the United States, and the Bill of Rights. These three documents, known collectively as the Charters of Freeedom, have secured the the rights of the American people for more than two and a quarter centuries. In 2003, the National Archives completed a massive restoration effort that included conserving the parchment of the Declaration of Independence, the Constitution, and the Bill of Rights, and re-encasing the documents in state-of-the-art containers.

  In 1936, Barry Faulkner created two large-scale murals in the Rotunda depicting fictional scenes of the presentation of the Declaration of Independence and the Constitution. Each mural is about 13 feet high and 34 feet long. In September 2003, the murals were restored and also recreated as an interactive feature on NARA's Web site: www.archives.gov/nae/visit/rotunda.html. Flanking the permanent display of the Charters and the murals is the exhibit, ''A New World Is At Hand,'' a selection of documents from the National Archives' holdings that chronicle milestones toward the creation of the Charters and their impact on United States and world history. Each year more than a million visitors come to the Rotunda of the National Archives to see the Charters of Freedom and the Faulkner Murals, which adorn its walls.

  The Office of the Federal Register, publisher of *The United States Government Manual*, was established as a division of the National Archives in 1935 and moved into the new National Archives building with the other four divisions of the new agency on November 8, 1935.

  We extend special thanks to the Creative and Digital Media Services at the Government Printing Office for its artistic contributions in designing the cover.

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250   Mail: Stop SSOP, Washington, DC 20402–0001

ISBN 978–0–16–083949–8

# Preface

As the official handbook of the Federal Government, *The United States Government Manual* provides comprehensive information on the agencies of the legislative, judicial, and executive branches. The *Manual* also includes information on quasi-official agencies; international organizations in which the United States participates; and boards, commissions, and committees.

A typical agency description includes a list of principal officials, a summary statement of the agency's purpose and role in the Federal Government, a brief history of the agency, including its legislative or executive authority, a description of its programs and activities, and a "Sources of Information" section. This last section provides information on consumer activities, contracts and grants, employment, publications, and many other areas of public interest.

The 2009/2010 *Manual* was prepared by the Presidential and Legislative Publications Unit, Office of the Federal Register. Alfred W. Jones was Managing Editor; Matthew R. Regan was Chief Editor, assisted by Heather McDaniel, Lois Davis, and Joseph Frankovic.

### THE FEDERAL REGISTER AND ITS SPECIAL EDITIONS

The *Manual* is published as a special edition of the *Federal Register* (*see* 1 CFR 9.1). Its focus is on programs and activities. Persons interested in detailed organizational structure, the regulatory documents of an agency, or Presidential documents should refer to the *Federal Register* or one of its other special editions, described below.

Issued each Federal working day, the *Federal Register* provides a uniform system for publishing Presidential documents, regulatory documents with general applicability and legal effect, proposed rules, notices, and documents required to be published by statute.

The *Code of Federal Regulations* is an annual codification of the general and permanent rules published in the *Federal Register*. The *Code* is divided into 50 titles that represent broad areas subject to Federal regulation. The *Code* is kept up to date by the individual issues of the *Federal Register*.

The *Weekly Compilation of Presidential Documents* serves as a timely, up-to-date reference source for the public policies and activities of the President. It contains remarks, news conferences, messages, statements, and other Presidential material of a public nature issued by the White House during the week reported.

A companion publication to the *Weekly Compilation* is the *Public Papers of the Presidents,* which contains public Presidential documents and speeches in convenient book form. Volumes of the *Public Papers* have been published for every President since Herbert Hoover, with the exception of Franklin D. Roosevelt, whose papers were published privately.

### OTHER OFFICE OF THE FEDERAL REGISTER PUBLICATIONS

The Office of the Federal Register publishes slip laws, which are pamphlet prints of each public and private law enacted by Congress. Slip laws are compiled annually as the *United States Statutes at Large*. The *Statutes* volumes contain all public and private laws and concurrent resolutions enacted during a session of Congress;

**iii**

**iv**   U.S. GOVERNMENT MANUAL

recommendations for executive, legislative, and judicial salaries; reorganization plans; proposed and ratified amendments to the Constitution; and Presidential proclamations. Included with many of these documents are sidenotes, U.S. Code and statutes citations, and a summary of their legislative histories.

