# Exhibit 27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH JACKSON, et al., <br><br> *Defendants*. | Civil Action No. 25-0804-BAH |

**DECLARATION OF ANDREW WELLS-DANG**

I, ANDREW WELLS-DANG, declare as follows:

1.  I am offering this declaration in support of the motion for summary judgment filed by Plaintiffs in the above matter.

2.  I have worked at USIP since 2021 as Senior Expert on Southeast Asia, specifically as lead of a Vietnam War Legacies and Reconciliation Initiative. This initiative was requested by Congress for USIP to act as a hub for coordination among veterans, non-governmental organizations, youth, and other people-to-people exchange efforts with Vietnam, Laos and Cambodia.

3.  USIP is well positioned to carry out this work as we have both a domestic and international peace education mandate. This makes USIP different from executive branch foreign policy agencies such as the Department of State or USAID, who work outside the United States only. For instance, we have carried out a series of online youth dialogues since 2022 entitled "Shared Legacies, Shared Future", linking over 300 young leaders from Vietnam, Cambodia, and the United States (including many Southeast Asian Americans who are children or grandchildren

of those who fought on the side of the United States during the Vietnam War and later came to this country as refugees). Participants in the dialogues use interactive methods to form their own interest-based small groups and then develop joint projects about identity, culture, and healing from past wars and displacement. The approach and methods of the dialogues are similar to many community development and adult education practices that I applied in my career with international nonprofits such as Catholic Relief Services, Oxfam, and CARE before I joined USIP.

4. A second example of non-governmental peace education programming is our efforts to coordinate content development and design for a new exhibit on cooperation to address legacies of Agent Orange and explosive ordnance at the War Remnants Museum in Ho Chi Minh City, Vietnam's most visited museum. Using my academic and practical knowledge of history, culture, and health assistance, I worked with USIP's public engagement team to assemble a team of international museum specialists, a former Smithsonian director, and Vietnamese experts to develop this exhibit, which was scheduled to open in July 2025.

5. The reckless actions by the so-called DOGE to take over USIP's building, cut off access to online systems, and terminate staff have left me unable to continue and complete these and other efforts of education, dialogue and peacebuilding. The consequences of ending these programs halfway through without proper notice or closeout procedures include harm to the U.S. image in Asia and a waste of the taxpayer resources that Congress appropriated for purposes of educating and training individuals in peace and conflict resolution theories, methods, techniques, programs, and systems.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 3, 2025

*Andrew Wells-Dang*

Andrew Wells-Dang