# Exhibit 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH JACKSON, et al., <br><br> *Defendants*. | Civil Action No. 25-0804-BAH |

**DECLARATION OF CHRISTOPHER BOSLEY**

I, Christopher Bosley, declare as follows:

1. I am offering this declaration in support of the motion for summary judgment filed by Plaintiffs in the above matter.

2. My name is Christopher Bosley and until I received notice of my termination on March 28, 2025, I served as the Acting Director of the Countering Violent Extremism (CVE) team at the U.S. Institute of Peace (USIP). Before joining USIP in 2017, I spent a decade as an intelligence officer in the United States Navy. Having served in both the U.S. national security establishment, and for seven years an employee of USIP, I can assure the court that, while at USIP, I never considered myself a part of the US government or executive branch, nor did any of my colleagues. USIP's unique independence is at the core of our work and identity.

3. As Director of CVE, my work consists of the following:

- Regularly interacting with experts, practitioners, stakeholders, and foreign and U.S. government officials on one-on-one bases in conversations where I

specifically identified as a non-federal employee and represented USIP as a non-federal, independent nonprofit organization to solicit information and viewpoints that are unbiased and would otherwise not be shared directly with US government representatives due to sensitives of the information and context. For example, while the US State Department was negotiating with particular countries to sponsor repatriation of so-called foreign terrorist fighters who remained displaced or in detention in Syria after the fall of ISIS, I interacted directly with government representatives from Albania, Iraq, Kazakhstan, Kosovo, Kyrgyzstan, Uzbekistan, and other countries to understand the dynamics, political, and social sensitivities involved with a candor such representatives would not have been comfortable or authorized to afford a representative of the US government.

- Writing, commissioning, and overseeing the production and publication of research reports whereby copyright of the work—as specified in contractual agreements with external authors—is governed under 17 U.S. Code §102, granting copyright to USIP rather than under 17 U.S. Code §105, which specifies that "work for purposes of the United States Government" belongs to the public domain without copyright protection. Such a change would constitute a material change of the terms of contract and may have impacted the decision of the vendor to enter into the agreement.

- Representing USIP at forums sponsored by United Nations elements and reserved for non-governmental civil society that explicitly exclude the participation of government actors.

- Implementing the Global Counterterrorism Forum (GCTF) initiative addressing challenges related to returning Foreign Terrorist Fighters (FTFs) and their families—a role undertaken by non-governmental organizations such as the Strong Cities Network or the Global Center for Cooperative Security in other GCTF initiatives.
- Oversight of the RESOLVE Network, a consortium of practitioner experts staffed entirely by USIP employees and associated with the Global Research Network on Conflict, a now-dissolved 501(c)(3) incorporated by officers of USIP and governed by an independent board of directors, to conduct multidisciplinary, peer-reviewed research published using academic standards such as double-blind peer-review processes and assigned Digital Object Identifiers (DOIs). DOIs are commonly employed by scholarly journals, academic institutions, research organizations, and think tanks to uniquely identify and ensure permanent access to academic and scholarly content—and are not typically used by the USG—underscoring a publication's scholarly and independent nature, distinct from typical governmental products intended to support specific policy objectives or evaluate USG-funded programs.
- Developing practical frameworks like the *RISE Action Guide*, designed primarily to contribute to a broad body of work in support of implementing organizations and civil society, regardless of their relationship with the US government, rather than to specifically inform government policymakers or programs, similar to guides produced by non-governmental organizations.

- Regularly partnering with and participating in coalitions of independent non-governmental organizations, think tanks, and academic institutions that explicitly exclude governmental participation.

4. In the field of countering violent extremism, there is a clear place and set of workstreams in which agencies of the official U.S. government operate, from security to diplomacy and beyond. USIP's work on CVE is drastically different than the work of the official track, and is only possible under the non-governmental status granted to the institute by our congressional statute. Beyond the USIP act's language around our status as an "independent nonprofit," the 1984 statute speaks to the need to "examine the disciplines in the social, behavioral, and physical sciences and the arts and humanities with regard to the history, nature, elements, and future of peace processes, and to bring together and develop new and tested techniques to promote peaceful economic, political, social, and cultural relations in the world." The United States government is not engaged in analytical thought-leadership around CVE. It does not engage local, on-the-ground partners and communities dealing with violent extremism issues and root causes. It does not conduct the immediate-term piloting of programs to stop violent extremism, nor the longitudinal convening and scholarship to study and address these issues over time. This is the work USIP does around CVE which make it fundamentally different than anything done in the executive branch.

5. I declare under penalty of perjury that the foregoing is true and correct.

Date: __April 3, 2025__                                       _____/s/Christopher Bosley_____
                                                                                Christopher Bosley