# Exhibit 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF
PEACE, et al.,

    *Plaintiffs,*

    v.

KENNETH JACKSON, et al.,

    *Defendants*.

Civil Action No. 25-0804-BAH

## DECLARATION OF MARY GLANTZ

I, Mary Glantz, declare as follows:

1. I am offering this declaration in support of the motion for summary judgment filed by Plaintiffs in the above matter.

2. Since September 2022, I have worked at USIP as a Senior Advisor on Russia and Europe. For several months (fall 2023-fall 2024) I also worked as acting Director of the Center for Russia and Europe. In the capacity as Senior Advisor, my responsibility was to analyze Russia's behavior in Europe and around the world to understand how it fomented violent conflict and what peacebuilders could do to prevent, mitigate, or resolve it. This included developing programs that could accomplish that goal and working with and supporting other peacebuilders doing the same work around the world.

3. Prior to my work at USIP, I was a U.S. Foreign Service Officer for over 20 years. I chose to retire and work at USIP because not being a member of the government gave me more freedom to work creatively on the problem of peacebuilding. In particular, I was able to establish relations with other non-governmental organizations, like the Institute for Security and

1

Development Policy in Stockholm, the Right to Protection NGO in Ukraine, and the European Council on Foreign Relations, also working on understanding and addressing the challenge Russia's aggression presents to the United States and the world. I co-organized and participated in seminars and workshops with like-minded people from Ukraine, Russia, Sweden, Germany, the Baltic states, Poland, Japan, and elsewhere. There we produced, gathered, and disseminated research on Russian behaviors and best practices in challenging them. I particularly enjoyed working with foreign embassies in my capacity as a non-governmental expert. I hosted a roundtable with the Azerbaijani national security advisor and was able to speak with him frankly, in a way that was never possible when I served in Baku as a representative of the U.S. government. Similarly, a key part of my work was public education and outreach to the American people. I spoke freely with U.S. media and student groups, always making clear that my views were my own as I was not a representative of the government or administration. But not being a part of the government did not mean our work did not support the government. Like other think-tanks and NGOs engaged on similar issues, such as the Carnegie Endowment for International Peace, the Center for a New American Security, and the Brookings Institution, we offered our expert advice and analysis to whomever could benefit from it---including by inviting participants from government agencies and Congress to our activities. I spoke several times to groups at Congress and my team briefed the Congressional Helsinki Commission on our work and where we could collaborate to be more effective. We understood that while not part of the government, our funding came largely from Congress and the American taxpayers, so we strove to be as useful to them as possible.

4. The abrupt way that DOGE terminated our work was distressing. I enjoyed and am proud of the 20 years of my life that I gave serving the American public as a Foreign Service

3

officer. I also loved serving in a different capacity at USIP, as an independent analyst that tried to be helpful to whichever administration was in power, but working for an institution that was set up purposefully by Congress to focus on the mission of peacebuilding, not the foreign policy of any given president.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: April 3, 2025                              /s/Mary Glantz