# Exhibit 33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH JACKSON, et al., <br><br> *Defendants*. | Civil Action No. 25-0804-BAH |

**DECLARATION OF Mary Speck**

I, Mary Speck, declare as follows:

1. I am offering this declaration in support of the motion for summary judgment filed by Plaintiffs in the above matter.

2. I was a Senior Advisor to the Latin America Program for three years. I worked on Northern Central America, providing research and analysis. The focus of our Central America work was developing pilot projects at the community or municipal level to prevent the violent crime that drives emigration to the United States. We were in the process of implementing USIP's justice-security-dialogue model in both Guatemala and El Salvador, which opens lines of communication between justice and security citizens. We had worked with indigenous women affected by domestic violence in the department of Alta Verapaz, a region affected by social conflict over access to land and other national resources. It is also a drug transit zone, where organized criminal groups threaten and intimidate police, local officials and citizens alike. The Latin America Program also analyzed the impact of organized criminal groups on politics and society throughout the region.

3.        Our status as an independent non-profit entity was crucial to work. Our goal is to build trust between authorities -- especially police -- and local citizen groups, including businesspeople, indigenous authorities, activists, and religious leaders.  These partners trust us because we do not represent the U.S. government or any ideological group that is advocating for specific policies.  We can be honest interlocutors, able to reach out to Evangelical leaders, human rights activists and business owners alike. This is particularly important in a country like Guatemala, which still suffers the legacies of a civil war that was fought mainly in rural areas where the majority indigenous population suffers from extreme poverty.  The incursions of drug traffickers has only exacerbated the legacy of fear and distrust in this region, especially given the ability of criminal organizations to corrupt local officials, politicians, and -- most importantly -- the security forces.  USIP's peacebuilding work yields outcomes that protect U.S. security by resolving conflicts that fuel emigration and that are, in some cases, fomented or exacerbated by drug traffickers who corrupt local officials and launder money through land purchases. But USIP's work is unlike that of any Executive Branch entity.  We do not offer development or security assistance.  Nor do we represent the U.S. government.  We act as a neutral, independent facilitator, providing training in dialogue and communication skills that will enable local justice and security forces to resolve the conflicts and prevent the violent crimes that undermine growth and fuel mass migration. Our work in Central America is more akin to that of other nonprofits that work on small-scale projects, such as Search for Common Ground, which has also undertaken local initiatives in Guatemala. We often partner and network with these groups to share lessons learned and expertise.

4.        I learned that I had been terminated late Friday evening, effective that day. Like most of USIP's staff,  I  learned that I would lose health insurance the following Monday. My most immediate fear is losing health insurance, not only for me but for my daughter.  Then I need to figure out how to find new employment.  There was no need to fire almost the entire staff, via

email, late in the evening, with no chance to even start looking for new work and new benefits. It seems unnecessarily cruel and very disruptive to the staff and their families.

 I declare under penalty of perjury that the foregoing is true and correct.

Date: _____April 4, 2025_____

*Mary Speck*

Mary Speck