# Exhibit 36

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> KENNETH JACKSON, et al., <br><br> *Defendants*. | Civil Action No. 25-0804-BAH |

**DECLARATION OF FRANK AUM**

I, Frank Aum, declare as follows:

1. I am offering this declaration in support of the motion for summary judgment filed by Plaintiffs in the above matter.

2. From September 2017 until March 28, 2025, I worked at the United States Institute of Peace (USIP) as the Senior Expert on Northeast Asia. In this capacity, I served as the resident expert on Northeast Asia, focusing primarily on the Korean Peninsula, and developed and conducted all related projects and research.

3. Consistent with the USIP Act, I conducted research and programs that explored ways to enhance diplomacy and reduce tensions on the Korean Peninsula. This work included, among other things, conducting a regression analysis study on the correlation between U.S.-North Korea engagement and levels of North Korean provocative behavior; analyzing and drafting a report on the contours of a peace regime for the Korean Peninsula; drafting multiple analysis & commentary web pieces that assessed current security developments in Northeast Asia; convening and moderating dozens of Track 2 (i.e., nongovernmental) dialogues, seminars,

1

and roundtables with thinktank counterparts from regional countries; hosting, moderating, and serving as a panelist in dozens of public events related to peacebuilding and conflict resolution for expert, Congressional, academic, student, and general public audiences; engaging in interviews with media; authoring op-ed articles in the Washington Post, Foreign Affairs magazine, and other publications; compiling and disseminating two essay series with dozens of expert authors on peacebuilding on the Korean Peninsula and creative approaches to South Korea-Japan reconciliation; and convening a "peacegame" simulation exercise on North Korea security negotiations. I also met with North Korean representatives in two separate Track 2 meetings in 2018 to discuss ways to improve U.S.-North Korea relations, and participation in these meetings would only have been possible as a non-governmental official.

    4.  At no point during my USIP tenure, whether in my research or in my public and private engagements, did I represent that I was a part of the U.S. Government or was implementing U.S. government policy. I am very familiar with the work of executive branch officials, having worked as a senior advisor on Korea in the Office of the Secretary of Defense at the Department of Defense from 2011-2017. What I did at USIP is not what U.S. executive branch officials do. At USIP, I never engaged in any work that entailed executive branch authorities or obligations, such as implementing U.S. government policy, executing or enforcing U.S. laws, negotiating or signing treaties or agreements, conducting diplomacy, representing official U.S. government policies and interests, or swearing an oath as a federal employee. Working at an "independent, nonprofit, national institute," separate from the executive branch, allowed me to pursue research and programs under our peacebuilding and conflict resolution mandate, free from the swings in policies between, or within, administrations, allowing for continuity in expertise and non-partisanship in our work.

3

5. Since DOGE's takeover of USIP and its shutdown of the USIP website, all the research, articles, and projects that I have done over the last 7.5 years on peacebuilding related to Northeast Asia that were available on the website are no longer accessible. USIP was one of the only major nonprofit organizations in Washington that had the specific mission of tackling national security problems from a peacebuilding and conflict resolution perspective rather than a military, deterrence, or hard security framework.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____4/3/2025_____