**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES INSTITUTE OF PEACE, *et al.*,

        Plaintiffs,

v.

KENNETH JACKSON, *et al.*,

        Defendants.

---

Case No. 1:25-cv-00804-BAH

## PLAINTIFFS' NOTICE OF FILING OF REDACTED DOCUMENT

Pursuant to the Court's Minute Order of April 7, 2025, Plaintiffs respectfully submit the attached redacted copy of Exhibit 12 to the Statement of Undisputed Material Facts filed in support of their Motion for Summary Judgment.

Dated: April 8, 2025

Respectfully submitted,

*/s/ Andrew N. Goldfarb*
Andrew N. Goldfarb (D.C. Bar No. 455751)
J. Benjamin Jernigan (D.C. Bar No. 9000865)
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, D.C. 20037
Tel: (202) 778-1800

William J. Murphy (D.C. Bar No. 350371)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street Suite 2440
Baltimore, MD 21202-1031
Tel: (410) 332-0444

*Counsel for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 8, 2025, I served a true and correct copy of the foregoing

document via the Court's Electronic Filing System, which will electronically send notice to all

counsel of record.

<u>/s/ *Andrew N. Goldfarb*</u>

Andrew N. Goldfarb