# Exhibit 12

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Date:** Friday, March 14, 2025 at 3:48 PM
**To:** Ansley, Judy [redacted]
**Subject:** Message from PPO

You don't often get email from trent.m.morse@who.eop.gov. Learn why this is important

EXTERNAL EMAIL

Judy,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the United States Institute of Peace is hereby terminated, effective immediately.

Trent Morse
Deputy Director of Presidential Personnel



**From:** "Morse, Trent M. EOP/WHO" <Trent.M.Morse@who.eop.gov>
**Subject: Message from PPO**
**Date:** March 14, 2025 at 3:49:53 PM EDT
**To:**

Joseph,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the United States Institute of Peace is hereby terminated, effective immediately.

Trent Morse
Deputy Director of Presidential Personnel

**From:** "Morse, Trent M. EOP/WHO" <Trent.M.Morse@who.eop.gov>
**Date:** March 14, 2025 at 15:47:29 EDT
**To:** "Sullivan, John J."
**Subject: Message from PPO**

You don't often get email from trent.m.morse@who.eop.gov. Learn why this is important

**CAUTION: External Email -** Only click on contents you know are safe.

John,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the United States Institute of Peace is hereby terminated, effective immediately.

Trent Morse
Deputy Director of Presidential Personnel





**From:** "Morse, Trent M. EOP/WHO" <Trent.M.Morse@who.eop.gov>
**Date:** March 14, 2025 at 12:53:09 PM PDT
**To:** [redacted]
**Subject: Message from PPO**

Mary,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the United States Institute of Peace is hereby terminated, effective immediately.

Trent Morse
Deputy Director of Presidential Personnel

From: **Morse, Trent M. EOP/WHO** <Trent.M.Morse@who.eop.gov>
Date: Fri, Mar 14, 2025 at 3:52 PM
Subject: Message from PPO
To: [redacted]

Kerry,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the United States Institute of Peace is hereby terminated, effective immediately.

Trent Morse

Deputy Director of Presidential Personnel