IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KENNETH JACKSON, *et al.*,<br><br>*Defendants*. | Case No. 25-cv-0804-BAH |

**NOTICE OF APPEARANCE**

Rebecca LeGrand, of LeGrand Law PLLC, an attorney admitted to this Court, appears in this case as counsel for Amici 113 Former Senior Military and Foreign Policy Officials.

April 8, 2025

Respectfully submitted,

/s/ Rebecca LeGrand
Rebecca LeGrand (D.C. Bar No. 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 587-5725
rebecca@legrandpllc.com

*Counsel for Amici Curiae*