UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF PEACE, *et al.*,

Plaintiffs,

   v.

KENNETH JACKSON, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United Sates Institute of Peace, *et al.*

Defendants.

Civil Action No. 25-804 (BAH)

**UNOPPOSED MOTION OF 128 EMPLOYEES OF THE UNITED STATES INSTITUTE OF PEACE PURPORTEDLY TERMINATED ON MARCH 28, 2025, FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY RELIEF AND PERMANENT INJUNCTION**

      Pursuant to LCvR 7(o), 128 employees of the United States Institute of Peace who were purportedly terminated on March 28, 2025 (together, "*amici*")[1] respectfully move, through the undersigned counsel, for leave to file a brief as *amici curiae* in support of Plaintiffs. The proposed brief is attached hereto as Exhibit 1, and a proposed order is attached as Exhibit 2. In support of this motion, *amici* further state:

      1.    This Court has "broad discretion" in determining whether a third party may participate in a case as *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "[N]ormally," courts in this District will grant an amicus

---

[1] The individual *amici* are described in the Appendix. In addition to employees, *amici* include personal service contractors.

leave to file a brief "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)). *Amici* here can provide precisely that kind of information and perspective.

2. *Amici* have, collectively, more than 800 years of service at the United States Institute of Peace ("USIP" or the "Institute"). They have devoted substantial chapters of their careers to USIP's mission of providing "the widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace and the resolution of conflicts among the nations and peoples of the world without recourse to violence." 22 U.S.C. § 4601(b). Although they have a wide range of duties, each has experience and understanding of how the Institute's unique status, separate and apart from the Executive Branch of the Federal Government, is intentional and essential to its mission. None of the *amici* performs work that is in discharge of the executive power of the Federal Government, and therefore subject to superintendence of the President of the United States.

3. Individual Plaintiffs, who were confirmed by the Senate and appointed by the President to the Institute's Board of Directors, are focused primarily on their ability to continue to serve in their duly appointed roles in light of the February 19, 2025 Executive Order entitled "Commencing the Reduction of the Federal Bureaucracy" (the "Executive Order") and subsequent events. Here, *Amici* seek to provide the Court with additional insights from their experience at the Institute to demonstrate how the Institute's establishment separate from the Federal Bureaucracy was intentional, necessary, and workable.

4.      Consistent with LCvR 7(o), on April 7, 2025, *amici* conferred with counsel for Plaintiffs and counsel for Defendants. Plaintiffs have consented to the filing of this brief. Defendants do not oppose the filing of this brief.

For all of the foregoing reasons, *amici,* employees of the United States Institute of Peace purportedly terminated on March 28, 2025, respectfully request that the Court grant their motion for leave to file a brief as *amici curiae*.

Date:   April 8, 2025                                                Respectfully submitted,

Washington, DC

**BAILEY & GLASSER, LLP**

*/s/ Michael L. Shenkman*

Brian A. Glasser (D.C. Bar No. 1024003)
Michael L. Shenkman (D.C. Bar No. 1029094)
Cary Joshi (D.C. Bar No. 1028594)
1055 Thomas Jefferson St., NW, Ste. 540
Washington, DC  20007
Tel: 202-463-2101
bglasser@baileyglasser.com
mshenkman@baileyglasser.com
cjoshi@baileyglasser.com

*Counsel for* Amici Curiae

## Certificate of Service

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

April 8, 2025                                    */s/ Michael L. Shenkman*
                                                 Michael L. Shenkman