UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF PEACE, *et al.*,

Plaintiffs,

v.

KENNETH JACKSON, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United Sates Institute of Peace, *et al.*

Defendants.

Civil Action No. 25-804 (BAH)

**[PROPOSED] ORDER**

Upon consideration of the Motion of 128 Employees of the United States Institute of Peace Purportedly Terminated on March 28, 2025, for leave to file an *Amici Curiae* brief and such matters as are just and proper, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the *Amici Curiae* brief attached as Exhibit 1 to the Motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2025

_____
Honorable Beryl A. Howell
United States District Judge