IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>KENNETH JACKSON, *et al.*,<br><br>    *Defendants*. | Case No. 25-cv-0804-BAH |

**UNOPPOSED MOTION BY FORMER SENIOR MILITARY AND FOREIGN POLICY OFFICIALS FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

    Amici curiae ("Amici") are more than one hundred former senior military, foreign policy, and national security Executive Branch officials. A full list of all amici is set forth in Appendix A to Exhibit 1. Pursuant to Local Role 7(o), amici respectfully request leave to file the brief attached hereto as Exhibit 1 in support of Plaintiffs' pending Motion for Summary Judgement. Undersigned counsel has contacted counsel for the Plaintiffs and counsel for the Defendants. Neither party objects to amici filing a brief in support of Plaintiffs' Motion for Summary Judgement.

    Amici have served the United States around the world, including in numerous conflict zones and on many of the most sensitive national security challenges our country has faced. Amici, who have collectively dedicated centuries to advancing the national security interests of the United States, were appointed to their positions by Presidents from both the Republican and Democratic parties. Amici are familiar with the work done by the United States Institute of Peace (the "Institute") and the value of that work. And they are keenly aware of the difference between the

1

work of Executive Branch officials exercising executive power and the work done by independent nonprofit organizations such as the Institute.

District Courts have "broad discretion" in deciding whether to grant leave to participate as amici. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Participation by amici curiae is generally allowed when "the information offered is 'timely and useful.'" *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996). Courts customarily allow third parties to participate as amici curiae if they have "relevant expertise and a stated concern for the issues at stake in [the] case[.]" *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

Here, amici's deep breadth of experience as former high-ranking military, foreign policy, and national security officials provides an important perspective on the work done by the Institute, and the distinctions between the Institute's work and work done inside the Executive Branch. That unique perspective provides additional support for the arguments advanced by the Plaintiffs in support of their pending motion for Summary Judgment. For those reasons, amici respectfully request that the Court grant them leave to file the proposed amici brief attached here as Exhibit 1, as set forth in the accompanying proposed order.

April 8, 2025

Respectfully submitted,

/s/ Rebecca LeGrand
Rebecca LeGrand (D.C. Bar No. 493918)
LeGrand Law PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 587-5725
rebecca@legrandpllc.com

*Counsel for Amici Curiae*