## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE OF
PEACE, *et al.*,

       *Plaintiffs,*

          v.

KENNETH JACKSON, *et al.*,

       *Defendants*.

Case No. 25-cv-0804-BAH

## BRIEF OF 113 FORMER SENIOR MILITARY AND FOREIGN POLICY GOVERNMENT OFFICIALS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**TABLE OF CONTENTS**

INTEREST OF AMICI CURIAE ........................................................................................... 1

BACKGROUND .................................................................................................................... 2

AMICI AND THEIR EXPERIENCE .................................................................................... 3

ARGUMENT .......................................................................................................................... 4

    I.       THE INSTITUTE IS NOT AN EXECUTIVE BRANCH ENTITY AND DOES
           NOT WIELD EXECUTIVE POWER. ....................................................................... 4

          A.    THE INSTITUTE FACILITATES CONGRESSIONAL STUDY GROUPS
               AND COMMISSIONS, AT CONGRESS'S REQUEST. ................................ 5

          B.    THE INSTITUTE PERFORMS VALUABLE, NON-EXECUTIVE WORK
               OVERSEAS THAT THE EXECUTIVE BRANCH CANNOT PERFORM... 7

    II.      A PERMANENT INJUNCTION IS IN THE PUBLIC INTEREST. ....................... 10

CONCLUSION ...................................................................................................................... 12

## INTEREST OF AMICI CURIAE[1]

Amici curiae are 113 former senior American military, foreign policy and national security officials who served the United States around the world, including in numerous conflict zones and on many of the most sensitive national security challenges our country has faced.[2] Amici have collectively dedicated centuries to advancing the national security interests of the United States in Executive Branch positions, serving Presidents from the Republican and Democratic political parties alike. They have a deep breadth of experience, knowledge, and understanding of what it means to function *within* the Executive Branch and to exert executive power on foreign policy, military, and conflict resolution matters, and what it means to be *outside* the Executive Branch with respect to such matters. And they know well, and value, the United States Institute of Peace ("USIP" or "the Institute") and its mission outside the Executive Branch, where it performs important functions but exerts no executive power.

Amici watched with dismay the forcible takeover of the Institute's headquarters by the Executive Branch on March 17, 2025, following the purported termination of all non-*ex officio* voting members of the Institute's Board of Directors. Amici understand that since that time, other steps have been taken to dismantle the Institute, including transferring its building at 2301 Constitution Avenue NW to the General Services Administration, assuming control over the Institute's financial assets (including its endowment, a separate entity), and most recently, terminating the employment of nearly all headquarters-based USIP employees on the evening of

---

[1] No counsel for a party to this case authored this brief in whole or in part, and no counsel for a party contributed monetarily to the preparation or submission of any portion of this brief.

[2] Certain amici have had formal or informal relationships with Plaintiff United States Institute of Peace ("USIP" or the "Institute") at times in the past, in roles that have included membership on the Institute's Board, employee, fellow, or guest scholar. Others have had books published by the USIP press or have engaged with USIP in other ways.

Friday, March 28, 2025. Amici further understand that the purported justification for this takeover, which has yielded the functional elimination of the Institute, is the Administration's position that the Institute is, and acts like, an arm of the Executive Branch.

The Administration is mistaken. Amici know what it means to serve in the Executive Branch in the service of national security interests and in the realms of foreign policy and conflict resolution. Amici also know the responsibility of possessing and exerting executive power. The Institute is not and has not been viewed as an actor inside the Executive Branch, nor does it possess executive power. It does not create government policy, and it does not execute policy; it does not regulate, and it does not enforce. Rather, the Institute trains and researches, studies and convenes. It is the very fact that USIP is *not* part of the Executive Branch and does *not* exert executive power that has made the Institute an effective partner to national security officials addressing challenges in conflict zones and developing national security policy. Amici respectfully ask the Court to grant summary judgment to Plaintiffs to protect the Institute's important and independent role as an independent institution, consistent with its statutory mission.

## BACKGROUND

The work done by the Institute over the last 40 years has immensely expanded scholarship and training in critical areas, as Congress intended. USIP was established in 1984 through the "United States Institute of Peace Act," 98 Stat. 2649-2660, codified at 22 U.S.C. §§ 4601-4611 (the "Act"). The Act recognized the value of "an institute strengthening and symbolizing the fruitful relation between the world of learning and the world of public affairs" in order to "advance the history, science, art, and practice of international peace and the resolution of conflicts among nations without the use of violence." 22 U.S.C. § 4601 (a)(8)-(9). The Act accordingly established "an independent, nonprofit, national institute to serve the people and the Government through the

widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace[.]" 22 U.S.C. § 4601(b). This independent, nonprofit and bipartisan institution, *see* 22 U.S.C. § 4605(c), thus could undertake work for the *benefit* of the public, including but not limited to the federal government, while remaining *separate* from the Executive Branch.

