IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KENNETH JACKSON, *et al.*,<br><br>*Defendants.* | Case No. 25-cv-0804-BAH |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion by Former Senior Military and Foreign Policy Officials for Leave to File an Amicus Brief, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and Exhibit 1 to the Motion shall be docketed by the Clerk of Court.

**SO ORDERED**.

Date: _____

_____
The Hon. Beryl A. Howell
United States District Judge