UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE FOR PEACE, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>KENNETH JACKSON,<br>  Assistant to the Administrator for<br>  Management and Resources for USAID, et al.,<br><br>       Defendants. | Civil Action No. 25-0804 (BAH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' cross-motion for summary judgment, Plaintiffs' motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED;

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that summary judgment is ENTERED in favor of Defendants on Plaintiffs' claims in this action.

SO ORDERED:

_____                                    _____
Date                                                                          BERYL A. HOWELL
                                                                                 United States District Judge