UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES INSTITUTE FOR PEACE, et al.,

    Plaintiffs,

  v.

KENNETH JACKSON,
Assistant to the Administrator for Management and Resources for USAID, et al.,

    Defendants.

Civil Action No. 25-0804 (BAH)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' cross-motion for summary judgment, Plaintiffs' motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED;

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that summary judgment is ENTERED in favor of Defendants on Plaintiffs' claims in this action.

SO ORDERED:

_____                      _____
Date                                                         BERYL A. HOWELL
                                                             United States District Judge