# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00804-BAH |

## DECLARATION OF ANDREW N. GOLDFARB

I, Andrew N. Goldfarb, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel for Plaintiffs in the above-captioned case.

2. The document attached to Plaintiffs' summary judgment opposition/reply submission as Plaintiffs' Opp. Ex. 6 is a true and correct copy of an April 12, 2025 email from Defendant Nate Cavanaugh to the Vera Institute of Justice.

3. The document attached to Plaintiffs' summary judgment opposition/reply submission as Plaintiffs' Opp. Ex. 7 is a true and correct copy of "near-verbatim" call notes taken by a representative of the Vera Institute of Justice during an April 15, 2025 Microsoft Teams Call among Defendant Cavanaugh, another DOGE representative, and representatives of the Vera Institute. This document is referenced in Washington Post, *DOGE sought to assign a team to an independent nonprofit group* (Apr. 16, 2025), available at https://www.washingtonpost.com/national-security/2025/04/15/doge-musk-nonprofit-vera-institute/.

Dated this 18th of April, 2025, and executed in Washington, D.C.

Signed: /s/ *Andrew N. Goldfarb*

Print Name: Andrew N. Goldfarb