PUBLICATION AVAILABILITY

The publications of the Office of the Federal Register are available for sale by writing to the following address:

   Superintendent of Documents
   P.O. Box 371954
   Pittsburgh, PA 15250–7954

Publications are also available for sale through the Government Printing Office online bookstore at http://bookstore.gpo.gov, the Government Printing Office bookstore located in Washington, DC, and the retail sales outlet in Laurel, MD. Telephone inquiries should be directed to 202–512–1800.

ELECTRONIC SERVICES

The Office of the Federal Register maintains an Internet site for public law numbers, the Federal Register's public inspection list, and information on the Office and its activities at www.archives.gov/federal-register. This site also contains links to the texts of *The United States Government Manual*, public laws, the *Weekly Compilation of Presidential Documents*, the *Federal Register*, and the *Code of Federal Regulations* (both as officially published on a quarterly basis and a new unofficial, daily updated version, the e-CFR) in electronic format through *GPO Access*. For more information about these online publications, contact Electronic Information Dissemination Services, U.S. Government Printing Office. Phone, 202–512–1530, or 888–293–6498. Internet, www.gpoaccess.gov. Email, gpoaccess@gpo.gov.

FURTHER INFORMATION

Information on *The United States Government Manual* and other publications of the Office of the Federal Register may be obtained by writing to the following address:

   Office of the Federal Register
   National Archives and Records Administration
   Washington, DC 20408

Inquiries should be directed by phone to 202–741–6000, faxed to 202–741–6012, or emailed to fedreg.info@nara.gov.

# Contents

| | |
|---|---|
| **DECLARATION OF INDEPENDENCE** | 1 |
| **CONSTITUTION OF THE UNITED STATES** | 5 |
| **Chart: The Government of the United States** | 21 |

**LEGISLATIVE BRANCH**

| | |
|---|---|
| Congress | 25 |
| Architect of the Capitol | 43 |
| United States Botanic Garden | 45 |
| Government Accountability Office | 47 |
| Government Printing Office | 50 |
| Library of Congress | 53 |
| Congressional Budget Office | 60 |

**JUDICIAL BRANCH**

| | |
|---|---|
| The Supreme Court of the United States | 65 |
| Lower Courts | 66 |
| Special Courts | 73 |
| Administrative Office of the United States Courts | 75 |
| Federal Judicial Center | 79 |
| United States Sentencing Commission | 80 |

**EXECUTIVE BRANCH**

| | |
|---|---|
| **The President of the United States** | 85 |
| **The Vice President of the United States** | 85 |
| **Executive Office of the President** | 86 |
| The White House Office | 86 |
| Office of the Vice President of the United States | 88 |
| Council of Economic Advisers | 89 |
| Council on Environmental Quality | 89 |
| National Security Council | 90 |
| Office of Administration | 91 |
| Office of Management and Budget | 92 |
| Office of National Drug Control Policy | 94 |
| Office of Policy Development | 96 |
| Office of Science and Technology Policy | 97 |
| Office of the United States Trade Representative | 98 |

**Executive Agencies**

**Departments**

| | |
|---|---|
| Department of Agriculture | 103 |
| Department of Commerce | 127 |
| Department of Defense | 146 |
| *Department of the Air Force* | 156 |
| *Department of the Army* | 161 |
| *Department of the Navy* | 170 |

**vi**    u.s. government manual

| | |
|---:|---|
| *Defense Agencies* | 181 |
| *Joint Service Schools* | 191 |
| Department of Education | 195 |
| Department of Energy | 203 |
| Department of Health and Human Services | 212 |
| Department of Homeland Security | 225 |
| Department of Housing and Urban Development | 231 |
| Department of the Interior | 237 |
| Department of Justice | 253 |
| Department of Labor | 273 |
| Department of State | 289 |
| Department of Transportation | 304 |
| Department of the Treasury | 327 |
| Department of Veterans Affairs | 343 |