Undersigned amici understand that these provisions reflect Congress's considered and intentional decision to create an institution that would operate independently precisely so that it could perform work that Congress deemed most appropriately performed outside the Executive Branch, none of which is executive in nature. Amici have observed the wisdom of that decision during their many years of national security-related public service.

## AMICI AND THEIR EXPERIENCE

Amici include military, diplomatic, and other senior American officials with experience working in the world's most sensitive and complex regions and on the nation's most challenging military and foreign policy problems, serving in Presidentially-appointed national security positions in every prior Administration dating back to President Richard Nixon.

In the military, amici served as flag-rank officers from the Army, Navy, and Marine Corps, in combat positions in multiple conflicts and in senior roles such as Chief of Naval Operations (the highest-ranking officer in the United States Navy), Commander, United States Central Command, and Commander, United States Army Europe.

In Washington, amici served in senior national security positions up to and including Secretary of Defense, National Security Advisor, Administrator of the United States Agency for International Development (USAID), and in dozens of other critical foreign policy and national security roles. Those include leading subject matter bureaus with responsibility specific to conflict

resolution, such as the Bureau of Conflict and Stabilization Operations at the State Department, and leading regional bureaus with responsibility for areas in the world racked by violent conflict.

In civilian roles overseas, amici have served Presidents across five decades as United States Ambassadors to more than seventy countries,[3] as Ambassadors to various international organizations such as the United Nations, NATO, the Organization for Security and Cooperation in Europe (OSCE), and the Conference on Disarmament, or as Presidentially-appointed Ambassadors, Special Envoys or Special Coordinators for the Middle East, the Colombian Peace Process, Cyprus Negotiations, the Horn of Africa, Sudan, and other regions or conflicts.

Many amici dedicated their careers to public service regardless of which party controls the White House. Others are both Republican and Democratic senior appointees. The full list of amici is set forth in Appendix A to this brief.

## ARGUMENT

### I.     THE INSTITUTE IS NOT AN EXECUTIVE BRANCH ENTITY AND DOES NOT WIELD EXECUTIVE POWER.

Amici know the Institute as an independent nonprofit that, since its founding, has engaged in important work consistent with its mission—acting outside the Executive Branch to perform teaching, training, research, and convening functions addressing numerous global conflicts.

---

[3] Amici include Ambassadors appointed by the President to Afghanistan, Algeria, Argentina, Armenia, Australia, Azerbaijan, Bahrain, Belarus, Benin, Bosnia and Herzegovina, Botswana, Brunei Darussalam, Bulgaria, Burkina Faso, Cambodia, the Central African Republic, Chad, Colombia, Croatia, Cyprus, Denmark, Djibouti, Egypt, El Salvador, Estonia, Eswatini, Ethiopia, Finland, Georgia, Greece, Honduras, India, Indonesia, Iraq, Israel, Ivory Coast, Jordan, Kazakhstan, Kenya, Kuwait, Kyrgyzstan, Laos, Lebanon, Liberia, Libya, Madagascar, Malawi, Mauritania, Mexico, Moldova, Myanmar, Namibia, Nepal, Niger, Nigeria, Pakistan, Panama, Papua New Guinea (including the Solomon Islands, and Vanuatu), Qatar, Romania, Russia, Slovenia, Somalia, South Africa, Sri Lanka, Syria, Tunisia, Turkey, Turkmenistan, Uganda, Ukraine, the United Arab Emirates, Uzbekistan, Venezuela, Vietnam, Yemen, Zambia, and Zimbabwe.

Critically, "USIP's distinct status—as *formally independent but with a special link to the U.S. government*—enables [it] to serve as a trusted *connector* among foreign governments, civil societies, and U.S. government officials." *USIP Strategic Plan 2020-2022* at 7 (emphases added).[4] Among other things, the Institute "help[s] people in high-priority countries resolve their own grievances and conflicts *before the United States is drawn in* or U.S. interests are threatened." *USIP Fiscal Year 2025 Budget in Brief* at 2 (emphasis added); *see also id.* at 3 (differentiating USIP from "[n]ational security departments and agencies").[5]

The Institute does not create United States government policy, and does not execute or implement such policy. Rather, its work at times *informs and complements* United States policies, such as by working to improve social cohesion in conflict-affected areas, crafting teaching or training programming for foreign audiences in areas distressed by conflicts, conducting independent research, or serving as a facilitator or convener. The Institute's research, teaching, training, and convening activity is independent by mandate, and its governance is bipartisan.