**Independent Establishments and Government Corporations**

| | |
|---:|---|
| African Development Foundation | 351 |
| Broadcasting Board of Governors | 352 |
| Central Intelligence Agency | 355 |
| Commodity Futures Trading Commission | 356 |
| Consumer Product Safety Commission | 358 |
| Corporation for National and Community Service | 362 |
| Defense Nuclear Facilities Safety Board | 366 |
| Environmental Protection Agency | 366 |
| Equal Employment Opportunity Commission | 372 |
| Export-Import Bank of the United States | 377 |
| Farm Credit Administration | 379 |
| Federal Communications Commission | 382 |
| Federal Deposit Insurance Corporation | 388 |
| Federal Election Commission | 392 |
| Federal Housing Finance Agency | 393 |
| Federal Labor Relations Authority | 395 |
| Federal Maritime Commission | 398 |
| Federal Mediation and Conciliation Service | 401 |
| Federal Mine Safety and Health Review Commission | 402 |
| Federal Reserve System | 404 |
| Federal Retirement Thrift Investment Board | 409 |
| Federal Trade Commission | 410 |
| General Services Administration | 415 |
| Inter-American Foundation | 422 |
| Merit Systems Protection Board | 423 |
| National Aeronautics and Space Administration | 425 |
| National Archives and Records Administration | 431 |
| National Capital Planning Commission | 440 |
| National Credit Union Administration | 441 |
| National Foundation on the Arts and the Humanities | 445 |
| *National Endowment for the Arts* | 445 |
| *National Endowment for the Humanities* | 447 |
| *Institute of Museum and Library Services* | 449 |
| National Labor Relations Board | 451 |
| National Mediation Board | 456 |
| National Railroad Passenger Corporation (Amtrak) | 459 |
| National Science Foundation | 461 |
| National Transportation Safety Board | 466 |
| Nuclear Regulatory Commission | 470 |
| Occupational Safety and Health Review Commission | 473 |

Office of the Director of National Intelligence 476
Office of Government Ethics 478
Office of Personnel Management 479
Office of Special Counsel 483
Overseas Private Investment Corporation 484
Peace Corps 486
Pension Benefit Guaranty Corporation 489
Postal Regulatory Commission 492
Railroad Retirement Board 493
Securities and Exchange Commission 496
Selective Service System 501
Small Business Administration 503
Social Security Administration 513
Tennessee Valley Authority 517
Trade and Development Agency 519
United States Agency for International Development 522
United States Commission on Civil Rights 527
United States International Trade Commission 529
United States Postal Service 534

**Guide to Boards, Commissions, and Committees** 539

**Quasi-Official Agencies**
Legal Services Corporation 543
Smithsonian Institution 545
State Justice Institute 559
United States Institute of Peace 560

**Selected Multilateral Organizations** 563

**Selected Bilateral Organizations** 573

**Appendix A: Commonly Used Abbreviations and Acronyms** 575

**Appendix B: Terminated and Transferred Agencies** 597

**Appendix C: Agencies Appearing in the Code of Federal Regulations** 657

**NAME INDEX** 667

**AGENCY/SUBJECT INDEX** 687



# QUASI–OFFICIAL AGENCIES

**Note:** This section contains organizations that are not executive agencies under the definition in 5 U.S.C. 105 but that are required by statute to publish certain information on their programs and activities in the *Federal Register.*

## LEGAL SERVICES CORPORATION *

*3333 K Street NW., Washington, DC 20007*
*Phone, 202–295–1500. Fax, 202–337–6797. Internet, www.lsc.gov.*

| | |
|---|---|
| President | HELAINE M. BARNETT |
| Vice President for Legal Affairs, General Counsel, and Corporate Secretary | VICTOR M. FORTUNO |
| Vice President for Programs and Compliance | KAREN J. SARJEANT |
| Director, Office of Compliance and Enforcement | DANILO CARDONA |
| Director, Office of Information Management | JOHN MEYER |
| Director, Office of Program Performance | MICHAEL GENZ |
| Chief Administrative Officer | CHARLES JEFFRESS |
| Comptroller/Treasurer | DAVID L. RICHARDSON |
| Director, Office of Human Resources | ALICE DICKERSON |
| Director, Office of Information Technology | JEFF MORNINGSTAR |
| Director, Government Relations and Public Affairs | JOHN CONSTANCE |
| Inspector General | JEFFREY E. SCHANZ |

[For the Legal Services Corporation statement of organization, see the *Code of Federal Regulations,* Title 45, Part 1601]

*The Legal Services Corporation's mission is to promote equal access to justice in our Nation and to provide high-quality civil legal assistance to low-income persons.*

The Legal Services Corporation (LSC) is a private, nonprofit corporation established by the Legal Services Act of 1974, as amended (42 U.S.C. 2996), to seek to ensure equal access to justice under the law for all Americans.