## A.   THE INSTITUTE FACILITATES CONGRESSIONAL STUDY GROUPS AND COMMISSIONS, AT CONGRESS'S REQUEST.

One important function of the Institute that amici have observed (and in some cases participated in) is the facilitation of study groups and commissions, often at the request of

---

[4] *USIP Strategic Plan* 2020-2022, available at https://web.archive.org/web/20241127194152/https://www.usip.org/sites/default/files/USIP-Strategic-Plan-2020-2022.pdf. As a result of the chaotic takeover of the Institute, many USIP publications are no longer available on its former website, which is now apparently entirely inaccessible, *see generally* https://www.usip.org. Citations in this brief to the Institute's research and publications therefore are generally provided using links to internet archived sources. All URLs cited in this brief were last visited April 8, 2025.

[5] *USIP Fiscal Year 2025 Budget in Brief*, available at https://web.archive.org/web/20240901010759/https://www.usip.org/sites/default/files/USIP_CBJ_FY25_Brief.pdf.

Congress. *See, e.g.*, ECF No. 19-1 (Plaintiffs' Statement of Material Undisputed Facts, "SMF") ¶ 60(a)-(b) (discussing Iraq Study Group and Afghanistan Study Group). Another example is the Syria Study Group, which "was established by Congress with the purpose of examining and making recommendations on the military and diplomatic strategy of the United States with respect to the conflict in Syria." *Syria Study Group Final Report Publication Announcement* (Sept. 24, 2019).[6] The Syria Study Group was "a bi-partisan working group composed of 12 participants each appointed by a member of Congress for the duration of the study." *Id.* "The U.S. Institute of Peace was mandated by Congress to facilitate the Syria Study Group based on USIP's demonstrated expertise in convening Congressionally-directed study groups." *Id*.

The members of the Syria Study Group were appointed by Congress, not the President, and it was Congress that asked the Institute to undertake this work. The work was performed at the request of Congress, and the result of that work was provided to Congress. And of course, although the members of the study group presented policy recommendations in their final report after their thoughtful and detailed assessment, neither the Institute nor the Syria Study Group purported to have power of any kind to adopt or implement those recommendations.

Certain amici have similarly been appointed by Congress to serve on the National Defense Strategy Commission ("NDSC" or the "Commission"), and the Institute facilitated the work of the Commission for many years as well. For example, "[i]n the National Defense Authorization Act of 2017, *Congress* charged this Commission with providing an *independent, nonpartisan review* of the 2018 National Defense Strategy and issues of U.S. defense strategy and policy more

---

[6] *Syria Study Group Final Report Publication Announcement*, available at https://web.archive.org/web/20230301062528/https://www.usip.org/syria-study-group-final-report.

broadly." *Providing for the Common Defense: The Assessment and Recommendations of the National Defense Strategy Commission*, United States Institute of Peace (2019) at iii (Letter from the Co-Chairs) (emphases added).[7] The Institute facilitated that work, and published the Commission's final report in 2019. *Id*. at 99. As the final report explains: "To enhance America's ability to address these issues, *Congress … convened a bipartisan panel* to review the [the 2018 National Defense Strategy assessment] and offer recommendations concerning U.S. defense strategy." *Id.* (emphasis added). The Members of the Commission "consulted with civilian and military leaders in the Department of Defense, representatives of other U.S. government departments and agencies, allied diplomats and military officials, and independent experts." *Id.* The Institute provided research and administrative support to facilitate that work in its role as an independent, nonpartisan nonprofit institution.

### B.    THE INSTITUTE PERFORMS VALUABLE, NON-EXECUTIVE WORK OVERSEAS THAT THE EXECUTIVE BRANCH CANNOT PERFORM.

Congress's deliberate decision to create the Institute *outside* the Executive Branch, where it is vested with no executive power, has allowed the Institute to play a meaningful *outside* role for four decades as a *resource* at times to the United States government (as well as to many other stakeholders and audiences around the world). Amici are familiar with the Institute's work by virtue of their own national security roles inside the Executive Branch, in military and civilian roles and at the State Department, the Defense Department, the White House, and elsewhere. It is the work that the Institute performs outside of the Executive Branch—such as conducting research, providing training, and facilitating dialogue and collaborative engagement with key actors at home

---

[7] *Providing for the Common Defense: The Assessment and Recommendations of the National Defense Strategy Commission*, available at https://web.archive.org/web/20230412000302/https://www.usip.org/sites/default/files/2018-11/providing-for-the-common-defense.pdf.

and abroad—that makes the Institute so valuable. *See, e.g.*, SMF (ECF No. 19-1) ¶ 62 (discussing a USIP "Countering Violent Extremism" team, which involved work with "local, on-the-ground partners" as well as related convening and scholarship); *id*. ¶¶ 64-66 (differentiating governmental "Track 1" diplomacy from "Track 1.5" and "Track 2" diplomacy). Nor, for that matter, is the Institute by any means the only independent nonprofit organization that performs these roles.