LSC is headed by an 11-member Board of Directors, appointed by the President and confirmed by the Senate. By law, the Board is bipartisan; no more than six members may be of the same political party. LSC is funded through

---

* **EDITORIAL NOTE:** The Legal Services Corporation did not meet the publication deadline for submitting updated information of its activities, functions, and sources of information.

**543**

**560**    u.s. government manual

| | |
|---|---|
| Members | Terrence B. Adamson, Robert N. Baldwin, Carlos R. Garza, Sophia H. Hall, Tommy Jewell, Arthur McGiverin, (vacancy) |
| *Officers:* | |
| Executive Director | Janice Munsterman |
| Deputy Director | Jonathan Mattiello |

*The State Justice Institute awards grants to improve judicial administration in the State courts of the United States.*

The State Justice Institute was created by the State Justice Institute Act of 1984 (42 U.S.C. 10701) as a private, nonprofit corporation to further the development and improvement of judicial administration in the State courts.

The Institute is supervised by a Board of Directors consisting of 11 members appointed by the President with the advice and consent of the Senate. The Board is statutorily composed of six judges, a State court administrator, and four members of the public, of whom no more than two can be of the same political party.

The goals of the Institute are to fulfill the following duties:

—direct a national program of assistance to ensure that all U.S. citizens have ready access to a fair and effective judicial system;

—foster coordination and cooperation with the Federal judiciary;

—serve as a clearinghouse and information center for the dissemination of information regarding State judicial systems; and

—encourage education for judges and support personnel of State court systems.

To accomplish these broad objectives, the Institute is authorized to provide funds, through grants, cooperative agreements, and contracts, to State courts and organizations that can assist in the achievement of improving judicial administration of the State courts.

### Sources of Information

Inquiries concerning grants, publications, consumer information, speakers, or Privacy Act/Freedom of Information Act requests should be directed to the Executive Director or Deputy Director, State Justice Institute, Suite 600, 1650 King Street, Alexandria, VA 22314. Phone, 703–684–6100.

Information regarding the programs and services of the State Justice Institute is also available through the Internet at www.sji.gov.

**For further information, contact the State Justice Institute, Suite 600, 1650 King Street, Alexandria, VA 22314. Phone, 703–684–6100. Internet, www.sji.gov.**

# UNITED STATES INSTITUTE OF PEACE

*Suite 200, 1200 Seventeenth Street NW., Washington, DC 20036*
*Phone, 202–457–1700. Fax, 202–429–6063. Internet, www.usip.org.*

*Board of Directors:*
  *Public Members:*

| | |
|---|---|
| Chairman | J. Robinson West |
| Vice Chairman | George E. Moose |

| | |
|---|---|
| Members | ANNE H. CAHN, CHESTER A. CROCKER, KERRY KENNEDY, IKRAM U. KHAN, KATHLEEN MARTINEZ, JEREMY A. RABKIN, JUDY VAN REST, NANCY ZIRKIN |
| *Ex Officio Members:* | |
| Secretary of State | HILLARY RODHAM CLINTON |
| Secretary of Defense | ROBERT M. GATES |
| President, National Defense University | FRANCES C. WILSON |
| President, U.S. Institute of Peace | RICHARD H. SOLOMON |
| *Officials:* | |
| President | RICHARD H. SOLOMON |
| Executive Vice President | TARA D. SONENSHINE |
| Vice President, Headquarters Project | CHARLES E. NELSON |
| Vice President, Management | MICHAEL B. GRAHAM |
| Vice President, Grants and Fellowships | STEVEN HEYDEMANN |
| Vice President, Center for Conflict Analysis and Prevention | ABIODUN WILLIAMS |
| Vice President, Domestic Education and Training Center | PAMELA AALL |
| Vice President, International Education and Training Center | MICHAEL LEKSON |
| Vice President, Center for Post-conflict Peace and Stability Operations | DANIEL P. SERWER |
| Vice President, Center for Mediation and Conflict Resolution | DAVID R. SMOCK |
| Vice President, Planning and Outreach | TARA D. SONENSHINE |
| Director, Administration | CHRISTOPHER DE PAOLA |
| Chief Information Officer | DOUGLAS LEINS |
| Director, Human Resources | PAULA KING |
| Director, Library Services and Knowledge Management | ELLEN ENSEL |
| Director, Congressional Relations | LAURIE SCHULTZ-HEIM |
| Director, Public Affairs and Communications | LAUREN SUCHER, *Acting* |
| Director, Publications | VALERIE NORVILLE |
| *Centers of Innovation:* | |
| Associate Vice President, Rule of Law | NEIL J. KRITZ |
| Associate Vice President, Religion and Peacemaking | DAVID R. SMOCK |
| Associate Vice President, Sustainable Economies | RAYMOND GILPIN |
| Associate Vice President, Media, Conflict and Peacebuilding/Technology and Peacebuilding | SHELDON HIMELFARB |