The Institute's independent status allows it to engage with a wide range of government, civil society and community leaders, including at times individuals and organizations that the United States government may decline to engage, or avoid engaging with directly, for policy-related reasons. *See, e.g.*, *id.* ¶ 63 (discussing humanitarian peacebuilding activity in the Middle East and elsewhere that is possible only because the Institute "operates independently from U.S. government agencies and is not subject to … governmental restrictions and protocols"); *id.* ¶ 68 (discussing Track 2 dialogue activity related to Kyrgyzstan-Tajikistan border dispute). If the Institute were determined to be a component of the Executive Branch, it would lose the independence, credibility, and continuity vital to its mission. That independence also affords the Institute valuable knowledge and insight that it shares with both governmental and non-governmental actors through its publications and through education and training programs.

For example: When American armed forces were engaged in combat in a particularly dangerous sector south of Baghdad between 2004 and 2007, hundreds of servicemembers were injured and dozens were killed. Military leaders were able to identify some of the underlying causes for that instability, but as Col. (ret.) Mike Kershaw, former commander of the 2nd Brigade, 10th Mountain Division observed, "we frankly don't have that level of expertise resident in our organization." *Peace in Iraq's 'Triangle of Death'* (Aug. 15, 2017), *available at* https://www.youtube.com/watch?v=Pbzu-saPft8. The Institute, however, had independently been

training Iraqis as partners to mediate violent conflicts. *Id.* Army officers called on the Institute for help. *Id.* The Institute and its Iraqi partners worked with local leaders on strategies for tribal reconciliation. *Id.* Together, they convened a reconciliation conference for tribal sheikhs. *Id.* Colonel Kershaw attributed his ability to "leave south Baghdad better than we found it" to this USIP-facilitated conference. *Id.*

Another example:  In Myanmar, the Institute enjoys the trust of a broad range of actors and stakeholders because it is understood to be independent. *See*, *e.g.*, *The Current Situation in Burma: A USIP Fact Sheet* (Mar. 8, 2021).[8] This gives USIP unparalleled access and ability to convene and facilitate dialogue intended to resolve conflicts and reduce instability. The Institute's trusted independent status also affords its research staff access to political and social dynamics in Myanmar that may be inaccessible to government officials. As a result of that access, Institute researchers can produce detailed analyses that have been valuable to amici and others. *See, e.g.*, *Understanding the People's Defense Forces in Myanmar* (Nov. 3, 2022).[9]

Still another example:  Papua New Guinea is increasingly a site where the United States and China are competing for influence. The Institute has access to networks and communities in strategic locations outside the capital that are inaccessible to American officials. *See* ECF No. 20-8 ¶¶ 4-5. The Institute works within those networks on strategies to prevent violence, and gains insights from that access that it can share with American officials and other stakeholders. *Id.*

---

[8] *The Current Situation in Burma: A USIP Fact Sheet*, available at https://web.archive.org/web/20241104113541/https://www.usip.org/sites/default/files/2021-03/the-current-situation-in-burma.pdf.

[9] *Understanding the People's Defense Forces in Myanmar*, available at https://web.archive.org/web/20241113073134/https://www.usip.org/publications/2022/11/understanding-peoples-defense-forces-myanmar.

Institute personnel also train local partners around the world in conflict management, mediation, and negotiation skills. This includes disseminating best practices in violent conflict prevention and facilitating dialogue between actors outside the halls of power. The Gandhi-King Global Academy, for example, offers a set of online courses "designed to support the educational and training needs of frontline peacebuilders in conflict-affected countries," all free of charge. *See* Gandhi-King Global Academy, *available at* https://usip-global-campus.mn.co/. This work is consistent with Congress's goal of establishing an institute "to develop new comprehensive peace education and training programs." 22 U.S.C. § 4601(a)(6). The Institute's educational activities do not involve the use of executive power. Rather, the Institute "facilitates dialogue among parties in conflict, builds conflict management skills and capacity, identifies and disseminates best practices in conflict management, promotes the rule of law, reforms and strengthens education systems, strengthens civil society, and educates the public through media and other outreach activities." *U.S. Government Manual* at USIP chapter.[10]

## II.    A PERMANENT INJUNCTION IS IN THE PUBLIC INTEREST.

Since the Institute's founding, political leaders of both parties have recognized the Institute's value in studying, encouraging, and investing in local-led social cohesion, conflict mitigation, and reconciliation work around the world, and have supported the Institute's efforts to advance those goals. Indeed, the Institute's founding came about through bipartisan legislation spearheaded in part by World War II veterans Senator Mark Hatfield (R) of Oregon and Senator Spark Matsunaga (D) of Hawaii. *See The Origins of USIP* webpage.[11]

---

[10] *U.S. Government Manual*, available at https://www.govinfo.gov/content/pkg/GOVMAN-2025-01-13/xml/GOVMAN-2025-01-13-188.xml.