*The United States Institute of Peace promotes research, policy analysis, education, and training on international peace and conflict resolution.*

The United States Institute of Peace (USIP) is an independent institution, established by Congress pursuant to title XVII of the Defense Authorization Act of 1985, as amended (22 U.S.C. 4601-4611). USIP's mission is to help prevent and resolve violent conflicts, promote post-conflict stablility and development, and increase peacebuilding capacity, tools, and intellectual capital worldwide. The Institute achieves this by empowering others with knowledge,

**562**  U.S. GOVERNMENT MANUAL

skills, and resources, as well as by directly engaging in peacebuilding throughout the world.

The Institute is governed by a bipartisan board of directors appointed by the President and confirmed by the Senate. The board is comprised of members from outside the Federal service, the Secretary of State, the Secretary of Defense, and the President of the National Defense University. The board appoints the President of the Institute.

### Programs and Activities

In carrying out its mission, USIP operates on the ground in conflict zones, providing services that include:
—mediating and facilitating dialog among parties in conflict;
—building conflict management skills and capacity;
—indentifying and disseminating best practices in conflict management;
—promoting the rule of law;
—reforming and strengthening education systems;
—strengthening civil society and state-building; and
—educating the public through film, radio, the Internet, special events, and other outreach activities.

The Institute conducts and sponsors relevant research on causes of and solutions to violent conflict. Drawing on this intellectual capital, USIP identifies promising models and innovative approaches and practices. USIP shares these tools with others through its publications, the Internet, and training programs. Tools developed by USIP include book series on international mediation and cultural negotiating behavior, resources on religious peacemaking, a toolkit for promoting the rule of law in fragile states, guidelines for civilian and military interactions in hostile environments, and textbooks on international conflict management.

USIP works in partnership with non-governmental organizations, higher and secondary educational institutions, and internatinoal organizations to promote collaborative problem-solving through conferences, standing working groups, Track II diplomacy, and special events. The Institute offers training on conflict management, including mediation and negotiating skills, for government and military personnel, civil society leaders, and staff of non-governmental and international organizations.

As part of its efforts to strengthen and professionalize the field of international conflict management, the Institute shares the resources and tools it has developed with the larger conflict management community. In conflict zones, USIP works in partnership with local organizations to build their capacity and promote sustainability. The Institute also extends its reach by investing in nonprofit organizations in the United States and overseas. Recent efforts include Afghanistan, Cote d'Ivoire, the Democratic Republic of the Congo, Haiti, Iran, Iraq, Korea, Liberia, Syria, and Sudan.

### Strategic Centers

The Institute includes strategic centers focused on preventing violent conflicts before they occur, mediating and resolving conflicts when they do occur, and promoting post-conflict stability once the fighting ends. The efforts of these cross-disciplinary centers focus on education, training, grantmaking, fellowships, scholarships, and innovation in peacebuilding (e.g. rule of law; religon and peacemaking; science and technology in peacebuilding; media and conflict; and sustainable economies).

### Sources of Information

Electronic access to the Institute is available through the Internet at www.usip.org.

**For further information, contact the Office of Public Affairs and Communications, United States Institute of Peace, 1200 Seventeenth Street NW., Suite 200, Washington, DC 20036–3011. Phone, 202–457–1700. Fax, 202–429–6063. Internet, www.usip.org.**