[11] *The Origins of USIP*, available at https://web.archive.org/web/20241127185853/https://www.usip.org/about/origins-usip.

Absent an injunction, decades of the Institute's research may be lost. As the Institute's website previously explained: "Following its mandate to promote the prevention, management, and peaceful resolution of international conflicts, USIP is committed to publishing significant works that offer new insights" and it "has published more than two hundred titles on peacebuilding, conflict analysis, and international relations." *USIP Press Bookstore* home page.[12] Amici have benefited from the research conducted by USIP and have contributed to that research. The destruction of the Institute will prevent it from continuing to support and publish similar important research; and at present, substantial research materials and archives are inaccessible because the Institute's website is no longer functional. It is in the public interest to restore access to the important work done by the Institute.

Absent an injunction, the Institute's work—which involves training, convening, mediating, and other projects in conflict zones around the world—will cease. Institute projects that have resolved or stabilized local and regional tensions, which might otherwise have sparked greater instability in combustible regions, will not be undertaken. It is impossible to quantify objectively the value of blood and treasure that has never needed to be expended as a result of the Institute's work. But any national security official who has observed the cost of blood and treasure that *was* expended, and has lamented the absence of simpler, local, independent and nongovernmental efforts that could have prevented that expenditure, is deeply aware of the value of such work. It is in the public interest to restore the Institute's ability to continue that work.

---

[12] Previously at https://bookstore.usip.org/, now available at https://web.archive.org/web/20241105055646/https://bookstore.usip.org/.

## CONCLUSION

Amici have firsthand experience that validates the importance of an independent nonprofit organization dedicated to the study and practice of conflict resolution, as Congress sought to create when the Institute was founded. Amici respectfully submit that treating the Institute as an Executive Branch entity that can be dismantled at will would undermine Congress's stated objectives in creating the Institute. It also would be inconsistent with the independent, nonpartisan role that amici have observed the Institute play during their own public service in national security roles. The Institute's role involves teaching and training, researching and convening; it is not executive in nature, and it takes place outside the Executive Branch. Amici therefore respectfully urge the Court to grant Plaintiffs' motion for summary judgment.

April 8, 2025                                        Respectfully submitted,

                                                    /s/ Rebecca LeGrand
                                                    Rebecca LeGrand (D.C. Bar No. 493918)
                                                    LeGrand Law PLLC
                                                    1100 H Street NW, Suite 1220
                                                    Washington, DC 20005
                                                    (202) 587-5725
                                                    rebecca@legrandpllc.com

                                                    *Counsel for Amici Curiae*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Civil Rule 7(o), I hereby certify that this brief conforms to the requirements of Local Civil Rule 5.4, complies with the requirements set forth in Federal Rule of Appellate Procedure 29(a)(4), and does not exceed 25 pages in length.


DATED: April 8, 2025                    /s/ Rebecca LeGrand
                                        Rebecca LeGrand

## APPENDIX A – LIST OF AMICI CURIAE

| | |
|---|---|
| **Hon. Bernadette M. Allen** | Former Ambassador to Niger |
| **Hon. Bernard W. Aronson** | Former Assistant Secretary of State for Inter-American Affairs<br><br>Former Special Envoy for the Colombian Peace Process |
| **Hon. J. Brian Atwood** | 11th Administrator of the United States Agency for International Development (USAID)<br><br>Former Under Secretary of State for Management<br><br>Former Assistant Secretary of State for Legislative Affairs |
| **Hon. Daniel B. Baer** | Former Ambassador to the Organization for Security and Cooperation in Europe (OSCE) |
| **Hon. Shirley Elizabeth Barnes** | Former Ambassador to Madagascar |
| **Hon. Frederick Barton** | Former Assistant Secretary of State for Conflict and Stabilization Operations |
| **Hon. Peter W. Bodde** | Former Ambassador to Libya<br><br>Former Ambassador to Nepal<br><br>Former Ambassador to Malawi |
| **Hon. Barbara Bodine** | Former Ambassador to the Republic of Yemen |
| **Hon. Richard A. Boucher** | Former Assistant Secretary of State for South and Central Asian Affairs<br><br>Former Assistant Secretary of State for Public Affairs |
| **Hon. Robert A. Bradtke** | Former Ambassador to Croatia<br><br>Former Executive Secretary, National Security Council |
| **Hon. Kenneth C. Brill** | Former Ambassador to the United Nations International Organizations in Vienna<br><br>Former Ambassador to Cyprus |

| | |
|---|---|
| **Hon. Johnnie Carson** | Assistant Secretary of State for African Affairs<br><br>Ambassador to Kenya<br><br>Ambassador to Zimbabwe<br><br>Ambassador to Uganda |
| **Hon. Wendy Chamberlin** | Former Ambassador to Pakistan<br><br>Former Ambassador to Laos |
| **Hon. Chester A. Crocker** | Former Assistant Secretary of State for African Affairs |
| **Hon. Ryan Crocker** | Former Ambassador to Afghanistan<br><br>Former Ambassador to Iraq<br><br>Former Ambassador to Pakistan<br><br>Former Ambassador to Syria<br><br>Former Ambassador to Kuwait<br><br>Former Ambassador to Lebanon |
| **Hon. Lisa Curtis** | Former Deputy Assistant to the President and National Security Council Senior Director for South and Central Asia |
| **Hon. Jeffrey Davidow** | Former Ambassador to Mexico<br><br>Former Ambassador to Venezuela<br><br>Former Ambassador to Zambia |
| **Hon. Ruth A. Davis** | Former Director General of the Foreign Service<br><br>Former Ambassador to Benin |
| **Hon. Jeffrey DeLaurentis** | Former Ambassador to the United Nations for Special Political Affairs<br><br>Former Chief of the United States Interests Section in Cuba |
| **Hon. Kathleen A. Doherty** | Former Ambassador to Cyprus |

**Appendix A-2**

| | |
|---|---|
| **Hon. Eric Edelman** | Former Under Secretary of Defense for Policy<br><br>Former Ambassador to Turkey<br><br>Former Ambassador to Finland |
| **Lt. Gen. Karl Eikenberry** | Lieutenant General, United States Army (retired)<br><br>Former Ambassador to Afghanistan |
| **Hon. Nancy H. Ely-Raphel** | Former Ambassador to Slovenia<br><br>Former Ambassador-at-Large to Monitor and Combat Trafficking in Persons |
| **Hon. Kenneth J. Fairfax** | Former Ambassador to Kazakhstan |
| **Hon. John D. Feeley** | Former Ambassador to Panama |
| **Hon. Jeffrey Feltman** | Former Assistant Secretary of State for Near Eastern Affairs<br><br>Former Ambassador to Lebanon<br><br>Former Special Envoy for the Horn of Africa |
| **Hon. Robert Ford** | Former Ambassador to Syria<br><br>Former Ambassador to Algeria |
| **Hon. Laurie S. Fulton** | Former Ambassador to Denmark |
| **Hon. Robert L. Gallucci** | Former Assistant Secretary of State for Political-Military Affairs |
| **Hon. Michelle Gavin** | Former Ambassador to Botswana |
| **Hon. Daniel R. Glickman** | 26th Secretary of Agriculture |
| **Hon. Edward W. Gnehm** | Former Ambassador to Jordan<br><br>Former Ambassador to Australia<br><br>Former Ambassador to Kuwait<br><br>Former Deputy Permanent Representative of the United States to the United Nations<br><br>Former Director General of the Foreign Service |

**Appendix A-3**

| | |
|---|---|
| **Hon. Rose E. Gottemoeller** | Former Under Secretary of State for Arms Control and International Security<br><br>Former Assistant Secretary of State for Arms Control, Verification, and Compliance |
| **Hon. Gordon Gray** | Former Ambassador to Tunisia |
| **Hon. Michael E. Guest** | Former Ambassador to Romania |
| **Hon. Stephen J. Hadley** | 20th National Security Advisor<br><br>Former Assistant Secretary of Defense for International Security Policy |
| **Hon. John A. Heffern** | Former Ambassador to Armenia |
| **Lt. Gen. Ben Hodges** | Lieutenant General, United States Army (retired)<br><br>Former Commander, United States Army Europe |
| **Hon. Arthur H. Hughes** | Former Ambassador to Yemen |
| **Hon. Cameron Hume** | Former Ambassador to Indonesia<br><br>Former Ambassador to South Africa<br><br>Former Ambassador to Algeria |
| **Hon. Robert Hutchings** | Former Chair, National Intelligence Council<br><br>Former Special Advisor to the Secretary of State |
| **Hon. Susan E. Jacobs** | Former Ambassador to Papua New Guinea, the Solomon Islands, and Vanuatu |
| **Hon. Makila James** | Former Ambassador to Eswatini |
| **Hon. David T. Johnson** | Former Assistant Secretary of State for International Narcotics and Law Enforcement Affairs |
| **Hon. Deborah K. Jones** | Former Ambassador to Libya<br><br>Former Ambassador to Kuwait |

**Appendix A-4**

| | |
|---|---|
| **Hon. A. Elizabeth Jones** | Former Assistant Secretary of State for European and Eurasian Affairs<br><br>Former Ambassador to Kazakhstan |
| **Hon. Colin Kahl** | Former Under Secretary of Defense for Policy<br><br>Former National Security Advisor to the Vice President |
| **Hon. Theodore H. Kattouf** | Former Ambassador to Syria<br><br>Former Ambassador to the United Arab Emirates |
| **Hon. Richard D. Kauzlarich** | Former Ambassador to Bosnia and Herzegovina<br><br>Former Ambassador to Azerbaijan |
| **Hon. Laura Kennedy** | Former Permanent Representative to the Conference on Disarmament<br><br>Former Ambassador to Turkmenistan |
| **Hon. Patrick F. Kennedy** | Former Under Secretary of State for Management<br><br>Former United States Representative to the United Nations for Management and Reform with the Rank of Ambassador |
| **Hon. Jimmy J. Kolker** | Former Ambassador to Uganda<br><br>Former Ambassador to Burkina Faso |
| **Hon. Thomas C. Krajeski** | Former Ambassador to Bahrain<br><br>Former Ambassador to Yemen |
| **Hon. Daniel C. Kurtzer** | Former Ambassador to Israel<br><br>Former Ambassador to Egypt |
| **Hon. Ellen Laipson** | Former Vice Chair, National Intelligence Council |
| **Hon. Barbara Leaf** | Former Assistant Secretary of State for Near Eastern Affairs<br><br>Former Ambassador to the United Arab Emirates |
| **Hon. Richard LeBaron** | Former Ambassador to Kuwait |
| **Hon. Mark W. Libby** | Former Ambassador to Azerbaijan |

**Appendix A-5**

| | |
|---|---|
| **Hon. Hugo Llorens** | Former Ambassador to Honduras |
| **Lt. Gen. Douglas Lute** | Lieutenant General, United States Army (retired) |
| | Former Ambassador to NATO |
| | Former Deputy National Security Advisor for Iraq and Afghanistan |
| **Hon. Steven R. Mann** | Former Ambassador to Turkmenistan |
| **Hon. Dennise Mathieu** | Former Ambassador to Niger |
| | Former Ambassador to Namibia |
| **Hon. Nancy McEldowney** | Former National Security Advisor to the Vice President |
| | Former Director, Foreign Service Institute |
| | Former Ambassador to Bulgaria |
| **Hon. Elizabeth Davenport McKune** | Former Ambassador to Qatar |
| **Hon. James D. Melville, Jr.** | Former Ambassador to Estonia |
| **Hon. Richard M. Miles** | Former Ambassador to Georgia |
| | Former Ambassador to Bulgaria |
| | Former Ambassador to Azerbaijan |
| **Hon. Thomas J. Miller** | Former Ambassador to Greece |
| | Former Ambassador to Bosnia and Herzegovina |
| | Former Ambassador for Cyprus Negotiations |
| **Hon. Derek Mitchell** | Former Ambassador to Myanmar |
| **Hon. Allan P. Mustard** | Former Ambassador to Turkmenistan |

**Appendix A-6**

| | |
|---|---|
| **Hon. Wanda L. Nesbitt** | Former Ambassador to Namibia |
| | Former Ambassador to Ivory Coast |
| | Former Ambassador to Madagascar |
| **Hon. Ronald W. Neumann** | Former Ambassador to Afghanistan |
| | Former Ambassador to Bahrain |
| | Former Ambassador to Algeria |
| **Rear Adm. Huan Nguyen** | Rear Admiral, United States Navy (retired) |
| **Hon. Ted Osius** | Former Ambassador to Vietnam |
| **Hon. Geeta Pasi** | Former Ambassador to Ethiopia |
| | Former Ambassador to Chad |
| | Former Ambassador to Djibouti |
| **Hon. Anne Patterson** | Former Assistant Secretary of State for Near Eastern Affairs |
| | Former Ambassador to Egypt |
| | Former Ambassador to Pakistan |
| | Former Ambassador to Colombia |
| | Former Ambassador to El Salvador |
| | Former Assistant Secretary of State for International Narcotics and Law Enforcement Affairs |
| **Hon. Thomas S. P. Perriello** | Former Special Envoy for Sudan |
| | Former Special Envoy for the African Great Lakes |
| **Hon. William J. Perry** | 19th Secretary of Defense |
| | Chair, 2008 Strategic Posture Review Commission |
| | Chair, 2010 & 2014 National Defense Strategy Review Commissions |
| **Hon. Robert C. Perry** | Former Ambassador to the Central African Republic |

**Appendix A-7**

| | |
|---|---|
| **Hon. James D. Pettit** | Former Ambassador to Moldova |
| **Hon. Thomas R. Pickering** | Former Under Secretary of State for Political Affairs |
| | Former Ambassador to Russia |
| | Former Ambassador to India |
| | Former Ambassador to the United Nations |
| | Former Ambassador to Israel |
| | Former Ambassador to El Salvador |
| | Former Ambassador to Nigeria |
| | Former Ambassador to Jordan |
| **Hon. Steven K. Pifer** | Former Ambassador to Ukraine |
| **Hon. Jo Ellen Powell** | Former Ambassador to Mauritania |
| **Hon. Robin L. Raphel** | Former Ambassador to Tunisia |
| | Former Assistant Secretary of State for South Asian Affairs |
| **Hon. Charles Ray** | Former Ambassador to Zimbabwe |
| | Former Ambassador to Cambodia |
| **Hon. Daniel N. Rosenblum** | Former Ambassador to Kazakhstan |
| | Former Ambassador to Uzbekistan |
| **Hon. Dennis B. Ross** | Former Special Middle East Coordinator |
| | Former Director of Policy Planning, State Department |
| | Former Special Assistant to the President |
| **Adm. Gary Roughead** | Admiral, US Navy (Retired) |
| | Former Chief of Naval Operations |
| | Co-Chair, 2018 National Defense Strategy Review Commission |

**Appendix A-8**

| | |
|---|---|
| **Hon. William A. Rugh** | Former Ambassador to the United Arab Emirates<br><br>Former Ambassador to Yemen |
| **Hon. Teresita C. Schaffer** | Former Director, Foreign Service Institute<br><br>Former Ambassador to Sri Lanka |
| **Hon. Mattie R. Sharpless** | Former Ambassador to the Central African Republic |
| **Hon. David B. Shear** | Former Assistant Secretary of Defense for Asian and Pacific Security Affairs<br><br>Former Ambassador to Vietnam |
| **Hon. David H. Shinn** | Former Ambassador to Ethiopia<br><br>Former Ambassador to Burkina Faso |
| **Hon. Anne-Marie Slaughter** | Former Director of Policy Planning, State Department |
| **Hon. Amanda Sloat** | Former Special Assistant to the President and Senior Director for Europe, National Security Council<br><br>Former Deputy Assistant Secretary of State for Southern Europe and Eastern Mediterranean Affairs |
| **Hon. Joan Spero** | Former Under Secretary of State for Economic, Business and Agricultural Affairs<br><br>Former Ambassador to the United Nations for Economic and Social Affairs |
| **Hon. Sylvia G. Stanfield** | Former Ambassador to Brunei Darussalam |
| **Hon. Mark C. Storella** | Former Ambassador to Zambia |
| **Hon. William B. Taylor, Jr.** | Former Ambassador to Ukraine |
| **Hon. Linda Thomas-Greenfield** | Former Ambassador to the United Nations<br><br>Former Assistant Secretary of State for African Affairs<br><br>Former Director General of the Foreign Service<br><br>Former Ambassador to Liberia |

**Appendix A-9**

| | |
|---|---|
| **Hon. Toni Verstandig** | Former Deputy Assistant Secretary of State for Near Eastern Affairs |
| **Hon. Jacob Walles** | Former Ambassador to Tunisia<br><br>Former Consul General and Chief of Mission, Jerusalem |
| **Hon. Mark Ward** | Former Deputy Assistant Administrator of USAID for Asia and the Near East |
| **Hon. Earl A. Wayne** | Former Ambassador to Mexico<br><br>Former Ambassador to Argentina<br><br>Former Assistant Secretary of State for Economic and Business Affairs |
| **Hon. Kevin Whitaker** | Former Ambassador to Colombia |
| **Hon. Bisa Williams** | Former Ambassador to Niger |
| **Hon. Molly Williamson** | Former Consul General and Chief of Mission, Jerusalem<br><br>Former Deputy Assistant Secretary of Defense<br><br>Former Deputy Assistant Secretary of State<br><br>Former Deputy Assistant Secretary of Commerce |
| **Hon. Ross L. Wilson** | Former Ambassador to Turkey<br><br>Former Ambassador to Azerbaijan |
| **Hon. Anne A. Witkowsky** | Former Assistant Secretary of State for Conflict and Stabilization Operations |
| **Hon. Kenneth Yalowitz** | Former Ambassador to Georgia<br><br>Former Ambassador to Belarus |
| **Hon. Donald Yamamoto** | Former Ambassador to Somalia<br><br>Former Ambassador to Ethiopia<br><br>Former Ambassador to Djibouti |

**Appendix A-10**

| **Hon. Marie Yovanovitch** | Former Ambassador to Ukraine |
| --- | --- |
| | Former Ambassador to Armenia |
| | Former Ambassador to Kyrgyzstan |
| **Hon. Uzra Zeya** | Former Under Secretary of State for Civilian Security, Democracy, and Human Rights |
| **Gen. Anthony C. Zinni** | General, United States Marine Corp (retired) |
| | Former Commander, United States Central Command |
| | Former Special Envoy for Middle East Peace |
| | Former Special Envoy for Qatar |