Plaintiff Opp. Ex. 2

*Biennial Report of the*


# 1989



## UNITED STATES
## INSTITUTE OF PEACE

APR 13 1990

**Board of Directors**

John Norton Moore, *Chairman*

Elspeth Davies Rostow, *Vice Chairman*

Vice Admiral J. A. Baldwin

Dennis L. Bark

William R. Kintner

Evron M. Kirkpatrick

Ronald F. Lehman, II

Morris I. Leibman

The Reverend Sidney Lovett

Pastor Richard John Neuhaus

Richard Schifter

W. Scott Thompson

W. Bruce Weinrod

Allen Weinstein

Samuel W. Lewis, (nonvoting)

**United States Institute of Peace**

1550 M Street, N W

Washington, D C 20005

Library of Congress Card Number: 88-659599

I S B N 1-878379-00-3

I S S N 1-047-5915

Printed in the United States of America

Development & Editorial Services:

Joe Foote, Claude Norcott

Design: Malcolm Grear, Patricia Appleton,

Joel Grear, Peter Mastrogiannis

First printing 1990

*The Biennial Report of the United States Institute of Peace was prepared and transmitted to the President and the Congress of the United States pursuant to Section 1712 of the United States Institute of Peace Act (Public Law 98-525, as amended).*

*United States*

*Biennial Report of the*

# UNITED STATES
# INSTITUTE OF PEACE

## 1989

Submitted to the Congress and the President of the United States of America

by John Norton Moore
*Chairman of the Board of Directors*
December 1989

# PRESIDENTS AS PEACEMAKERS

JX 1908
.U6 U55a
1989







The White House



Bill Fitzpatrick, The White House



Carol T. Powers, The White House

*President Woodrow Wilson (left), seen here with French President Raymond Poincaré, led efforts to create the League of Nations at the Paris Peace Conference, held at Versailles from January 18 to June 28, 1919.*

The Library of Congress

U. S. Army, Courtesy Harry S Truman Library

Underwood & Underwood

iv

v

# CONTENTS

PREFACE  vii

I  OVERVIEW:
THE INSTITUTE IN A WORLD
OF ACCELERATING
CHANGE  1

The Changing World  1

Importance of the Institute  3

The Institute as an Independent
Federal Entity  3

Program Outline  4

New Directions  5

Organization of the Report  6

II  LESSONS FOR PEACE
MAKERS  7

International Conflict Management  8
  Negotiation and Conflict Management—
  The Education Process
  Multilateral Negotiations
  Peacekeeping

Democracy, Human Rights, Political
Upheaval, and Freedom  11
  Human Rights

East-West Relations  14

Rule of Law  17
  International Organizations
  Low-Intensity Conflict

Religion, Pacifism, and Nonviolence  20
  Religion
  Pacifism
  Nonviolent Sanctions
  Women and Peace

Weapons and Deterrence  25

Regional Conflicts  28
  Africa
  Middle-East: Iran-Iraq
  Middle-East: Arab-Israeli Conflict

III  A MORE INFORMED
CITIZENRY  35

Education and Training  36
  Educating About Peace
  Community Outreach, Adult Education,
  and Public Information
  Publishing and Marketing

Library and Data Information Services  43

IV  PROGRAM OPERATIONS  47

Grant Program  47
  Grant Making Process
  Results

Jennings Randolph Fellowship
Program  49
  Results

Research and Studies Program  51

V  MANAGEMENT AND
FINANCE  53

Planning and Budgeting  53

Appropriations and Operating
Budgets  54

Payment Mechanisms  55

Strengthening Administration and
Management  56

VI  THE INSTITUTE'S
CHALLENGE IN THE 1990s  59

APPENDIXES  61

A. United States Institute of Peace Board
of Directors  61

B. United States Institute of Peace Officers
and Senior Staff Biographies  67

C. Jennings Randolph Program Fellows
and Scholars  71

D. Grant Program: Summary of
Awards  81

E. Research and Studies Program
Activities  99

F. Bylaws of the United States Institute
of Peace  117

G. Articles of Incorporation of Endowment
of the United States Institute of Peace,
Incorporated  125

H. United States Institute of Peace Act  129

INDEX  141

vi



*Vice Chairman of the Institute's Board of Directors, Elspeth Davies Rostow;*
*Chairman of the Board, John Norton Moore; and President, Samuel W. Lewis.*

PREFACE

*My first wish is to see this plague of mankind, war,*
*banished from the earth.*

GEORGE WASHINGTON

This heartfelt plea by the father of our country embodies a deeply rooted American value, a yearning for peace in a democratic Nation created "of the people, by the people and for the people." The United States Institute of Peace is the newest American institution to reflect the Nation's commitment to peace and freedom.

Created by Congress as "a living institution embodying the heritage, ideals, and concerns of the American people for peace," the Institute was designed as "an independent, nonprofit, national institute to serve the people and the Government through the widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace and the resolution of conflicts among the nations and peoples of the world without recourse to violence."

On February 25, 1986, the first Board of Directors of the new Institute was sworn in by Chief Justice Warren Burger. In the nearly 4 years since, the Institute has evolved from the dream of a few visionary statesmen to a functioning reality.

This second biennial Chairman's report details good news about the successful launching of many varied Institute programs—and, equally important, about further progress in building a solid structure for the Institute itself. Before presenting an overall review of the Institute's progress during the past 2 years, however, I want to restate the principles that animate the work of this new Federal entity. Indeed, building a firm commitment to these foundation concepts has been a primary goal during the Institute's initial years.

These guiding principles include the following:

First, in all that it does the Institute should ensure the highest standards of integrity, efficiency, and ethical sensitivity.

The people of the United States rightly require of their Government that it provide good and honest government. In an age of increasing governmental complexity, the right answers to all issues of governance are not always self-evident. The Institute, however, has fully understood the central importance of good government and has resolved to be a leader among Federal entities in its commitment to fiscal integrity, efficiency, and, above all, moral and ethical sensitivity.

Second, all the Institute's work must be nonpartisan, nonideological, and rooted in the highest standards of scholarly and professional integrity.

An Institute serving partisan goals or tied to a prevailing orthodoxy—government or otherwise—about approaches to peace cannot well serve its function of enhancing human knowledge about conflict management and war avoidance. Rather, the Institute must have a clear commitment to the search for truth and a belief in full and open debate as a means for finding it. As Thomas Jefferson wrote to William Roscoe in December of 1820 about the new University of Virginia, "This institution will be based on the illimitable freedom of the human mind. For here we are not afraid to follow truth wherever it may lead, nor to tolerate any error so long as reason is left free to combat it."

Few concepts are more emotionally charged or generate a wider range of views than "peace." It is inevitable in dealing with a concept so charged and involving such real-world complexity that men and women of good faith differ over general approaches and specific policies for achieving peace among nations while maintaining freedom. To achieve its goals, the United States Institute of Peace should be known as a center of excellence where people of opposing views can work together with an ultimate test, not of political victory or even compromise, but of truth in finding practical ways of enhancing both peace and freedom. The ultimate test of war-peace theory is the unforgiving standard of the real, not the ideological, world—and that is the world in which the Institute must function.

Third, as Congress wisely provided in the statutory charter, the Institute should pursue its work on the broadest intellectual canvas of relevant disciplines, skills, and approaches to peacemaking and conflict management.

Serious conflict management studies include, among other intellectual strands, diplomacy and negotiation theory; deterrence and balance of power; international law; international organizations and collective security; arms control; functionalism and "track two" diplomacy; psychological theories about conflict; the role of nonviolence and nonviolent sanctions; methods of third-party dispute settlement; moral and ethical thought about conflict and conflict resolution; and structural theories about relationships among political institutions, human rights, and conflict. Relevant disciplines encompassed by these approaches include, among others, international relations, political science, international law, history, psychology, psychiatry, sociology, anthropology, education, geography, religious studies, philosophy, economics, negotiation, communications and linguistics, military science, engineering, statistics, and computer sciences.

Nothing could be more self-defeating for the Institute than to define its role narrowly and thus exclude the richness of human knowledge from a relevant intellectual discipline or approach. The challenge for the Institute is nothing less than to mobilize the best experts from the Nation—and indeed the world—across whatever disciplines and skills can contribute to enhanced understanding of the processes of peace and war. To meet this challenge, we should realize that self-imposed definitions about approach or disciplinary lines can be as limiting as an ideological map that fails to reproduce the terrain of the real world.

Fourth, the Institute must maintain its status as an independent and noninterventionist Federal entity.

In the United States Institute of Peace Act, Congress directed that the Institute be established as an "independent" national institute. That independence is an important element in building public confidence in the work of the Institute and has been stressed from the first meeting of the Board of Directors. Equally important, the Institute must be noninterventionist in its activities. It must not interfere with the conduct of foreign relations, which is the responsibility of Government agencies such as the Department of State. Both principles are scrupulously observed by the Institute and are written into its bylaws.

As both principles have now been firmly established, the Institute can decide to undertake projects at the request or with the support of Government agencies, if the projects are in accord with Institute priorities. In the first such project the Institute has, with strong encouragement from the Department of State's Policy Planning Staff, assembled an academic and Government expert study group to examine possible future conflict situations in Eastern Europe at this time of extraordinary change in that region. The Institute is also pursuing initiatives, in coordination with officials in the Departments of State and Justice, for U.S.-Soviet expert-level dialogues on historical perspectives in U.S.-Soviet relations and on the meaning and importance of a law-governed state and the rule of law.

Fifth, the Institute will be most effective as it understands that its own efforts should facilitate and serve as a catalyst for the work of others seriously pursuing knowledge about the processes of peace.

Inevitably, the Institute's resources will be only a fraction of the total commitment to relevant inquiry and education funded by universities, foundations, governments, and other institutions around the world. To be most effective, the Institute must serve as a catalyst to support promising work and to disseminate the results of such work. And it must always be aware of the desirability of having a multiplier effect and of the need to identify areas that can have the greatest potential for contributing to its goals. As the projects described in this report show, the Institute and its work are not in opposition to programs of universities and other institutions providing valuable research and education about peace processes, diplomacy, and conflict management, but, as intended by Congress, are an important source of support for such programs.

The chapters that follow report in detail on the Institute's work. In the remainder of this Preface, I would like to make some personal observations on efforts for peace. Although the Institute does not take positions on individual foreign policy issues, these observations are relevant to important aspects of the Institute's work.

First, we should neither accept the inevitability of war among nations nor prematurely announce its demise.

Despite remarkable strides toward enhanced freedom and human dignity in the nations of Eastern Europe, the promise of *perestroika* in the Soviet Union, and the longest period of avoidance of direct major war between principal world powers in modern times, it is premature to announce the end of war and international violence.

Sadly, the map of the real world, with its widespread suffering from "regional" and other wars and an intensification of "low-intensity" conflict, does not yet reflect this happy prospect. For example, it has been estimated that more than 1 million people were killed in the recent Iran-Iraq War. And as a contemporary example of the costs of low-intensity conflict, more than 800 innocent airline passengers—men, women, and children—have been killed in terrorist bombings against international civil aviation since 1984. Nevertheless, war and international violence are not inevitable, and in a nuclear age, mankind can and must turn human ingenuity to ending war.

The end of war and international violence is a fundamental requirement for victory of the human spirit, just as the end of slavery was before it. Our goal should be clear and our vision steady: nothing less than the elimination of war and the celebration of human freedom and dignity.

Second, peace and justice are interrelated.

Human freedom and dignity are particularly important dimensions of stable peace. This reality should strengthen the resolve of all nations and peoples to work for this important goal. It must not, however, cause neglect of the fundamental principle embodied in the United Nations Charter proscribing the aggressive use of force in international relations in pursuit of politicized perceptions of contemporary "just" wars, whether "wars of national liberation" or some other popular rubric. Nor should it displace the important focus inherent in "peace" on ending aggressive use of force in international life.

Rather, the promotion of human freedom and dignity must be an important parallel and complementary focus in the pursuit of stable peace. That is, in addition to and as part of efforts to end aggressive use of force in international relations, we must work vigorously to promote human rights and to end genocide and other extreme abuse by governments against their own peoples, as in Pol Pot's Cambodia. We should also not permit politicized versions of "structural violence" either to displace a central meaning of peace—that is, the importance of ending aggressive use of force in international relations—or to contribute to a failure to focus attention on some of the worst structural or systemic offenders against human rights, as occurred in Romania under the heel of Ceausescu.

Third, human thought has produced a range of approaches to leashing war and creating a just and lasting peace, and each of them may contribute important insights.

It is likely that in our struggle against the scourge of war, as in the struggle against the scourge of cancer, progress will come from incremental advances along many different roads. Yet there is a tendency in the conduct of foreign policy to focus on a single strand of conflict management theory as a Rosetta stone to unlock the mysteries of achieving peace. For example, from at least the turn of the century until World War I, a central approach toward preventing war involved efforts to create institutionalized international machinery for dispute settlement. Not surprisingly, since the coming of the nuclear age, a centerpiece of government and popular efforts at war avoidance has been efforts at nuclear arms control.

Yet for all the importance of international machinery for dispute settlement and nuclear arms control, it is highly doubtful that either alone can bring a stable peace. Indeed, early efforts at arms control and to create international machinery for dispute settlement failed to prevent both World Wars I and II. Thus, it would seem prudent that many other approaches also be vigorously pursued. In this respect, quite possibly one of the most useful contributions that the United States Institute of Peace can make is to broaden perceptions about modes of engagement for peace beyond central preoccupations, such as arms control, to a range of simultaneous approaches for making war on war.

Although few approaches to peace are free from controversy, one initiative illustrating the potential for simultaneous approaches now being actively explored by the Institute bears the title World Peace Accountability. It starts from the core principle in the United Nations Charter that prohibits the threat or use of aggressive force in international relations. This principle, which is a cornerstone of modern international law, prohibits the use of force as a modality of major change in the international system, while fully protecting the right of defense against aggressive attack. World Peace Accountability simply proposes raising the level of accountability for violation of this principle.

In understanding such an initiative, comparison with progress in the human rights field is instructive. Despite initial skepticism and great resistance, the right of the international system to hold governments accountable for their human rights practices has been increasingly effectively asserted.

Human rights accountability is now an important component of the foreign policies of democratic nations. In the United States it has been incorporated formally into State Department practice through the designation of an Assistant Secretary for Human Rights, publication of an annual volume of *Country Reports on Human Rights Practices*, and the establishment of a network of Embassy human rights officers reporting on day-to-day human rights around the world. Human rights accountability has become a major theme in engagement with the Soviet Union, its allies, and many Third World countries as well.

Although this emphasis has not yet made the world safe from human rights abuse, it has kept concerns about the great importance of human rights a focus of intense international interest. And it may well have played a significant role in the dramatic and ongoing transformations in Eastern Europe and in the Soviet Union itself. This focus on human rights accountability was initially highly controversial, for example, in the path-breaking Helsinki process and in the first State Department *Country Reports on Human Rights Practices*. But with time, the worth of such accountability processes has been broadly accepted.

Yet there is no comparable network of practices or institutions surrounding accountability for another central thrust of the United Nations Charter, the prohibition in Article 2(4) against the threat or use of aggressive force. Accountability to this great principle, however, is, like human rights, of concern to all nations seeking a world free from aggression.

Indeed, in an age in which legal scholars debate the "death" of Article 2(4) of the Charter, something badly needs to be done to revitalize this fundamental principle. Recent statements by Soviet President Mikhail Gorbachev, before the United Nations and in repudiating the Brezhnev Doctrine, emphasize the impermissibility of using aggressive force in international relations, thus verbally reaffirming this Charter principle as a cornerstone of world order. This new Soviet approach may afford an important opportunity to strengthen this principle and ensure that it does not remain simply a rhetorical commitment (or, in the alternative, that if it does, this, too, would be widely understood).

A comprehensive approach to World Peace Accountability could begin with (1) preparation of a regular public report detailing actions by any nation that are inconsistent with Article 2(4) of the Charter, including direct or indirect support for terrorism and secret aggressive warfare (a particular scourge of our age) and (2) a consistent, across-the-board diplomatic effort to highlight this issue in all available multilateral and bilateral forums, including summits. Such an approach should not supplant deterrence, arms control, human rights accountability, or any other useful approach to conflict reduction. If successful, however, it might in time lead to detailed discussions on a range of possible cooperative approaches beyond arms control toward a more stable and peaceful world order.

Fourth, I believe that two interrelated points (which, like most others in the field, are not free from robust debate) are of particular importance in understanding the theoretical foundations of peace in our age.

The first is that, at least in the post–United Nations Charter era, democracies enjoy overwhelmingly peaceful relations with fellow democracies, while totalitarian governments and radical regimes seem more prone to aggressive use of force.

The second point is that deterrence, in its fullest sense of an overall interactive relationship of perceptions and realities between at least two nations within a broader international system, is an important factor in war avoidance. Conversely, the failure of deterrence, particularly in a setting involving a radical regime willing to use force to achieve its objectives, can be an important factor leading to violent conflict. The first point reinforces the potential importance of the momentous upheavals in Eastern Europe and the Soviet Union that are pushing those Communist regimes toward more democratic, pluralistic political systems. It may also suggest the importance of an engagement strategy for democratic nations, which focuses on the rule of law and government structures as a means to enhance both human rights and peace.

The second point directs our efforts toward careful appraisal of ways to maintain effective deterrence in its full meaning, even while we respond to real-world changes in the political terrain.

Whatever the ultimate prescription for peace, the challenge for the Nation was summarized by John F. Kennedy in words that ring as true today as when they were spoken in 1963:

*The question for us now is whether in a changing world we will respond in a way befitting "the land of the free and the home of the brave"—whether we will be at our best in these crucial years of our world leadership—whether we will measure up to the task awaiting us.*

*That task is to do all in our power to see that the changes taking place all around us—in our cities, our countryside, our economy, with the Western world, in the uncommitted world, in the Soviet empire, on all continents—lead to more freedom for more men and to world peace.*

Finally, it should be noted that the fledgling United States Institute of Peace owes many debts of gratitude, especially to the following: the visionary American statesmen who persevered for an Institute, including particularly Senators Jennings Randolph, Spark Matsunaga, and Mark Hatfield, who shepherded the legislation to passage; to a Congress that has been increasingly supportive of the Institute's work in a difficult period of national budgetary strain; to an Executive Branch that, following the convening of the first Board of Directors, has strongly supported the Institute, providing continuing top-level support for its work and material support in the form of administrative assistance and initial housing; to a private-sector network of committed citizens who have been a constant source of ideas and a keeper of the vision; to the Board of the Institute, which has worked uncommonly hard, cooperatively, and effectively; to Ambassador Samuel Lewis, the extraordinary former career Foreign Service officer now serving as the President of the Institute, who is an engine of its success; to the dedicated and exceptionally able Institute staff; and, above all, to the spirit of the American people, whose dedication to peace and democracy is the real sustenance of the Institute and a source of hope to the world.

John Norton Moore
Chairman of the Board

xiv



*The Institute's Board of Directors, early in 1989, from left: Lieutenant General Bradley C. Hosmer, W. Scott Thompson, The Reverend Sidney Lovett, Morris I. Leibman, William R. Kintner, John Norton Moore, Elspeth Davies Rostow, Allen Weinstein, Major General William F. Burns (ret.), Dennis L. Bark, and Samuel W. Lewis. Not pictured: Evron M. Kirkpatrick, Ronald F. Lehman II, Pastor Richard John Neuhaus, and W. Bruce Weinrod.*

# I

## OVERVIEW: THE INSTITUTE IN A WORLD OF ACCELERATING CHANGE

### The Changing World

As the period covered by this report drew to a close in late 1989, dramatic events in Europe transformed the international context for peacemaking. In East Germany, Hungary, Poland, Bulgaria, and Czechoslovakia, and in many respects in the Soviet Union itself, the long-frozen contours of total political domination by doctrinaire Communist parties melted before popular demands for democratic pluralism. Romania's Stalinist dictator was trampled by the pent-up wrath of his people at a horrendous cost in human life. New, different regimes were emerging by year's end, although where events would ultimately lead was far from certain.

Since the end of World War II, the overriding foreign policy issue for the American people and its leaders has been how to deter Soviet expansionist tendencies while avoiding nuclear war with the Soviet Union. Now, when the United States and the Soviet Union appear to be entering a new era in international affairs, Congress' decision 5 years ago to establish the United States Institute of Peace has proved to be timely indeed.

As the pace of worldwide change quickens, issues of peace and war demand more bold, creative thinking today than they have since the beginning of the Cold War. Relations among the United States and other major powers and the developing world are shifting fundamentally, and the nature of threats to peace and to a more cooperative international system is assuming a new and more complex character.

Major political upheavals in the Soviet bloc may bring long-desired freedoms to millions of East Europeans and Soviet citizens; but the resurgence of nationalisms may stir old animosities and rivalries as well. Western Europe's market integration in 1992 may have even greater economic and political consequences than could be foreseen only a year ago. Long-term consequences of unrest in the People's Republic of China, symbolized by the dramatic events in Tiananmen Square in the summer of 1989, are far from clear. And as a new century approaches, the prominent role of Japan and the global importance of the Pacific Rim can be expected to increase.

Disputes lap over borders as old tensions — many of them religious or ideological in origin — produce new dangers in the non-European theater. In the developing world the incidence of internal

2

3

**Conflict or Peace in Eastern and Central Europe?**

As Soviet political and military control recedes, what are the long-run prospects for peace and freedom in Eastern and Central Europe, the sickle-shaped cluster of countries consisting of Albania, Bulgaria, Czechoslovakia, the German Democratic Republic, Hungary, Poland, Romania and Yugoslavia? What are possible diplomatic options for heading off resurgent violence and enhancing human rights in that historically fractious region?

The Institute, with encouragement and cooperation from the Policy Planning staff at the Department of State, undertook in 1989 a study aimed at generating answers to these questions. The study will analyze potential conflict situations in Eastern Europe over the next 5 years and will produce a report in 1990 for U.S. policymakers and the public.

The study is especially timely. "It is safe to hypothesize that in five years the political map of East-Central Europe will look very different from the existing one," wrote Institute consultant Vladimir Tismaneanu in late summer 1989. Events in the Soviet Union and in Eastern Europe have subsequently accelerated at a dizzying pace. More than 60 experts — a mix of active and retired policymakers and diplomats and leading scholars — have participated in the study group's six sessions.

violence and international conflict is high. Several non-European powers have acquired the sophisticated weaponry and technology to conduct nuclear warfare within and beyond their regions. As arsenals in Europe diminish, already huge stockpiles of tanks, warplanes, and missiles in the Middle East continue to expand. The enormously destructive Iran-Iraq War, which took an estimated 1 million lives, is only the most recent example of the potential for violent conflict in that region. Even with an uneasy truce, that war casts a continuing shadow across the prospects for stability in the Persian Gulf.

The roles of international bodies, from the United Nations and the World Court to regional organizations, are changing as well. As East-West confrontation has eased, the United Nations has played an important role in ending several conflicts in Africa and Asia during the past 2 years. It has returned to its original missions of peacemaking and peacekeeping; nurtured the Geneva Accord calling for Soviet withdrawal from Afghanistan; sponsored and supported a multilateral settlement in Southwest Africa for Namibian independence and the evacuation of Cuban troops from Angola; worked successfully for the Iran-Iraq armistice; participated effectively in negotiations over the Western Sahara; cooperated with the Organization of American States in Central America; and joined actively in several other, sometimes less successful, efforts to end violent conflict, as in Cambodia. The award of the Nobel Peace Prize to the United Nations Peacekeeping Forces in 1988 was an altogether fitting recognition of the role of the Blue Helmets in patrolling volatile armistice lines.

Despite these hopeful signs, however, violence continues in many nations and regions of the Third World and seems likely to continue well into the 1990s and beyond. Regional and international organizations should assume new importance in the coming years, if more nations seek to work in concert to strengthen the rule of law in international conduct.

Just as traditional forms of diplomacy, negotiation, and balance of power must be reexamined, so conventional assumptions among foreign policy professionals and the American public about the nature of international threats to world order may need substantial reconsideration. Resurgent forms of ethnic and religious violence and new forms of transnational conflict differ from traditional aggression across frontiers but may be equally destructive to global security. Low-intensity conflict and secret warfare — which include the use of terrorism by states, private groups, and revolutionary movements — threaten the international order in new ways that may change how policymakers, diplomats, and the public approach questions of peace and security.

Violence sparked by economic deprivation or by cruel flouting of basic human rights, transnational environmental threats, easy production of highly destructive new weapons systems (such as ballistic missiles and chemical weapons), rapid diffusion of satellite surveillance technology, and other technological leaps in a shrinking world pose new, complex challenges for peacemaking. In short, the next decades may witness a profound transformation in world politics, but not necessarily a more peaceful planet.

## Importance of the Institute

The job of the United States Institute of Peace is to identify and unravel those complexities and to help America's leaders and public both to comprehend them more fully and to apply that knowledge to a more peaceful international order. In a world where violent conflict continues, the Institute's role is to enlarge the capacity of the United States and others to promote peace with justice and freedom. The Institute's purpose, in short, is not so much to make peace as to help develop and support better peacemakers and to improve knowledge of the processes leading to stable peace.

As the preface makes clear, the Institute strives to relate its work to real-world conditions and to produce knowledge about peace and peacemaking that is timely and relevant for those who need it: diplomats, policymakers, scholars, journalists, and the American people in general.

Scholarly research about social and political subjects seems at times to be behind the pace of current events. Yet events of the past deeply shadow the present with ferocious intensity as, for example, in Lebanon, Northern Ireland, Southern Africa, the West Bank and Gaza, Cambodia, and Ethiopia, to name only a few centers of deeply rooted current conflict. Both the Institute's patient review of the forces of history and the experienced diplomat's practical reflections on that history can assist current negotiators and a concerned public.

## The Institute as an Independent Federal Entity

Congress created the Institute in response to a long-time desire on the part of many citizens for an institution in the Federal Government that would devote itself full time to matters of peace and freedom. The enabling legislation, the United States Institute of Peace Act, purposefully did not contain a detailed blueprint, but instead issued a broad charge to define and respond to the challenge of peace.

The Institute is called upon to serve the American people and the Government through "the widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace and the resolution of conflicts among the nations and peoples of the world without recourse to violence." Congress created the Institute as a Federal entity and insulated it from political pressures by endowing it with independent status and a corporate structure with a governing Board of Directors. Consonant with this structure and as stewards for that congressional intent, the Institute's Board and staff are guided by the conviction that success is possible only if the Institute's work is nonpartisan and nonideological.

To implement Congress' comprehensive mandate, the Board has established programs to achieve three principal purposes:

→  Expand basic and applied knowledge about international conflict and peace by sponsoring serious research.

4

— Disseminate such information to those who can best use it in policymaking, diplomacy, journalism, research and teaching, citizen education, and allied pursuits.

— Promote informed public discussion and understanding of the complex nature of international conflict and peacemaking.

To reduce this broad charge to manageable proportions, the Institute has targeted four primary audiences. They reflect the Institute's three basic purposes, any one of which may be served by a variety of Institute products. The primary audiences are (1) scholars and diplomats; (2) Members of Congress and congressional staff, policymakers, diplomats, other practitioners, and journalists; (3) students and teachers in colleges and high schools; and (4) the general public.

To fulfill these purposes and reach these audiences, the enabling statute grants the Board of Directors considerable discretion in governing the Institute. As a nonprofit corporation incorporated by act of Congress, the Institute is a practical administrative mechanism with wide flexibility in managing its management responsibilities such as contracting, leasing, hiring, and procuring. The only budgetary requirement imposed by statute is that at least one-fourth of the Institute's annual appropriations be devoted to nonprofit and official public institutions. The Institute is thus free to seize opportunities to address new priority issues. This flexibility has also enabled the Institute to build its programs at a deliberate pace, phasing in various program elements in an orderly, cumulative fashion.

## Program Outline

Fiscal years 1988 and 1989 were a time of intense activity as the Institute continued to translate the broad enabling statute into concrete and effective programs. At the end of those 2 years, a structure of five interrelated program areas was put in place, listed here in order of establishment, with the last three being launched during this reporting period.

**Grants.** The Institute provides grants support for individuals and organizations to conduct research, develop educational tools, and disseminate information to policymakers, scholars, students, and the public at large.

— **Fellowships.** Just as important, the Institute invests not only in projects and products, but also in people who will be involved in future efforts to attain and keep peace in the world. The Jennings Randolph Fellowship Program, named for the former Senator from West Virginia who was a long-time sponsor of legislation to create the Institute, enables outstanding scholars, diplomats, and other professionals and graduate students to work on peace-related projects in residence at the Institute or at a place of their choosing.

— **Research and Studies.** The Institute brings together the best experts from the United States and abroad to examine critical topics, then the Institute publishes and disseminates selected products.

5

### Setting Policy on U.S.-U.S.S.R. Cooperative Projects

Cognizant of the extraordinary political changes sweeping through Eastern Europe and the Soviet Union, the Board of Directors adopted, on September 7, 1989, a new policy to encourage appropriate cooperative projects between private American groups and those from the Soviet Union or East or Central European countries, and to authorize exploration of direct cooperation between the Institute and official organizations there. The action illustrates how the Board establishes policy that guides the Institute's program activities.

A proposal for a new Institute policy can originate with any board member, including—as in the case of this policy—an *ex officio* member. *Ex officio* members are those directed by statute to serve on the Board and include the Secretaries of State and Defense, the Director of the Arms Control and Disarmament Agency, and the president of the National Defense University or their Senate-confirmed designees.

Designated by the Secretary of State to sit on the Board is Ambassador Richard Schifter, Assistant Secretary of State for Human Rights and Humanitarian Affairs. Drawing on his extensive knowledge and involvement with Soviet officials, he initiated discussion of ways for the Institute to encourage liberalizing trends already under way in the Soviet Union and Eastern and Central Europe. That discussion in public sessions of the Board resulted in the adoption of the new policy statement.

— **Education and Training.** A national peace essay contest engages high school students directly, while both high school and post-secondary students are reached through grants that help teachers develop better curriculum materials. Students and the general public are reached through public educational television and a video series and a speakers program. Negotiator training programs in diverse institutions have also received grants.

— **Library and Information Services.** The Jeannette Rankin Library Program, named for the Montana peace activist who was the first woman elected to Congress, is the Institute's newest program. Using advanced technologies, the Institute will anchor electronically a network of libraries around the country that will have, collectively, the finest holdings of material on international peacemaking, conflict resolution, and security issues. The Institute's library will comprise a working core collection in Washington, an oral history repository on peacemaking, and a cooperative effort with the Library of Congress for building special indexes and retrieval systems for worldwide use.

In addition, to support its general management structure, the Institute recently established two units important to its public education mission: Publications and Marketing, and Public Affairs.

## New Directions

During the period covered by this biennial report (fiscal years 1988 and 1989) the Institute's initial programs were expanded and refined and some important new program directions were taken:

— Seeking ways to advance democratization, liberalization, and strengthening the rule of law, in particular in Eastern Europe and the Soviet Union, by supporting appropriate cooperative projects, in full coordination with official U.S. policy.



*Ambassador Richard Schifter (left), Soviet Deputy Foreign Minister Anatoliy L. Adamishin, and President Samuel W. Lewis.*

6

— Increasing emphasis on education and public information services, as compared with the proportion of grants funds supporting scholarly research. This new emphasis was also reflected in a rapid increase in Institute publications and citizen outreach endeavors.

— Targeting research topics that would receive priority under the Institute's Grant program. For example, solicited grants funds received 35 percent of all grants funds awarded in fiscal year 1989. (Before 1988, all grants proposals considered were unsolicited.)

— Launching a multifaceted Research and Studies Program under the Institute's direct supervision, including a variety of public workshops and expert study groups.

— Exploring new techniques to help bridge the gap between the Federal Government and academic scholarship, to assist both the executive branch and the Congress in addressing their long-range global peacemaking agenda.

— Inaugurating the Institute's Library Program, including collaborative projects with the Library of Congress and grants to strengthen library collections on issues of peace and security.

## Organization of the Report

Chapter II of this report carries detailed descriptions on selected activities in grants, fellowships, and research and studies to illustrate the crosscutting nature of projects and issues; chapter III describes the Institute's programs in education, training, library development, publication of Institute products, and citizen outreach activities; chapter IV outlines operational procedures for grants, fellowships, and research projects; chapter V explains how the Institute plans and conducts its financial, personnel, and business affairs; and, finally, chapter VI briefly discusses the Institute's future agenda.

# II

## LESSONS FOR PEACEMAKERS

Whether the weapons are clubs, guns, mortars, missiles, bombs, chemicals, or neutrons, and whether the disputes are religious, cultural, racial, irredential, political, economic, environmental, or territorial, one result of armed conflicts is the same: many people suffer and die.

What are the causes of violent conflicts? How can they be prevented or resolved peacefully? What training produces effective mediators and successful negotiators? Which mediation techniques work, and under what circumstances are they effective?

At a time when internal turmoil in one nation can threaten neighboring countries, when regional violence can threaten world supply routes, and when international terrorism can threaten world order, the Congress has given the Institute the enormously complex task of finding answers to vexing problems such as these. The Institute has approached this task through a broad program of scholarly investigation, practical application, public discussion and debate, and education. Examples of the Institute's first efforts follow in this chapter.

The framework upon which many of these efforts are built has its foundation in the Institute's initial academic inquiry, referred to as "Approaches to Peace: An Intellectual Map."

The intellectual map project seeks to define the main schools of thought in international peace and conflict resolution theory and practice. In this project, a number of the field's leading practitioners and scholars met for seven all-day panel discussions on the various parts of the Intellectual Map. The major points of intersection and dispute among the various schools of thought were then discussed at a 4-day working conference held in June 1988. During that conference, more than 70 experts, representing a dozen intellectual approaches, confronted—and often surmounted—the problems of interdisciplinary discussion, often finding unsuspected points of agreement. The conference also revealed much about the more promising research in progress within the different fields. The final report on the Institute's intellectual map project, which comprises essays, commentary, and a conference summary, will be published in fiscal year 1990. This project has helped the Institute identify priority areas of concern, some of which are illustrated in this chapter: international conflict management; democracy, human rights, political upheaval, and freedom; East-West relations; rule of law; reli-



*Distinguished Fellow John Burton*

### Chronicling 30 Years of Conflict Resolution

Widely recognized as a founding father of the intellectual discipline of conflict resolution, John Burton spent his 1988 Distinguished Fellowship from the Institute looking back at the development and progress of this growing field. Burton is former head of the Foreign Office of Australia and, in addition to his Institute fellowship, most recently was Distinguished Visiting Professor at George Mason University.

The Institute fellowship enabled Burton, a seminal thinker in international conflict resolution theory and practice, to prepare a four-volume summary of the main insights in international conflict resolution as it has emerged since the late 1950s. The volumes are as follows: I. *Conflict Resolution and Prevention*; II. *Conflict: Human Needs Theory*; III. *Conflict: Readings in Management and Resolution*; and IV. *Conflict: Practices in Management, Settlement and Resolution*. They will be published in 1990. The style, format, and publishers of the volumes were selected for appropriateness and availability for teaching and research purposes in postgraduate programs in conflict resolution, international relations, and related fields.

gion, pacifism, and nonviolence; weapons and deterrence; and regional conflicts.

A selected few of the many Institute projects in these areas are described in this chapter. The full listing of work undertaken by the grants, fellowship, and research and studies programs is presented in the appendixes.

## International Conflict Management

Armed conflicts destroy lives and property, shred the fabric of societies, and can shake the very foundations of civilization.

For peacemakers and peacekeepers—the diplomats, policymakers, military personnel, religious leaders, and others who devote themselves to resolving international conflicts—the road to negotiating lasting settlements can be perilous. Success depends, among other factors, on the perceived value of proposed solutions and the individual negotiator's sensitivity to the nuances of linguistic and cultural factors characteristic of the disputing parties. The stakes are high. Moreover, mistakes or miscalculations by negotiators can extend or inflame a conflict, multiplying its tragic consequences.

Institute Peace Fellow Raymond Cohen, a senior lecturer in political science from Hebrew University in Jerusalem, has spent the past 10 years researching and writing about international communications. Cohen uses a number of examples in a forthcoming monograph to illustrate intercultural communications difficulties that U.S. negotiators have experienced. Cohen researched and wrote this monograph during a year-long fellowship at the Institute, focusing in particular on U.S. negotiations with China, Mexico, India, and Egypt. Cohen found significant differences between negotiating styles in "high context" and "low context" cultures. In the latter, for example, directness and specificity are highly valued and language is used to convey information. In the former, however, communication is kept allusive and ambiguous and rhetoric is more pervasive. Cohen suggests that those who wish to negotiate successfully in the arena of world affairs should "know how your opponent negotiates, but first of all know how you negotiate yourself."

Cohen's work serves as a reminder that conflicts between countries are resolved as they are begun—not by impersonal forces, but by people. How people learn, and therefore how they can be taught, to resolve conflicts is paramount to achieving world peace. Both the learning and teaching processes are areas of substantial Institute effort. The effort focuses first on helping those who are in training for, or already involved in, settling disputes between nations to understand better the process of international conflict resolution. Second, the Institute's work examines the next step after peace has been attained—that is, peacekeeping.

### Negotiation and Conflict Management—The Education Process

As study topics, negotiation and conflict management are now commanding attention worldwide within the post-secondary educa-

### A Life Studying Conflict Deescalation

When conflict occurs, must deescalation efforts await the right moment? Or can expert, knowledgeable actors create conditions and select methods that more rapidly advance deescalation? Moreover, under what conditions are different kinds of deescalating efforts likely to be effective? These are questions that Institute grantee Louis Kriesberg posed to a group of international relations scholars and practitioners brought together for 2 days of presentations and discussions at Syracuse University, March 28-29, 1988. The compilation of papers that resulted will soon be published in a book entitled *Timing and the De-escalation of International Conflicts*. The seminar and publication of this book are one result of Kriesberg's lifelong dedication to building means for, in his words, "conflict resolution and the construction of a peaceful world."

Louis Kriesberg has written about peacemaking for more than 10 years. He is a professor of sociology and director of the Program on the Analysis and Resolution of Conflicts at Syracuse University. During most of his 27 years at the university and the preceding decade, he has concentrated on what he calls "the fundamental issues of peace and war." Kriesberg's 1973 book, *Sociology of Social Conflicts*, is considered the first comprehensive study of the process of conflict emergence, escalation, deescalation, and settlement.

tional system. Interest in curriculum development has reached such a level that Jean Mayer, president of Tufts University, and Jeffrey Rubin, professor of psychology at Tufts, have devoted nearly 2 years to collecting and analyzing existing curricula; developing new curricula for negotiation training; researching the assumptions made about effective negotiations; and preparing an international directory of scholars and practitioners in the field. They undertook this project with the support of an Institute grant.

Drafting of the curricula was completed in 1988. In September 1988, the draft was presented to 45 university presidents, representing 22 countries, at a 4-day conference in Talloires, France. The conference was planned and convened by Mayer and Rubin for the express purpose of providing peer review of the document. Following the conference, the curriculum was revised for pilot testing at the Fletcher School of Law and Diplomacy at Tufts. Pilot testing began in September 1989.

As a part of this project, a series of concept papers has been produced to accompany the curriculum. Topics for the papers include strategies that relatively weak parties can use to persuade their more powerful counterparts to come to the bargaining table; the teaching of negotiations; cultural limitations and implications of a negotiation curriculum; and implementation of a negotiation curriculum in a university.

Concurrent with Mayer and Rubin's efforts, Professor Herbert Kelman, from the Harvard Center for International Affairs, used an Institute grant to analyze the results of his organization's 5-year research project on the interactive problem-solving approach to international conflict management. He is also preparing a book on the social-psychological dimensions of international conflict and the application of interactive problem-solving methodologies to the Middle East conflict.

Kelman, currently an Institute Distinguished Fellow, is a social psychologist who has been active in the field since its beginnings almost 30 years ago. He takes a behavioral-science approach to the study of war and peace, using the basic assumptions "that war and peace are forms of human behavior; . . . can be studied scientifically; and . . . must be viewed as a 'systems' perspective." Kelman's research tools are problem-solving workshops, which, in his words, "[bring] together representatives of conflicting parties for direct interaction in an unofficial, private context, with a panel of social scientists acting as facilitators. The workshops are designed to encourage an analytic approach to the conflict and joint problem-solving, conducive to the emergence of creative win/win solutions, satisfying the basic needs of both parties."

On June 1, 1988, as Mikhail Gorbachev and Ronald Reagan met in Moscow, 50 students were immersed in an Institute-sponsored 2-week seminar on political negotiation in Salzburg, Austria. The student body included midcareer government officials, businessmen and women, university professors, and policymakers from Europe and North America, (including representatives from both

Warsaw Pact and North Atlantic Treaty Organization nations), Asia, the Middle East, Africa, and Latin America. The faculty included specialists from the Soviet Union, the United States, and the United Kingdom.



*Professors Louis Sohn of the University of Georgia (third from right) and Howard Raiffa of Harvard University (second from right) led a small group discussion at the Salzburg Seminar on the subject of international negotiations.*

The Salzburg Seminar is an independent educational organization that provides a forum for the exchange of ideas and informed opinion on contemporary issues of worldwide importance. Seminar participants are selected on the basis of demonstrated potential as future world leaders. Subjects during the 1988 meeting included the way the world is; the way it perhaps ought to be; specific disputes; common techniques for dealing with differences; abstract frameworks that help to understand conflict and conflict resolution; and negotiating practice. The curriculum dealt with simple, one-on-one conflict situations and complex multiparty, multi-issue negotiations. It also covered interpersonal negotiation styles, national and group styles, and political styles among states.

Entitled "Negotiation Theory and Practice: Political Disputes" and supported by the Institute, the 1988 seminar was the first in a series of annual meetings. The second seminar, held in 1989, addressed negotiation and trade. The third in the series, which will focus on international environmental disputes, is scheduled for 1990.

### Multilateral Negotiations

Protection of the environment, international commerce, the law of the sea, and drugs and terrorism are critical issues for all nations that must increasingly act together to preserve the quality of life on the planet. The rapid emergence of such global issues demands both new diplomatic techniques to manage the problems and more experts with special skills in negotiating multilateral agreements.

On June 2, 1989, 30 diplomats, researchers, and other experts gathered at The Johns Hopkins School for Advanced International Studies for a day-long meeting to launch a year-long program supported by an Institute grant to the American Academy of Diplomacy. The inaugural symposium concluded that multilateral diplomacy is becoming increasingly vital to U.S. interests. From the global environment to limiting the spread of chemical weapons, negotiating simultaneously with many governments differs radically from traditional bilateral negotiations. American diplomats need different skills and different training to operate successfully in an increasingly multilateral global setting. In multilateral conferences or organizations, they are much more limited in their ability to apply economic or political pressure to leverage negotiating outcomes. A high premium must be placed on building coalitions, techniques of argument and persuasion, leadership, and creativity. Multilateral diplomacy is closer to parliamentary politics than to classic diplomacy. New training models for diplomats must be drawn from a variety of negotiating experiences, ranging from small groups of countries to large negotiations on issues of global proportions, the group agreed.

Under this Institute grant, project directors Lance Antrim and former Ambassador David Popper will prepare case studies of multilateral negotiating experiences, design and conduct a training course, conduct a follow-on seminar to assess the course's effectiveness, and complete working papers for publication.

### Peacekeeping

When hostilities come to a halt, is a conflict truly resolved? The answer is invariably no. How then do nations ensure that, when the negotiations end and the immediate dispute is settled, the old dispute does not revive or a new one does not immediately reignite conflict between the parties? What role can international peacekeeping forces play?

Project directors Francois Heisbourg and Hans Binnendijk, under an Institute grant to the International Institute for Strategic Studies in London, convened a conference from November 29, 1989 to December 1, 1989, on multilateral peacekeeping in Third World countries. The conference brought together 30 of the world's leading experts to discuss potential new requirements for multilateral peacekeeping in countries such as Iran, Iraq, Cambodia, Afghanistan, and Angola and in Central America; existing U.N. peacekeeping procedures; and the problems that peacekeepers might face in the future. The 12 papers presented at the conference are being compiled for publication as a book, and the experts' conclusions will appear by mid-1990 in a special issue of the periodical *Survival*.

### Democracy, Human Rights, Political Upheaval, and Freedom

In international affairs, ideas matter—especially ideas that people have about their rights, their futures, and their power to change their lives for the better. How governments respond to expressions of those ideas is also directly connected to international conflict. Institute-sponsored research covers a broad and varied field related to these concepts.

12

One important function of the Institute is to provide a public forum for debate of such basic concepts. A good example is a provocative interpretation about competition of ideas at the highest international level: liberal democracy versus totalitarianism, and capitalism versus communism. Is the end of this competition at hand? Have centralized governments and economies proved their failure? The answers were sought at an Institute workshop on July 24, 1989, in Washington, D.C., where Francis Fukuyama's essay "The End of History?" was debated.

More than 100 people heard a distinguished panel consider the thesis put forward by Fukuyama, a member of the Department of State's Policy Planning Staff. "What we may be witnessing," he wrote, "is not just the end of the Cold War, or the passing of a particular period of postwar history, but the end of history as such; that is, the end point of mankind's ideological evolution and the universalization of Western liberal democracy as the final form of human government."

Participants at the 3-hour discussion asked if history is a rational evolutionary process; what future conflicts will be centered on if not ideology; whether liberal democracies are inherently peaceful; and whether recent changes in the Soviet Union are permanent. Discussants' analyses of these and many other questions will be published in an Institute monograph.

Panelists' views ranged widely indeed. Richard Pipes of Harvard University found liberalization in the Soviet Union to be an extremely superficial phenomenon: "Moscow reformers don't understand such liberal concepts as habeas corpus." Fukuyama agreed that Gorbachev will find reform "increasingly dicey" and warned of a real threat of fascism in the Soviet Union.

On the point that liberal democracies do not fight each other, Leon Wieseltier of *The New Republic* observed that liberal states are "a minority on this planet," while syndicated columnist Charles Krauthammer added that the "realist argument—that ultimately national interests will cause conflict—is as true today as it ever was."

Gertrude Himmelfarb, professor emeritus of history at the City University of New York, warned that the finality of liberal democracy's triumph depends on more than economic success. Liberal democracy is fragile; it requires compromise, accommodating civility, and consensus on large issues if it is to endure. Owen Harries, coeditor of *The National Interest*, which published the Fukuyama article, simply stated that "it's more certain that Marxism-Leninism has failed than that liberal democracy has triumphed."

If the theory of the end of history is correct, should not armed conflict end, or at least decline? Through an Institute grant, R.J. Rummel of the University of Hawaii, is systematically testing the hypothesis that democratic nations do not go to war with other autocratic regimes. Rummel notes that "absolutist governments are . . . themselves the major factor causing war and other forms of violent conflict."

The clash of ideas concerning democracy and totalitarianism is one thing; the clash of ethnic, religious, and racial groups with their own

13

### Moving from Myth to Common Identity

What is the way to peace in the Sudan? Torn by civil war, the Sudan could find its way to national harmony based on acceptance of the diversity of its population, according to Institute Distinguished Fellow Francis Deng. A former Minister of State of the Sudan and Sudanese Ambassador to the United States, Canada, and the Scandinavian countries, Deng now seeks ways to help guide his nation toward reconciliation, toward one identity instead of many.

Acceptance of unity in diversity requires Sudanese to disenthrall themselves of "myths" that have evolved over a long period of history, Deng says. These myths rigidly classify and stratify people by their origins (whether Arab or African), by their religion (whether Christian, Muslim, or pagan), and by their culture (whether Westernized or "pure" African). "The myths have become so solidified as to become almost realities themselves," Deng states. He has written *The Cry of the Owl*, a novel primarily directed at African readers (published in English and being translated into Arabic), which probes the corrosive role of political myths in Sudanese life. Politicians exploit popular fears based on them, leading to the polarization of people from the Arab-Muslim traditions of the North and people from the African traditions of the South.

governments or with each other is something quite different. A study, "Minorities in Conflict," is identifying ethnic, linguistic, religious, and regional groups most at risk of involvement in civil and regional wars. Under an Institute fellowship and a subsequent grant, University of Maryland Professor Ted Robert Gurr is compiling a detailed data base on the characteristics of more than 280 such groups and their involvement in conflict since 1945. Gurr includes in his study such groups as the Kurds, the Tamils of Sri Lanka, Southern Sudanese, peoples in East Timor, and the Baltic peoples of the Soviet Union. His analytic scheme codes traits and grievances of these groups, government policies toward them, patterns of conflict, and the extent to which their conflicts become internationalized. The project will provide a broad basis for developing models of the processes that lead to conflict, accommodation, or assimilation of minority groups in pluralistic societies. The project may also make it possible to anticipate violent upheavals in various regions. Publications based on Gurr's research include articles and a monograph.

Internal ethnic conflict that spills over national boundaries increasingly threatens the international state system. Failures and successes in managing such conflicts in developing nations is the subject of an Institute-sponsored set of case studies on Sri Lanka and the Sudan. Moreover, the State Department's Center for the Study of Foreign Affairs conducted four expert symposia on conflict and peacemaking in multiethnic societies. *Conflict and Peacemaking in Multiethnic Societies*, a book drawn from the papers prepared for these conferences and made possible by Institute support, was edited by Joseph V. Montville and published by Lexington Books in 1989.

Endemic conflict can disrupt any hope of economic progress. After two decades of independence, sub-Saharan Africa remains plagued with violence, underdevelopment, famine, and political instability that threaten economic development prospects in many countries. George Agbango, a former Member of Parliament in his native Ghana, is now a doctoral candidate at the University of Atlanta. His dissertation on "The Impact of Political Instability on the Economic Development of Tropical Africa" is supported by a Peace Scholar award from the Institute. He is examining how political turmoil in the Ivory Coast, Nigeria, Tanzania, and Ghana has affected economic development during the postcolonial period.

### Human Rights

Human rights may be abused, even in a democratic society. They may be sorely threatened in a "public emergency" such as armed conflict. Under some circumstances, even temporary ones, individual rights and the security of the nation as a whole can directly conflict. Under international law, a state may abridge or temporarily suspend some freedoms in the name of subduing violence or restoring peace. In a book he began during a Distinguished Fellowship, *In Pursuit of a Just Peace: Legal and Moral Dilemmas of Promoting Human*

14

15

*Rights in Conditions of Armed Conflict,* Institute Senior Scholar David Little examines this issue. Little examines the "national security excuse" as it applies to the derogation of due process, freedom of movement, and freedom of assembly in emergency situations.

Little found that three important human rights instruments, the International Covenant of Civil and Political Rights and the European and the Inter-American Human Rights Conventions, each contain "derogation clauses" that begin to specify, if abstractly, permissible limits on suspension of rights in a state of emergency. Even when domestic law contains no such protections, governments invoke the "necessity defense": the state must suspend certain rights and liberties to survive. Those governing the state presume to respond to circumstances beyond state control. Such responses put a strain on ordinary legal norms, inviting deeper legal and moral reflection on the limits of the emergency appeal.

What is the role of human rights abuses and the curtailing of democratic practices in producing internal violence? What is the link between this internal situation and international violence? Supported in his research by an Institute grant, David Forsythe of the University of Nebraska explores the extent to which modern rhetorical emphasis on human rights encourages popular demands for expanded rights and erodes international support for repressive states. Findings from this study are expected to be published as a monograph.

The issue of human rights has been investigated through Institute support of conferences and symposia as well as in books and monographs. For example, the Institute underwrote seminars and travel to investigate human rights issues in the Pacific Basin. The University of Hawaii's Institute for Peace in Honolulu received a 1-year grant to support two of its programs: the Asian-Pacific Dialogue (directed by Betty Jacob) is an ongoing research seminar for scholars and experts studying international peace and security issues facing the area. A grant for the Human Rights Commission in the South Pacific allowed Project Director Jon M. Van Dyke to work with law students, lawyers, and others in the Pacific Islands in preparing research and background papers for a Model Pacific Island Human Rights Charter. The Institute also provided funds to ensure that representatives from the Micronesian Islands and experts from Hawaii could participate in a meeting on the charter.

## East-West Relations

Recently, basic economic, social, and political weaknesses have forced drastic changes in Communist-ruled countries around the world. Nineteen-eighty-nine witnessed startling political upheavals in the Soviet Union and Eastern Europe. What does the dramatic improvement in U.S.-Soviet relations mean for world peace in the

### Probing Soviet Thoughts on Regional Conflicts

Karen Dawisha, a professor at the University of Maryland, is a respected scholar and author in the field of U.S.-Soviet affairs. Dawisha received an Institute grant to study the potential impact of Soviet "new thinking" toward Third World conflicts and the options that this new thinking raises for the West. Dawisha's study covers the following issues: U.S.-Soviet approaches to nuclear proliferation; prospects for a U.S.-Soviet "code of conduct"; definitions of Third World activism; contrasting U.S. and Soviet policies toward particular regions or countries; evaluations of risk-taking and crisis behavior; use of proxy states, and conventional weapons supplied to Third World nations; and perceptions of the role of economics in regional conflicts.

Dawisha's research is based on high-level, direct contacts within the Soviet Union. In June 1989, for instance, she traveled there at the invitation of Yevgeniy Primakov, then Director of the Soviet Academy of Sciences' Institute of World Economy and International Relations (IMEMO) and now President of the Supreme Soviet. At IMEMO, she discussed arms transfers and regional conflicts, including the Middle East and Afghanistan, with Primakov and other Soviet specialists. Dawisha also spoke with senior officials and scholars at the Soviet Foreign Ministry, Moscow State University, and several academic institutes as well. She is conducting a study group series in the Washington, D.C., area involving Soviet participants.

long run? Will the future bring continued competition or heightened cooperation between the United States and the Soviet Union in the Third World and on a new, global agenda? The Institute is addressing these questions and others in its programs.

For Nish Jamgotch of the University of North Carolina, one building block for continual improvement in East-West relations is cooperation in non-military fields. Such cooperative ventures, according to Jamgotch, "quite apart from their intrinsic merits, can also have the long-term value of moderating outmoded perceptions and threatening stereotypes in the interests of better public policy on both sides." Through an Institute grant, Project Director Jamgotch, together with colleagues from the University of Georgia, Colorado College, the University of Arkansas, the University of Kansas, and The American University, spent 2 years preparing a series of essays that explore possible avenues for such cooperation. Topics include environmental protection and conservation, medicine and public health, academic and cultural exchange, trade, space, security communications, accident prevention, and other confidence-building measures. In the end, Jamgotch demonstrates that there are many avenues for cooperation and that using these avenues will provide mutual benefits. The work of Jamgotch and his associates, *U.S.-Soviet Cooperation: A New Future,* was published in 1989.

Professors James Hecht and James K. Oliver, political scientists at the University of Delaware, have also examined the thesis that cooperation between the United States and the Soviet Union is a way to reduce the chances of war. Their finding is that functionality, or necessity, is the key to advancing more peaceful relations. To test their hypothesis, Hecht and Oliver focused their Institute-supported study on the long-term energy needs of both countries and the possibility of U.S.-Soviet cooperation in a synfuels venture. As a result of their efforts, an international symposium on synthetic liquid fuels will be held in Moscow. Hecht has presented a number of papers on cooperation, including "Energy and National Security" at a meeting of the American Association for the Advancement of Science and "How Mutually Advantageous Trade Aids National Security" at a conference sponsored by the Brown University Center for Foreign Policy Development.

Greater cooperation is a laudable goal, but understanding rapidly changing Soviet strategies—particularly toward developing nations—is of more immediate concern. Unlike the European or strategic nuclear spheres, the Third World has been an arena of numerous conflicts since the end of World War II. The United States and the Soviet Union have been involved at least indirectly in many of those struggles. The fact that the United States and the Soviet Union have avoided a direct clash or uncontrollable conflict escalation in the past is no firm guarantee for the future, especially in the era of dynamic political and military changes now upon us.

In August 1988, high-level policymakers and scholars from the United States and various Third World countries gathered in Singapore for a 4-day conference to discuss this subject. The conference,

16



*Peace Fellow Goshu Wolde*

### Focusing on Peace in the Horn

First must come armistice, then disengagement, then reconciliation—and only then can constitutionalism find fertile soil. When and how this progression toward peace will occur in Ethiopia, the Sudan, and Somalia are the focus of work by Peace Fellow Goshu Wolde, a widely respected former senior African diplomat who brings to his task the skills of a diplomat, soldier, lawyer, and public educator.

In residence at the Institute from 1988 to 1990, Wolde is examining the prospects for conflict reduction in the Horn of Africa (including civil war in Ethiopia, his home country) and for regional cooperation.

A former paratrooper and marine in the Ethiopian Armed Forces who rose to the rank of colonel, Wolde graduated from military and law schools in Ethiopia; earned an LL.M. degree from Yale Law School; served for 5 years as Ethiopia's Minister of Education, heading the literacy campaign that received the United Nations medal for excellence; and was Ethiopia's Minister of Foreign Affairs from 1983 through 1986, when he resigned from the post in rejection of his country's governance and ideological direction.

entitled "Gorbachev and Regional Conflicts in the Third World," was directed by Dr. Jiri Valenta from the Institute for Soviet and East European Studies of the University of Miami. It was supported by an Institute grant. Conference attendees heard from some of the world's leading scholars, analysts, and policymakers about the military, political, economic, information, and other strategies employed by the Soviet Union in the Third World. The final edited papers from this conference were published in December 1989 in a book entitled *Gorbachev's New Thinking and Regional Conflicts in the Third World.*

While the Singapore conference examined Soviet competitive strategies in the Third World, a year-long project now being directed by Institute Fellow Mark N. Katz—a professor in political science at George Mason University and an expert in Soviet foreign policy toward the Third World—is looking at possible U.S.-Soviet cooperation on resolving various regional conflicts. Katz is studying obstacles and opportunities confronting the United States and the Soviet Union in trying to reach accords that will reduce, end, or prevent conflict in the Third World. Specific cases examined include Afghanistan, Central America, Southern Africa, the Horn of Africa, the Middle East, the Persian Gulf, Cambodia, and the Asia-Pacific region.

Katz's approach is to explore Third World cooperation issues through the use of commissioned papers, presented through a public seminar series at the Institute. On completion, the papers will be published separately as individual journal articles and collectively as an edited volume.

Edward Killham, a retired career diplomat, has used an Institute grant to research and write a book on the role of pan-Europeanism or European federalism in East-West relations since World War I, a subject of increasing significance in light of East European events in late 1989. Through the grant, Killham traveled to Helsinki, Moscow, Leningrad, and Tallinn to gather material on the rapidly evolving situation. His final manuscript, entitled "Moscow and the Pan-European Idea," is being reviewed for publication.

When governments take actions against other nations, the world community watches and reacts. International reaction affects the conduct of U.S. and Soviet foreign policy. But what about the people who have been forced to live under Soviet rule? How do they affect the domestic or intrabloc behavior of the state?

Dr. Lucja Swiatkowski, an independent scholar from Washington, D.C., and recipient of an Institute grant, is examining the phenomenon of internal opposition to Soviet domination in her research on Catholic social thought and the origins of the freedom and peace movement in Poland. The two most important figures in the Polish movement, Swiatkowski notes, are Cardinals Wyszinski and Wojtyla (Pope John Paul II). She further demonstrates that the movement's activities are rooted in Catholic social thought. The Catholic

17

### World Peace Accountability

During fiscal year 1989, the Institute's Board and invited scholars debated the usefulness and feasibility of a periodic report on world order accountability, centered on compliance with Article 2(4) of the United Nations Charter, which provides that "All Members shall refrain in their international relations from the threat or use of force against the territorial integrity or political independence of any state, or in any other manner inconsistent with the Purposes of the United Nations."

A network of persons and institutions has built up around human rights accountability, including the State Department's annual *Country Reports on Human Rights Practices* and the monitoring and reporting work of private organizations such as Amnesty International and Helsinki Watch. Might a similar report establish a baseline for behavior under Article 2(4)? One would expect argument over facts and interpretation: Who attacked whom and why? Was response proportionate? Were actions short of force tried? Such engagement would appear to argue strongly for such a report, whether published by the government, privately, or jointly.

In this inquiry—still in discussion at the end of fiscal year 1989—the Institute is seeking measurements of peace, a necessary ingredient for world order.

University of Lublin developed and widely popularized the Polish version of "Catholic personalism" that found expression in the dissent movements of the 1980s. Catholic personalism stresses that peace must account for the values of individual dignity and freedom. Swiatkowski's study will demonstrate how significantly the perceptions of peace in Eastern Europe differ from those in the West and what effects those differences have in Eastern Europe and on East-West relations. Swiatkowski believes that such a personalist philosophy, based on the primacy of individuals over society and state, put the Catholic Church in Poland, as well as Catholic lay leaders, on a course of philosophical and political conflict with the Communist authorities. That conflict found its most clear and mass expression in the Solidarity trade union movement in 1980-81.

Social change throughout Eastern Europe has often been violent. Through an Institute grant, Dr. Ivan Volgyes, from the Institute of International Studies, is examining the level of, and reasons for, violence in the settlement of political conflicts in Czechoslovakia, Hungary, and Poland and the role played by mediating institutions, groups, and individuals in those instances where political violence was minimized or avoided.

### Rule of Law

How can world order be enforced through legal means and international organizations? What is the role of legal mechanisms in preventing or settling international disputes? What promise does the rule of law, rather than the rule of force, hold for an orderly and peaceful world?

Few persons alive today have devoted as much energy and skill to exploring these and related questions as has Myres S. McDougal, Sterling Professor of Law, emeritus, at the Yale Law School and an initial Distinguished Fellow at the Institute. McDougal is known throughout the international legal community for his monumental work, *Law and Minimum World Public Order.* On his fellowship, McDougal is working on a two-volume book that shows how issues in international law can be approached in a way that takes explicit account of the world community's interdependence.

Educational materials to promote adherence to the principles of international humanitarian law during armed conflict are inadequate. To improve public understanding of humanitarian law, the Institute made a grant to the American Red Cross for a program, "Teaching Public Understanding of the Geneva Conventions," to develop resource materials, train instructors, and disseminate information on this topic. The 2-year project will increase the capacities of the Red Cross to educate its constituents and the public at large about humanitarian law. The Red Cross is producing teaching materials and training personnel who understand and are committed to the contribution of international humanitarian law to world peace. Data gathering involved collection and review of printed and video-

18

19

### Western Europe through a Diplomat's Eyes

The geography, cultures, languages, personalities, and ideas that influence international relations comprise a daunting mass of detail for the diplomat and the historian alike. Drawing upon extensive personal experience with the sure-footedness of a veteran diplomat, Distinguished Fellow Max van der Stoel has undertaken a sweeping examination of the future roles and relationships of the Western European nations and the United States in promoting peace in Europe and elsewhere. Van der Stoel, a former Foreign Minister of the Netherlands and its Permanent Representative to the United Nations, held his Peace Institute fellowship from March 1987 to February 1989.

Van der Stoel's project required research and interviews with specialists in European affairs and in U.S. policy toward Europe—including prominent former and current diplomats, legislators, journalists, and other experts. With Institute support, van der Stoel interviewed high-level diplomats and other experts in the United States and Europe, many of whom were his former diplomatic counterparts. His initial findings, included in a paper entitled *The Future of NATO: A European View*, were published by the Atlantic Council in July 1989, and his final manuscript is expected in 1990.

taped materials, both domestic and international. Training has included international humanitarian law activities at national conferences (questionnaires, surveys, and seminars), as well as Red Cross communications with their field units concerning project goals and activities in which they could participate. An ultimate goal of the project is to develop a curriculum and delivery systems and to train personnel in their use for a future international humanitarian law institute.

### International Organizations

Despite the rapid growth of global interdependence, scholarly examination of the United Nations and other international organizations has lagged. A book-length study on reviving the theory and practice of international organizations will provide a variety of theoretical perspectives on the nature of world order and will develop a model delineating the dynamics of institution-building. Dr. Martin Rochester, of the University of Missouri at St. Louis, an Institute grantee, is collecting and analyzing data on how current conditions in world politics compare with requirements of the model. The study will describe opportunities for global institution building and will emphasize options for improving the functioning of the United Nations.

United States' dealings with the World Court began in 1919, when it was known as the Permanent Court of International Justice. The history of U.S. involvement from that time to the present is being analyzed with a view to reassessing U.S. policy toward the Court. Under an Institute grant, Professor Michla Pomerance, from the Hebrew University of Jerusalem, will integrate both historical and legal perspectives. A primary focus will be on the role of jurisprudence in the International Court of Justice (as the World Court has been called since 1945) and American foreign policy. Professor Pomerance is giving special attention to the Court's advisory jurisdiction, including U.S. initiation of requests, participation in, and reception of advisory proceedings, and U.S. proposals for expanding advisory jurisdiction.

Under an Institute grant project being conducted by Walter Hoffman of the Center for United Nations Reform in conjunction with the World Federalist Association, three aspects of the United Nations system are being examined: U.N. peacekeeping efforts and potential roles for standing U.N. peace forces; the effectiveness of U.N. peacekeeping efforts in Cyprus, the Sinai, Golan Heights, Lebanon, and the Kashmir; and the lessons that can be learned for new U.N. peacekeeping missions. A second monograph will examine international arbitration and mediation: the Iran-United States Claims Commission; the International Chamber of Commerce; proposals for tribunals to deal with environment, space, and boundaries; and the effectiveness of international mediation efforts of various U.N. institutions. A third work will analyze ways to improve the U.N.'s effectiveness in implementing the Universal Declaration of

Human Rights. It will evaluate the potential for a U.N. High Commissioner for Human Rights and a World Court of Human Rights.

Political change in the Soviet Union, Eastern Europe, and China may be far from over and will alter greatly many aspects of international relations. The Soviet Union has radically altered its longstanding opposition to U.N. involvement in Third World conflict resolution. These new attitudes could create opportunities for more effective use of international force to protect against aggression. This hypothesis will be analyzed in a book by grantee Joseph P. Lorenz, an independent scholar who has extensive practical diplomatic experience at the United Nations and in bilateral diplomacy. His study will consider ways in which the U.N. Security Council can more effectively carry out its responsibilities under the U.N. Charter to maintain peace in an era of changing great power policies and relations.

### Low-Intensity Conflict

The term "low-intensity conflict" refers to terrorism, coups, insurgency, counterinsurgency, and similar conflicts. The Institute is sponsoring a variety of research activities on this subject, three of which are cited here. The first looks at narcoterrorism, the second at the effect of terrorism on Western societies, and the third at the use of organized violence against established government order.

"What most people seem to misunderstand is that death by bombing or death through drug use are similarly violent acts and threats against civilian targets." Those are the words and the premise of "The Drug Terror Connection," an Institute-supported study of the relationship among narcotics trafficking, terrorism, and political instability in Latin America. The author is Rachel Ehrenfeld, at Freedom House in New York, formerly a visiting professor at the Institute of War and Peace Studies of Columbia University. Her article, published in *Strategic Review* (Summer 1988), asserts that countries and organizations supported by the Soviet Union—Cuba, Syria, Nicaragua, and Bulgaria—play an active role in trafficking drugs into the United States. Those countries view drugs as helpful to themselves economically and as a means to exploit weakness in American society.

Terrorism is a complex, elusive subject that requires much urgent analysis. Under an Institute grant, Dr. Christopher Hewitt, of the Department of Sociology at the University of Maryland, will present case studies of the two basic variations of terrorism—nationalist and revolutionary. A main focus of his work is on the extent to which terrorism has destabilized political systems and led to a decline in civil liberties and democratic freedoms. Hewitt is studying the effects of terrorist incidents in five Western societies—Italy, Northern Ireland, Spain, Uruguay, and West Germany. Chapter 1 of his book, "The Direct Costs of Terrorism—A Six-Country Study," was published in the journal *Terrorism*. Chapter 3, "Public Attitudes Toward Terrorism in Five Societies," was published in *Terrorism and Political Violence* and presented as a paper at the American Political Science Association meeting in August 1989.

20

Low-intensity conflicts subvert international order and threaten the values embodied in the U.N. Charter, although they were not fully foreseen by the drafters of the Charter. They include secret wars, state-supported coups d'état, wars of national liberation, and covert violence practiced by drug cartels, transnational organizations, and intelligence services. As a part of a Research and Studies Program study, the Institute is seeking to determine how international institutions, legal rules, and diplomatic practices can cope more effectively with such low-intensity conflicts. The study is also exploring which defense and deterrent actions are legally, morally, and politically appropriate in responding to secret warfare and how states might expose low-intensity conflict to the full light of domestic and international opinion.

The study is organized around eight meetings among top academic, legal, and policy experts on the numerous facets of the subject. The conferences are covering such categories of secret warfare as terrorism, guerrilla movements, political assassination, wars of national liberation, and other forms of intimidation, including state support for powerful narcotics dealers. Two meetings will be devoted to special legal and policy instruments for dealing with secret warfare within a framework of constitutional and moral values. Papers delivered at the meetings are planned to be published in two volumes, entitled *Secret Warfare as a Threat to World Order*.



*The Low-Intensity Conflict Study Group met at the Institute in October 1988 to discuss the threat of secret warfare.*

### Religion, Pacifism, and Nonviolence

**Religion**

Religion remains one of the strongest forces of society. It is both a bond and a wedge, a vehicle that lifts tensions and promotes reconciliation, and a force that drives people to disregard personal welfare and follow the directives of their faith. From the days of the Crusaders and the Conquistadors to modern-day Iran, Northern Ire-

21

### Institute's First Senior Scholar

Inherent in the concept of the Institute is the idea of inviting outstanding scholars to join the staff as experts in aspects of peacemaking. The first, Dr. David Little, joined the Institute during fiscal year 1989 as Senior Scholar in Religion, Ethics, and Human Rights. His appointment signals the beginning of what will eventually become a small core of top-level scholars working full-time in staff capacities to enrich Institute programs.

Little is a well-published authority in ethics, human rights, and religion in international affairs. He came to the Institute from a position as professor of religious studies at the University of Virginia, and was also a member of the first group of Jennings Randolph Distinguished Fellows. His project was to write a book, now largely completed and tentatively entitled *Rights and Emergencies: Protecting Human Rights in the Midst of Conflict* which focuses on contemporary Israel, Nicaragua, and Northern Ireland.

At the Institute, Little is researching, writing, working informally with fellows in residence, and directing the new Institute working group on Religion, Ideology, and Peace. He also conducts special liaison to the leaders of various religious communities.

Little earned a doctorate in theology at Union Theological Seminary and has taught at Brown, Colorado, Harvard, and Yale Universities and Amherst and Haverford Colleges in addition to the University of Virginia.

land, Israel, and Southern Asia, religious differences have contributed to some of the world's most hard-fought, bloody battles. Examining the role of religion in creating and in helping to resolve conflicts between nations is a special aspect of the Institute's activities.

Religious images and symbols can sometimes be violent. The role of sacrifice and martyrdom, for example, figures heavily in a religious movement's grand views of cosmic struggle and in the implications that struggle has for political violence. One Institute-supported scholar is investigating the implications of these symbolic presentations.

University of Hawaii Professor Mark Juergensmeyer is exploring whether religious language about sacrifice, martyrdom, and warfare conceals basic concerns. Juergensmeyer believes that the relationship between religious and political authority—especially as it is linked to the issue of morally sanctioned violence—is of paramount importance. Juergensmeyer finds support for this concept in the history of violent religious outbreaks that are aimed at secular nationalist authorities and frequently include demands for creation of a religious state.

Juergensmeyer's research is focused on the countries of Sri Lanka, Pakistan, Nicaragua, India (in particular, the Punjab), Iran, Israel, and Egypt. The project examines three issues: why contemporary movements of religious revival in the developing world are often violent, why they are political, and what can be done to reduce the violence.

While Juergensmeyer has chosen to study this subject along traditional scholarly lines, George S. Weigel, Jr., formerly of the James Madison Foundation and currently president of the Ethics and Public Policy Center, both in Washington, D.C., and Father John P. Langan, of the Woodstock Theological Seminary, used their Institute support to open public debate on the subject. Through a series of 12 seminars, Weigel and Langan brought scholars, foreign policy practitioners, and religious commentators together to reconsider the basic religious and ethical questions regarding war and peace. Papers discussed at these meetings have included "The Public Theology of Peace," "The American Search for Peace: Moral Reasoning," "Religious Hope, and National Security," "The Intellectual and Cultural Status of Pacifism, and Terrorism," and "Religion: Violence and Nonviolence in Religious Belief"—this last paper by Institute Senior Scholar David Little. Many of the papers have now been published, and although the grant has ended, ongoing interest has encouraged the grantees to continue their seminar program. As a second dimension to this grant, Weigel and Langan surveyed 245 deans of U.S. theological seminaries concerning related curricula. The findings of their survey will soon be published.

While religious confrontation within most developed societies has waned, the Third World remains very much at war and very much divided, often over religious identifications. Moreover, bloody con-

22

flicts among Third World nations, once confined to particular regions, are now being played out on a world stage through the taking of hostages, the bombing of public facilities and transportation vehicles, and other violent acts. Institute grantees George Tanham from The RAND Corporation, Cesar Adib Majul from the University of Malaya, Kuala Lumpur, and Ralph H. Salmi from California State University, San Bernardino, hope that their study of the theories of Islamic conflict management and resolution will shed new light on this subject and provide new avenues for diplomatic resolution of violent disputes.

Tanham, Majul, and Salmi point out that Islam offers a range of solutions on how to reduce personal and interstate conflict. Further, conflict and conflict resolution are important aspects of Islamic belief systems that the West has not fully explored as possible elements in the diplomacy of conflict management. They note, for example, that in the Islamic theological and juridical tradition, the concept of total war does not exist and is even condemned.

The three scholars also believe that, to fully understand the tenets of Islam and the perspectives of Muslims in waging war or negotiating settlements, government officials must be able to view Islam through the eyes of non-Western Muslim religious and legal scholars. Thus, they have placed special attention on the writings of experts within the Muslim world. The efforts of their research will be incorporated into a book at the project's close.

---

Despite the tendency to view the union of politics and religion in much of the developing world as a formula for violence and upheaval, the political functions of religion are more complex. Rather than being only a divisive influence, the greatest political role religions may play is in providing values and social order in an otherwise chaotic world. Politics and religion interact in many, often hidden, ways. This interaction is the topic of study of Douglas Johnson and a team of scholars convened by the Center for Strategic and International Studies in Washington, D.C.

Supported by a 2-year Institute grant, Johnson is researching situations where religion has played a positive role in peacemaking. He treats the role of religion as a transnational phenomenon and religion as an alternative to government institutions for conflict management or resolution. His book will include contributions from political scientists, theologians, and foreign policy experts and will address such topics as why religions throughout the world serve as vehicles for political protest; why certain religious traditions promote participation in the political process and others do not; how concerns for ultimate values and beliefs become part of the political process and how they lead to violence or peace; how religious movements have contributed to peacemaking processes; and the role that nonofficial religious interlocutors can play in conflict resolution.

---

A little-known international dispute provides a good example of the success that religious leaders can have in settling disputes.

At the southern tip of South America is a narrow passageway called the Beagle Channel. Within the passageway are three tiny,

23

barren islands whose ownership has been a source of contention between Argentina and Chile for nearly a century. During that time, the two countries have alternately quarreled and negotiated but have for the most part ignored the islands. Then, in the early 1970s, changes in international law, new hopes for finding oil resources, and domestic upheavals brought the islands' ownership dispute back to life. For 8 years, the two countries attempted to solve their dispute through negotiations. As tensions mounted—troops and ships were being deployed—and war seemed imminent, Pope John Paul II sent his personal representative, Cardinal Antonio Samoré, a career Vatican diplomat, to both Argentina and Chile. The escalation stopped, and after 2 weeks of shuttle diplomacy by the papal envoy, the two countries agreed to submit the matter to mediation at the Vatican under the auspices of the Pope. During the next 5 years, proposals for resolving the conflict were drafted and considered and impasses were reached and surmounted. The chief mediator, Cardinal Samoré, died and was replaced. Nevertheless, a treaty was finally signed in 1984 and ratified in 1985. In the end, Chile received the three islands, Argentina retained most of the maritime rights in the region, and several issues outside the Beagle Channel were settled.

The Beagle Channel dispute provides an excellent opportunity for examining the elements of resolution of a long-term conflict. The analysis of the negotiation process is all the more interesting because it is a case where two countries with similar, deeply rooted religious traditions ultimately accepted the ruling of a religious leader in resolving a dispute. Professor Thomas E. Princen, from the Harvard Law School Program on Negotiation, used the Beagle Channel dispute to develop a model for international negotiations and mediation. Princen traced shifts in bargaining tactics; showed how interests changed over time; examined the two nations' leaders in terms of their respective world views, their perceptions of each other, and their cognitive capacities in times of high stress and uncertainty; and examined the role, tactics, and steps the intervener used in mediating the conflict. The product of Princen's work is an important book, completed through the support of a 1-year Institute grant.



*At the Institute on May 16, 1989, Professor Thomas E. Princen presented a working progress report on his Institute-supported study of the Beagle Channel dispute between Argentina and Chile.*

### Pacifism

While much of the world's population stands ready, in principle, to fight and die for certain values or national interests, many pacifists refuse to condone war or violence as a means for settling conflicts. Pacifists, whose views are often grounded in religious conviction and other times based on philosophical or ethical beliefs, alternatively engender respect and criticism from those who do not share their convictions. No comprehensive examination of war and peace issues is complete without including pacifist thought.

On September 28, 1988, the Institute held a public workshop entitled "Pacifism and Citizenship: Can They Coexist?" Elise Boulding, general secretary of the International Peace Research Association, and Guenther Lewy, professor emeritus, University of Massachusetts, Amherst, and author of *Peace and Revolution*, made opening presentations that engendered spirited debate among the

24

**Grantees Reaching Many Audiences**

Most Institute grants result in written materials—books, monographs, and articles—that are published by academic presses or journals expressly for peace practitioners and the academic community. The Institute has used other means to disseminate grantee research results more widely, however, as the path of the work of grantees from George Fox College illustrates.

George Fox College is a small, Quaker institution located in Newberg, Oregon. In 1985, the college established the Center for Peace Learning to coordinate its peace studies curricula, undertake research in international peace and conflict resolution, and manage a foreign study program for its students. In 1987, Assistant Professor of History and Government Len Fendall, director of the center, with Adjunct Professor of Political Science Ron Mock, assistant director, received a 1-year Institute grant to research and write a monograph on recent peaceful political transitions in the Philippines and Haiti. They completed the monograph in 1988; the information is now finding its way into college courses, Quaker workshops, and Quaker and peace-related conferences.

Fendall and Mock report that their findings not only are important for practicing professionals in international peace and conflict resolution, but also provide lessons on interpersonal conflict resolution for more generalized audiences.

wide range of participants. Other participants included Tom Cornell, national secretary, Catholic Peace Fellowship; Dorothy Cotton, director of student activities at Cornell University and former vice president for field operations of the Martin Luther King, Jr. Center for Nonviolent Social Change in Atlanta, Georgia; Douglas Hostetter, executive secretary of the Fellowship of Reconciliation and former executive secretary of the American Friends Service Committee, New England Regional Office; Betty Goetz Lall, director of the Peace Studies Consortium of New York University; David McReynolds, War Resisters League; Michael Simmons, national coordinator of East-West Programs with the American Friends Service Committee; and George S. Weigel of the James Madison Foundation.

The Institute made a 2-year grant to William E. Morrisey, an associate editor of the journal *Interpretation*, so he could complete an in-depth study of the philosophic and theologic foundations of pacifism. Finding pacifism primarily a Christian phenomenon, Morrisey outlines the major differences between early pacifists—"fundamentalist" reading of the New Testament, coupled with an allegorical reading of the Old Testament—and the Christian "just war" theorists. In the book that he is writing, Morrisey raises ethical and political questions about the relationship between Christian doctrine and political order.

### Nonviolent Sanctions

In a world where the ultimate economic welfare of a country depends on its ability to supply goods and services or receive aid from others, can nonviolent sanctions prevent or end conflicts?

Since 1985, Harvard University has been examining this issue through its Program on Nonviolent Sanctions. The program has brought scholars, government leaders, and community leaders together to present papers on the nature, history, current use, and policy potential of nonviolent sanctions in facing political violence. The results of the program form an important component of the body of literature on this topic.

In 1987, Gene Sharp and Ronald McCarthy from the Albert Einstein Institution in Cambridge, Massachusetts, used grant support from the Institute to undertake a project to provide a comprehensive annotated bibliography of English-language books on nonviolent sanctions and related matters; produce a book identifying major research tasks and policy analyses, including a recommended research agenda for the next decade; and gather new knowledge and thinking about the nature, practice, and policy potential of nonviolent sanctions (based on the Harvard seminars). A bibliographic manuscript of more than 450 pages was completed. Two papers evaluating the state of existing knowledge—"Nonviolent Sanction: What We Don't Know" and "What We Know About Non-violent Actions"—were prepared and delivered at an Albert Einstein Institution Conference in Rockport, Massachusetts, and 27 Harvard seminar presentations were transcribed from audiotapes. At the end of 1988, Sharp and McCarthy received a second grant to produce a 25-chapter anthology of the Harvard material.

25

### Women and Peace

Women now hold important positions in every facet of government and public policy. They head governments and take part in military, diplomatic, and political affairs. As the world accepts the role of women in positions that have been classically male dominated, new interest has arisen in the role of women in peace and war.

From March 12 to 15, 1989, more than 300 people gathered at the University of Illinois for a conference focusing on contributions of women in the global struggle for peace. The conference, which received wide media coverage, brought participants from throughout the United States and the world to hear sessions on "Historical Perspectives on Women's Work for International Peace"; "Improving the Human Condition—Women, Peace, and Development"; "Women and Peace Politics"; "Women and Grassroots Peace Action"; and "Women and Peace Education." With an Institute publications grant, Project Director Brenda Halter from the University of Illinois is preparing and publishing the papers presented at the event.

As women take on increasingly influential national security roles, will their participation have a special impact on the management of international conflict? Institute Peace Scholar Lisa Brandes, a graduate student in political science at Yale University, is studying this question as part of her doctoral dissertation. Under the title "Public Opinion, Security Policy and Gender, 1945-1985," Brandes is examining the impact of women on nations' attitudes toward war and peace, using public opinion survey data from 1945 to 1985 for the United States and Britain. She is examining the scope and nature of any gender gap in public attitudes and trying to explain the impact of gender upon attitudes—controlling for other factors such as education, occupation, knowledge, and ideology. Brandes expects that her findings will shed light on the nature of democratic public opinion, the role of women in politics, and the long-range prospects for a more secure and peaceful world.

### Weapons and Deterrence

On June 28, 1914, the heir to the Austro-Hungarian throne, Archduke Francis Ferdinand, was assassinated in Sarajevo. That assassination triggered World War I—one of the most destructive wars in history. Although historians have changed their minds time and again on its details, it is widely accepted that the world was thrown into this war at least partly as a result of tensions generated by arms build-ups and alliances. The lesson commonly drawn from Sarajevo is that a surfeit of arms results in war. But is this a correct lesson from World War I?

Three-quarters of a century after Sarajevo, historians are still debating the role of arms races in maintaining peace or contributing to war. As recently as 1987, Patrick Glynn, a defense consultant and former official of the U.S. Arms Control and Disarmament Agency, published an article in the journal *The National Interest* entitled "The Sarajevo Fallacy: The Historical and Intellectual Origins of Arms

26

27



*Peace Fellow Lily Gardner Feldman*

### When Enemies Become Friends

A 5-year study of how neighbors get along led an Institute Peace Fellow to investigate how enemies become—and remain—allies. Lily Gardner Feldman, an associate professor of political science at Tufts University, used her 1988-89 fellowship to examine postwar relations between the Federal Republic of Germany (West Germany) and its wartime enemies France and the United States and the postwar state of Israel.

Gardner Feldman had directed a 5-year interdisciplinary study of relations between the United States and Canada, an effort that sparked her interest in finding out how nations that have been enemies of bitter rivals can subsequently develop societal links (especially nongovernmental ones), so that using violence to settle differences becomes unlikely. She was interested in how West Germany faced its past, underwent international rehabilitation, and eventually gained diplomatic and military integration with the Western democracies, along with moral acceptance in the family of nations.

Control Theology." On August 11, 1988, Glynn and more than 20 historians and arms control specialists met in an Institute-sponsored workshop to debate the premises in that article.

During the workshop, Glynn told an audience of scholars and policymakers that the traditional view of Sarajevo—which states that the very efforts Entente powers took to prevent war (namely, the accumulation of armaments and formation of alliances) produced the opposite effect—is false. Why? Citing new historical research published in recent years, Glynn asserted that the classical model of what caused the Great War is diametrically opposed to what actually happened. "In the simplest terms," Glynn stated, "World War I was caused by German aggression, by British indecision, and by the weak structure of the alliance system" that Britain, France, and Russia had "cobbled together." That is, men and the political intentions of their nations—not arms—brought about the war. In Glynn's view, this interpretation challenges the widely held view that arms control in itself can preserve peace.

Although several participants complimented Glynn on his insights, none accepted them as sufficient to explain either the doctrine of arms control or its failures. By way of critique, workshop participant Michael Mandelbaum of the Council of Foreign Relations noted fundamental differences between the two world wars and the nuclear era: "In 1914 and in 1939, the Germans could calculate that their war gains would outweigh their losses, and on that basis could opt for military solutions. Nobody can make similar calculations in the nuclear age, and that makes arms control a much more serious and rational proposal . . . ."

In the framework of weapons and deterrence, the "lessons" of Sarajevo will remain a most interesting topic for debate. While that argument continues, however, the question remains: How—and under what circumstances—does the possession of weapons lead to wars or prevent them? And, in the age of easily concealed plastic explosives, nuclear bombs, missiles that can be launched from land, air, or sea, and deadly chemical weapons that can be produced by almost anyone, anywhere, what are the roles, if any, of arms control and deterrence?

Professor Joseph I. Coffey of Carnegie-Mellon University's Program on International Peace and Security examines the role of armaments as they relate to deterrence and peacekeeping. With grant support from the Institute, Coffey is analyzing the relationship between reductions in strategic nuclear forces and European security. The project provides a description of force postures and capabilities that may result from a 50 percent to 95 percent cut in U.S. and Soviet strategic nuclear forces, and an assessment of the implications that these cuts will have on the effectiveness and credibility of the U.S. nuclear deterrent. Coffey is assessing U.S. and Soviet positions and policies on strategic arms reductions; examining the capabilities of U.S. and Soviet forces to strike at counterforce, countermilitary, and countervalue targets; and evaluating the effects of changed capabilities and their consequences in terms of the effectiveness and credibility of the U.S. nuclear guarantee.

Coffey's research is based on simulation techniques. For his simulations, Coffey has analyzed six data bases of U.S. and Soviet strategic nuclear forces. From those data bases, he has been able to project first and second strike results at varying levels of nuclear force. The net results of these simulations are intended to provide negotiation positions on "deep cuts," suggesting either modifications in negotiation positions or offsetting measures in other areas that could promote the security of the Atlantic Alliance.

While Coffey's research has its basis in statistics and simulation techniques, Institute grants support Richard Lebow and Edward Kolodziej in addressing the effectiveness of deterrence from historical perspectives.

A leading participant in the deterrence debate, Cornell University Professor Lebow believes that deterrence often fails in practice because it makes simplistic assumptions about the relationship between power and aggression, threat and response, and the calculation and behavior of adversaries. In his previous work, Lebow has argued that aggressive foreign policy behavior was much more often the result of a need to solve domestic and strategic political problems and that leaders believed those problems could only be overcome through challenges to other states. His recent research indicates that deterrence may succeed in cases defined in "immediate" rather than general terms. Immediate cases would include challenges that are largely opportunity driven; challenges that are actually probes—where the leader is prepared to back down if serious resistance is encountered and thus conducts the challenge in a manner designed to minimize the costs of possible retreat; and instances where domestic costs are more likely to deter leaders from a challenge than are costs imposed from the outside. Among the case studies that Lebow is using are the 1961 confrontation between the United States and Cuba, the 1969 Sino-Soviet conflict, the 1971-72 Egyptian-Israeli conflict, and the 1985 Syrian-Israeli conflict. Lebow will produce a book as the final product of the research.

Professor Kolodziej of the University of Illinois, also a prominent participant in the deterrence debate, is using his Institute grant support to focus on deterrence in the nuclear weapons context. In his examination of British, French, and American nuclear deterrence policies, Kolodziej is identifying the differences and similarities among three powers to ascertain why nuclear weapons and systems of deterrence exist; whether nuclear deterrence might be strengthened to preclude the possibility of catastrophic war; and how to ensure that deterrence in fact does protect vital national interests.

Just as new arms control efforts between the United States and the Soviet Union are beginning to show promise, new concerns about arms races in the Middle East and South Asia have emerged. How serious are these arms races? Dr. Geoffrey Kemp, project director for an Institute grant to the Carnegie Endowment for International Peace, is studying the technical, economic, strategic, and arms con-

trol factors that have influenced the political-military environment in the Middle East and South Asia. He describes the situation in those areas as dangerous because of widespread political, economic, and military instability in those regions. Under this grant, Kemp has held four meetings of experts to examine the proliferation of high-technology weapons in the Middle East, Near East, and South Asia.

One of the heightened concerns in Third World countries is the recent massive use of chemical weapons. Chemical weapons are, of course, not new. The Germans initiated their use during World War I, followed by Mussolini in his attack on Ethiopia, Nasser in the Yemeni civil war in the 1960s, and Iraq more recently. Today, as Institute Peace Fellows Robin Ranger and Raymond Cohen report in their article entitled "Enforcing Chemical Weapons Bans," published in the July/August 1989 issue of *International Perspectives*, "as the Iraq-Iran war has demonstrated, a Third World power with sufficient resources can now readily obtain a full chemical war-fighting capability. In an unbalanced situation in which one side alone is armed with both offensive and defensive capabilities, the temptation to gain an advantage is great. Cutthroat competition for markets between suppliers, a plethora of unresolved border disputes in the Third World and subsequent high incidence of conflict, disregard for human life, and limited respect for the laws of war, all contribute to this alarming trend."

Because of the ease of manufacturing—and concealing the manufacture of—chemical weapons, Ranger and Cohen recommend that the way to deter nations from their production and use is through an International Chemical Weapons Authority (ICWA). The ICWA "would consist of a governing council of member states, a permanent secretariat, and various implementing divisions. There would be provisions for intelligence coordination among members and possibly an in-house intelligence capability." Through this organization, "In return for a pledge of abstention, or a commitment to disarm . . . states would be able to obtain insurance against CW attack."

The innovative suggestions for chemical weapon controls contained in this work are only one outcome of Ranger's 18-month fellowship project. An arms control analyst, Ranger has been working to design effective and workable safeguards to ensure compliance with Strategic Arms Reduction Talks (START) and other proposed arms control agreements.

## Regional Conflicts

What is a "peaceful" world? Since 1945, Europe has been at peace. Meanwhile, however, an estimated 15 million people have died in conflicts that took place outside Europe—in Asia, the Middle East, Latin America, and Africa. What causes such bloodshed, and how might these conflicts be reduced in destructiveness, or ended? What are the implications of these regional or localized conflicts for global peace? How can one consider the world at "peace" as long as these often intractable and always lethal "little" wars continue?

The term "regional conflict" has often been applied to virtually every conflict, save one between the United States and the Soviet Union. Some authors also refer to "localized conflicts" to describe the violence in Northern Ireland, for example. The question arises, then, whether difficulties in Eastern Europe are regional or local. The purpose here is not to provide precise definitions. The Institute uses regional conflict to refer to conflicts confined to specific regions in the Third World. Its projects focus on the origins and nature of such conflicts and methods for ending them.

The Institute initially focused on regional conflicts more than 2 years ago, and by the end of fiscal year 1989 had mounted a variety of projects to examine regional conflict prevention, management, and resolution. Regional conflicts do not necessarily involve major powers directly, but their indirect involvement is common and few such conflicts can be said to lie outside the orbit of East-West rivalry. The Institute initially concentrated its attention on the hot spots of the Middle East and the Horn of Africa (Ethiopia, Sudan, and Somalia), but also awarded grants and fellowships for work on Asia, Latin America, and other areas of Africa.

This section will highlight a few of the grants, fellowships, and Institute-directed activities pertaining to Africa and the Middle East. Other regions also attract the attention of scholars, analysts, veteran diplomats, and strategic theorists, and the Institute supports projects dealing with conflicts in all corners of the Third World. The following paragraphs provide only a brief sample of Institute activity in other regions.

In East Asia, for example, Joanne Jaw-ling Chang is examining the negotiating behavior of the People's Republic of China. Ralph Clough is studying Taiwanese aspirations for independence from China. At George Mason University, former South Vietnamese Ambassador to the United States Bui Diem and his colleague Nguyen Manh Hung are analyzing diplomatic contacts between North Vietnam and the United States during the recent war.

Other work on that region includes that of David Hicks on the struggle for independence in East Timor and a study by the International Center for Development Policy on the role of the Association of Southeast Asian Nations (ASEAN) in resolving intra-regional conflicts, especially the one in Cambodia. A group at Washington and Lee University is studying genocide in Cambodia, and a group at the University of the Philippines is examining efforts to integrate rebel returnees into mainstream democratic life.

On Latin America, one seminar in the series directed by Peace Fellow Mark Katz addressed possible U.S.-Soviet cooperation on resolving conflict in Central America. Institute grantee Russell Hamby at Coker College is investigating the relationship between political violence and conditions of inequality among the peasantry in Bolivia, Chile, Ecuador, Peru, and Venezuela.

### Africa

Foreign intervention in internal conflicts often threatens international peace; this phenomenon is of particular importance in Africa

### The Ethiopian Imbroglio

What are the preconditions to nego-
tiation when all parties to a dispute
distrust each other? How can a settle-
ment be reached when warring par-
ties do not even agree on the history
of the conflict or the reasons for the
war? In a dispute widely believed to
be political in nature, what is the role
of economic issues and ethnic rival-
ries and how can they be brought into
focus for the parties?

These were among the questions
explored at a public seminar at the
Institute on August 11, 1989, entitled
*Eritrean Options and Ethiopia's Future.*
By sad coincidence, the event took
place just a few days after U.S. Rep-
resentative Mickey Leland of Texas
died, along with 15 other people, in a
plane crash while inspecting famine
relief efforts in Ethiopia.

The session illustrates the Institute's
role as convenor of persons profes-
sionally interested in a significant
regional conflict. Billed as a work in-
progress report by Institute grantee
Paul Henze, it drew more than 80
Ethiopian community leaders (includ-
ing Eritreans), U.S. Department of
State and other Federal officials with
responsibilities for the Horn of Africa,
scholars, journalists, and policy
analysts. Formal comments were
offered by Peace Fellow Goshu
Wolde, former Foreign Minister and
Minister of Education of Ethiopia,
and Professor Asmarom Legesse of
Swarthmore College, chairman of the
Eritrean Relief Committee. With the
Institute's President, Ambassador
Samuel W. Lewis, moderating, the
audience offered cogent observations
on Henze's thesis and engaged in a
lively debate with the panelists.



Paul Henze



Asmarom Legesse

because of the large number of states engaged in civil strife. At Beth-
une-Cookman College, Professor Jake C. Miller is working on an
Institute grant to explore the impact of foreign involvement in civil
wars in Angola, Chad, Ethiopia, and the Sudan, and to conduct a his-
torical analysis of earlier conflicts in the Congo (Zaïre) and Nigeria.

Internal conflicts often involve guerrilla movements. Raymond
W. Copson, senior Africa affairs analyst at the Congressional
Research Service, spent a year-long sabbatical at the National
Defense University exploring causes and long-term implications of
African guerrilla conflicts in heightening regional and international
tensions. He sought to determine whether the United States can
contribute to ending these conflicts and thereby foster long-term
political stabilization in Africa. With support from the Institute, he
gathered both field and research data on the United Kingdom, Por-
tugal, Morocco, Algeria, Angola, Mozambique, South Africa,
Kenya, Ethiopia, and the Sudan. Copson's results will be published
shortly in book form, under the title *Africa's Internal Wars.*

Under two Institute of Peace grants, the Institute for Contemporary
Studies in San Francisco organized a series of public discussions and
conferences on the conflict in South Africa and developed a book
based on the proceedings of the ICS conference on South Africa
which took place in Williamsburg, Virginia. The Williamsburg con-
ference, which brought together representatives of most major par-
ties to the conflict and a range of other specialists on South Africa,
addressed the fundamental values and principles upon which free,
democratic governments must be built, and ways to prepare the
ground for a productive inter-racial dialogue among South Africans.
The publication from the conference became available in late 1989 and
is entitled *Dialogue in Williamsburg: The Turning Point for South Africa.*

James Kamusikiri, a former government official and now professor
of African history at California State Polytechnic University, is exam-
ining Zimbabwe's negotiated settlement of 1979 as a case study of

the conditions, variables, and strategies that are conducive to a
peaceful resolution of conflict in Southern Africa. A fundamental
question he explores is how the analogy of a "power-fear dialectic"
in Zimbabwe's black-white relations is also reflected in the South
African experience. His book will draw lessons for and offer insights
into the future of South Africa's present crises.

The Horn of Africa lies at one of the world's crossroads of trade, com-
munications, and travel. Not surprisingly, it has seen many wars.
For years, the region has been torn by internal and regional strife.
Two diplomats with extraordinary depth of experience accepted
appointments as Fellows under the Jennings Randolph Program for
International Peace to explore practical ways to bring peace to the
Horn.

The first, Francis Deng, is former Minister of State for Foreign
Affairs and Ambassador to the United States from the Sudan. Draw-
ing upon more than a decade's work on legal and anthropological
issues of identity and nation building, he is writing a book on pros-
pects for peace and unity in the Sudan. The second, Goshu Wolde, is
former Minister of Education and Foreign Minister of Ethiopia, who
also served as chairman of the Council of Ministers of the Organiza-
tion of Africa Unity. He is preparing a report on a detailed and com-
prehensive plan to resolve various conflicts in the Horn and has been
presenting and refining his analysis in conferences and meetings.
His findings will be published as an Institute monograph.

What negotiating strategies, third-party activities, or other fac-
tors enable negotiators to resolve some conflicts in Africa, but not
others? An analysis of both successful and unsuccessful conflict-res-
olution efforts in the Horn, from 1960 to 1989, is the subject of work
under an Institute grant by Christopher R. Mitchell, professor of
international relations and conflict resolution at George Mason Uni-
versity. He is writing working papers, articles, and a book.

The origins of endemic conflicts can be highly instructive to today's
diplomats and negotiators. The sources of conflict in the Horn from
1973 to 1988 are under investigation by Paul B. Henze, a retired Gov-
ernment foreign affairs specialist with long experience in East Africa,
who will relate sources of conflicts to prospects for peace in the Horn
and for constructive cooperation for economic development among
nations of the region. He has already published several articles and
will sum up his findings in a book, tentatively entitled *Fatal Illusions
in the Horn of Africa: Prerequisites for Peace and Progress.*

The art of diplomacy is grounded in part on lessons learned from the
experience of predecessors. Two men who helped shape current
U.S. policy in Africa have come to the Institute to reflect on their
experiences and pass along knowledge gained in the service of con-
flict resolution.

Chester A. Crocker was Assistant Secretary of State for African
Affairs from 1981 to 1988. During those years, he constructed and led
U.S. efforts to mediate multiple crises in Southern Africa. Now a
Distinguished Fellow of the Institute, Crocker is writing a book that

analyzes this diplomatic effort and its underlying strategy. It will focus particularly on the Reagan Administration's efforts to conclude a Namibia-Angola settlement—a complex example of conflict resolution in the Third World. The book will be written for a popular readership, as well as for the government, research, and academic communities.

Herman W. Nickel first saw Africa through the eyes of a journalist, serving as a *Time-Life* correspondent there in the early 1960s. Later he became U.S. Ambassador to South Africa, filling the post for 4½ years under the Reagan Administration. Most recently, he has been Diplomat-in-Residence at the Johns Hopkins Foreign Policy Institute. Now an Institute of Peace Distinguished Fellow, he is examining how the dynamic of political conflict and economic interdependence works among the countries of Southern Africa, and how economic interdependence might be made into a force for peace in that region.

### Middle East: Iran-Iraq

The long and bloody war between Iran and Iraq focused attention on those two countries and on their political systems and leadership. With Institute grant support, Professor Gholan H. Razi of the Department of Political Science at the University of Houston has been studying the relationship between domestic political systems of those countries and the initiation and continuation of the war. He also has studied the beliefs, motivations, and levels of foreign policy skills of the countries' leaders, Saddam Hussein and the late Ayatollah Khomeini. Razi wrote an article, published in *The Western Political Quarterly* (December 1988), on the Iran-Iraq war as a case study of irrational elite behavior. He is now expanding this work as part of a larger effort to examine the war from a behavioral perspective.

### Middle East: Arab-Israeli Conflict

No international conflict has been more resistant to resolution, yet so loaded with danger for the international system as a whole—and with special political significance for the United States—than the Arab-Israeli conflict. At the same time, the signing of the Egyptian-Israeli peace treaty in 1979 was a towering achievement for American peacemakers. Because making further progress toward a comprehensive peace settlement is so important, the Institute has focused substantial resources on developing practical materials that can be of use to diplomats, negotiators, policymakers, and analysts concerned with the Arab-Israeli conflict. In this, as in other topic areas, the Institute both directly stimulates projects, through its solicited grants competition, and responds to meritorious proposals, through its unsolicited grants procedure. Following are six projects that illustrate some of the Institute's efforts in this critical area.

Central to the conflict between Arab states and Israel is the future of the Palestinians. What is the feasibility of establishing a Palestinian state in the West Bank and the Gaza Strip as a means of resolving the conflict between the Palestinians and the Israelis? Under a solicited grant from the Institute, Lewis Brownstein, Professor of Political Science, State University College of New Paltz, New York, is analyzing this option.

How effective might indirect talks be in settling the Palestinian question? Behind the formal and direct government-to-government contacts in the Middle East, informal and indirect negotiations—commonly referred to as "track two diplomacy"—have played an important role over the years. Under an Institute solicited grant, Gerald M. Steinberg, a research fellow at the Leonard Davis Institute of the Hebrew University of Jerusalem, is examining informal and indirect negotiations and tacit agreements between Israel and Jordan from the 1940s to the present. Steinberg's planned book will explore the potential effects of such informal negotiations with the Palestinians in the future.

Two Institute grants support research on the role of the United States and the Soviet Union in the Arab-Israeli conflict. Under a solicited grant, Benjamin Miller, assistant professor of international relations at the Massachusetts Institute of Technology, is writing a book on the feasibility and desirability of U.S.-Soviet cooperation in conflict management in the Middle East. Miller is examining the positive and negative aspects of U.S.-Soviet cooperation in the Arab-Israeli conflict in the 1969-70 Big Two talks, the Geneva Conference of 1973, the joint statement of October 1, 1977, and the record of U.S.-Soviet relations in the 1980s.

The other project involves an Institute grant to study how the United States and the Soviet Union sought solutions through the United Nations to the crisis spawned by the 1967 war in the Middle East, and how the failure of those efforts may have contributed to the outbreak of war in 1973. The study will explore how the two countries then sought to grapple directly with the problem, and, finally, how the United States intervened to stop the fighting from escalating beyond control. Travel funds for research have been provided by the Institute to the principal grantee, retired U.S. Ambassador David Korn.

Finally, a study to investigate the benefits and liabilities of using an international conference as a negotiating mechanism for the resolution of the Arab-Israel conflict will be undertaken with Institute grant support by Kenneth W. Stein, associate professor of Near Eastern history and political science at Emory University and director of Middle Eastern Programs at the Carter Center. Through a close examination of the characteristics of four previous international conferences involving Arabs and Israelis, Stein will draw lessons for policymakers to use in designing any future international peace conference convened to find negotiated settlements. A monograph and journal articles will result from his work.

# III

A MORE INFORMED CITIZENRY

Each of the Institute's audiences—scholars, policymakers, diplomats, peace-practitioners, educators, students, journalists, and members of the general public—has a role and a concern about peacemaking and peacebuilding. Scholars educate through their analyses of current and historical events. Policymakers, diplomats, and other practitioners negotiate for warring parties and mediate disputes. Educators, often scholars in their own right, impart knowledge to younger generations and the general public. Journalists provide timely reports and easily digestible analyses of world events for all—assisting the voting public, the ultimate voice on national policy matters, in making informed choices.

Institute-sponsored research projects or grants; the ideas generated during workshops or seminars or lectures; and books, oral histories, and other resources within a library have value primarily as they serve one or more of these audiences. Thus, the utility of the work of the Institute—produced by its fellows, grantees, and projects—is determined in large measure by the means employed to deliver its end-products to these various audiences.

Initially, the Institute focused on grants and fellowships and then on research and studies, with the intention of generating useful products. Late in fiscal year 1989, as some of the early grant projects came to fruition, President Lewis undertook some administrative reorganization to prepare the Institute for more effective products and better information dissemination.

A new emphasis has been placed on education and training. One Institute unit has the task of developing educational strategies and programs, emphasizing secondary school materials and teacher-training activities, as well as curricular development and enrichment for community and 4-year colleges. The objective is to enhance public understanding of the complex nature of the search for peace with freedom and justice. The immensity of that task requires careful selection of audiences and the use of the Institute's limited resources in ways designed to produce maximum multiplier effects.

Publishing is also rapidly becoming a significant activity at the Institute. The newly formed Publications and Marketing Office is developing an overall Institute publishing program and is identifying audiences for different Institute publications. Parallel to this effort is that of the new Public Affairs Office, which is responsible for coordinating media relations, speeches, participation of staff and fellows in conferences and public outreach events, and response to public inquiries.

36

37

Finally, the Jeannette Rankin Library Program constitutes another important way in which the Institute reaches its audiences with peace-related materials.

More detailed descriptions of these activities follow.

## Education and Training

*Peace to me means a world in which we have learned to forget violence as a means of settling differences . . . a world in which we accept the idea that the differences that separate us do not make us enemies but merely emphasize the variety of human beings and the variety of ways each of us have developed to live on earth. Peace to me means accepting the need for each of us to help our neighbors to live full and useful and happy lives free from disease, oppression, hunger, and war.*

Christopher Liburd, an 18-year-old high school student from Anchorage, Alaska, wrote these words in his essay, "Peace and Human Rights." The essay analyzes the significance of the 1975 Helsinki Accords as a step toward world peace. Liburd was one of 354 students from 47 States and 35 overseas schools for dependents of U.S. personnel overseas who entered the Institute's 1988–89 National Peace Essay Contest. His essay won first place in the Alaska statewide category.

Liburd and the others who entered the essay contest represent this country's next generation of potential diplomats, educators, businessmen and women, and others who will confront issues of violent international conflict in their professions or as citizens and voters. If the time they spent considering, researching, and preparing their submissions better equips them to cope with international complexity, the purpose of the essay contest was achieved.

Inspiring students to think and write about peace is only one form of education. Learning occurs not only in educational institutions, but also through association with and exposure to family and friends, religious and political leaders, co-workers, books, periodicals, newspapers, television, and radio. It occurs between and within generations. An educational program on any subject should seek to reach all of life's teachers using all available tools. This task is no small undertaking in a country as large and diverse as the United States.

The Institute's Education and Training Program is charged with carrying out sections of the enabling legislation that speak to "peace education" and "peace learning." With so vast a classroom as this Nation, so diverse a student body as the American public, and so general a curriculum subject as peace, the Institute faces a formidable task.

In its early months, the Board identified as a priority for grant funding the development of "curriculum materials for the study of international peace and conflict issues for high school through postgraduate programs." The Institute has made an important strategic grant that could change the way in which peace studies are conceptualized. The grant is to the American Federation of Teachers (AFT).

## Multiplier Effects of a Grant

When the Institute approved a 1-year partial support grant to the Center for International Security and Strategic Studies at Mississippi State University, it expected that the grant would lead to an interdisciplinary, umbrella course entitled "The Nature of Peace," create four specialized courses on international peace and conflict resolution, and conduct a trial workshop on the teaching of peace and conflict-resolution education in secondary schools. In the end, the original grant, and a 15-month follow-up project, catapulted peace and conflict resolution into the thinking of elementary, secondary, postsecondary, and adult educators throughout Mississippi and beyond.

Project Director Janos Radvanyi, a former Hungarian Ambassador to the United States, gained support through University president Donald Zacharias—who has an extensive background in peace and conflict resolution—Professor James Haug of the university's history department, and 14 senior instructors. Outside consultants filled gaps in faculty expertise, and students actively participated.

Mississippi State University today has a growing, permanent, international peace and conflict resolution curriculum. Peace and security curricula are also being given serious consideration at all levels of the Mississippi educational system. And, under the leadership of Mississippi State, efforts are underway to develop a regional consortium that will further extend the program to Arkansas and Alabama.

This grant to the AFT is intended to raise the sights and standards of the educational establishment, including school board members, administrators, and textbook publishers. A respected historian, Paul Gagnon, is writing what is expected to be a powerful and constructive critique of "global" (peace-related) education—one of the major currents in the educational field to which the Institute seeks to contribute. The AFT, building on its highly successful Education for Democracy Project, will use the resulting publication to engage educators in a systematic effort to enhance the quality of scholarship that sustains the teacher-training and educational materials provided for classroom teaching in this field. The expected outcome is that "global" education activities, although still effective in stretching minds and enhancing awareness of complex international realities, will be more firmly grounded in American democratic values and historical perspective.

### Educating About Peace

Two grants to the Center for International Security and Strategic Studies (CISS) at Mississippi State University demonstrate another promising approach—the development of model university programs on a regional level—toward meeting the education goals set by Congress. In 1987, CISS Professor Janos Radvanyi, a former senior Hungarian diplomat and now a distinguished educator, requested a grant to develop one multidisciplinary and five departmental courses and to conduct a pilot workshop on the teaching of peace and conflict resolution education in local secondary schools in Mississippi. To accomplish the project, 14 of Mississippi State's senior instructors were brought together by Radvanyi and Professor James Haug of the university's history department. These instructors represented the fields of history, political science, philosophy, sociology, anthropology, economics, agronomy, nuclear engineering, aerospace engineering, military science, and communications.

Five courses resulted from these efforts. One, "The Nature of Peace," examines factors necessary for achieving and maintaining global peace from a variety of perspectives. Beginning with an introductory section on the history and philosophy of peacemaking, the course proceeds to analyze contemporary threats to peace in regions such as Latin America, the Middle East, Central Europe, the Far East, and Africa. At the end of the course, students examine such concerns as food and peace, advanced military technologies, and the maintenance of peace, world ecological change, and U.S.-Soviet policies and strategies. Four specialized courses—including "The Philosophy of Peace and Third World Development"—flow out of this interdisciplinary course and delve more deeply into some of the topic areas introduced. A total of 79 students completed the courses during the university's 1988 spring semester. The courses are now a permanent part of the Mississippi State curriculum.

The university also held a workshop entitled "Long-Term Superpower Competition: Competitive Strategies, Peace and National Security" under its grant. The workshop, which was conducted April 7, 1988, introduced teachers to intermediate nuclear forces, mutually assured destruction, *glasnost*, global security, and other topics.



*Senator Spark M. Matsunaga and Essay Contest Winners*

### Challenging Students to Write about Peace

"Discuss one instance when the United States' efforts made a significant contribution to the prevention or resolution of an international conflict, as a party or potential party or as a peacemaker." High school students entering the Institute's National Peace Essay Contest in 1989-90 are challenged to write a 1,500-word paper on that topic, including lessons for future peacemaking.

The Institute established the contest in 1987 to give high school students the chance to share their ideas about peace with their peers and with national leaders associated with the Institute.

Every student in a public and private high school in the United States, the District of Columbia, the Territories, and American schools overseas is eligible. Contestants need not be U.S. citizens. Essays must appear in an official school publication in order to be considered. National first-, second-, and third-place winners receive college scholarships of $10,000, $5,000, and $3,500, respectively. State winners receive $500, $250, and $100. First-place winners compete for the national awards and attend an awards program in Washington, D.C., in June.

As a follow-on to the project, Mississippi State received a 15-month Institute grant for the preparation, teaching, and review of two additional courses—"Food and International Peace" and "Peace and War: The Soviet Perception of the World"—a conflict resolution workshop on "Global Security and Population," and a peace study and conflict resolution workshop for teachers, which was held April 25, 1989. The teacher workshop provided an avenue for presentation and discussion of the curriculum developed by educators on the project.

Each year, college students from throughout the United States come to Washington, D.C., to participate in The American University's Washington Semester undergraduate study and internship program. Through a 1-year Institute grant, University Professor Abdul Aziz Said, from the School of International Service, directed the development and implementation of a multicourse peace and conflict resolution program. The grant also provided for the development of a peace information library in support of the program, and the development of a 6-week Summer Institute for upper elementary and secondary school teachers.

In the spring of 1988, 15 students, representing 12 colleges and universities throughout the United States, enrolled in the first Washington Semester in Peace and Conflict Resolution; by the spring of 1989, 56 students had participated. The program provided students with 16 semester credit hours and included a 2-day-per-week internship and a 2½-day simulation of an international peace conference in the Middle East. A second, 1-year partial support grant has allowed the university to continue the special peace and conflict resolution focus under the Washington Semester program and to expand the Summer Institute program for elementary and secondary school teachers.

Education about peace through the mass media is one aim of a 2-year grant to the Close Up Foundation, a nonprofit organization that specializes in bringing students and teachers to Washington, D.C., to see their Federal Government at work. The foundation is producing "Perspectives on Peace," a seminar series to be broadcast over the C-Span cable network. The series features prominent Americans talking with teachers about peace. Thereafter, the Foundation will employ the print and video materials produced in the first phase as the basis for the development of curriculum-enhancing materials for use by high school teachers in civic education courses.

Preparation of elementary and secondary school teachers to teach students about peace is under way at Columbia University Teachers' College, in New York City, with the support of an Institute grant. In its first year, the Human Rights and Peace Program produced a graduate course on human rights and peace; a program of in-service education; a program of outside lecturers and visiting scholars; initial acquisition of materials for a resource center and peace education

## Teaching the Art of Negotiation

Negotiators for the United Kingdom huddle to discuss a critical message just received from Mexico. Bilateral negotiations are on track over an important economic issue. Mexico has transmitted the message to the United Kingdom's computer in Spanish, and the United Kingdom negotiation team has just finished translating it. The team now centers on the best strategy for responding to Mexico.

Fast-paced, complex negotiations are the stuff of professional diplomacy. The United Kingdom "negotiators" in this case are students from Lucerna, a public high school in Whittier, California, while their counterparts representing Mexico are students at a local private school. They are participating in the International Negotiations Project, advised by students at Whittier College under an Institute grant.

The students use ICONS, a computer simulation program developed at the University of Maryland to teach college students negotiating techniques and the use of high technology. During the 1988-89 school year, Whittier students, playing roles as West German negotiators in "multilateral" talks involving 20 colleges and universities, became enthusiastic about the program. Whittier then added a team representing Poland and, in the 1989 school year, developed a high school component with scenarios involving up to nine industrialized and less developed states in all parts of the globe.

collection; initial steps in a survey of currently used literature; and a curriculum guide on human rights and peace. Other institutions have begun to replicate the Teachers' College program.

The second year of the program focuses on disseminating these products. The aim is to prepare model human rights courses for inclusion in peace studies curricula for graduate schools of education; to prepare human rights and peace program outlines and other curricular materials for inservice teacher education courses; and to provide curriculum guides for secondary schools' human rights and peace education.

Training in computer-simulated international negotiations is the subject of an Institute-supported undertaking at Whittier College in California. Phase one, funded by the National Science Foundation, dealt with development of the computer simulation of negotiations. The Institute grant supports phase two, which expands the computer simulation and adds other courses in negotiations, and phase three, which teaches negotiating skills to college and high school students (nine schools participated in the fall 1989 pilot program). Whittier College seeks to become the western hub of computer simulation in international negotiations, just as the University of Maryland is becoming the eastern hub. The terms of the grant call for production of a research volume on this project.

Some 40 master teachers were attracted to training in teaching international relations as a means to achieving world peace, under an Institute grant to the New Hampshire Council on World Affairs. The teachers, leaders in the profession in their State, attended seminars on the subject; received a large notebook with faculty presentations, outlines, bibliographies, and other materials; and participated in regional high school conferences where they served as role models for other teachers. These master teachers are already acting as in-service mentors for colleagues throughout the State school system. A second Institute grant continues support to improve the curriculum in world affairs courses at the secondary level, correlate the teaching of social studies and peace education, and develop specialized curricular materials.

**Community Outreach, Adult Education, and Public Information**
Working largely through citizens' organizations and educational institutions, the Institute uses existing channels—networks, memberships, and distribution systems—to disseminate educational information on the complexities of international peacemaking. The goal is to play a catalytic role in enriching the quality of public discourse on peacemaking.

Members of some 80 national citizen education organizations are receiving information on international affairs, with a special emphasis on war, peace, and conflict management, under an Institute grant to the Council for the Advancement of Citizenship (CAC), a nonprofit organization located in Washington, D.C. Its membership includes such groups as the American Association of Retired

40

41



*Distinguished Fellow, Ambassador
John Reinhardt*

### Lectures on Public Diplomacy

Diplomacy is a profession, a skill, and an art, the mastery of which requires years of study and practice. The work and travels of Institute Distinguished Fellow John Reinhardt have afforded countless college and university students and the general public the opportunity to learn about the field from this diplomat-turned-teacher.

Reinhardt is a former U.S. Ambassador to Nigeria, Assistant Secretary of State for African Affairs, and Director of the U.S. Information Agency. He is particularly interested in exploring new approaches in international public communications, the "public diplomacy" that includes governmental information dissemination, public education, and cultural exchange. As a full-time resident fellow at the Institute in 1989, he talked about diplomacy with public groups, and spoke on campuses and elsewhere, including the Air Force Academy in Colorado Springs, and with colleagues in the field of international communications at George Washington University, the Center for Strategic and International Studies, and the Institute for the Study of Diplomacy.

Persons, the Center for Civic Education, the Foreign Policy Association, the American Federation of Teachers, and the National Education Association. In 1989, some 100 representatives of member organizations and others joined CAC's first national Jennings Randolph Forum, which was devoted to the theme "Educating for Peace: Realities, Rights, Responsibilities." For the next 2 years, the Council is using its annual forum, together with all other media, to encourage member organizations to broaden the civic education programs they provide for their millions of members. These programs illustrate positive roles that the United States and other international actors play in international peacemaking and conflict management.

Ethical issues arising from war provide the focus for an intensive program of public and university education by the University of Connecticut's War and Ethics program, supported by an Institute grant. Through lectures, seminars, conferences, and practical demonstrations (including a simulated hostage crisis demonstration undertaken with the Institute for International Understanding), the program will present public education on peace, ethics, and foreign policy. The program works cooperatively with the World Affairs Center of Hartford and develops courses within the university and activities for area schools, clubs, libraries, and churches.

If public education on peace is a good thing, what is the environment in which that education takes place? How extensive is citizen debate and organization in the peace field? How open-minded and thoughtful is the climate for considering different approaches for the United States to take in foreign affairs? An initial effort to probe these questions was made in an Institute-sponsored survey by the World Without War Council, a nonprofit organization located in Berkeley, California. The survey covered the years 1983 to 1986 and sought to identify nongovernmental organizations in the peace, security, and world affairs fields. The Council employed questionnaires, interviews, and seminars and made progress in identifying significant developments in the public effort for peace. The results of the survey are being published.

Educational television and video programming already figure significantly in Institute-initiated activities and will play an even larger role in coming years. The Institute produced in fiscal year 1988 a 1-hour public television program *Face-to-Face*, on the history of U.S.-U.S.S.R. summit meetings. After multiple broadcasts on public television stations nationwide, program materials were repackaged into four half-hour videos, accompanied by an instructional text, for teachers and community organization instructors. Recognizing the rapid rise of in-classroom television in the Nation's schools, the Institute in fiscal year 1989 began developing an educational series of half-hour programs—which can be divided into shorter modules—to enrich high school courses on American history, world history, peace studies, and 20th-century international issues.

*The public television program, "Face-to-Face: Conversations on U.S.-Soviet Summitry," was produced by the Institute with the Woodrow Wilson International Center for Scholars. Panelists included (left to right) Brent Scowcroft, Richard Rosecrance, Robert Legvold, Donald Kagan, Allen Weinstein (Institute Board member, moderator), James Billington (Director, Woodrow Wilson Center, moderator), W. W. Rostow, Stephen Ambrose, and Robert Conquest.*



In addition to these public education efforts, Institute Board members, staff, and fellows have undertaken ever-widening contacts with citizen groups across the Nation. During fiscal years 1988 and 1989, responding to invitations from a myriad of local organizations, Institute representatives have visited more than 25 States to speak about the Institute's work and issues affecting international peace. Places visited range from large cities to rural communities. Whenever possible, in cooperation with local hosts, the Institute arranges as many engagements as possible to maximize the number of people reached. Typically, such trips include lectures at universities, speeches before civic organizations, meetings with newspaper editors and reporters, television and radio interviews, and grant workshops.

To maximize the impact of speakers' programs and to economize on travel costs, the Institute has also inaugurated a practice of arranging intensive 2-day programs in medium-to-large metropolitan areas, designed to engage core audiences, such as scholars, religious leaders, and librarians, as well as a cross section of the interested public. Two cities visited during 1989 were Atlanta, Georgia, and Austin, Texas. The programs consist of specialized sessions for librarians and information specialists; grants and fellowship workshops for scholars, educators, and civic organizations; several educational seminars on timely issues; and speeches on global issues by the Institute's President or other Institute representatives. In mounting these programs, the Institute cooperates with many local organizations—colleges and universities, Rotary Clubs, chapters of the American Association of University Women and League of Women Voters, and World Affairs Councils. In Atlanta, for example, representatives from 13 institutions of higher learning participated in Institute workshops, including one at Morehouse College designed specifically to address the needs of historically black col-

42

*The Institute sponsored a grant-writing workshop in Austin, Texas, at the Lyndon B. Johnson School of Public Affairs at the University of Texas. Vartch Gregorian, Director of the Grant Program, offered advice on preparing grant applications to representatives from more than a dozen Texas colleges and universities.*

leges and universities. In Austin, the overall program was assisted by 20 institutions, ranging from high schools to seminaries to the Texas Library Association.



During this biennial period, the Institute also began to encourage its staff and fellows to participate in professional conferences, where they displayed program information and Institute publications and marketed educational video products. At conferences of the American Bar Association, American Political Science Association, International Political Science Association, International Studies Association, American Library Association, United Nations Association, Middle East Studies Association, and The American Forum, for example, thousands of people visited Institute displays and spoke to staff about the Institute's programs.

Fiscal years 1988 and 1989 saw the Institute becoming better known among journalists as an organization with a unique mission and, in a complementary fashion, as a source of expert information on certain international issues. Articles and editorials about the Institute have been carried in many newspapers across the country, ranging from *The Washington Post* to *The San Francisco Examiner* and the *Wichita Eagle-Beacon*. Articles were disseminated widely by Copley News Service, Cox Newspapers, Hearst Newspapers, the *Los Angeles Times-Washington Post* News Service, Media General News Service, and the Scripps Howard News Service. Fellows have contributed op-ed articles or informed views to *The Washington Post*, *The Christian Science Monitor* and other newspapers; *Newsweek*, *National Journal*, *New Republic*, and other magazines; and many professional journals. The Institute was also the subject of a feature story on Cable News Network, and several staff members and fellows were interviewed for its *Waging Peace* series during the autumn of 1989. Fellows have appeared frequently as experts on public radio and television and on TV network news programs.

43

## Publishing and Marketing

Congress authorized and encouraged the Institute to publish and disseminate the results of its Grant, Research and Studies, Fellowship, Education, and Library programs. During fiscal year 1989, an accelerating flow of products from these programs stimulated the Institute to set up a separate Office of Publications and Marketing under the direction of an experienced professional in the publications field.

The new unit provides writing, editing, graphic design, and printing. It is also responsible for disseminating materials to policymakers, educators, scholars, journalists, and citizen groups. A major goal is to develop the Institute as a substantive publisher and disseminator of material that contributes to peacebuilding and to the development of skilled experts in international conflict resolution.

By the end of fiscal year 1989, the Institute was publishing two periodicals: *In Brief*, a succinct synopsis of the results from important Institute projects mailed to 2,000 policymakers, scholars, journalists, and others in the peace community; and the *Journal*, a bimonthly newsletter and vehicle for discussion of substantive issues sent to 17,000 individuals nationwide. The office edited and prepared for publication *Approaches to Peace: An Intellectual Map*, a major manuscript produced by the Research and Studies Program; it also edited the first of an ongoing series of occasional papers resulting from public workshops and Institute study groups, and published the first of the bibliography series, *Checklist*, which surveys library holdings in major metropolitan areas on peace, security, and international conflict resolution.

### Building the Jeannette Rankin Library

The Institute has begun to build a specialized library and resource center that will feature connections through computer with major collections at leading libraries throughout the United States. The library at the Institute will be the first in the Nation's capital to link scholars and other researchers with specialized collections on peace-related fields in up to six centers.

The 5-year goal is to create a 25,000-volume core collection at the Institute's headquarters in Washington, D.C. This library is intended for daily use by resident fellows and staff at the Institute, as well as eventually by the public. It will provide standard services for scholars and researchers. The collection will complement holdings at other libraries in Washington, such as the Carnegie Endowment for International Peace and the American Society of International Law, and will include peace-related books, periodicals, and oral history materials. By 1994, computer terminals will link the user with card catalogs and periodical indices at peace collections throughout the United States.

## Library and Data Information Services

Since the beginning of recorded history, man has reported on the nature of conflicts, who has participated in them, and what steps have been taken to end them. Some of those accounts are published, some are filed in government or institutional reports or correspondence, some exist in personal journals or letters, and still others are recorded on audio and visual media. Worldwide, the repositories of materials on international conflict and conflict resolution are vast. Yet, because of the enormous amount of effort and funds required, there has been only partial success in locating and classifying peace collections.

Judith Kessinger, a recently retired librarian with more than 20 years' experience in the Library of Congress Subject Catalog division, broke new ground for the Institute by preparing, under contract, *Guides to Library of Congress Subject Headings and Classification on Peace and International Conflict Resolution*. The subject-heading *Guides* includes more than 2,000 entries.

The process of selecting relevant subject headings required a librarian's skill, experience, and judgment. It involved line-by-line review of the Library of Congress' 4,400-page subject headings catalog, manual transfer of the information obtained to individual index cards, and entry of the final material into a computer for manipula-

tion and production of the *Guides*. The final product will be a volume that presents headings by topic such as philosophy, ethics, religion, history, political science, international law, psychology and economics; by place names and subjects in foreign relations, politics, and government; and by wars and other armed conflicts. When disseminated, the *Guides* will, for the first time, make the vast peace holdings of the Library of Congress and of most of the college, university, and public library systems of the United States rapidly accessible to researchers, policymakers, and university and public library users.

The Library of Congress is but one of many libraries with outstanding peace collections. When experts speak of world-renowned peace collections, the 1.6 million volumes, 3,750 archival collections, 2,025 monographs, numerous periodicals, newspapers, documents, archives, pamphlets, serials, leaflets, and other ephemera owned by the Hoover Institute on War, Revolution and Peace at Stanford University top the list. Surprisingly, although the breadth and depth of the collection are known, many of the materials have not been cataloged or entered into the OCLC (On-line Computer Library Center) or RLIN (Research Library Information Network) data bases. As the result of a 1-year project, funded in large part by the Institute, significant elements of the Hoover collection are being cataloged and added to the OCLC and RLIN data bases. Through the interlibrary loan programs that operate via these data bases, the collection will soon be accessible to some 10,000 libraries throughout the world, including those in universities and research institutions in the United States.

There is no questioning the benefits, or the immensity of the task, of facilitating access to the peace related holdings of the Library of Congress or collections such as Hoover's. These facilities are, however, only two repositories, holding a sampling of the world's international peace and conflict-related resources. Their holdings represent the final products of the packaging of raw data and historical insights. In a world that increasingly looks to the audio and visual media and to on-line data bases, the written word is only part of the librarian's universe.

For much of this century, film, audiotape, and later videotape have recorded world events and the responses of world leaders to those events. In a more limited sense, the experiences and insights of public officials—Presidents, Members of Congress, Cabinet-level officials, and a few select diplomats, public servants, scholars and activists—have also been captured through taped oral histories. These materials are a rich resource for researchers, but they are scattered across the country's libraries and in private collections.

During the summer of fiscal year 1989, Institute staff, with the assistance of a private contractor, began the lengthy process of locating the Nation's audio and visual oral history resources that relate to peace and international conflict resolution. The project began with a survey of the holdings of 103 libraries. When completed, these data

will become part of the Institute's rapidly growing electronic data base, greatly increasing the accessibility of this rich resource.

The identification of these resources is, again, only a start. Much of the knowledge and experience of less well-known senior Foreign Service Officers and other American officials—who played major roles in conflict resolution, from behind the scenes—remain unrecorded. A wealth of knowledge is lost in the passage of time and the consequent transition of these practitioners from public to private life. In an effort to tap this resource, the Association for Diplomatic Studies, with the support of an Institute grant, is today interviewing senior Foreign Service Officers for both biographical and topical information.

In one such interview, Admiral Jerauld Wright of the U.S. Navy recounted his diplomatic experiences both in the Navy and as Ambassador to the Republic of China (Taiwan). The Admiral discussed his assignment to England and to General Dwight D. Eisenhower's staff, as well as his experiences dealing secretly with French military officers in preparation for the Allied landing in North Africa.

By the close of fiscal year 1989, the Association had completed 155 interviews. These histories now reside within the Georgetown University Library, where they will play an important role in the establishment of the university's diplomatic oral history program.

Preserving oral history for future historians is an important task, but bringing current information to practitioners and researchers is an equally important function of the Institute.

One means for examining the propensity and capability of countries to enter into war is to analyze expenditures on arms production. Columbia University senior research scholar Stephanie Neuman is doing just that. With the support of a 2-year Institute grant, Neuman is creating a computerized data bank of Third World military arms production. The data bank, which will be continually updated, contains information drawn solely from publicly available sources on all levels of arms production and the impact of that production on the civilian sectors of Third World countries.

In this type of project, locating, inputting, editing, revising, and ensuring coder-reliability are arduous, time-consuming tasks. By using work-study graduate assistants, however, Neuman completed the entry of information on defense production—such as missiles and aircraft—in a number of Third World countries including Egypt, South Africa, and the Peoples' Republic of China. As information is organized on other Third World countries, it, too, will go into the database.

For peace practitioners and researchers, finding funding sources is the key to bringing projects to fruition. Under the direction of Mary Lord, supported by a 1-year Institute grant, a Washington-based nonprofit organization, ACCESS: A Security Information Service, has recently produced an up-to-date guide to foundations active in peace, security, and international relations. The volume includes a list and profile of relevant foundations, an analysis of patterns of

philanthropic giving in the field, and a profile of the sources of income and perceived needs of national organizations. With additional Institute support, ACCESS produced a similar volume—*Peace Research in Western Europe: A Directory Guide*—which has been distributed to nearly 500 organizations and institutes throughout the world. This volume was written by Robert Rudney of the National Institute for Public Policy through the support of another Institute grant.

Public demand for information on peace and conflict resolution issues grows. For example, more than 300 colleges and universities throughout the United States now include domestic and international conflict-related subject matter in their curricula. The students —and the educators who are training them—are this country's next generation of international relations practitioners. The quality of resources available to them are, therefore, of great importance.

Because these learning institutions span the country, no one library, no matter how large, can serve their needs. Materials must be made available and accessible nationwide: The Institute is advancing this process through a program of bibliographic surveys of library holdings within major metropolitan library complexes. Atlanta's six libraries were the first to be surveyed. Upon each project's completion, a bibliographic guide called *Checklist*—which identified most of the peace-related books and periodicals, along with their library locations in the Atlanta area—was placed in each of the six libraries surveyed. A similar guide to the libraries of Austin, Texas, was produced at the beginning of fiscal year 1990.

# IV

## PROGRAM OPERATIONS

By the end of 1989, the Institute administered five operating programs. Chapter II provided examples of the questions addressed in the Institute's grant, fellowship, and research activities. This chapter contains details of how these three programs operate. Chapter III has already described the other two program areas— Education and Training, and Library and Data Information Services.

### Grant Program

According to its statutory mandate, the Institute may provide grant support to nonprofit organizations, official public institutions, and individuals—both U.S. and foreign nationals—including the following:

— Institutions of post-secondary, community, and secondary education;

— Public and private education, training or research institutions (including the AFL-CIO), and libraries; and

— Public departments and agencies (including State and Territorial departments of education and commerce).

**Grantmaking Process**

The Institute provides two types of grants: unsolicited grants for any topics that fall within the Institute's broad mandate; and solicited grants for special priority topics that the Institute identifies in advance and publicizes widely to potential applicants. The Institute accepts applications worldwide. The Board of Directors reviews all applications and decides on grant awards, after considering analysis and recommendations from the professional staff and after obtaining expert outside opinions whenever needed.

Quality and potential usefulness of product are the central criteria applied in awarding grants. The Institute looks for grantees who will produce books or articles, teaching and curriculum materials, audiotapes or videotapes, or other materials that are of significant educational value to practitioners, scholars, students, or the general public.

In fiscal years 1988 and 1989, the Institute conducted its unsolicited grants component under three broad categories: basic and applied research, education and training, and dissemination of information. In December 1988, the Institute inaugurated its solic-

48

ited grants component by inviting proposals in five areas: the role of deterrence in avoiding war; comparative studies of armed conflicts in the Third World; teaching public understanding of the Geneva Conventions on humanitarian law; the relationship between domestic regimes and the aggressive use of force internationally; and religion, peace, and war. In 1989, the solicited grant focus was on case studies of efforts to resolve regional conflicts in Africa, Latin America, the Middle East, and Asia.

Most grants are 1 to 2 years in duration. Although the average award has been in the range of $25,000 to $35,000, the Institute has awarded grants as low as $3,000 and as large as $200,000 for a multi-year, team project. The amount of a grant is based on the proposed budget and subsequent negotiations with applicants to ensure cost-effective implementation of the project. Unlike many grantmakers, the Institute often suggests that an applicant amend the proposed approach to a project, usually to gain a more intense focus on the topic or to ensure consideration of a broader range of viewpoints.

**Results**
From the beginning of the program through the close of fiscal year 1989, the Institute had received a total of 810 unsolicited and 179 solicited grant applications from 44 States, the District of Columbia, Puerto Rico, and 18 foreign countries. Applicants requested more than $53 million in funding. From among those applications, the

Grant Awards by Category and Topic—Cumulative Through the Close of Fiscal Year 1989

| RESEARCH AND STUDIES | | | EDUCATION AND TRAINING | | | INFORMATION SERVICES | | |
|---|---|---|---|---|---|---|---|---|
| No. of Awards | Total Funding | | No. of Awards | Total Funding | | No. of Awards | Total Funding | |
| 165 | $4,211,603 | | 30 | $1,397,169 | | 43 | $1,191,469 | |
| Area | No. of Awards | Funding | Area | No. of Awards | Funding | Area | No. of Awards | Funding |
| Africa | 11 | 360,300 | Curriculum Development | 17 | 775,669 | Conference & Symposia | 23 | 661,074 |
| South & East Asia | 21 | 451,450 | Simulations | 2 | 50,000 | Publications | 9 | 165,928 |
| Central & South America | 8 | 156,550 | Seminars & Workshops | 6 | 251,500 | Library | 6 | 192,500 |
| Near & Middle East | 16 | 366,917 | Training | 5 | 320,000 | Media | 1 | 46,767 |
| Soviet Affairs | 20 | 606,854 | | | | Other | 4 | 125,200 |
| European Affairs | 15 | 304,250 | | | | | | |
| Strategic Issues | 23 | 592,483 | | | | | | |
| U.N. & Int'l Law | 12 | 253,053 | | | | | | |
| Religion, Nationalism, Ethnicity | 12 | 422,400 | | | | | | |
| Conflict Resolution | 9 | 265,000 | | | | | | |
| Other | 18 | 432,346 | | | | | | |

49

Board awarded 190 unsolicited and 48 solicited grants, with total dollar amounts of $5.3 million and $1.5 million, respectively.

Seventy-eight percent of all grant awards were made to non-profit and official public institutions representing 84 percent of all funds awarded; 22 percent of the grant awards were made to individuals, representing 16 percent of the total amount of funds awarded.

Sixty-three grants were completed by the close of fiscal year 1989. The following materials have already been produced from these grants (it should be noted that this list does not imply that other products from these grants will not be received at some future date): 6 published books, 5 published monographs, and 32 published articles. In addition, the Institute has received from these grantees manuscripts for 8 books, 13 monographs, and 14 articles, many currently being reviewed for publication by university and scholarly presses. The Institute has also received two detailed curriculum programs and two simulations.

### Jennings Randolph Fellowship Program

Conflicts are begun and ultimately ended by individuals. The Jennings Randolph Fellowship Program seeks to enlarge and enrich the world's supply of individuals who are professionally committed to international peacebuilding. The Institute's fellowship program enables scholars, teachers, diplomats, and many other types of professionals to expand the world's and their own knowledge and then pass it on to policymakers and the public. Selected for their talent, learning, practical experience, leadership abilities, and communications skills, Jennings Randolph fellows come from many parts of the world. They bring with them a wide spectrum of professional and cultural backgrounds. They may be university researchers, policy analysts, U.S. or foreign diplomats, officials or staff from international organizations, conciliators and mediators, journalists, educators, lawyers, clergy, doctors, social workers, or business and labor leaders.

The Institute offers three types of Jennings Randolph fellowship awards:

— **Distinguished Fellows** have already achieved national or international stature in statecraft or scholarship. They can make unique, influential contributions toward a better understanding of international peace and conflict issues.

— **Peace Fellows** demonstrate substantial accomplishment, great potential for further growth, and exceptional leadership qualities. Fellows apply their knowledge and skills to an endeavor in the fields of international peace and conflict management, and they assimilate the perspectives of these fields into their careers.

— **Peace Scholars** are outstanding students from recognized American university doctoral programs. Recipients must have completed all graduate work—exclusive of the doctoral dissertation—before beginning the fellowship. These students undertake dissertation research that shows promise to advance the state of existing knowledge or education about international peace and conflict management, especially through interdisciplinary or multidisciplinary

research, while also developing a strong intellectual base for their future careers as scholars or practitioners.

Selection of fellows is made annually by the Board of Directors. It follows an international competitive process that involves prior review and recommendations from panels of independent experts assembled by the Institute from among leading scholars and public figures.

By statute, the Jennings Randolph fellowship period cannot exceed 2 years. Most have been awarded for 1 year. Most Distinguished and Peace Fellows work in residence at the Institute, although a few pursue their fellowship projects at other locations. Peace Scholars largely work at their university locations or in various field research sites; they also may use the Institute's library resources.



*The Institute's Board of Directors appoints all fellows following a competitive process that includes review by panels of outside experts, who have included (left to right): Robert Jervis, Professor of International Relations, Columbia University; Judith Mello, President, I.H. Mello and Company; James Laue, Lynch Professor of Conflict Resolution, George Mason University; and Ambassador Carol Laise, former Director General, U.S. Foreign Service. Seated to the side of Professor Jervis and Ms. Mello is Gregory McCarthy, staff rapporteur.*

### Results

In its first 3 years of operation, the Jennings Randolph Program has appointed 51 fellows and scholars: 14 Distinguished Fellows, 15 Peace Fellows, and 22 Peace Scholars. Fellows have included former ambassadors and foreign ministers, scholars, educators, media producers, and theologians. More than half have been American; others have come from nations as diverse as Pakistan, Uganda, Israel, Czechoslovakia, and the Netherlands. The topical and geographical areas of fellows' interests have been equally varied.

Fellows have chosen to present their findings in varied formats, ranging from all types of published materials to professional video presentations, conflict-resolution workshops, and public conferences.

The investment the Institute makes in each fellow thus yields results in two main ways. One is through the books, journal and news articles, reports, and other written products a fellow produces out of his or her individual fellowship project. Much of this work has been published outside the Institute for laymen, as well as for pro-

fessional and academic readerships; and some works will be published by the Institute itself. The other way fellows have an impact is more personal, as they speak about their work before local groups, appear in the media, meet with policymakers, and participate in professional meetings.

The number of applicants increased by 40 percent between the two most recent annual competitions, from 124 in fiscal year 1988 to 173 in fiscal year 1989. The pool of applicants is also increasingly diverse, now including persons from 39 States and 32 foreign countries. Twenty-six percent of applications are from foreign countries. Applicants have come from 111 institutions of higher learning.

Jennings Randolph Fellowship Program — Number of Fellowship Awards

| Award | FY 1987 | FY 1988 | FY 1989 |
| --- | --- | --- | --- |
| Distinguished Fellows | 8 | 3 | 3 |
| Peace Fellows | 0 | 8 | 7 |
| Peace Scholars | 0 | 10 | 12 |
| Total | 8 | 21 | 22 |

## Research and Studies Program

Established in 1988, the Institute's Research and Studies Program is designed to complement the grant and fellowship programs. It does not rely primarily on in-house experts. Rather, with assistance from consultants and contract researchers, the program staff designs and directs projects in four formats—working-group projects, studies, study groups, and public workshops:

— **Working-Group Projects** run for 1 year or longer and proceed through four or more public sessions that involve a core group of expert participants who discuss and critique papers distributed in advance.

**Studies** are similar to working groups, but with a changing list of participants.

— **Study Groups** run for 4 to 6 months and involve a mixed core group of scholars and diplomat practitioners. They meet in a series of intense, half-day discussions around a detailed agenda to examine possible future conflict situations.

— **Public Workshops** are 3-hour monthly group discussions of a discrete topic of current concern.

Each project brings together experts with the widest possible range of views, to produce from their debate genuinely new insights into achieving wider international peace. The results include working papers and published reports; public discussions of selected issues; and the publication of papers, articles, monographs, and books to assist scholars, educators, journalists, Congress, policymakers, and citizens' groups in better understanding the complicated nature of the peacemaker's task.

52

During 1988 and 1989, the pace of Research and Studies activities rapidly accelerated. Four conference sessions of the Working Group on Low-Intensity Conflicts were held. The Institute's major project, "Approaches to Peace: An Intellectual Map," neared completion. A conference was held that considered the major strands of thinking about the roads to peace, including collective security and deterrence, diplomacy and negotiation, arms control, international law and organizations, third-party dispute resolution, "track two" diplomacy, and other conflict-resolution techniques. A volume of essays is being edited for publication in 1990. A projected periodic report on the State of World Peace moved from the design to the implementation phase as the first pilot section of the volume was completed. And, as this report was being written in late 1989, three major new projects were getting underway:

Study Group on Future Prospects for Peace and Conflict in Eastern Europe;

Working Group on Peace and Deterrence, and

Working Group on Religion, Ideology, and Peace.

More than 400 scholars, public officials, and other foreign affairs professionals from all parts of the country have already participated in Institute Research and Studies projects.

Meanwhile, nine monthly public workshops were organized on topics such as pacifism and citizenship, the feasibility of negotiating treaties to prohibit chemical and biological weapons, and the impact of morality on foreign policymaking. These workshops took place in Atlanta, Georgia; Palo Alto, California; Austin, Texas; and San Francisco, California, as well as in Washington, D.C., at the Institute's headquarters. From the lively debates at these public workshops, the Research and Studies program staff extract material for publication in the Institute's new occasional papers series or *In Briefs*.

This workshop series has developed a growing list of more than 1,300 invitees, including opinionmakers from across the country.



*A public workshop on the subject of "Morality and Foreign Policy" was convened on May 9, 1989, at the Carter Center of Emory University by the Institute and the Carter Center. Panelists were: Theodore Weber, Richard Joseph, Samuel Lewis, Dayle Powell, Kenneth Jensen, David Little, Francis Deng, and Patricia Deyian.*

# V

## MANAGEMENT AND FINANCE

From their first meeting in 1986, the Institute's Board and President have grappled with the problem of translating a unique congressional mandate into an organization adequately equipped to serve effectively such diverse audiences as the U.S. diplomatic and policymaking community, U.S. and international scholars and experts in peacemaking, and the American public.

That organizational construct was largely completed during fiscal years 1988 and 1989. It was erected with care, at a measured pace, and it reflects the need to insulate the Institute's independence from daily governmental policy processes or political partisanship. It now incorporates a lean administrative structure and a modest-size permanent staff. The White House's Office of Administration has provided invaluable technical support while the Institute's permanent management systems have been put in place.

That approach has reflected the pace and course of development mandated by Congress. As a result, the Institute is positioned today—after 3½ years of building and consolidation—to continue to grow to meet the broad mission that Congress has assigned it, if the necessary resources are made available.

### Planning and Budgeting

As an independent Federal entity, the Institute handles its annual budget requests differently from typical executive branch agencies. It provides the Office of Management and Budget (OMB) with full information to justify its budget requests; OMB then decides on amounts to include in the President's annual budget submission to Congress. However, shortly after the President submits the Federal budget, the Institute submits its own full budget request directly to Congress. Budget planning and execution are managed by the Institute's Executive Vice President.

The annual budget request presents a detailed operational plan for the current and upcoming fiscal year. During fiscal year 1989, the Board established a process for multiyear planning and setting of longer range goals, assigning responsibility for long-range planning to its Institutional Planning Committee, working closely with senior Institute staff.

Some basis already existed for longer range planning. The Institute has routinely projected its budgetary parameters 5 years ahead, as OMB requests of all Federal entities reported in the Budget of the

53

54

### Board Finance and Audit Committee

Because of the increasing complexity of the Institute's financial operations, which currently include five programs and more than 100 grants and 20 fellowship awards per year, the Board created a Finance and Audit Committee. The committee is charged with rendering advice and guidance to the Institute's President on all financial issues and provides a focus for the Board on such matters as reviewing the annual audit of the Institute by independent certified accountants, as required by law.

Chairman Moore appointed three members to the committee, choosing individuals with strong backgrounds in administration and law. The committee chairman is Dr. Dennis L. Bark, senior fellow of the Hoover Institute on War, Revolution and Peace. Other members include Elspeth Davies Rostow, Vice Chairman of the Board, who has served as dean of the Lyndon B. Johnson School of Public Affairs at the University of Texas at Austin; and Morris I. Leibman, a partner with the Chicago law firm of Sidley & Austin. Chairman Moore serves on the committee *ex officio*.



*Executive Vice President Charles E. Nelson (left), Elspeth Davies Rostow, President Samuel W. Lewis (standing), Committee Chairman Dennis L. Bark, Morris I. Leibman, and John Norton Moore.*

United States. But thus far these have been very rough projections, as is appropriate for a new institution. During 1989, the Institute decided to expand these 5-year projections into a fuller plan. The Board and senior staff met from April 21 through 23, 1989, to discuss each program in detail and long-range institutional planning in general. Sessions of the planning conference were also devoted to implications for the Institute of recent changes occurring in the Soviet Union and to a discussion of some promising approaches to peacemaking and conflict resolution identified by Institute programs to date.

At the meeting, the Board directed its Institutional Planning Committee and the Institute staff to analyze in detail Institute needs for fiscal years 1990 through 1994. The goal is to produce, during the first months of calendar year 1990, a 5-year plan with narrative descriptions of program activities.

One important concern in this planning process involves physical facilities. Early in the period covered by this report, the Institute occupied new leased space in a small office building in Washington, D.C. Within the 5-year planning period, additional space will be needed to accommodate growth in staff, an expanded resident fellows program, more frequent public meetings and working group conferences, and the new space-intensive library program. In this context, the economic advantages of a long-term commitment to ownership of physical facilities appear significant. Space for future expansion is a key consideration if the Institute is to carry out the mandate of Congress in coming years.

### Appropriations and Operating Budgets

Congress has authorized $10,000,000 annually for the Institute for fiscal years 1988-91 and $15,000,000 for 1992 and for 1993. However, appropriations for fiscal years 1988 and 1989 were $4,308,000 and $7,000,000, respectively. The table below shows Institute authorizations and appropriations.

55

### Authorizations and Appropriations History (in $ thousands)

| Fiscal Year | Authorization | Appropriation (adjusted) |
| --- | --- | --- |
| 1985 | $ 6,000 | $4,000 |
| 1986 | 10,000 | — |
| 1987 | 6,000 | 625 |
| 1988 | 10,000 | 4,290 |
| 1989 | 10,000 | 6,916 |
| 1990 | 10,000 | 7,550 |
| 1991 | 10,000 | — |
| 1992 | 15,000 | — |
| 1993 | 15,000 | — |

The operating budgets were $5,467,000 for fiscal year 1988 and $7,286,000 for fiscal year 1989, as shown in the table below.

### Operating Budgets (in $ thousands)

| Fiscal Year | Appropriation (initial) | Adjustments | Carryover and Interest | Operating Budget |
| --- | --- | --- | --- | --- |
| 1985 | $4,000 | — | — | |
| 1986 | — | $4,000 | $4,000 | |
| 1987 | 625 | 3,700 | 4,325 | |
| 1988 | 4,308 | (18)* | 1,177 | 5,467 |
| 1989 | 7,000 | (84)** | 370 | 7,286 |
| 1990 | 7,650 | (100)*** | 445**** | 7,995 |

*The fiscal year 1988 Labor-Health and Human Services-Education appropriations measure directed the Office of Management and Budget to reduce overall funds available for travel items. The Institute's share was $18,000. Public Law 100-202, section 512.

**The fiscal year 1989 Labor-Health and Human Services-Education appropriations measure directed an across-the-board cut of 1.2 percent, reducing the Institute's available funding by $84,000. Public Law 100-436, section 517.

***Funds were reduced by an across-the-board cut of $100,000 under the Gramm-Rudman-Hollings mechanism.

****Estimated.

### Payment Mechanisms

The Institute currently makes use of two accounts to pay for operations and has access to a third account. All accounts are audited annually by independent certified public accountants. Appropriated funds are maintained in a Department of the Treasury account. The Institute uses this account to pay salaries of personnel

and most program expenses other than grants and fellowships. In addition, the Treasury Department maintains for the Institute a Trust Account, which has been inactive, but was used for certain administrative purposes before fiscal year 1989. Under an administrative service agreement, the Office of Administration of the Executive Office of the President administers these accounts for the Institute. (This service agreement will terminate at the end of fiscal year 1990.)

The other accounting mechanism for program expenditures is the nonprofit tax-exempt Endowment of the United States Institute of Peace, whose creation is authorized under section 1704(c) of the enabling legislation. The Institute transfers Treasury funds to the Endowment, where they are invested in short-term Treasury obligations and interest-bearing checking accounts until needed for program expenditure. The Institute uses Endowment funds, including the interest earnings, largely to pay for grants, fellowships, and office rent. In fiscal year 1988, the Endowment earned $122,000 in interest and in fiscal year 1989, $301,000.

**Selecting the Institute's President**

The President of the Institute wears several hats: leader of a research, education, and information service organization; translator of current affairs into practical program activities; host to distinguished senior diplomats who visit the Institute as guests or accept fellowships; and educator of members of the next generation of peace scholars and practitioners. In Samuel W. Lewis, the Board found a man whose experience and interests fit this complicated job.

Ambassador Lewis brings to the Institute an unusual depth of experience with the real world of diplomacy — a world in which he spent 31 years as a career diplomat. He speaks about foreign affairs with firsthand familiarity as former U.S. Ambassador to Israel and Assistant Secretary of State for International Organizations.

Ambassador Lewis describes one goal of the Institute as taking the "nuggets of knowledge" of scholars and putting them in "digestible form" for policymakers, negotiators, and diplomats.

## Strengthening Administration and Management

After an extensive, nationwide search, which lasted through much of fiscal year 1987, the Board appointed the Institute's second President, retired U.S. Ambassador Samuel W. Lewis. He took office on November 1, 1987. His appointment was followed by the appointment of Charles E. Nelson as Executive Vice President, and began a 2-year period of controlled staff expansion and installation of additional budgetary and management mechanisms. Permanent staff positions have increased from 12 at the end of fiscal year 1987 to 34 at the close of fiscal year 1989.

Development of new management and personnel systems was planned with long-range considerations in mind. For example, the Institute has installed:

— the Fundware accounting system to manage the financial operations of the Endowment, a system that closely parallels the Federal Government's accounting system; and

— more structured systems for recruiting and appraising the performance of all employees.

In light of new legislation that prohibited the Institute, along with many other independent Federal organizations, from extending Federal benefits to new employees, the Institute has obtained group benefit plans (health, life insurance, and retirement) from private carriers.

During fiscal years 1988 and 1989, Institute programs and operations became substantially more complex. The Institute entered the reporting period with a solid administrative base and two active programs: grants and fellowships. As the reporting period closed with the advent of fiscal year 1990, the Institute was operating five interrelated programs: Grants, Fellowships, Research and Studies, Education and Training, and Library Services as well as related public

information and publication activities. These programs are at varying degrees of development, depending in part on the program's age. Each is directed by a senior professional official, and each, with its own identity and program character, addresses different aspects of the overall mandate drafted by Congress.



*The Institute's senior staff, seated (left to right): Bernice Carney, Charles E. Nelson, Samuel W. Lewis, and Patricia Bandy. Standing (left to right): Geraldine Jones, Gregory McCarthy, Kenneth Jensen, John Richardson, Michael Lund, and Charles D. Smith. Not pictured: Hrach Gregorian, David Little, and Joanne Bolden.*

# VI

THE INSTITUTE'S CHALLENGE IN THE 1990s

The dramatic events that have occurred during the 2-year period of this report have not played out, and the outcome of sweeping change in Central and Eastern Europe, in particular, is impossible to foretell. How people in those countries and elsewhere will reform or reestablish their governments, whether some nations will move toward democratic forms of government and others toward new forms of repression, remains to be seen. A new international security system may emerge during the 1990s. The range of possible outcomes seems to be broader than it has been since the late 1940s.

Among the questions that seem likely to make up the peacemakers' agenda for the early 1990s are:

How will the Soviet Union's relationship with the Baltic nations and other nationalities within its territory evolve? What is the future of Yugoslavia and of national minorities in it and in other Balkan nations?

What will be the outcome of the accelerating drive for German reunification, and what will be the effects of that drive on Western and Eastern Europe?

What enhanced role can the United Nations, regional organizations such as the Organization of American States, and other multilateral bodies play in efforts to resolve international conflicts in the Third World?

What could be the impact of more U.S.-U.S.S.R. cooperation on the many ethnic and regional disputes in various parts of the world?

To what extent will dramatic moves toward pluralism and democracy in Central and Eastern Europe stimulate similar trends in other regions, such as the Middle East?

How will the countries of Latin America respond to the increasing threats to long-term peace and stability in their region arising from the debt crisis, drug trafficking, insurgencies, and terrorism, and a general crisis of authority?

How can nations involved in regional conflicts where violence has been halted or substantially reduced (e.g., Afghanistan, the Persian Gulf countries, Nicaragua, and Angola) move toward more permanent resolution of the basic conflicts?

60

What will the impact be of the increasing number of Third World nations that produce or obtain advanced weapons such as ballistic missiles and chemical or nuclear weapons?

Better research and analysis can do much to assist policymakers and others who must deal with such questions. As an independent, nonpartisan, Federal institution, the United States Institute of Peace can and should play a significant role in helping the Government and the American people address these and other crucial issues of the new decade. The Institute is now well-equipped to play such a role, provided that adequate financial resources are made available to realize its potential.



*The Institute's Board meets on average every six weeks for one to two days. Meeting in public session on the morning of September 7, 1989 were Board members (counterclockwise, right to left): W. Bruce Weinrod, Vice Admiral John Baldwin, Allen Weinstein, William R. Kintner, Elspeth Davies Rostow, John Norton Moore, Samuel W. Lewis, Richard Schifter, The Reverend Sidney Lovett, Ronald F. Lehman II, and Dennis L. Bark (partially obscured). At the table, with backs to camera, are staff members Gregory McCarthy and Charles E. Nelson.*

# Appendix A

UNITED STATES INSTITUTE OF PEACE
BOARD OF DIRECTORS

The United States Institute of Peace Act vests the powers of the Corporation in a 15-member Board of Directors. Eleven members are drawn from outside Federal service and are appointed by the President, with the advice and consent of the Senate. They may serve no more than two successive 4-year terms. Four members of the Board serve *ex officio*. They are the Secretaries of State and Defense and the Director of the Arms Control and Disarmament Agency (these officers may designate another person from their Department or Agency who has been appointed with the advice and consent of the Senate), and the President of the National Defense University or, if he so designates, the Vice President. The President of the United States Institute of Peace is a nonvoting member of the Board. No more than 8 of the 15 voting members of the Board may be of the same political party. In addition to its statutory composition, the Board, at its first meeting, appointed a Senior Advisor to serve in a nonvoting capacity.

## CHAIRMAN

**John Norton Moore** was appointed by President Reagan to be the first Chairman of the Board of Directors. In October 1988 he was elected by the Board to a second 3-year term as Chairman. Professor Moore is the Walter L. Brown Professor of Law and director of the graduate program at the University of Virginia. He was Counselor on International Law to the Department of State; U.S. Ambassador to the Third United Nations Conference on the Law of the Sea; Deputy Special Representative of the President to the Law of the Sea Conference; Chairman of the National Security Council Interagency Task Force on the Law of the Sea; Special Counsel for the United States in two cases before the International Court of Justice; and Consultant to the U.S. Arms Control and Disarmament Agency. He was also a member of the National Advisory Committee on Oceans and Atmosphere; a member of the U.S. Delegation to the Conference on

Security and Cooperation in Europe; chairman of the American Bar Association's Standing Committee on Law and National Security; co-chairman of the University of Virginia Council on Legal Education Opportunity program; a member of the board of editors of the *American Journal of International Law*; and a Fellow of the Woodrow Wilson International Center for Scholars. He is currently a member of the Council on Foreign Relations and the American Law Institute and is the author and editor of many books on international conflict management, including *Law and Civil War in the Modern World*, *The Arab-Israeli Conflict* (4 vols.), and the prize-winning *Law and the Indo-China War*.

## VICE CHAIRMAN

**Elspeth Davies Rostow** was elected Vice Chairman of the Board of Directors in January 1989. She is Stiles Professor of American Studies, Emerita, and professor of government at the Lyndon B. Johnson School of Public Affairs, the University of Texas at Austin. Professor Rostow is a graduate of Barnard College and received advanced degrees from Radcliffe College and Cambridge University. The former dean of the Lyndon B. Johnson School, Professor Rostow has concentrated her teaching and research on American studies and U.S. foreign policy. She has lectured widely in the United States and abroad and is the author of three books and many articles. She also serves on the board of directors of the Salzburg Seminar and the National Academy of Public Administration.

## MEMBERS

**Dennis L. Bark** is Senior Fellow of the Hoover Institution on War, Revolution and Peace at Stanford University. Dr. Bark received his undergraduate training at Stanford and his doctorate in modern European history and political science *summa cum laude* from the Free University of Berlin. Recipient of a number of fellowships, he has been a member of the President's

Commission on White House Fellowships and chairman of the U.S. Coast Guard Academy Advisory Committee. Dr. Bark is the author or editor of several books, including *Agreement on Berlin: A Study of the 1970-72 Quadripartite Negotiations; To Promote Peace: U.S. Foreign Policy in the 1980s; Thinking About America: The United States in the 1980s;* and *Thinking About America: The United States in the 1990s.* In addition, Dr. Bark is coauthor with David R. Gress of *A History of West Germany*: vol. 1, *From Shadow to Substance, 1945-1963,* and vol. 2, *Democracy and Its Discontents, 1963-1988.*

**William R. Kintner** was U.S. Ambassador to Thailand between 1973 and 1975. A graduate of the U.S. Military Academy at West Point, Ambassador Kintner went on to receive his doctorate from Georgetown University. Following a distinguished Army career, which included service in the Normandy landing and the Korean conflict (for which he received the Legion of Merit with oak leaf cluster and the Bronze Star with oak leaf cluster), in 1961 Dr. Kintner became professor of political science at the University of Pennsylvania, and he was later president and director of the Foreign Policy Research Institute. Ambassador Kintner has also been editor of the quarterly journal *Orbis,* a Fellow of the Hudson Institute, a member of the Board of Foreign Scholarships, a member of the Council on Foreign Relations, and a member of the board of Freedom House. He is the author or co-author of numerous books, including *The Front Is Everywhere; Peace and the Strategic Conflict; Protracted Conflict; Building the Atlantic World; The New Frontier of War;* and *Soviet Global Strategy.*

**Evron M. Kirkpatrick** is president of the Helen Dwight Reid Educational Foundation. He was president of the American Peace Society and editor and chairman of the editorial board of *World Affairs;* he also served for more than 25 years as executive director of the American Political Science Association. Dr. Kirkpatrick received his doctorate from Yale University and, immediately following World War II, held several research positions with the Department of State. He was chairman of the Social Science Division of the University of Minnesota, where he became a mentor to the late Hubert H. Humphrey, a long-time advocate of a national peace institution. Dr. Kirkpatrick taught at Howard University for 4 years and was a member of the faculty of Georgetown University from 1959 to 1984. He is a former member of the National Arbitration Association and of its board of arbitrators and has served on the council and the executive committee of the International Political Science Association. He is the author of many books and articles about American government and international affairs.

**Morris I. Leibman, Esq.,** is a partner in the law firm of Sidley & Austin in Chicago. In 1981 he was awarded the Presidential Medal of Freedom. He received undergraduate and J.D. degrees from the University of Chicago. For many years, Mr. Leibman was chairman of the American Bar Association's Standing Committee on Law and National Security. He was a founder of the Center for Strategic and International Studies and now serves on its executive board. Mr. Leibman was also a founder of the National Strategy Forum and is now its chairman. He was the 1986 recipient of the Fellows of the American Bar Association's Annual Fifty-Year Award.

**Sidney Lovett,** a retired United Church of Christ minister, received his undergraduate education at Yale University and his Master of Divinity degree from Union Theological Seminary. He was senior minister of the First Church of Christ Congregational in West Hartford, Connecticut, from 1976 to 1986, and later served as interim pastor of Rock Spring Congregational Church (United Church of Christ) in Arlington, Virginia, where previously he had been Senior Pastor. Before that he served as the conference minister, Central Atlantic Conference (United Church of Christ). The Reverend Mr. Lovett has been on the board of directors of many human services agencies and theological schools, including service as the director and president of the Alban Institute in Washington, D.C.

**Richard John Neuhaus** is the director of the Institute on Religion and Public Life in New York. Previously, he was director of the Center on Religion and Society, also in New York. A Lutheran clergyman, he was senior pastor of a black and Hispanic parish in Brooklyn, New York, for 17 years, and held leadership positions in numerous organizations concerned with civil rights, peace, international justice, and religious ecumenism. For 8 years he was senior editor of *Worldview,* and he has been editor of *The Religion and Society Report* and editor-in-chief of *This World: A Journal of Religion and Public Life.* Currently, he is the editor-in-chief of *First Things: The Monthly Journal of Religion and Public Life.* Pastor Neuhaus is the author of 10 books, including *The Naked Public Square: Religion and Democracy in America; Movement and Revolution; To Empower People;* and *The Catholic Moment.*

**W. Scott Thompson** is professor of international politics at the Fletcher School of Law and Diplomacy at Tufts University. A Rhodes scholar and a graduate of Stanford and Oxford Universities, Dr. Thompson has been a White House Fellow, an Assistant to the Secretary of Defense, and an Associate Director of the U.S. Information Agency. He is the author or editor of

many books and articles on foreign policy; a founding member of the board of the Committee on the Present Danger; and a member of the Council on Foreign Relations and the International Institute for Strategic Studies. He also serves on the board of the Institute for Strategic Trade.

**W. Bruce Weinrod,** a member of the Institute's Board from its first meeting in February 1986, will be leaving the Board in December 1989 to accept appointment to full-time federal service as Deputy Assistant Secretary of Defense for European and NATO Policy. Mr. Weinrod holds a J.D. degree from Georgetown University School of Law and a M.A. degree in international affairs from the University of Pennsylvania, where he worked at the Foreign Policy Research Institute. He was director of foreign policy and defense studies at the Heritage Foundation; legislative director to Senator John Heinz; and manager of international corporate affairs for the Chase Manhattan Bank. He was also on the White House staff; has written extensively on U.S. foreign and defense policy issues; and is a U.S. Army veteran. Further, he was a public member of the U.S. Delegation to the 1986-1988 Vienna Helsinki Agreement Follow-up Talks on the Helsinki Accords; is president of the International Affairs Council; is a member of the International Institute for Strategic Studies and the Council on Foreign Relations; and serves as a board member of the Foreign Student Service Council■

**Allen Weinstein** was awarded the United Nations Peace Medal in 1986 for his work in promoting a peaceful political transition in the Philippines and peaceful resolution of the conflict in El Salvador. He is University Professor and professor of history at Boston University and president of the Center for Democracy in Washington, D.C. He was a University Professor at Georgetown University, president of the Center for the Study of Democratic Institutions, and a member of the editorial board of *The Washington Post,* as well as editor of *The Washington Quarterly* and *The Center Magazine.* He also served as acting president of the National Endowment for Democracy. A prize-winning historian, Professor Weinstein is the author of many books, including *Freedom and Crisis: An American History; Perjury: The Hiss-Chambers Case;* and *Between the Wars: American Foreign Policy from Versailles to Pearl Harbor.*

## EX OFFICIO MEMBERS [*]

### DEPARTMENT OF STATE

In June 1986 Secretary of State George Shultz designated **Richard Schifter,** Assistant Secretary of State for

Human Rights and Humanitarian Affairs, to serve on the Institute's Board. Ambassador Schifter has served as U.S. member of the United Nations Human Rights Commission and as Deputy U.S. Representative to the Security Council with the rank of Ambassador. He graduated *summa cum laude* from the College of the City of New York and received his LL.B. degree from Yale Law School. From 1951 until his entry into full-time Government service, Ambassador Schifter practiced law in Washington, D.C. He was active for many years in the civic and educational affairs of his home State of Maryland, serving on a number of boards and commissions, including positions as vice president and president of the Maryland State Board of Education, chairman of the Governor's Commission for the Funding of the Education of Handicapped Children, and chairman of the Maryland Values in Education Commission.

### DEPARTMENT OF DEFENSE

**Stephen J. Hadley** is Assistant Secretary of Defense for International Security Policy and was a senior staff member on the Department of Defense transition team for the Bush administration. He was designated to serve on the Institute's Board by Secretary of Defense Richard Cheney in August 1989. Mr. Hadley earned his J.D. degree in 1972 from Yale Law School and, in his final year, he received the Israel Perez Prize for his submission to the Yale Law Journal. He earned his A.B. degree *magna cum laude* from Cornell University and was a member of Phi Beta Kappa. From 1986 to 1987, Mr. Hadley worked for the Tower Commission, investigating U.S. arms sales to Iran. Previously, he served as a consultant to the Senate Foreign Relations Committee in connection with the hearings on the proposed Salt II Treaty. From 1977 through January 1989, Mr. Hadley practiced law with the firm of Shea & Gardner in Washington, D.C., the last 6 years as a partner. He has served on various other Government posts in the national security field, including the staff of the National Security Council.

### ARMS CONTROL AND DISARMAMENT AGENCY

**Ronald F. Lehman II** was sworn in as Director of the U.S. Arms Control and Disarmament Agency (ACDA) on May 2, 1989. Before that appointment, he was Assistant Secretary of Defense for International Security Policy and an *ex officio* member of the Institute's Board from March 1988 to May 1989. Ambassador Lehman received his undergraduate degree from Claremont Men's College and his doctorate from Claremont Graduate School. He was chief U.S. negotiator for

strategic nuclear arms at the arms control talks in Geneva; was on the staff of the Senate Armed Services Committee; was Deputy Assistant to the President for National Security Affairs; and was Senior Director for Arms Control and Defense Programs on the staff of the National Security Council.

## NATIONAL DEFENSE UNIVERSITY

**John A. Baldwin, Jr.**, joined the Institute's Board when he became President of the National Defense University on September 1, 1989. He graduated from the U.S. Naval Academy and was commissioned in June 1955. He has served at sea as commanding officer of ships in both the Atlantic and Pacific Fleets and also commanded a destroyer squadron and a carrier battle group. Vice Admiral Baldwin served as Executive Assistant to the Secretary of the Navy, Military Assistant to the Deputy Secretary of Defense, and President of the Naval War College. His decorations include the Defense Distinguished Service Medal, the Legion of Merit with two Gold Stars, the Bronze Star with Combat "V," the Meritorious Service Medal, and the Vietnamese Honor Medal First Class.

Other *ex officio* members who served during the period covered by this report.

**Kenneth L. Adelman** served on the Institute's Board from its initial meeting in February 1986 until the end of 1987, when he left the directorship of the Arms Control and Disarmament Agency. He was previously Deputy United States Permanent Representative to the United Nations (with the rank of Ambassador Extraordinary and Plenipotentiary) and Head of the U.S. delegation to the Second Special United Nations Session on Disarmament. He also held positions at the Agency for International Development, the Office of Economic Opportunity, and other Federal Government agencies. Ambassador Adelman received his Ph.D. degree in political theory from Georgetown University and taught African studies at The Catholic University of America.

**William F. Burns** served on the Institute's Board in his capacity as Director of the U.S. Arms Control and Disarmament Agency from April 1988 to March 1989. He came to the Agency after retiring from the U.S. Army as a Major General after 34 years of service, including duties in a variety of command and staff positions. From the inception of the Intermediate-Range Nuclear Forces Negotiations in Geneva, Switzerland, in 1981 until November 1986, General Burns represented the Joint Chiefs of Staff on the U.S. Delegation. Pre-

viously, he was Principal Deputy Assistant Secretary of State in the Bureau of Politico-Military Affairs, Department of State, and in 1984 was deputy commandant of the U.S. Army War College. His awards and decorations include the Defense Distinguished Service Medal, the Distinguished Service Medal, the Legion of Merit, and the German Gold Cross of Merit.

**Frank C. Carlucci** was a member of the Institute's Board in his capacity as Secretary of Defense. In his 26 years of Government service, he held a number of senior positions in the Departments of State, Defense, and Health, Education, and Welfare; the National Security Council; the Central Intelligence Agency; the Office of Management and Budget; and the Office of Economic Opportunity. His undergraduate degree is from Princeton University.

**Richard B. Cheney** was confirmed by the U.S. Senate as Secretary of Defense on March 17, 1989, and became a member of the Institute's Board pursuant to the appointment provisions of the United States Institute of Peace Act. Mr. Cheney was on the transition team of Gerald Ford, for whom he was later Assistant to the President and White House Chief of Staff. In May 1977, Mr. Cheney was elected to Congress from Wyoming for the first time. He was reelected consecutively five more times, and served as Chairman of the House Republican Policy Committee and Chairman of the House Republican Conference. In December 1988, Mr. Cheney was unanimously elected House Republican Whip for the 101st Congress.

**Bradley C. Hosmer** was President of the National Defense University and a member of the Institute's Board from September 18, 1986, until relinquishing command in September 1989 to the current President. Lieutenant General Hosmer is a graduate of the U.S. Air Force Academy and as a Rhodes scholar earned his M.A. degree in international relations from Oxford University. A graduate of the Naval War College and of National Defense University, he is a command pilot with over 4,000 flying hours as a pilot and navigator, including more than 160 combat missions in Vietnam. His operational experience includes command of tactical training and fighter wings and the 831st Air Division at George Air Force Base. His staff assignments have included Executive to the Chief of Staff, U.S. Air Force; Deputy Chief of Staff (Plans), Headquarters Pacific Air Forces; and Vice Director of the Joint Staff, Organization of the Joint Chiefs of Staff. Among General Hosmer's military decorations are the Defense Superior Service Medal, the Legion of Merit with Oak Leaf Cluster, and the Distinguished Flying Cross. He is a member of the Council on Foreign Relations.

**Caspar W. Weinberger** served on the Institute's Board in his capacity as Secretary of Defense. Mr. Weinberger's Federal Government service includes positions as Deputy Director and Director of the Office of Management and Budget, Chairman of the Federal Trade Commission, and Counselor to the President (1973). He is a graduate of Harvard University and Harvard Law School, has practiced law in California, and was a member of the California legislature.

## SENIOR ADVISOR[*]

The first formal decision by the Institute's Board of Directors was to invite **Jennings Randolph** to be the Board's Senior Advisor. For four decades, Senator Randolph represented West Virginia in the U.S. Congress. First elected to the House of Representatives in 1932, he served there until 1947. He was elected to the Senate in 1958 and retired in 1985; his most recent committee memberships included the Environment and Public Works, Labor and Human Resources, and Veterans' Affairs Committees. Whether in or out of public office, Senator Randolph has been a vigorous proponent of a national institution dedicated to enhancing knowledge and skills in the management of international conflict and the search for peace among nations. In recognition of his vision and unflagging energy, his colleagues in the Congress authorized the Board to establish fellowships under the auspices of a Jennings Randolph Program for International Peace.

---

*When the office of the Secretary of Defense or of the Director of the Arms Control and Disarmament Agency was vacant and the Department or Agency had no designated officer on the Institute's Board, the Acting Secretary or Director became, by statute, a Board member; the biographies of such members are not included here.

# Appendix B

UNITED STATES INSTITUTE OF PEACE
OFFICERS AND SENIOR STAFF BIOGRAPHIES

## OFFICERS

**Samuel W. Lewis** became President of the Institute on November 1, 1987, and, as President, is a nonvoting member of the Institute's Board of Directors. After 31 years as a Foreign Service Officer, Ambassador Lewis retired from the State Department in 1985. First appointed by President Carter and then reaffirmed by President Reagan, he was U. S. Ambassador to Israel for 8 years. He was a prominent actor in Arab-Israeli negotiations, including the Camp David Conference, the Egyptian-Israeli Peace Treaty, and U.S. efforts to bring the Israeli invasion of Lebanon to a peaceful conclusion. Previously, he served as Assistant Secretary of State for International Organization Affairs, Deputy Director of the Policy Planning Staff, senior staff member on the National Security Council, member of the U.S. Agency for International Development mission to Brazil, and Special Assistant to the Under Secretary of State; he also had lengthy assignments in Brazil, Italy, and Afghanistan. Before coming to the Institute, Ambassador Lewis was diplomat-in-residence at The Johns Hopkins Foreign Policy Institute and a guest scholar at the Brookings Institution. He is a graduate of Yale University (*magna cum laude*), earned his M.A. degree in international relations from The Johns Hopkins University, and for a year was a Visiting Fellow at Princeton University.

**Charles E. Nelson** is the Institute's Executive Vice President. He previously served as vice president of an American export trading company conducting business with Latin America. Previously, he was an executive in The RAND Corporation's housing and civil justice programs. He has also worked as a senior staff member in the U.S. Agency for International Development and in a private consulting firm as a lawyer, manager, and administrator on economic and social development programs in the Middle East, Africa, and Latin America. Mr. Nelson holds an A.B. degree (*magna cum laude*) from Harvard University and an LL.B. from Harvard Law School and has completed graduate courses at The London School of Economics and the National War College.

**Charles Duryea Smith** is the Institute's General Counsel. He was a special assistant to Senator Spark Matsunaga (Chairman of the Commission on Proposals for the National Academy for Peace and Conflict Resolution) and drafted both the final report and the legislation that eventually became the United States Institute of Peace Act. He served on the staffs of Federal commissions reporting on the internment of citizens during World War II and U.S. immigration and refugee policy; is a former Peace Corps volunteer; and has worked in the fields of criminal, constitutional, and immigration law. Mr. Smith edited *The Hundred Percent Challenge: Building a National Institute of Peace* and is coauthor of *Right to Counsel in Criminal Cases: The Mandate of Argersinger v. Hamlin*. He holds an A.B. degree from Oberlin College, M.A. degree in English literature from Washington University (St. Louis), and J.D. degree from Boston University School of Law; he has also done postgraduate work at Harvard Law School.

**Kenneth M. Jensen** is Director of the Institute's Research and Studies Program; he was also the first Director of the Institute's Grants Program. His doctoral research and subsequent scholarship have focused on Russian Marxist social and political thought. He is the author of *Beyond Marx and Mach* and many articles, papers, and reviews in the Russian and Soviet fields; is consulting editor of *Studies in Soviet Thought*; and is editor (with Fred E. Baumann) of three recently published books on American policy issues: *American Defense Policy and Liberal Democracy; Crime and Punishment: Issues in Criminal Justice;* and *Religion and Politics.* Dr. Jensen holds degrees in history, Russian, and Soviet studies from the University of Colorado, University of Wisconsin, and Moscow State University, U.S.S.R.

68

69

## SENIOR STAFF

**Patricia M. Bandy**, Director of Publications and Marketing, has 20 years' experience in journalism and publishing. Before coming to the Institute, Ms. Bandy worked at the Close Up Foundation, where she established its publication and book/video marketing department, which received several awards and honors. She has also worked in publishing with several institutions, including the American National Red Cross; has managed the publications component for a multimillion-dollar National Institutes of Health education and clearinghouse program; and has been a consultant in publishing management for nonprofit institutions. She has researched, written, and produced material in a variety of formats. She holds a B.A. degree in English and M.A. degree in journalism and public relations from the University of Oklahoma.

**Jeanne L. Bohlen** became the Director of the Jeannette Rankin Library program in November 1989; she came to the Institute from Independent Sector, where she was vice president, membership. As associate director there, she had established its library/information center. She founded and was the director of the Foundation Center—Cleveland; served as head librarian, reference supervisor, and reference librarian in public libraries; taught library science; worked in publishing as a book editor; and has served as a consultant on the development of special libraries and in philanthropy. She received an A.B. degree from Oberlin College and M.S. degree in Library Science from Rutgers University.

**Bernice J. Carney** is the Institute's Director of Administration. She brings to her position more than 25 years of experience with agencies of the Federal Government; for 16 years, Ms. Carney served on the staff of the President's Council on Environmental Quality, where her last position was Chief Administrative Officer.

**Hrach Gregorian** is Director of the Grant Program. He was on the staff of the National Endowment for the Humanities, where he conducted special research projects in the Division of State Programs; served as a program officer in the Office of the Bicentennial of the U.S. Constitution; and was coordinator of the Endowment's special initiative on the Foundations of American Society. As a faculty member at Simmons College in Boston, Dr. Gregorian was assistant professor and acting chairman of the Political Science Department. His principal areas of academic and professional interest are international relations, political philosophy and American political institutions and thought. He received a B.A. degree from Boston University and his M.A. and Ph.D. degrees from Brandeis University. Dr. Gregorian is a consulting editor of the quarterly journal *Ararat* and has published articles in several journals and college textbooks.

**Geraldine U. Jones** was Director of the Jeannette Rankin Library program from its inception through September 1989. Previously, she was president of INFAX Corporation, a library consulting firm, where she developed several publications and data bases on patent law and handbooks on various state governments. She was a consultant to many nonprofit associations on the development of information centers and internal data bases, and she worked for the Federal Government in the area of health information clearinghouses. Her professional experience includes positions with the Montgomery County (Maryland) government as a librarian and as coordinator of intergovernmental programs. Ms. Jones is a graduate of Case Western Reserve University and earned her M.S. Degree in library science from The Catholic University of America.

**David Little** is a Senior Scholar concentrating on questions of religion and human rights. In this capacity, he directs the Institute's working group on Religion, Ideology, and Peace. Dr. Little is also professor of religious studies at the University of Virginia. For additional information, see Appendix C, where Dr. Little's biographical sketch appears.

**Michael S. Lund** is Director of the Jennings Randolph Fellowship Program. He is a former Peace Corps volunteer, professor of government and public policy, and public policy analyst at the Urban Institute as well as at several Federal agencies. His teaching, research, and publications have focused on political development, especially in Western Europe and Africa; public policymaking and administration in the United States and elsewhere; the evaluation of public policy performance; and the relationship between research and the policy process. He is coeditor of *The Reagan Presidency and the Governing of America* and *Beyond Privatization: The Tools of Government Action*. He holds a B.A degree in philosophy from Augustana College, a B.D. degree from Yale Divinity School, and M.A. and Ph.D. degrees in political science from the University of Chicago.

**Gregory M. McCarthy** is Director of Public Affairs and Special Assistant to the President. Before joining the Institute, he was on the staff of the National Council on U.S.-Arab Relations, where he created and directed programs involving grants, teacher training, and a variety of grassroots educational activities. He also managed two academic scholarship programs for high school students and college faculty in five Middle Eastern countries. Mr. McCarthy holds a B.S. degree in international economics from Georgetown University.

**John Richardson** is Counselor to the President and Director of the Education and Training Program. His career in international exchange, education, and communication has spanned three decades, and his service includes 8 years as president of Youth for Understanding, for which he was decorated by the Governments of Japan and the Federal Republic of Germany. He has been Assistant Secretary of State for Educational and Cultural Affairs and President of Radio Free Europe, spending more than 7 years in each position. Other related positions include executive director for social policy at the Center for Strategic and International Studies, Georgetown University; chairman of the board of the National Endowment for Democracy; and board memberships in a variety of other organizations. Mr. Richardson received his undergraduate and law degrees from Harvard University.

# Appendix C

## DISTINGUISHED FELLOWS

**John Burton (1988-89)** is widely recognized as a leader in the development of the field of conflict resolution. His career began in the 1940s with the Australian Government, including appointments as Permanent Head, External Affairs Office, and High Commissioner to Ceylon. Dr. Burton's research and teaching experience includes appointments at the Australian National University in Canberra, the University of London, the University of Kent, the University of Maryland, and, most recently, George Mason University, where he was Distinguished Visiting Professor and Senior Fellow at the Center for Conflict Analysis and Resolution. He has contributed to numerous journals and edited works and is the author of more than 15 books, including *Peace Theory* (1962), *International Relations: A General Theory* (1965); *Systems, States, Diplomacy and Rules* (1968), *Conflict and Communication* (1969); *World Society* (1972); *Global Conflict* (1983); *Resolving Deep-Rooted Conflict* (1986); and *Procedures of Facilitated International Conflict Resolution* (1987). Dr. Burton received his Ph.D. degree in economics and his D.Sc. degree in international relations from the University of London. During his fellowship he completed a four-volume series summarizing the conceptual development and methods of the field of conflict resolution.

**Chester Crocker (1989-90)** was Assistant Secretary of State for African Affairs from 1981 to 1989. In addition to managing U.S. relations with all sub-Saharan African countries, he was the principal mediator in the negotiations among Angola, Cuba, and South Africa that led to the Angola-Namibia settlement in 1988. Dr. Crocker also has been associate professor of international relations at the School of Foreign Service, Georgetown University (1972-81) and a staff officer of the National Security Council (1970-72), and he has served as a consultant to numerous Government agencies and private corporations. He is the author of a number of monographs and has published articles in such journals as *Foreign Affairs, Africa Today, Foreign Policy, Journal of Modern African Studies, The New Republic, Orbis, Strategic Review,* and *The Washington Quarterly.* He is coeditor of *South Africa into the 1980s* (1979). He earned his Ph.D. degree in international politics and African studies from The Johns Hopkins University School of Advanced International Studies. Drawing on research and his personal experiences in the Angola-Namibia negotiations, he is preparing a book on the roles played by the United States and other third parties and on the mediation techniques and processes that brought about the settlement. Dr. Crocker is doing his fellowship work at the Georgetown University School of Foreign Service, where he is Distinguished Research Professor of Diplomacy.

**Francis Deng (1987-88)** was Sudan's Minister of State for Foreign Affairs and has been its Ambassador to the United States, Canada, and the Scandinavian countries. He has been a fellow and staff member at the Woodrow Wilson International Center for Scholars, where he organized a conference on the prospects for peace in the Sudan. Currently he is senior fellow in the Foreign Policy Studies Program and directs the African Studies Program at the Brookings Institution. He has taught at Yale Law School and several other law schools. A prolific writer, Ambassador Deng is the author of many articles on law, anthropology, and nationbuilding, and of 11 books, including *Tradition and Modernization: A Challenge for Law Among the Dinka of the Sudan* (1971); *Dynamics of Identification: A Basis for National Integration in the Sudan* (1974); a biography of his father, *The Man Called Deng Majok* (1986); and a novel about the Sudan, *Seed of Redemption* (1986). Ambassador Deng holds an LL.B. degree from the University of Khartoum and LL.M. and J.S.D. degrees from Yale Law School. For his part-time, out-of-residence fellowship, Ambassador Deng wrote *Cry of the Owl,* a contemporary allegory about personal identities amid the current conflict in the Sudan, and is

72

completing a book titled *Myths and Realities: Crises of Identity and the Prospects for Peace and Unity in the Sudan.*

**Rosalyn Higgins (1990-91)** is professor of international law at the London School of Economics, University of London; has taught international law at the universities of Kent, Stanford, and Yale; and has lectured widely on questions of international law, human rights, and the United Nations (U.N.). A past vice president of the American Society of International Law, she is currently a member of the U.N. Committee on Human Rights and has served on the board of editors of *International Organization, American Journal of International Law,* and *British Yearbook of International Law.* In 1971, the American Society of International Law awarded Professor Higgins the Certificate of Merit for volumes I and II in her series, *U.N. Peacekeeping, 1946-1967: Documents and Commentary.* Professor Higgins also wrote *The Development of International Law through the Political Organs of the United Nations* (1963) and *Conflict of International Law in a Divided World* (1965), and she has published articles in journals of law and international relations. She received her J.S.D. degree at Yale University in 1962. She will use her part-time, out-of-residence fellowship to work on a study examining the future role of the United Nations and international human rights issues.

**Herbert Kelman (1989-90)** is a social scientist renowned for his work in developing conflict resolution methods and applying them to particular conflicts, such as the Arab-Israeli dispute. His academic career has included faculty appointments at the Center for Research on Conflict Resolution at the University of Michigan and at Harvard University, where he is Richard Clarke Cabot Professor of Social Ethics in the Department of Psychology and is affiliated with Harvard's Center for International Affairs. Dr. Kelman has been a research fellow or visiting scholar at Stanford University, The Johns Hopkins University, the American University in Cairo, the Woodrow Wilson International Center for Scholars, and the Hebrew University of Jerusalem. His publications include *International Behavior: A Social-Psychological Analysis* (1965) (editor and coauthor); *A Time to Speak: On Human Values and Social Research* (1968); *Cross-National Encounters* (1970) (coauthor); *Ethics of Social Intervention* (1978) (coeditor); and *Crimes of Obedience: Toward a Social Psychology of Authority and Responsibility* (1989) (coauthor). In addition to extensive publication in journals, Dr. Kelman currently sits on the editorial boards of *The Journal of Conflict Resolution, Human Relations, International Studies Quarterly, Peace and Change: a Journal of Peace Research,* and *Negotiation Quarterly.* He received his

Ph.D. degree in psychology from Yale University in 1951. During his fellowship, Dr. Kelman is integrating and expanding his work on the social-psychological aspects of the analysis and resolution of international conflict, and will write a book tentatively titled *Mutual Reassurance: Overcoming the Psychological Barriers to Resolution of International Conflicts.*

**David Little (1987-89)** is Senior Scholar at the Institute, focusing on religion, ethics, and human rights, and Professor of Religious Studies at the University of Virginia, where he returned after finishing his fellowship and before joining the Institute staff. Dr. Little is an expert in the fields of human rights and religion as they apply to international affairs. He has held teaching positions at Harvard and Yale universities and visiting fellowships at Amherst College, Brown University, the University of Colorado, and Haverford College. He is the author of *Religion, Order and Law* (1969) and *American Foreign Policy and Moral Rhetoric* (1969) and coauthor of *Comparative Religious Ethics* (1978) and *Human Rights and the Conflict of Values* (1988). He wrote the lead chapter on just war theory in *The Hundred Percent Challenge: Building a National Institute of Peace* (1985). Dr. Little has contributed extensively to journals such as *Religious Education, Reflection, Christianity and Crisis, Worldview, Harvard Theological Review,* and *Journal of Religious Ethics.* He received his D.Th. degree from Harvard University and has done graduate work in the philosophy of law and ethics. Dr. Little's fellowship project examines the restriction of civil liberties in conflict situations, such as those in Israel, Northern Ireland, and Nicaragua. It will be published as a book, tentatively titled *Rights and Emergencies: Protecting Human Rights in the Midst of Conflict.*

**Myres McDougal (1987-89)** is Sterling Professor Emeritus at Yale Law School, former president and honorary president of the American Society of International Law, and former president of the Association of American Law Schools. He is the only American to receive both the Hudson Medal from the American Society of International Law and the Read Medal from the Canadian Council of International Law, both awarded to preeminent contributors to international law. Professor McDougal served in 1969 on the U.S. delegation to the United Nations Conference on the Law of Treaties in Vienna and was a counsel to the United States in the recent case involving Nicaragua. Professor McDougal received his education at the University of Mississippi, Yale Law School, and Oxford University, where he was a Rhodes Scholar. He is an honorary fellow of St. John's College of Oxford University. During his part-time, out-of-residence fellowship, Professor

73

McDougal is completing a two-volume book titled *The Global Constitutive Process of Authoritative Decision,* which examines the relationship between international law and the economic and political interdependencies of the world community.

**Jamsheed Marker (1989-90)** retired from the Pakistani diplomatic corps in 1989 after 3 years as Ambassador to the United States. In this capacity he was involved in the negotiations that led to the 1988 Geneva Accords and the subsequent withdrawal of Soviet troops from Afghanistan. Ambassador Marker's diplomatic career spanned 24 years and included posts in France, West Germany, Japan, Canada, East Germany, and the Soviet Union. Ambassador Marker was also a senior member of Pakistan's delegation to the U.N. General Assembly and its permanent representative to the European Office of the United Nations, Geneva. Before his diplomatic service, Ambassador Marker had a successful business career, which included directing several shipping, insurance, and banking corporations. He graduated with honors in economics from the University of Punjab and served in the Royal Indian Navy in World War II. As his fellowship project, Ambassador Marker is analyzing two recent geostrategic events in Southwest Asia: the withdrawal of Soviet forces from Afghanistan and the cessation of the Iran-Iraq war, with particular emphasis on the role of the United States and on challenges and opportunities the two developments pose for future U.S. policy options in the region.

**Bradford Morse (1990-91)** served for more than a decade as a member of the U.S. House of Representatives from the Commonwealth of Massachusetts. He was a member of the House Foreign Affairs Committee, ranking minority member of the Subcommittee on Latin America and Africa, and chairman of Members of Congress for Peace Through Law, and he was active in interparliamentary affairs. In 1972, Mr. Morse resigned from Congress to succeed Dr. Ralph Bunche as Under Secretary General of the United Nations. In 1976, he was appointed administrator of the U.N. Development Programme, and in 1985, he also became the head of the U.N. Office of Emergency Operations in Africa. He received his LL.B. degree from Boston University, where he served on the law faculty from 1949 to 1953, and was appointed Deputy Administrator of Veterans Affairs by President Eisenhower in 1958. In 1984, Mr. Morse received the National Public Service Award of the American Society of Public Administration and, in 1985, the U.S. Presidential World Without Hunger Award. A part-time, out-of-residence fellow, Mr. Morse will examine the future of economic development policy as a tool for international peace.

**Herman Nickel (1989-90)** was U.S. Ambassador to the Republic of South Africa from 1982 to 1986. Ambassador Nickel worked for 19 years with Time-Life News Service, as correspondent in London and Johannesburg; bureau chief in Bonn, London, and Tokyo; and senior diplomatic correspondent in Washington, D.C. He was also Washington editor for *Fortune* magazine, as well as a member of the editorial board. Most recently, he was diplomat-in-residence and director of the Southern African Studies Project at The Johns Hopkins Foreign Policy Institute. Ambassador Nickel is coauthor of *Europe, America and South Africa* (1988). In addition to his many contributions to *Time, Life,* and *Fortune,* he has written articles for *The New York Times, The New York Times Magazine, The Washington Post, Foreign Policy, Business and Society Review,* and *Orbis.* In 1947 Ambassador Nickel was the first German student to come to the United States after World War II, on a scholarship to Union College. He earned his J.D. degree from Syracuse University. As an Institute fellow, Ambassador Nickel is writing a book on the potential role of economic interdependence as a means of building peace among and within the countries in Southern Africa.

**John Reinhardt (1989)** served more than 30 years in the U.S. Government in the field of international communications and cultural affairs, including appointments as Ambassador to Nigeria (1971-75), Assistant Secretary of State for Public Affairs (1976-77), and Director of the United States Information Agency (1977-81). After leaving the Government, Ambassador Reinhardt was director of international activities at the Smithsonian Institution, and currently teaches at the University of Vermont. He has received numerous service awards, including the Edward R. Murrow Award for Excellence in Public Diplomacy, the Secretary's Gold Medal for Exceptional Service (Smithsonian Institution), and the Director General's Cup (Department of State). In 1950, Dr. Reinhardt earned his Ph.D. degree in English literature at the University of Wisconsin, and he subsequently taught English at several universities. During his fellowship, Ambassador Reinhardt assessed the means by which public diplomacy—or direct communications between governments and foreign publics and cultural exchange programs—can help forestall international conflicts, in view of rapidly changing international communications and technology.

**Eugene Rostow (1990-92)** is a Distinguished Visiting Professor at the Institute for National Security Studies at the National Defense University. He was Sterling Professor of Law and Public Affairs at Yale Law School, where he also served as dean. He has held visiting pro-

fessorships or fellowships at the University of Chicago, Cambridge University, and Oxford University. He has had a distinguished Government career, including service as Under Secretary of State for Political Affairs and Director of the U.S. Arms Control and Disarmament Agency. Professor Rostow also serves on the board of the American Arbitration Association and is the author of five books, including *Planning for Freedom* (1959), *Law, Power and the Pursuit of Peace* (1968), and *The Ideal in Law* (1978). He will use his fellowship to work on a book, tentatively titled *Aggression and Self-Defense*.

**Paul Seabury (1987-88)** is a long-time analyst of international relations, foreign policy, and national defense issues and has served in several advisory capacities for the U.S. Government. He is the author of many articles and nearly a dozen books, including *The Rise and Decline of the Cold War* (1967); *The Foreign Policy of the United States* (1972); *The Great Détente Disaster: OPEC and the Decline of American Foreign Policy* (coauthor) (1975); *America's Stake in the Pacific* (1981); *The Red Orchestra* (coauthor) (1986); and *War: Ends and Means* (coauthor) (1989). Dr. Seabury has taught at Columbia University and The Free University of Berlin, and he was professor and provost at the University of California at Santa Cruz. He has been a research fellow or visiting scholar at Harvard University, the Brookings Institution, and the Hoover Institution on War, Revolution and Peace. He is currently professor of political science at the University of California, Berkeley. As an Institute fellow, Professor Seabury completed work on a study of the use of proxy movements by the Soviet Union in Third World insurgencies and other low-intensity conflicts.

**Max van der Stoel (1987-88)** has held many posts in the Government of the Netherlands. He served as Minister for Foreign Affairs (1973-77 and 1981-82) and as permanent representative to the United Nations (1983-86); was a member in both houses of the Dutch Parliament (1960-65, 1967-73, and 1978-81), where he was Chairman of the Standing Committee for Foreign Affairs of the Lower House; and is a member of the Council of State (1986-present). Ambassador van der Stoel has also been a member of the European Parliament, the North Atlantic Assembly, and the U.N. Commission on Human Rights, and he was chairman of the board of both the Institute of Social Studies and the Netherlands Institute for Peace Problems. He holds two law degrees from Leyden University. Ambassador van der Stoel used his part-time, out-of-residence fellowship to study the future of cooperation between the United States and Western Europe, and

its effect on prospects for peace in light of recent developments in East-West relations.

## PEACE FELLOWS

**Bruce Berlin (1988-89)** is the founder and executive director of the Trinity Forum for International Security and Conflict Resolution in Santa Fe, N.M., where he organizes training programs in collaborative problem-solving and conducts policy dialogues on international issues. He is also the founder and former president of the New Mexico Peace Education Fund and served as the State coordinator of the New Mexico Nuclear Freeze Campaign. Mr. Berlin produced and moderated a weekly radio program on international conflict resolution and was an instructor of government at Santa Fe Community College and at the College of Santa Fe. He has practiced law privately and with VISTA. His education includes a J.D. degree from New York University School of Law and certification in negotiation and mediation from the National Center for Collaborative Planning and Community Services. During his fellowship at the Trinity Forum, he conducted symposia that examined the effectiveness of the Central American peace process in Nicaragua by bringing together representatives of major Nicaraguan and U.S. points of view.

**Raymond Cohen (1988-89)** is a political scientist with expertise in diplomatic negotiations and intercultural communications, chemical and biological weapons, and other issues of international relations. Currently he is senior lecturer in international relations at The Hebrew University of Jerusalem. He is the author of *Culture and Conflict in Egyptian-Israeli Relations: A Dialogue of the Deaf* (forthcoming); *Theatre of Power* (1987); *International Politics: Rules of the Game* (1981); and *Threat Perception in International Crisis* (1979). Dr. Cohen is also a contributor to *Communicating for Peace: Diplomacy and Negotiation Across Cultures* (forthcoming) and has published in numerous journals, including *Orbis, International Studies Quarterly, British Journal of International Studies, Cooperation and Conflict,* and *International Journal of Intercultural Relations,* in which his article was named Outstanding Journal Article of the Year in 1987. Dr. Cohen received his Ph.D. degree in international relations from The Hebrew University of Jerusalem and studied at Oxford and Lancaster Universities, where he received an M.A. degree in North Atlantic and Western European studies. As an Institute fellow, Dr. Cohen completed *Negotiating Across Cultures,* a monograph on the role of intercultural communication problems in U.S. diplomatic relations with China, India, Egypt, and Mexico.

**Lily Gardner Feldman (1988-89)** is a professor of political science at Tufts University. An expert in European affairs, she has held a number of positions at Harvard University, including codirector of the German Study Group, editor of *German Politics and Society,* and cochair of the seminar series on the Atlantic Alliance and Western Europe. Dr. Gardner Feldman was also codirector of the Harvard-based Project on Canadian-U.S. Relations, in which she studied the role of U.S. States and Canadian Provinces in the international arena. She is the author of *The Special Relationship between West Germany and Israel* (1984) and coauthor of *New North American Horizons* (forthcoming). She has also contributed to several edited volumes and has published in *The World Today, The Jerusalem Journal of International Relations,* and *Publius.* Dr. Gardner Feldman received her Ph.D. degree in political science from Massachusetts Institute of Technology. She was recently named chair for the 1991 International Conference of the European Community Studies Association and is currently completing a study, begun during her Institute fellowship, of how countries that have been enemies can establish lasting friendships. In particular, she is examining the policies and instruments that achieved both political and moral reconciliation in West Germany's post-World War II relations with the United States, France, and Israel, respectively.

**Charles Glaser (1989-90)** is an assistant professor of political science at the University of Michigan and a research associate at the university's Institute of Public Policy Studies. Previously he was a research associate at the Center for International Studies at the Massachusetts Institute of Technology and the Center for Science and International Affairs at Harvard University. He has published numerous writings on strategic nuclear weapons policy and arms control in *International Security* and the *Bulletin of the Atomic Scientists* and is the author of *Analyzing Strategic Nuclear Policy* (forthcoming). Dr. Glaser received his Ph.D. degree from the Kennedy School of Government, Harvard University, and an M.A. degree in physics from Harvard. As an Institute fellow, Dr. Glaser is studying the possible effects of arms races on the probability of war by focusing on a number of cases, including contemporary U.S.-Soviet relations.

**Ted Robert Gurr (1988-89)** is a widely known expert and writer on collective forms of violence. He is currently a professor in the Government and Politics Department at the University of Maryland, College Park, and a distinguished scholar at the Center for International Development and Conflict Management. Previously, Dr. Gurr was a professor of political

science and director of the Center for Comparative Politics at the University of Colorado; a member of the political science faculties of Northwestern and Princeton universities; a visiting fellow at Cambridge University; and a visiting scholar at the Richardson Institute of Peace and Conflict Research in London. Dr. Gurr has written and edited more than a dozen books, including the award-winning *Why Men Rebel* (1970); *Politics of Crime and Conflict* (1977); *Handbook of Political Conflict* (1980); *The State and the City* (1987); and *Violence in America* (1969, 1979, and 1989). He has published many articles in such journals as *World Politics, Comparative Political Studies, International Studies Quarterly,* and *Journal of Conflict Resolution.* He received his Ph.D. degree in political science from New York University. During his fellowship, Dr. Gurr developed and analyzed a data base identifying the characteristics and grievances of more than 280 ethnic and regional groups that have been at risk, since 1945, of conflict within their societies, and the evolving relations among these groups and their national governments. His findings will be incorporated into a book on the escalation, internationalization, and resolution of civil and minority wars.

**Hurst Hannum (1989-90)** is associate professor of international law at the Fletcher School of Law and Diplomacy of Tufts University and was previously executive director of the Procedural Aspects of International Law Institute. A specialist in human rights and international organizations, he has worked with many nongovernmental organizations (NGOs), including Amnesty International, Survival International, and the International Human Rights Law Group. In addition, he has testified before the U.S. Congress and the Helsinki Commission and has represented NGOs before the U.N. Commission on Human Rights and its Subcommission on Prevention of Discrimination and Protection of Minorities, as well as the European and Inter-American human rights commissions. Mr. Hannum is the author of *Autonomy, Sovereignty, and Self-Determination: The Accommodation of Conflicting Rights* (forthcoming), and *The Right to Leave and Return in International Law and Practice* (1987). He edited *The Guide to International Human Rights Practice* (1984), which received an award from the American Society of International Law, and he has also written many articles for the *American Journal of International Law, Human Rights Quarterly,* and *Universal Human Rights.* Mr. Hannum received his J.D. degree from the University of California, Berkeley. For his fellowship, Mr. Hannum is writing a monograph that examines the concept of self-determination in the postcolonial era and how it relates to recent ethnic and religious conflicts.

**Mark Katz (1989-90)** is assistant professor of government and political science at George Mason University and an international affairs consultant on Soviet foreign policy toward the Third World. He has been a research associate at the Woodrow Wilson International Center for Scholars, a guest scholar at Brookings Institution, and a Soviet affairs analyst for the Department of State, and has received fellowships from Brookings Institution, the Kennan Institute of the Woodrow Wilson Center, and the Rockefeller Foundation. Dr. Katz is the author of *Gorbachev's Military Policy in the Third World* (1989); *Russia and Arabia: Soviet Foreign Policy Toward the Arabian Peninsula* (1986); and *The Third World in Soviet Military Thought* (1982). He has also published in such journals as *Current History, The Washington Quarterly, Middle East Review, Orbis, Problems of Communism,* and *International Security.* Dr. Katz received his Ph.D. degree in political science from the Massachusetts Institute of Technology. He has undertaken several speaking tours in Europe, South Asia, and the Middle East for the United States Information Agency and personally briefed then Vice President George Bush on Soviet policy toward the Arabian Peninsula. Dr. Katz is using his fellowship to direct a study of the obstacles and opportunities for U.S. and Soviet cooperation in resolving Third World conflicts. The project involves a series of seminars focusing on conflicts in Afghanistan, southern Africa, the Horn of Africa, Cambodia, the Middle East, Central America, and Asia and the Pacific.

**Paul Kimmel (1988-89)** is the director of assessment and evaluation at Creative Associates in Washington, D.C. Previously he was a public policy fellow at the American Psychological Association; director of survey research on a 4-year National Academy of Sciences project; program director of the International Training and Assessment Program at The American University; a research social psychologist at the U.S. Department of Labor; and assistant professor of sociology at Iowa State University. For more than 20 years he has been an intercultural training consultant working with the Business Council for International Understanding, DELPHI, the U.S. Navy, the National Institutes of Health, the Washington International Center, the Office of Education, the Office of the U.S. Trade Representative, and the Agency for International Development. Dr. Kimmel contributed chapters to *International Conflict and National Public Policy Issues* (1985); *Psychology and the Prevention of Nuclear War: A Book of Readings* (1986); and *Intercultural Sourcebook: Cross-Cultural Training Methodologies* (2nd ed., forthcoming). He has been published in *American Psychologist, Journal of Social Psychology,* and *The Journal of Conflict Resolution,*

and he holds a Ph.D. degree in social psychology from the University of Michigan. As an Institute fellow, Dr. Kimmel examined the ways in which intercultural differences affect international communications and worked on the development of a training model designed to reduce misunderstandings among international negotiators.

**Robin Ranger (1988-90)** is an independent defense consultant specializing in arms control and related areas. Formerly he was a Bradley Scholar and chairman of the Mandate III Task Force on Military Space Policy at The Heritage Foundation, where he is an adjunct scholar. He has served as consultant to the U.S. and Canadian Departments of Defense and to private corporations. He is the author of *Arms and Politics 1958-1978: Arms Control in a Changing Political Context* (1979) and has contributed chapters to many other texts, including "Gorbachev's Arms Control Endgame" in *Soviet Power in Transition* (forthcoming) and others in *Seapower and Strategy* (1989) and *Mandate for Leadership III: Policy Strategies for the 1990s* (1989). His articles have appeared in journals such as *Orbis, The Washington Quarterly,* and *The Wall Street Journal.* He holds a Ph.D degree in international relations from the London School of Economics and has taught international security studies, most recently at the University of Southern California. During his fellowship, Dr. Ranger is completing a book, *Cleaning Up the U.S. Compliance Policy Mess: Restoring the Integrity of Arms Control,* that focuses on options for compliance policies for existing and future arms control agreements.

**Barnett R. Rubin (1989-90)** is a former professor of political science at Yale University and a frequent consultant to Amnesty International and Human Rights Watch. He wrote *Feudal Revolt and State Building* (1983) and he is coauthor of *A Nation is Dying: Afghanistan under the Soviets* (1988). He has contributed chapters to edited works such as *Social and Economic Development in India: A Reassessment* (1985); *The International Handbook of Human Rights* (1987); *Afghanistan: The Great Game Revisited* (1987); and *Human Rights and Development* (forthcoming). Dr. Rubin has also published extensively in newspapers and journals including *The New York Times, The Los Angeles Times, The Chicago Tribune, The Christian Science Monitor, Foreign Affairs, Orbis,* and *The New Republic.* He received his Ph.D. degree in political science from the University of Chicago. As an Institute fellow, Dr. Rubin is writing a book on various options for settling the Afghan war and managing the national reconstruction process, focusing on the questions of rebuilding the Government, obtaining international aid, and facilitating the return of refugees.

**Eugene Shirley (1989-90)** is the founder and president of Pacem Productions, Inc., a Los Angeles-based television production company. Mr Shirley is best known for producing the award-winning film for the Public Broadcasting Service (PBS) titled *Candle in the Wind,* which focused on religion in the Soviet Union. His documentary projects deal primarily with issues in the philosophies of science, technology, and religion, as well as human rights and communism. Mr. Shirley has lectured in the United States and overseas and his work has been the subject of more than 175 articles. During his fellowship, Mr. Shirley is beginning work on a seven-part television series for PBS and the British Broadcasting Corporation (BBC) titled *The Second Revolution: Communism in Crisis,* a comparative series on contemporary Communist states and parties.

**Milan Svec (1989-90)** was a senior consultant to the Institute for National Strategic Studies at the National Defense University and a senior associate at the Carnegie Endowment for International Peace before becoming an Institute fellow. Mr. Svec received political asylum in the United States after serving as Minister Counselor and Deputy Chief of the Czechoslovakian Embassy in Washington from 1982 to 1985, and his articles and opinion pieces have appeared in *The New York Times, The Washington Post, The Chicago Tribune, The Wall Street Journal, The Christian Science Monitor, Foreign Policy,* and *Foreign Affairs.* In Czechoslovakia, Mr. Svec served as a senior advisor to the Minister of Foreign Affairs and a senior official at the International Department of the Central Committee of the Communist Party. He was the first foreigner to receive a Ph.D. degree from the Institute for the USA and Canada in Moscow. For his fellowship project, Mr. Svec is exploring the changing character of Marxist-Leninist ideology in the domestic and foreign policies of the Soviet Union and several other East European countries; he is paying particular attention to how these changes affect U.S. interests and the options available to Washington for enhancing peaceful relations.

**Ibrahim Wani (1989-90)** is assistant professor of international law at the University of Missouri, Kansas City, School of Law. Previously he was a research fellow at the Center for Oceans Law and Policy at the University of Virginia; a legal officer for the Uganda Mission to the United Nations; and an Assistant State Attorney for the Ugandan Ministry of Justice. In addition, Mr. Wani was a Ugandan representative to the Third United Nations Conference on the Law of the Sea. His writings have appeared in several law jour-

nals and the journal *Horn of Africa.* He received his LL.B. degree from Makerere University in Uganda, his M.C.J. degree from Howard University School of Law, and his LL.M. degree from the University of Virginia, where he is currently an S.J.D. degree candidate. In addition, Mr. Wani was a Ugandan representative to the Second International Conference on the Law of the Sea. During his fellowship, he is examining the status of compulsory international adjudication, exemplified by the International Court of Justice, in resolving international disputes and in particular, the attitudes of states that affect their decisions on whether to bring disputes before the Court for adjudication.

**Walter Wink (1989-90)** has taught in the field of theological education for more than 30 years. Since 1976 he has been professor of biblical interpretation at Auburn Theological Seminary in New York, and previously he taught theology at Union Theological Seminary in New York. Dr. Wink is a renowned domestic and international lecturer and the author of six books, including *Violence and Nonviolence in South Africa* (1987). He has also written more than 45 articles published in such journals as *Christianity and Crisis, Christian Century, Theology Today, Interpretation,* and *Sojourners.* Dr. Wink received M. Div. and Ph.D. degrees from Union Theological Seminary and, as an Institute fellow, he is writing a book that examines the biblical roots of nonviolent philosophy and its relevance to current conflicts.

**Goshu Wolde (1988-90)** was Foreign Minister of Ethiopia from 1983 to 1986, after which he was granted political asylum in the United States. As Foreign Minister, Mr. Wolde served as chairman of the Council of Foreign Ministers of the Organization for African Unity and was deeply involved in attempts to resolve disputes in the Western Sahara and Chad. Previously he served as Minister of Education (1978-83) and chairman of the National Literacy Campaign, the National Commission of Higher Education, and the National Commission for UNESCO. An attorney and former military officer, Mr. Wolde's career includes service as a government attorney; instructor, staff officer, and troop commander in the Army; and participant in the U.N. peacekeeping operations in Zaire. He earned military diplomas from the School of Royal Marines in England and the Moscow Frunze Academy; an LL.B. degree from Addis Ababa University, Ethiopia; and an LL.M. degree from Yale University. During his fellowship, Mr. Wolde is developing proposals aimed at negotiated settlements of the conflicts within and among the countries of the Horn of Africa—Ethiopia, Somalia, and the Sudan.

## PEACE SCHOLARS

**George Agbango** received Teacher's Certificates from Bagabaga Teacher's College and University of Cape Coast in Ghana and the M.A. degree in public administration from Atlanta University, where he is completing a doctorate in political science. He held a number of teaching positions in Ghana and served as a member of the Ghanian Parliament and the U.N. delegation. His dissertation, *The Impact of Political Instability on the Economic Development of Tropical Africa*, employs a comparative case study approach to examine how unstable political conditions, such as coups and civil wars, affect economic development.

**Cecilia Albin** received a B.A. degree in government from Sweet Briar College and an M.S. degree in foreign service from Georgetown University, and she is completing her doctorate in international relations at The Johns Hopkins University School of Advanced International Studies. Her dissertation, *Resolving Conflicts over Indivisible Issues: The Question of Jerusalem*, will develop new concepts on how violent conflicts over what parties may view as indivisible, nonnegotiable issues can be better managed and peacefully resolved.

**Anthony Armstrong** earned a B.A. degree in psychology from Boise State University and an M.A. degree in political science from Philipps Universitaet in Marburg, West Germany. He is a doctoral candidate in political science at the University of Washington in Seattle, where he is completing his dissertation on *Breaking the Ice: Initiatives to Improve Relationships with Long-Time Adversaries*. Using the U.S.-China rapprochement; the Camp David peace process between Egypt and Israel; and West Germany's Ostpolitik initiative toward East Germany as case studies, he will examine successful diplomatic and public strategies and methods to promote goodwill and positive negotiating circumstances.

**Eileen Babbitt** received a B.A. degree in psychology and an M.P.H. degree in health education from the University of California at Berkeley and an M.P.P. degree from Harvard University. Currently she is a doctoral candidate at the Department of Urban Studies and Planning, Massachusetts Institute of Technology. Her dissertation, *Understanding and Using Leverage: The Key to Superpower Mediation of International Conflict*, will examine the recent Angola-Namibia settlement to develop a set of working hypotheses about the effective use of leverage by a superpower state in Third World conflicts.

**Daniel Bahr** received a B.S. degree in aerospace engineering and an M.S. degree in physical sciences from Iowa State University, where he is currently completing a doctorate in sociology. His dissertation, *Explaining Voluntary Cooperation Under Anarchy: An Analysis of Emergent Norms as Substitutes for a Global Sovereign*, investigates the difficulties of voluntary cooperation among international actors in the absence of a central authority by analyzing existing cases where such cooperation was necessary to achieve a collective goal.

**Orna Ben-Naftali** has an LL.B. degree from Tel Aviv University Law School, an M.A. degree in history from Harvard University, and an M.A. degree in law and diplomacy from Tufts University. She is completing work on a doctorate in international law and organizations. Her dissertation, *A Court of Last Appeal: The United States and the International Court of Justice, 1945-85*, examines the factors molding U.S. perceptions of the Court from its inception through the U.S. withdrawal from the Nicaragua case in 1985.

**Lisa Brandes** earned B.A. and M.A. degrees in political science from Yale University, where she is a doctoral candidate. Her dissertation, *Public Opinion, Security Policy and Gender: 1945-1985*, will use data from public opinion surveys in the United States and Britain from 1945 to 1985 to investigate whether men and women have different attitudes toward foreign policy questions involving war and peace.

**Jürgen Brauer** received a diploma in economics from the Free University of Berlin in 1979 has completed a Ph.D. in development economics at the University of Notre Dame. His dissertation, *Military Expenditures, Arms Production, and the Economic Performance of Developing Nations*, examined the mutual impact of economic development and arms production in less developed countries and focused on possible policy dilemmas in economic development and peace.

**Thomas Firestone** received a B.A. degree in Russian studies from Harvard University and an M.A. degree in political science from the University of California at Berkeley, where he is completing work on his doctorate in political science. He has published several articles and is engaged in research for his dissertation, *The Soviet Union and Peace: A Case Study in the Exercise of Power over Opinion*, which analyzes Soviet attempts to influence public opinion in North Atlantic Treaty Organization (NATO) countries in the post-World War II period.

**Nathalie Frensley** earned a B.A. degree in government from the University of Texas at Austin and an M.A. degree in political science from Syracuse University. She is completing a doctoral degree in government at the University of Texas at Austin. Her dissertation, *Elite Demobilization of Mass Constituencies: The Role of Persuasion in Northern Ireland Conflict Settlements*, will use the unsuccessful 1973 Sunningdale Agreement and the successful 1985 Hillsborough Agreement to examine efforts by ruling elites to persuade constituents to accept settlement terms.

**Kurt Gaubatz** earned a B.A. degree in economics from the University of California at Berkeley and an M.A. degree from the Fletcher School of Law and Diplomacy, Tufts University, and he is a doctoral candidate in political science at Stanford University. His dissertation, *The Democracies and Conflict in the International System*, will examine the effect of electoral politics in democratic states on decisionmakers during times of war with attention to the experience of the United States.

**Daniel Gibson** received a B.A. degree in sociology from the University of Guam and an M.A. degree from Duke University, where he is a doctoral candidate in political science. For 18 years, Mr. Gibson worked in journalism; most recently he was assistant national editor at the *Charlotte Observer*. His dissertation, *Aiding or Abetting? International Development Assistance, Predatory Government and Ethnic Conflict*, will examine the influence of domestic political priorities on how recipient governments allocate international development assistance and whether ethnic conflict is exacerbated by exclusionary development policies.

**Ran Greenstein** earned a B.A. degree in Middle East studies and an M.A. degree in sociology, both from the University of Haifa in Israel. A doctoral candidate in sociology at the University of Wisconsin, Madison, he is completing his dissertation, *Settler Societies and Political Conflict: South Africa and Israel*, a comparative historical study of the roots and manifestation of social and political conflict among national, racial, and ethnic groups in these two countries.

**W. Scott Harrop** received a B.A. degree in history from Oral Roberts University and an M.A. degree in political science from the University of Delaware. A doctoral candidate in foreign affairs at the University of Virginia, he is completing work on his dissertation, *Protracted Rebellion and the Quest for International Legitimacy*, which will assess the ability of protracted insurrections to gain the approval and support of international opinion over time.

**Fernando Lopez-Alves** earned an M.A. degree in political philosophy from University Simon Bolivar in Caracas, Venezuela, and an M.A. degree in political science from the University of California, Santa Barbara. He is completing his doctorate in political science at the University of California, Los Angeles. His dissertation, *Labor Relations and Democratic Stability in Latin America*, examines labor disputes in Colombia, Venezuela, and Uruguay and various systems of collective bargaining that would reduce industrial conflict and strengthen democratic systems in Latin America and elsewhere.

**Mark Lagon** received a B.A. degree in comparative politics from Harvard University and an M.A degree in government from Georgetown University, where he is currently a doctoral candidate in international relations. His dissertation, *Structures and Beliefs: Perspectives on the Declaration of the Reagan Doctrine*, will examine international power structures and the belief systems of decisionmakers to determine whether these factors exert independent or interdependent influences on foreign policy decisionmaking.

**Terrence Markin** received an M.S. degree in journalism from Columbia University and a J.D. degree from Hofstra University. He is a doctoral candidate in international relations at The Johns Hopkins School of Advanced International Studies. His dissertation, *The Resolution of the West Irian Dispute*, will analyze Ambassador Ellsworth Bunker's approach to the successful mediation between Indonesia and the Netherlands over West Irian by focusing on mediation techniques that may be useful in resolving other seemingly intractable conflicts.

**Raul Pangalangan** holds a B.A. degree in political science, an L.L.B. from the University of the Philippines in Quezon City, and a Diploma in public international law from The Hague Academy of International Law. He is a candidate for an S.J.D. degree in international law at Harvard University, where he received an LL.M. degree. His dissertation, *The Paradox of State Jurisdiction in International Law*, examines doctrines involved in Third World advocacy in international law disputes, especially relating to issues of national sovereignty.

**Thazhakuzhyil Paul** earned B.A. and M.A. degrees in political science from Kerala University in Trivandrum, India, and an M.Phil. degree in international relations from Jawaharlal Nehru University in New Delhi. He is completing work on a doctorate in political science at the University of California, Los Angeles. His dissertation, *The Weak Against the Strong: War Initiation by Lesser Powers*, focuses on the question of why militarily and economically less powerful states have initiated wars against relatively stronger ones.

**Luigi Sensi** received a degree in sociology from Urbino University in Urbino, Italy, and is a doctoral candidate

80

in political science at Rutgers University. He also attended the Italian Air Force Academy Medical School in Florence. His dissertation, *Superpower Interventions in Civil Wars Since 1945*, uses a comparative case study approach to address two questions: When are superpowers more likely to intervene in a civil war? and What explains the success or failure of superpower intervention in such instances?

**James Packard Winkler** received M.A. and Ph.D. degrees at the Fletcher School of Law and Diplomacy, Tufts University. His dissertation, *Conflict in the Third World: The Spectrum of Security and Development in U.S. Policy*, used the case of El Salvador to examine the mutual effects of security and made policies in Third World countries. Mr. Winkler sought to understand how U.S. policies could simultaneously promote resolution of Third World insurgencies and safeguard U.S. security interests.

**Michael Yaffe** received a B.A. degree in economics from the University of Massachusetts at Amherst and an M.Sc. degree in international relations from the London School of Economics and Political Science. He is completing a doctorate in political science at the University of Pennsylvania. His dissertation, *Politics of Tactical Nuclear Weapons Modernization, 1968-1979*, focuses on the technological and military perspectives that affected the modernization of NATO's short-range tactical nuclear weapons between 1968 and 1979.

# Appendix D

## GRANT PROGRAM: SUMMARY OF AWARDS

Between the launching of its Grant Program in July 1986 through October 31, 1989, the Institute has made 191 unsolicited grants and 46 solicited grants. Each entry in the summary below identifies the grant recipient and, as appropriate, the project director; briefly describes the work; states the amount of the grant award; and identifies the grant by reference number.

### UNSOLICITED GRANTS

**Academic Council on the UN System (ACUNS)**, Hanover, New Hampshire (Gene M. Lyons, Project Director): A grant to support the publication of scholarly papers from study groups dealing with the United Nations' changing political leadership, and mediation and peacekeeping under chapter VI of the U.N. Charter. $15,000 (634)

**ACCESS: A Security Information Service**, Washington, D.C. (Mary Lord, Project Director): A grant to produce a new edition of a 1985 study in grantmaking in international security and peace, *Search for Security*. The revised edition includes a list and profile of foundations active in the peace, security, and international relations fields, and an analysis of patterns in philanthropy. $58,250 (565)

**ACCESS: A Security Information Service**, Washington, D.C. (Mary Lord, Project Director): A grant to edit, print, and distribute the *Directory of Western European Peace Research Institutes*, by Dr. Robert Rudney. $4,178 (641)

**Albert Einstein Institution**, Cambridge, Massachusetts (Gene Sharp, Project Director): A grant to support three projects on the use of nonviolent sanctions to confront political violence: (1) a comprehensive annotated bibliography of English-language texts on nonviolent sanctions and related matters; (2) a book identifying the major research tasks and policy analyses needed, plus a recommended research agenda for the next decade; and (3) a book containing new knowledge and thinking about the nature, practice, and pol-

icy potential of nonviolent sanctions gathered from 5 years of seminars on these topics at Harvard University. $50,000 (215)

**Albert Einstein Institution**, Cambridge, Massachusetts (Ronald McCarthy, Project Director): A grant to produce an anthology describing the latest thought on nonviolent sanctions, based on seminars delivered at the Program on Nonviolent Sanctions, Harvard University. $43,755 (500)

**Alderson-Broaddus College**, Philippi, West Virginia (James Daddysman, Project Director): A grant to support a summer seminar on conventional, nuclear, biological, and chemical threats to peace and security. The seminar, scheduled for 1990, is for approximately 40 West Virginian secondary school and college teachers. $50,000 (132-1-89)

**Alexiev, Alexander R.**, RAND Corporation, Santa Monica, California: A grant to support research on the role of religion and religion-based organizations in public peace campaigns in the Soviet Union. $29,400 (002)

**Alston, Philip**, Fletcher School of Law and Diplomacy, Tufts University, Medford, Massachusetts: A grant to support research on the concept of social and economic rights as understood in international law. $20,000 (298)

**American Academic Association for Peace in the Middle East**, New York, New York (Michla Pomerance, Project Director): A grant to support a project on the history of the United States and the International Court of Justice. $30,000 (579)

**American Academy of Diplomacy**, Washington, D.C. (Lance Antrim and David Popper, Project Directors): A grant to support symposia and seminars identifying and recommending ways participants in multilateral negotiations can improve their performance. Proceedings from these events will be published in a series of papers and the Project Directors will develop a college-level course based on their findings. $45,000 (493)

82

**American Enterprise Institute**, Washington D.C. (Patrick Glynn, Project Director): A grant to support a critical analysis of arms control in Western diplomacy from the 19th century to the present. $18,000 (538)

**American Federation of Teachers**, Washington, D.C. (Paul Gagnon, Project Director): A grant to examine the present state and future direction of the global education movement in the United States. The project focuses on curricula, course design, lesson plans, texts, materials, teacher education, and standards of certification, and will include a pilot workshop for classroom teachers on substantive issues in global education. The results will be published and disseminated. $90,000 (094-1-89)

**American Friends of Neve Shalom/Wahat al-Salam**, New York, New York (Ariela Bairey, Project Director): A grant to develop an English language manual incorporating programs developed over a decade at the organization's School for Peace. The manual is designed to use in situations of deep-rooted, ongoing conflict. $15,000 (143-1-89)

**American Society of International Law**, Washington, D.C. (John Lawrence Hargrove, Project Director): A grant to conduct two Special Working Committees: the Committee on Maritime Claims and the Committee on Responses to State-Sponsored Terrorism. The first committee will examine policy issues prompted by the 1986 Gulf of Sidra incident between the United States and Libya, and will consider new international agreements to strengthen alternatives to confrontation as a means to protect maritime rights. The second committee will examine new, nonviolent forms of response to state-sponsored terrorism. $14,900 (285)

**American University**, Washington, D.C. (Abdul Aziz Said, Project Director): A grant to develop a multicourse Peace and Conflict Resolution concentration, curriculum, and library in the Washington Semester undergraduate study and internship program. $34,380 (040)

**American University**, Washington, D.C. (Abdul Aziz Said, Project Director): A grant to continue the Peace and Conflict Resolution concentration under the Washington Semester undergraduate study and internship program. $23,333 (416)

**Association of Diplomatic Studies**, Arlington, Virginia (Richard B. Parker and Charles Stuart Kennedy, Project Directors): A grant to establish a diplomatic oral history program at Georgetown University, based on oral interviews with retired senior foreign service officers. $37,500 (525)

**Atlantic Council of the United States**, Washington, D.C. (John A. Baker, Project Director): A grant to sup-

port research, development, and testing of two crisis management decisionmaking simulations focusing on the North Atlantic Treaty Organization (NATO). The first simulation is for postgraduate Atlantic Council Fellows and college and university professors; the second is for undergraduates. The Council will also undertake research and development of simulations for the secondary school level. $20,000 (008)

**Atlantic Council of the United States**, Washington, D.C. (John A. Baker, Project Director): A grant to research, develop, and test two new crisis management decisionmaking simulations (in addition to those developed under 008) focusing on the NATO alliance. $30,000 (169)

**Boston College**, Chestnut Hill, Massachusetts (Robert S. Ross, Project Director): A grant to support a study on the impact of Sino-Soviet détente on efforts to resolve the conflict in Cambodia, with special emphasis on Moscow's recent move away from Hanoi's policy in Cambodia. $30,000 (038-1-89)

**Boston University**, Institute for the Study of Conflict, Ideology, and Policy, Boston, Massachusetts (Uri Ra'anan, Project Director): A grant to support conferences, publications, and simulations on ethnic conflict and crisis within the Soviet Union and Eastern Europe. Special attention will be paid to the domestic and international ramifications of the crisis for the Soviet Union and Eastern Europe. $40,000 (639)

**Brandeis University**, Waltham, Massachusetts (Robert J. Art, Project Director): A grant to support a study on the future of the NATO alliance. The project will examine the evolving roles of the Germans within NATO and the Soviets without, and will consider the impact of nuclear weaponry on alliance cohesion and NATO's choices in the coming decade. $18,000 (066-1-89)

**Caldwell, Daniel**, Pepperdine University, Malibu, California: A grant to study the public debate in the United States that led to the nonratification of the SALT II agreement. $10,000 (276)

**California Seminar on International Security and Foreign Policy**, Santa Monica, California (James Digby and Joseph Nation, Project Directors): A grant to evaluate the potential role of nuclear force standdown and deescalatory measures in ending a U.S.-Soviet nuclear crisis. The study will examine costs and benefits of strategic nuclear force standdown and deescalatory measures, different methodologies for evaluating them, Soviet incentives for surprise attack during a crisis, and the likelihood and potential costs of Soviet

83

noncompliance with agreed-upon standdown and deescalatory measures. $15,550 (448)

**Carnegie Council on Ethics and International Affairs**, New York, New York (Robert Myers and Joel Rosenthal, Project Directors): A grant to support the development of 10 booklets on topics relating to ethics in international affairs, including such items as covert action, interventionism, the use of force, and international law. All the studies will be discussed at a special faculty institute to be held at George Washington University. $30,000 (053-1-89)

**Carnegie Endowment for International Peace**, Washington, D.C. (Geoffrey Kemp, Project Director): A grant to complete a report on technical, economic, strategic, and arms control factors that have influenced the political-military environment in the Middle East and South Asia. The project will emphasize the relationship between proliferation of high-technology weapons systems and related military hardware, and the prospects for regional arms control mechanisms based on political solutions. $40,000 (515)

**Catholic University of America**, Washington, D.C. (James Price, Project Director): A grant to support a symposium, "The Challenge of Peace: The Church in Public Debate," which will generate 12 articles to be gathered into a book. Topics include (1) the authority and competence of the bishops in writing the Catholic Bishops' Pastoral Letter of 1983; (2) the principles underlying the pastoral, and their application in the letter; (3) whether the letter recognizes and/or permits various positions regarding war and peace, such as pacifism and the "just war" tradition; (4) how the text of the letter was received by the public; (5) the quality of public debate in the United States and the need for a common language; and (6) analysis of the bishops' language in the pastoral and an evaluation of its effectiveness in addressing the various publics in the United States. $15,000 (399)

**Center for Psychological Studies in the Nuclear Age**, Harvard University, Cambridge, Massachusetts (Paula Gutlove, Project Director): A grant to support a conference and workshop on state-of-the-art techniques promoting dialogue across ideological barriers. A publication will follow the conference/workshop. $15,000 (559)

**Center for Psychological Studies in the Nuclear Age**, Harvard University, Cambridge, Massachusetts (John Mack, Project Director): A grant to support research on the psychological and spiritual roots of nationalism and its potential for constructive and destructive ends. $25,000 (570)

**Center for Security Studies**, Washington, D.C. (William Gutteridge, Project Director): A grant to allow a team of experts from the Center and from the Institute for the Study of Conflict, in London, England, to research and prepare background papers and a monograph on the problems of regional conflict and prospects for regional security with special attention to the Caribbean region. The study will produce a set of criteria for analyzing regional conflict and will propose alternatives for conflict management. $19,750 (102)

**Center for Strategic and International Studies** (CSIS), Washington, D.C. (William J. Taylor and Amos A. Jordan, Project Directors): A grant to produce three publications related to CSIS's Crisis Management Project. "View from the Decisionmakers" will report on the Center's 1986-87 crisis simulation series; "Lurching Toward the Brink" and "Leaders in Crisis" will report on CSIS's 1986 and 1987 leaders' and scholars' workshops on crisis management. $28,000 (003)

**Center for United Nations Reform Education** and **World Federalist Association**, Washington, D.C. (Walter Hoffman, Project Director): A grant to support three projects—to result in three monographs—on the role of standing peace forces and peacekeeping reserves; the role of specialized arbitral tribunals and improved U.N. mediation mechanisms, and the role of the U.N. High Commissioner for Human Rights and a world court on human rights. $15,000 (528)

**Chandrahasan, Nirmala**, Human Rights Program, Harvard Law School, Cambridge, Massachusetts: A grant to complete a comparative study of the applications of international human rights standards and international conventions on refugee law by states making determinations on refugee status and asylum. The handling of Tamil refugees will be used as a case study. $5,000 (277)

**Chang, Jaw-ling Joanne**, East Asian Legal Studies Program, University of Maryland School of Law, Baltimore, Maryland: A grant to complete a study examining the negotiating behavior of the People's Republic of China (PRC), focusing on the peaceful settlement of the Hong Kong and Macao issues. The study will deal with the PRC's "one country, two systems" formula for settling of such issues and will draw implications for the peaceful settlement of similar territorial disputes. $10,000 (309)

**Close Up Foundation**, Arlington, Virginia (Charles Tampio and Steven Schlesinger, Project Directors): A grant to support the "Perspectives on Peace" Program, a lecture series telecast over C-Span featuring promi-

nent Americans discussing aspects and elements of peace. The grantee will also produce a curriculum model for secondary school students and a training institute for teachers. $125,000 (636)

**Clough, Ralph N.**, Arlington, Virginia: A grant to support a study on the implications of Track II diplomacy — unofficial contacts between the PRC and the Republic of China (ROC)— for the Taiwanese independence movement, the potential for the PRC to use force, and the ROC's official policy toward the PRC. $20,000 (560)

**Coats, Wendell**, Connecticut College, New London, Connecticut: A grant for a study analyzing and evaluating the present impact (and assumptions) of a model for the use of armed force, as developed by the Department of Defense under Secretary Robert McNamara. $15,000 (460)

**Colgate University**, Hamilton, New York (Robert L. Rothstein, Project Director): A grant to support research on the conceptual and practical problems in the transition of authoritarian regimes to democratic political entities, with special emphasis on the implications of this transition for international peace. $5,000 (052)

**Columbia University**, Harriman Institute for the Advanced Study of the Soviet Union, New York, New York (Paul R. Bennett, Project Director): A grant to complete a study on Soviet negotiating strategy and tactics in nuclear arms limitation talks. The study will examine negotiating behavior during the Brezhnev and Gorbachev periods, using early SALT II, INF, START, and recent Geneva negotiations as case studies. $24,000 (688)

**Columbia University**, Institute of War and Peace Studies, New York, New York (Rachel Ehrenfeld, Project Director): A grant to conduct research on the relationship of narcotics trafficking, terrorism, and political instability in Latin America. $20,000 (164)

**Columbia University**, Peace Education Program, Teachers College, New York, New York (Betty Reardon, Project Director): A grant to educate elementary and secondary school teachers on the relationship between human rights and international peace. The project will (1) design model human rights courses for inclusion in peace studies curricula for graduate schools of education, (2) prepare human rights and peace program outlines and other curricular materials for in-service teacher education courses, and (3) provide curriculum guides for secondary school human rights and peace education. $40,000 (143)

**Columbia University**, Peace Education Program, Teachers College, New York, New York (Betty Reardon, Project Director): A continuation grant to educate

elementary and secondary school teachers on relationships between human rights and international peace. $50,000 (445)

**Columbia University**, Research Institute on International Change, Comparative Defense Studies Program, New York, New York (Stephanie Neuman, Project Director): A grant to create a computerized data bank on Third World military arms production. This data bank will be a continuously updated research tool containing information from publicly available sources on all levels of arms production and its impact on the civilian sectors of Third World countries. $50,000 (217)

**Consortium on Peace Research, Education and Development (C O P R E D)**, Fairfax, Virginia (Maire Dugan, Project Director): A grant to examine pedagogical and conceptual definitions of peace studies and conflict resolution, development of curricula, training of college-level faculty, and creation of regional and national networks for ongoing discussion of the emerging relationship between the fields of peace studies and conflict resolution. $40,000 (491)

**Cooper, Sandi E.**, City University of New York, College of Staten Island, New York, New York: A grant to complete a study on the history of European peace movements and internationalism in the 19th century. This study will focus on the attempts of nongovernmental organizations to democratize foreign policymaking as a step toward advancing peace. $5,000 (373)

**Copson, Raymond W.**, Congressional Research Service, Washington, D.C.: A grant to support research on the role of guerrilla conflicts in Africa in heightening regional and international tensions. The study defines causes of guerrilla conflict, weighs the likely future course of African guerrilla warfare, reviews prospects for managing such conflicts, and discusses the implications of this analysis for U.S. policy toward Africa. $18,550 (303)

**Council for the Advancement of Citizenship**, Washington, D.C. (Diane Eisenberg, Project Director): A grant to establish a comprehensive set of public affairs and program activities directing the attention of members of national educational organizations to the importance of international relations, with an emphasis on issues of peace, war, and conflict management. $128,656 (484)

**Dartmouth College**, Hanover, New Hampshire (Ian Lustick, Project Director): A grant to complete a book analyzing the potential for change in Israel's relationship to the West Bank and Gaza Strip. Systematic comparisons with the Irish in British political history and the Algerians in French political history will be used to

gain perspective on the mediation of political change within Israel and between Israelis and Palestinian Arabs. $15,000 (392)

**Decter, Moshe**, Washington, D.C.: A grant to support a study on the connection between world peace and human rights in the U.S.-Soviet relationship. Topics to be discussed include (1) how the two powers relations are affected by human rights issues; (2) democratic movements in the Soviet Union and their impact on Western public opinion; (3) the state of human rights in the Soviet Union; (4) the relationship between détente and democratization; (5) the optimal balance of outside influence and internal pressure for change in the Soviet Union; and (6) the relation between human rights and individual liberty and peace. $12,000 (133)

**Drexel University**, Philadelphia, Pennsylvania (Roy Kim, Project Director): A grant to support a study on Gorbachev and the two Koreas, investigating Moscow's new initiatives to resolve the conflict on the Korean peninsula. The project will delineate Gorbachev's initiatives to reconcile Soviet obligations to North Korea with a potential rapprochement with South Korea. $32,000 (594)

**Fordham University**, Peace and Justice Studies Program, New York, New York (Martin Fergus, Project Director): A grant to support the Peace and Justice Studies Program's acquisition of books and audiovisual materials in international affairs and related fields. $10,000 (302)

**Foreign Policy Research Institute**, Philadelphia, Pennsylvania (Vladimir Tismaneanu, Michael Radu, and Milan Hauner, Project Directors): A grant to support a book-length study of nonofficial peace movements in the Soviet Union and Eastern Europe and these movements' relations to their respective governments. $58,704 (006)

**Foreign Service Institute**, Center for the Study of Foreign Affairs, United States Department of State, Arlington, Virginia (Hans Binnendijk and Joseph Montville, Project Directors): A grant to support two symposia, resulting in a book-length manuscript, on major instances of ethnic, religious, racial, and other sectarian strife as they bear on issues of international peace. $56,000 (021)

**Galfo, Armand J.**, College of William and Mary, Williamsburg, Virginia: A grant to support data gathering for an article on the effect of peace studies on West German secondary school pupils' perceptions of the NATO-Warsaw Pact confrontation. $5,700 (033)

**Garfinkle, Adam M.**, University of Pennsylvania, Philadelphia, Pennsylvania: A grant to support a

study of the role of interpersonal contacts in mediating political change between disputants. Cooperative undertakings between Israeli and Jordanian citizens will be used as a case study. $10,000 (004)

**George Fox College**, Center for Peace Learning, Newberg, Oregon (Lon Fendall and Ron Mock, Project Directors): A grant to research and write a book-length manuscript on recent political transitions in the Philippines and Haiti as part of the development of an undergraduate curriculum on international peace and nonviolent conflict management. $15,000 (272)

**George Fox College**, Center for Peace Learning, Newberg, Oregon (Lon Fendall and Ron Mock, Project Directors): A follow-on grant for the preparation of a college-level textbook that will incorporate case studies of small-scale conflict situations resolved non-violently. The Project Directors will base two of their case studies (Haiti and the Philippines) on work accomplished under a previous Institute grant. $30,000 (090-1-89)

**George Mason University**, Indochina Institute, Fairfax, Virginia (Bui Diem and Nguyen Manh Hung, Project Directors): A grant to support a project on the history of diplomatic probes, contacts, and talks between the United States and North Vietnam during the Vietnam War. $40,000 (490)

**George Washington University**, Washington, D.C. (Jerrold Post and Ariel Merari, Project Directors): A grant to support a study assessing the effects of anti-terrorist policies on terrorist behavior. The project will examine the consequences of retaliatory policies by Israel, South Africa, and the United States. $25,000 (616)

**Georgetown University**, Washington, D.C. (William O'Brien, Project Director): A grant to support a project on the moral and legal aspects of the conflict between Israel and the Palestine Liberation Organization. $30,000 (517)

**Georgetown University**, Institute for the Study of Diplomacy, Washington, D.C. (David Newsom and Riaz Khan, Project Directors): A grant to support research on international diplomatic initiatives to resolve the Afghanistan conflict, tracing the evolution of these initiatives from early 1980 to the signing of the Geneva accords in April 1988. The Project Directors will stress the role and dimensions of the U.N.-sponsored negotiations in Geneva. $26,724 (108-1-89)

**Gerson, Allan**, Chevy Chase, Maryland: A grant to study the revitalization of the role of international law in U.S. foreign policy. The study will focus on (1) the relationship between the goals of U.S. foreign policy

and basic principles of international law; (2) strategies to bring principles of constitutionalism to bear in the deliberations of the United Nations; and (3) methods for further integrating international law into U.S. public diplomacy and foreign policy decisionmaking. $35,000 (095)

**Gerson, Allan,** Chevy Chase, Maryland: A continuation grant to support a study on revitalizing the role of international law in U.S. foreign policy. $17,500 (422)

**Green, William, Sergei Freidzon, and Lee Avrashev,** Boston, Massachusetts: A grant to write a monograph on the relationship of the U.S.S.R. Defense Council to the Soviet economic planning bureaucracy. The project will examine whether "resource scarcity" will lead the Soviet Union to forgo costly offensive military policies. $40,000 (461)

**Hamby, Russell R.,** Coker College, Hartsville, South Carolina: A grant to support a project on regime stability in relation to inequality, the peasantry, and violence within the six Andean countries (Peru, Bolivia, Chile, Venezuela, Ecuador, and Colombia) in the post-WWII era. $10,000 (370)

**Harvard University,** Cambridge, Massachusetts (Nadim Rouhana, Project Director): A grant to support a study of how protracted conflict tends to exclude visions of peace from public political discourse and private thought, encouraging pessimism among the societies in conflict. Taking the Israeli-Palestinian conflict as a case study, this research aims to arrive at a better understanding of these dynamics and design tools to counter them. $42,500 (126-1-89)

**Harvard University,** Center for International Affairs, Cambridge, Massachusetts (Herbert C. Kelman, Project Director): A grant to support two projects: (1) a systematic analysis of the results of research on the interactive, problem-solving approach to international conflict, and (2) the preparation of several articles on the social-psychological dimensions of international conflict and the application of the interactive, problem-solving method to the Middle East conflict. $40,000 (077)

**Haseler, Stephen,** City of London Polytechnic University and the University of Maryland, Baltimore: A grant to complete a case study—in consultation with other scholars—on the British peace movement in the political, cultural, and ideological context of West European peace movements generally. $32,000 (091)

**Hebrew University of Jerusalem,** Leonard Davis Institute for International Relations, Jerusalem, Israel (Yair Kagan and Jay Rothman, Project Directors): A grant to complete a curriculum on prenegotiation theory and

practice, articles on prenegotiation, and a book-length manuscript on prenegotiation based on an international conference. $40,000 (454)

**Hebrew University of Jerusalem,** Leonard Davis Institute for International Relations, Jerusalem, Israel (Jay Rothman and Gabriel Sheffer, Project Directors): A continuation grant to support projects undertaken under Grant No. 454, including new activities to enhance problem diagnosis, plan procedures for solutions, and set agendas, each designed to enhance a diplomats' training seminar initiated in the fall of 1989. $30,000 (058-1-89)

**Henze, Paul B.,** RAND Corporation, Washington D.C.: A grant to survey and analyze sources of conflict in the Horn of Africa during the past two decades. While examining the causes of conflict, the Project Director will assess prospects for peace in the area and for constructive cooperation to advance development among the Horn's various national sovereignties. $35,000 (007)

**Heston, Alan W.,** University of Pennsylvania, Philadelphia, Pennsylvania: A grant to develop a data base and supporting articles giving estimates of 130 countries' military expenditures from 1970 to 1985. Military expenditures will be compared in real terms, taking account of relative price differences among countries. $30,000 (327)

**Hewitt, Christopher,** University of Maryland, Baltimore, Maryland: A grant to complete a study on the impact of terrorism on five Western societies (Italy, Spain, West Germany, Northern Ireland, and Uruguay). The study will examine and compare direct and indirect economic costs, disruption of public life, public attitudes toward terrorism, political party responses, and electoral consequences. $10,000 (364)

**Hicks, David,** State University of New York, Stony Brook, New York: A grant to support a study on the war in East Timor. The project will examine the causes of the conflict in terms of the dynamic interaction of myth and reality. $30,000 (545)

**Hoover Institution on War, Revolution and Peace,** Stanford University, Palo Alto, California (Bruce Bueno de Mesquita, Project Director): A grant to complete a study developing and testing a deductive theory on the implications of arms races and arms control for international conflict. $12,000 (254)

**Hoover Institution on War, Revolution and Peace,** Stanford University, Palo Alto, California (Charles Palm, Project Director): A grant to support the preparation and publication of a guide to the Peace Collection at the Hoover Institution Library. $40,000 (518)

**Horowitz, Donald L.,** Duke University, Durham, North Carolina: A grant for a project on interethnic conflict, focusing on "the deadly ethnic riot" as a frequent prelude to warfare. Based on the comparative study of 100 episodes of such violence in 40 countries, the project will examine the causes, patterns, and consequences of such outbreaks as well as policies to prevent them and their escalation into international warfare. $25,000 (406)

**Hudson Institute,** Indianapolis, Indiana, and Washington, D.C. (Thomas Blau, Project Director): A grant for a team of education and national security experts to survey and analyze how secondary schools use the most widely disseminated peace and conflict resolution curricula and curricular materials. The project will include an evaluation of curricula and curricular materials, observations and interviews from a representative selection of schools, and a report. $31,323 (097)

**Institute for Contemporary Studies,** San Francisco, California (Robert B. Hawkins, Jr., Project Director): A grant to conduct a series of public discussions and conferences on the conflict in South Africa. The grantee will prepare a multiauthored book on various political arrangements that might be possible after apartheid and on how the parties to the conflict can be encouraged to enter into negotiations. $20,000 (191)

**Institute for Contemporary Studies,** San Francisco, California (Michael Briand, Project Director): A grant to support research for and publication of a book based on the proceedings of the 1988 Williamsburg Conference on South Africa. $15,000 (520)

**Institute for Contemporary Studies,** San Francisco, California (Robert Conquest, Project Director): A grant for a project on "peace and perestroika: the nature of present and proposed changes in the Soviet Union" and how those changes bear on the prospects for more cooperative Soviet engagement in international relations. $40,000 (581)

**Institute for Foreign Policy Analysis,** Cambridge, Massachusetts (Jacquelyn K. Davis, Project Director): A grant to support a study on the intermediate-range nuclear force debate in the United Kingdom, the Federal Republic of Germany, and the Netherlands, with special emphasis on the role of Western European peace movements. $12,000 (175)

**Institute for Foreign Policy Analysis,** Cambridge, Massachusetts (Richard Schultz, Project Director): A grant to examine current guidelines for using covert action within the traditional U.S. policy framework and to explore security environment of the 1990s in

light of opportunities and constraints posed by this framework. $7,000 (586)

**Institute on the Holocaust & Genocide,** Jerusalem, Israel (Israel Charney, Project Director): A grant to support the creation of a computerized data base for the study of holocaust and genocide in the 1980s. $25,000 (016-1-89)

**International Center for Development Policy,** Washington, D.C. (Frank Tatu, Project Director): A grant to support a study on the role of the Association of Southeast Asian Nations (ASEAN) in promoting regional peace and cooperation, with special emphasis on the resolution of intraregional conflicts, particularly that in Cambodia. $30,000 (564)

**Jamgotch, Nish,** University of North Carolina, Charlotte, North Carolina: A grant for research on U.S.-Soviet cooperation in the areas of security, communications, trade, space, medicine, environmental protection, and science and technology. $10,000 (034).

**James Madison Foundation,** Washington, D.C. (George S. Weigel, Jr., and John P. Langan, Woodstock Theological Seminary, Project Directors): A grant for a series of seminars—resulting in preliminary papers and a book-length manuscript—for scholars and foreign policy practitioners and commentators to reconsider basic religious and ethical questions on war and peace. Curricula related to this topic and used in U.S. theological seminaries will be surveyed and analyzed in light of the seminars' findings. $91,400 (012)

**John W. McCormack Institute of Public Affairs,** University of Massachusetts, Boston, Massachusetts (Padraig O'Malley and John Darby, Center for the Study of Conflict, University of Ulster, Project Directors): A grant to permit a team of scholars to complete a study on the role of nonpolitical cooperation in managing conflict within Northern Ireland, including social, educational, and economic cooperation. $15,000 (098)

**Johns Hopkins University,** Bologna Center, Bologna, Italy (Voltech Mastny, Project Director): A grant to examine the 1986-89 Helsinki followup conference in Vienna. The project will emphasize developments related to the solution of conflicts generated by the growing obsolescence of a European security system based on spheres of influence. $36,750 (017-1-89)

**Johns Hopkins University,** School for Advanced International Studies, Washington, D.C. (I. William Zartman, Project Director): A grant to permit a team of researchers to produce (1) a study of the basic theoretical mechanisms of negotiation; (2) a study on the operative effects and timing of leverage in negotiations;

(3) a series of articles on special problems of multilateral negotiations; and (4) a computer program to assist in the conduct and study of negotiations. $50,000 (293)

**Johns Hopkins University**, School for Advanced International Studies, Washington, D.C. (William V. Garner, Project Director): A grant to study how Soviet perceptions of foreign political and military threats are integrated into the Soviet foreign policymaking process. The project will examine this process in a variety of contexts: theater nuclear weapons, the Strategic Defense Initiative, Islamic nationalism, and China. $34,800 (519)

**Johns Hopkins University**, School for Advanced International Studies, Washington, D.C. (Peter Rodman, Project Director): A grant to support analysis of superpower policies toward conflicts in Afghanistan, Angola, Cambodia, and Nicaragua. The study will demonstrate how these conflicts undermined superpower relations during the 1970s and how movement toward their resolution helped to advance the current positive climate in such relations. $55,000 (039-1-89)

**Killham, Edward L.**, Washington, D.C.: A grant to research the role of Pan-Europeanism (or European federalism) in East-West relations since World War I, with special emphasis on renewed Soviet interest in this concept. $15,000 (213)

**Killham, Edward L.**, Washington, D.C.: A grant to allow critical analysis of opportunities, dangers, and the potential relevance of "Nordic Balance" principles to conflicts elsewhere in the world. The grantee will emphasize the impact of glasnost on this strain of Scandinavian strategic thought. $24,300 (003-1-89)

**King's College**, London, England (Virginia Gamba-Stonehouse, Project Director): A grant to support a project analyzing the nature of the communications failures that occurred before and during the 1982 Falklands/Malvinas Islands War between Argentina and the United Kingdom. $25,000 (011-1-89)

**Korn, David**, Washington, D.C.: A grant to support a project on "The Forgotten War: Israel, Egypt, and the Powers, 1967-1970." The project will examine how the United States and the Soviet Union sought a U.N. solution to the crisis precipitated by the 1967 war in the Middle East and how the failure of their efforts may have contributed to the outbreak of the 1973 war. $10,000 (601)

**Lehman Institute**, New York, New York (Robert W. Tucker and Nicholas X. Rizopoulos, Project Directors): A grant to support a series of symposia and resulting publications conducted by the Institute in conjunction with the Arms Control and Disarmament Agency

(ACDA) on (1) nuclear arms reductions and the transition to nonnuclear defense; (2) resolving Third World conflicts; (3) advancing the cause of liberty; and (4) fulfilling arms control agreements. $25,500 (005)

**Library of Congress-Congressional Research Service**, Washington D.C. (James Billington, Project Director): A grant to support a seminar for congressional leaders on U.S. policy toward the Soviet Union. $37,000 (587)

**Lorenz, Joseph P.**, Poolesville, Maryland: A grant to support a study on ways in which the U.N. Security Council can more effectively carry out its Charter responsibilities for maintaining peace in an era of changing great-power relationships. $25,000 (597)

**Massachusetts Institute of Technology**, Cambridge, Massachusetts (Nazli Choucri, Project Director): A grant to support research on the determinants of international conflict, examining the role of population, resources, and technology in shaping state behavior. The project will explore the application of lateral pressure theory to the Middle East, and will develop graduate-level teaching materials on the relationships of technological, demographic, and resource factors to patterns of development and conflict. $56,000 (497)

**Midwest Consortium for International Security Studies**, Chicago, Illinois (William Zimmerman, Project Director): A grant to support a study on the implications for Western security policy of recent changes in Soviet foreign-policy behavior. The project will examine assumptions underlying Western deterrcence theory in light of these changes, and will evaluate alternative approaches that might better serve both East and West. $15,000 (057-1-89)

**Mills College**, Oakland, California (Fred Lawson, Project Director): A grant to support a project on the relationship between domestic social conflict and aggressive foreign policy in contemporary Syria. $20,250 (395)

**Mississippi State University**, Center for International Security and Strategic Studies, Mississippi State, Mississippi (Janos Radvanyi, Project Director): A grant to (1) add to the university's permanent curriculum one multidisciplinary and five departmental courses on international peace and conflict resolution and (2) conduct a trial workshop on secondary school teaching of peace and conflict resolution. $38,980 (112)

**Mississippi State University**, Center for International Security and Strategic Studies, Mississippi State, Mississippi (Janos Radvanyi, Project Director): A grant for the second phase of a 2-year curriculum project involving preparation, teaching, and review of two courses focusing on global peace and conflict resolution: "Food

and International Peace" and "Peace and War: the Soviet Perception of the World." Phase 2 also includes a special workshop for secondary school teachers and other educators. $50,000 (423)

**Morrisey, William E.**, Rumson, New Jersey: A grant to complete a study of the principal strands of pacifist thought, giving special attention to its fundamental religious and philosophical roots. $8,025 (754)

**National Association of Evangelicals**, Carol Stream, Illinois (William Melvin, Project Director): A grant to support a project to develop educational materials, curricula, and a correspondence course on the subject of peace. $40,000 (582)

**National Council of Returned Peace Corps Volunteers**, Washington, D.C. (E. Timothy Carroll, Project Director): A grant to support a series of articles on the nature and understanding of peace in the context of the developing world. $24,000 (024-1-89)

**National Defense University**, Washington, D.C. (Gregory Foster, Project Director): A grant to support a project to formulate and explicate a contemporary theory of grand strategy in the mold of Sun Tzu, Clausewitz, and other, more contemporary thinkers. The grantee will explore the possibility of a philosophy of global conduct in which the central activity of nations is managing perceptions in pursuit of established state objectives without resort to violence. $10,000 (069-1-89)

**National Institute for Public Policy**, Fairfax, Virginia (Robert Rudney, Project Director): A grant to support a project on the structure of peace research in Western Europe. The study will examine the debates shaping the future role of peace research, the most critical issues the field will confront over the next decade, and the potential channels for influence on policymaking and public opinion. $18,000 (374)

**National Institute for Public Policy**, Fairfax, Virginia (Colin Gray, Project Director): A grant to support a study on deterrence and the connections between politics and technological change in the quest for stability. $10,000 (007-1-89)

**National Institute for Public Policy**, Fairfax, Virginia (Keith Payne, Project Director): A grant to support a curriculum project that includes a 2-year program of 10 teacher-training workshops on nuclear-age education. $50,000 (070-1-89)

**New Hampshire Council on World Affairs**, Durham, New Hampshire (David L. Larson, Project Director): A grant to launch a multiyear project to train teachers in New Hampshire secondary schools in the international affairs and peace fields. The project proposes to

(1) develop teaching strategies in international relations and peace, (2) correlate the teaching of social studies and peace, and (3) develop specialized curricular materials related to the above. $5,000 (140)

**New Hampshire Council on World Affairs**, Durham, New Hampshire (David L. Larson, Project Director): A grant to permit the Council to continue its multiyear project to train teachers in the New Hampshire secondary schools in the international affairs and peace fields. $18,500 (479)

**New York University**, New York, New York (Steven Brams, Project Director): A grant to study, through analytic techniques and computer simulations, three sequential bargaining procedures that may help to establish a "zone of agreement" among opposing bargainers. $26,595 (362)

**Northwestern University**, Center for International Studies and Center for Urban Affairs and Policy Research, Evanston, Illinois (Jack A. Goldstone, Ted Robert Gurr, and Farrokh Moshiri, Project Directors): A grant to complete a book of essays by area specialists dealing with the relationship between war and revolution in the late 20th century. Topics to be examined include (1) the origins of revolutions in semimodernized states; (2) factors that affect the outcomes of revolutions, including the prospects for democracy and economic development; and (3) the effects of revolutions on international peace and security. $37,900 (387)

**Occidental College**, Los Angeles, California (George L. Sherry, Project Director): A grant to support a study on the resurgence of U.N. conflict control functions, including peacekeeping and peacemaking in the context of the current evolution in East-West and North-South relations. $23,000 (596)

**Ohio State University**, Columbus, Ohio (Joseph Kruzel, Project Director): A grant to support a study focusing on the preconditions for, and consequences of, arms control agreements between the United States and the Soviet Union. The study will examine bilateral and multilateral cases of such negotiations (pre- and postwar, failed and successful), focusing on key factors that distinguish successful from unsuccessful arms negotiations, as well as the consequences of successful efforts. $35,000 (063-1-89)

**Oxford Research Group**, Oxford, England (Hugh Miall, Project Director): A grant to complete a study on how major interstate and civil conflicts have been resolved between 1945 and 1985. The project will first establish a data base detailing 81 conflicts, and then compare conflicts resolved with and without violence to identify conditions that have favored peaceful and constructive outcomes. $30,000 (429)

**Pace University,** Pace Peace Center, White Plains, New York (Benjamin Ferencz, Project Director): A grant to support production of materials (articles, monographs, lectures, and curricula) resulting from activities of the Pace Peace Center. $10,000 (619)

**Pennsylvania State University,** Philadelphia, Pennsylvania (Robert Harkavy, Project Director): A grant to support a study examining current knowledge on both conventional and low-intensity conflicts in the Third World from the end of World War II to the present. $20,000 (630)

**Princen, Thomas E.,** Program on Negotiation, Harvard Law School, Cambridge, Massachusetts: A grant to complete a book on international negotiations and mediation focusing on the Beagle Channel dispute between Chile and Argentina. The study will examine the direct negotiations involved, as well as mediation by the Vatican, and will develop and apply a comprehensive, multidisciplinary framework for analyzing international negotiations. $6,000 (351)

**Refugee Policy Group,** Washington, D.C. (Dennis Gallagher and Susan Forbes, Project Directors): A grant to support a study on programs for repatriating refugees after changes in their home countries. The project will focus on Bangladesh, Zimbabwe, and Afghanistan as case studies. $15,000 (610)

**Rutgers University,** New Brunswick, New Jersey (James Johnson, Rutgers, and John Kelsay, Florida State University, Project Directors): A grant to complete a book, based on conference papers, that will examine and compare Western and Islamic religious and legal traditions on war and peace. Conferees will focus on conceptions of war and peace; the relation of "religious ideology" to international conflict; and the possibilities for limiting armed conflict within the just war tradition and Islamic religious and legal traditions. $30,000 (451)

**Rutgers University,** New Brunswick, New Jersey (John Vasquez, Project Director): A grant to support a preliminary study on the feasibility of a comprehensive, comparative examination of the connection between domestic dispute resolution and international conflict resolution. Results will appear in a monograph-length manuscript. $15,000 (102-1-89)

**Rutgers University,** New Brunswick, New Jersey (Roy Licklider, Project Director): A grant to conduct a conference on how civil wars end. The conference will be based on seven previously developed case studies as the agenda for discussion of patterns common to civil wars that may form the basis for later theorizing and research. $30,000 (104-1-89)

**Salzburg Seminar,** Cambridge, Massachusetts (Lloyd Cutler and Roger Lori, Project Directors): A grant for scholarships and publication of the proceedings of a series of three annual 2-week sessions on negotiation theory and practice. $25,000 (477)

**Salzburg Seminar,** Cambridge, Massachusetts (Roger Lori, Project Director): A grant to support seminars designed to teach negotiation theory and practice in the context of business and trade disputes and environmental disputes. Results will be published in a manual on negotiations skills. $25,000 (100-1-89)

**Sanders, Sol,** New York, New York: A grant to support a study on how the Communist system has grown dependent on the West, and how this dependency poses dangers—as well as possible opportunities—for U.S. policymakers. $20,000 (625)

**Satter, David,** Paris, France: A grant to support a study on government management of various sectors of public opinion in the Soviet Union. $20,000 (104)

**Saunders, Harold H.,** Brookings Institution, Washington, D.C.: A grant to support the research and writing of a monograph on the role of artificial and supplemental diplomatic activity in the peaceful resolution of international disputes. $20,000 (066)

**Schecter, Jerrold,** Washington, D.C., and **Valery Chalidze,** Benson, Vermont: A grant to support a study on the impact of *glasnost* and *perestroika* on long-submerged tensions between nationalities and racial groups within the Soviet Union. $50,000 (055-1-89)

**Search for Common Ground,** Washington, D.C. (Raymond Shonholtz, John Marks, and Betsy Cohen, Project Directors): A grant to support Soviet-American exploration of the application of conflict resolution theory and practice to nationality questions unique to the Soviet Union. The project will include a Moscow-based conference on research and development of conflict resolution techniques suitable to Soviet needs. Conference proceedings will be published. $35,000 (062-1-89)

**Semelin, Jacques,** Center for International Affairs, Harvard University, Cambridge, Massachusetts: A grant to prepare a study on the role information revolution is playing in building peace between East and West in the last half of the 20th century. Research will focus on technology, programming, and the role of information in international relations. $30,000 (248)

**Seton Hall College,** National Catholic Center for Holocaust Education, Greensburg, Pennsylvania (Mary Kernan, Project Director): A grant to support publication of a booklet based on the Center's conference

"Peace After Atrocity," including a bibliography of source materials for educational and broader public use. $2,000 (504)

**Shanor, Donald R.,** Columbia University, New York, New York: A grant to complete articles on the activities of the independent peace movement in the German Democratic Republic (GDR) through analysis of GDR media and interviews. The project will focus on the interaction between the independent peace movement and the GDR Government, and the relationship of groups and individuals within the movement. Particular attention will be paid to the impact of human rights questions and glasnost on domestic developments in the GDR. $20,000 (417)

**Sinai, Joshua,** Washington, D.C.: A grant to complete a study on the capacity of moderate regimes in El Salvador, the Philippines, Sri Lanka, India, Israel, and Northern Ireland to respond peacefully to challenges posed by violent opposition movements. $25,000 (456)

**Singer, Max** and **Constantine Menges,** Washington, D.C.: A grant to support analysis of alternative paths to peace. The study will focus on the conventional and paradoxical approaches to peace, attempting to show how both might be applied in a balanced analysis of foreign policy issues. $33,000 (065)

**Smyser, William R.,** Washington, D.C.: A grant for a study on how negotiations about Germany and Berlin have successively served three different purposes: (1) crisis management, 1946-64, mainly over Berlin; (2) partial settlement, 1966-75; and (3) conciliation, 1976-89. The study will illustrate how negotiations can and should be used flexibly to achieve diverse ends. $30,000 (530)

**Southern Center for International Studies,** Atlanta, Georgia (Julia Johnson White, Project Director): A grant to support a project providing educational and teaching materials to be derived from a Center-organized conference of former U.S. representatives to the United Nations. $50,000 (643).

**Swiatkowski, Lucja,** Washington, D.C.: A grant for a study on the intellectual origins of the "Freedom and Peace Movement" in Poland. $16,800 (499)

**Syracuse University,** College of Law, Syracuse, New York (L. F. E. Goldie, Project Director): A grant to permit eight U.S. legal scholars to produce papers on international humanitarian law as it applies to armed conflict at sea, both in declared war and in covert or low-intensity circumstances. These papers will be presented and discussed at an international conference and published in a special issue of a law journal. $20,829 (151)

**Syracuse University,** Program on the Analysis and Resolution of Conflicts, Syracuse, New York (Louis Kriesberg, Project Director): A grant to support a study on deescalation of international conflicts between the United States and the Soviet Union, with special emphasis on (1) the role of timing in negotiations; (2) negotiation approaches focused on peripheral issues in contrast to central ones; (3) the comparative merits of linking and decoupling issues; (4) bilateral versus multilateral negotiations; (5) the role of threats and benefits in prompting negotiations; and (6) the role of intermediaries in bringing about negotiations. $30,000 (105)

**Tanter, Raymond,** Michigan State University, East Lansing, Michigan: A grant to permit examination of the relative efficacy of formal versus tacit understandings in arms control negotiations. $6,383 (106)

**Tufts University,** Development and Security Project, Fletcher School of Law and Diplomacy, Medford, Massachusetts (Robert L. West, Project Director): A grant to permit examination of the increasing national defense efforts in Guinea, El Salvador, Uruguay, and Argentina. Focusing on the consequences of these efforts for international peace and security, the project will attempt to (1) determine a basis for describing how the politics of the budgetary process in such countries affects the level of public resources devoted to development and national security, and (2) examine whether there is a relationship between increased expenditure on armaments and use of force in developing countries. $40,000 (017)

**Tufts University,** Medford, Massachusetts (Jean Mayer and Jeffrey Rubin, Project Directors): A grant to (1) permit the collection, analysis, and critique of existing curricula on international negotiation from colleges and universities around the world; (2) develop new curricula for negotiation; and (3) conduct research on the assumptions made about effective negotiation. $60,000 (375)

**United Nations Association—USA,** New York, New York (Toby Trister Gati, Project Director): A grant to support preparation of conference papers, publications, and an outreach program—as part of a joint U.S.-Japanese project—on the role of Japan in the United Nations, with special emphasis on Japanese perceptions of the U.N.'s role in regional crisis, global security, development assistance, multilateral arms control and security issues, and reform efforts. $20,000 (086-1-89)

**United Nations Regional Centre for Peace and Disarmament in Africa**, Lomé, Togo (Sammy Kum Buo, Project Director): A grant to permit the identification, among Organization of African Unity member states, of high-priority areas of research on problems of international cooperation toward enhancing peace and progress in Africa. The report resulting from this study will list priority areas of research for future studies by the Centre. $50,000 (466)

**U.S. Committee of the International Institute for Strategic Studies**, Washington, D.C. (Joseph Fromm and Peter Carthew, Project Directors): A grant to support a conference on the challenges to U.S. security and stability in the changing world order of the 1990s. The project's proceedings will be published in three monographs and a book-length manuscript. $40,000 (009-1-89)

**University of California System**, Institute on Global Conflict and Cooperation, San Diego, California (Steven Spiegel, Project Director): A grant to support a conference of U.S., Israeli, Soviet, and Arab experts—and the publication of proceedings (in English and Russian)—on the nature of the Arab-Israeli conflict and its possible resolution. $40,000 (637)

**University of Connecticut**, War and Ethics Program, Hartford, Connecticut (Robert Phillips, Project Director): A grant to provide honoraria for speakers in the War and Ethics Program's public education activities in the areas of peace education, ethics, and foreign policy. $15,000 (443)

**University of Delaware**, Newark, Delaware (James L. Hecht and James K. Oliver, Project Directors): A grant to complete a study on potential U.S.-Soviet cooperative ventures outside the military area and their role in decreasing chances of international conflict. The project will focus on the long-term energy needs of both countries. $10,000 (307)

**University of Hawaii Foundation**, Honolulu, Hawaii (R.J. Rummel, Project Director): A grant to establish a data base and produce a monograph based on data about cases of 20th-century government genocide, politicide, massacres, and other cases of intentional killing. $80,000 (433)

**University of Hawaii Institute for Peace**, Honolulu, Hawaii (Betty M. Jacob, Project Director): A grant to support two programs: (1) the Asian-Pacific Dialogue; and (2) the Human Rights Commission in the South Pacific project. The Asian-Pacific Dialogue is a continuing research seminar for scholars and experts from market, nonmarket, and mixed economies in the Asian-Pacific region studying international peace and

security issues facing that region. The Human Rights Commission in the South Pacific project will allow a University of Hawaii law professor to work with law students, lawyers, and others in the Pacific Islands affiliated with the United States to assist in the development, at the nongovernmental level, of a Human Rights Charter and Commission for the Pacific region. $30,000 (050)

**University of Hawaii Institute for Peace**, Honolulu, Hawaii (Caroline Stephenson, Project Director): A grant to support a curriculum and "training for peace" program. $12,500 (050-c)

**University of Hawaii Institute for Peace**, Honolulu, Hawaii (Stephen Uhalley, Project Director): A grant for a meeting of the International Advisory Committee for the Asia-Pacific Dialogue. The committee will consider implementation of the second topic determined by the 1987 planning committee: "Economic Structural Change—Implementations for Conflict and Cooperation in the Asia-Pacific Region." $24,274 (446)

**University of Houston**, Houston, Texas (Gholam H. Razi, Project Director): A grant to complete an article on an alternative paradigm to state rationality in foreign policy, based on the experience of the Iran-Iraq War. $12,000 (166)

**University of Houston**, Houston, Texas (Gholam Razi, Project Director): A grant for a study on the relationship between domestic political systems in Iran and Iraq and the initiation and continuation of the Iran-Iraq War. $15,000 (599)

**University of Illinois**, Champaign/Urbana, Illinois (Brenda Halter, Project Director): A grant to support the publication of proceedings of a conference focusing on the contributions of women in the global struggle for peace. $3,500 (642)

**University of Illinois**, Champaign/Urbana, Illinois (Paul Diehl and Gary Goertz, Project Directors): A grant to examine the conditions for violence—and the means for peaceful transitions—in exchanges of territorial sovereignty with reference to cases of national independence, cases of territorial exchanges between pre-existing states, and cases of recurring conflict following the transfer of territory. $10,398 (609)

**University of Limerick**, Limerick, Ireland (Joyce O'Connor, Project Director): A grant to support a study on the process of cooperation in the context of the "Youth and School Link Scheme," which brings children from the Irish Republic and Ulster together. The study will attempt to collect data on the process, identifying its successes and failures. The study will

also review the conflict resolution element of the project and its relationship to issues bearing on international security and peace studies in general. $40,000 (040-1-89)

**University of Maryland**, College Park, Maryland (David R. Segal, Project Director): A grant to analyze U.S. military participation in the Multinational Force and Observers in the Sinai following the Camp David Accords. The study will be for use in college and university courses that deal with the military's peacekeeping role, and for use by commanders in preparing U.S. military personnel for peacekeeping missions. $10,000 (142)

**University of Maryland**, College Park, Maryland (Ted R. Gurr, Project Director): A grant to support a study of factors that determined the escalation, deescalation, and ultimate resolution of some 40 ethnic and regional conflicts and civil wars since the end of World War II. $35,000 (101-1-89)

**University of Miami**, Institute for Soviet and East European Studies, Coral Gables, Florida (Jiri Valenta, Project Director): A grant to edit and prepare for publication a collection of essays—resulting from an international conference—on the military, political, economic, and informational strategies the Soviet Union used in the Third World for its own hegemony. $24,950 (103)

**University of Michigan**, Ann Arbor, Michigan (J. David Singer, Project Director): A grant to permit testing of the hypothesis that at the close of most major wars there develops a relatively well-ordered hierarchy of major powers, with one or two positions of clear dominance, which deteriorates over a period of some decades, with the declining powers often finding themselves in another major conflict. The hypothesis will be tested by tracing the progress of the major powers since the Congress of Vienna. The project will also examine the findings' relevance to the contemporary situation of the United States. $32,000 (464)

**University of Minnesota**, Minneapolis, Minnesota (Harland Cleveland and Geri Joseph, Project Directors): A grant to support a study on how to bring the machinery of international cooperation, including new methods for conflict resolution, in line with significant changes in the total environment (this includes changes in needs, threats, concepts of fairness, economic conditions, the spread of knowledge, the global climate, and political relations) in a fundamentally anarchic world. $20,000 (083-1-89)

**University of Missouri**, St. Louis, Missouri (Frederic S. Pearson and Michael Brzoska, University of Hamburg, Federal Republic of Germany, Project Directors):

A grant to complete a study on the effects of weapons transfers and their denial before and after the outbreak of violence. The project will focus on the effects of such transfers on escalation or deescalation of violence, third-party intervention in warfare, and the progress of negotiation and conflict settlement. $35,000 (482)

**University of Missouri**, St. Louis, Missouri (Martin Rochester, Project Director): A grant to support a project aimed at providing a basis for reviving the theory and practice of international organization generally and the United Nations in particular. $20,000 (424)

**University of Nebraska**, Institute of International Studies, Lincoln, Nebraska (Ivan Volgyes, Project Director): A grant to examine the mediation of political change in Eastern Europe. The project will examine (1) the level of, and reasons for, violence in settling political conflicts in Czechoslovakia, Hungary, and Poland; and (2) the role of mediating institutions, groups, and individuals in those instances where political violence was minimized or avoided. $39,900 (153)

**University of Nebraska**, Lincoln, Nebraska (David Forsythe, Project Director): A grant to support a study on the relationship between human rights and peace, focusing on contemporary examples of internal political revolution in two respects: (1) the role of human rights denial in producing the internal violence; and (2) the linkage between this internal situation and international violence. $33,000 (527)

**University of New Mexico**, Albuquerque, New Mexico (Gregory Gleason, Project Director): A grant to support a study on the implications for Soviet foreign relations of national separatism in Soviet borderland republics. The project will identify the factors influencing the peaceful transfer of political authority away from central institutions to the political institutions of the borderland and republics. $10,000 (093-1-89)

**University of the Philippines**, Los Baños, the Philippines (Luziminda B. Cornista and Sinesio M. Mariano, Project Directors): A grant to study how "rebel-returnees" can be functionally integrated into the mainstream of Philippine national life and the implications for peace of such reintegration in the general context of Third World insurgencies. $25,000 (039)

**University of Tasmania**, Hobart, Australia (Harry Gelber, Project Director): A grant for a study of the impact of economic and technical interdependence on issues of sovereignty and national security, with a special emphasis on questions of international peace and security. $23,000 (011-1-89)

**University of Tennessee**, Knoxville, Tennessee (Jack Barkenbus, Project Director): A grant to support a study on the question of whether the International Atomic Energy Agency can play a constructive role in verifying arms control agreements. $20,000 (462)

**University of Washington**, Seattle, Washington (George Modelski, Project Director): A grant to support a comparative study of six global wars in modern history. Matters to be examined include the relationship between past conventional global wars and possible future nuclear wars and the effects of global war on world political, economic, and cultural systems. The project will focus on the Italian Wars (1494-1516); the Dutch-Spanish Wars (1580-1609); the Wars of the Grand Alliance (1689-1713); the Wars of the French Revolution (1792-1815); World War I; and World War II. $20,000 (130)

**Vanderbilt University**, Nashville, Tennessee (Thomas Gregor, Project Director): A grant to support a study on the multicultural peace system found among the Indians of the Upper Xingu River in central Brazil. The project will examine how and why such a system, which transcends all known forms of organized violence, developed. $25,000 (141-1-89)

**Vanderbilt University**, Nashville, Tennessee (Jacek Kugler, Vanderbilt, and Frank Zagare, State University of New York, Buffalo, Project Directors): A grant to support a study on deterrence as an aggregate of nuclear resources and specific decisions. Project directors will examine whether proliferation and increased sophistication of nuclear weapons account for seemingly incompatible policy shifts. The study will focus on crisis circumstances to ascertain the implications for deterrence and escalation in the context of tactical nuclear weapons, nuclear proliferation, and defense structures. $33,524 (532)

**Warner, Roger S.**, Ipswich, Massachusetts: A grant to support a project on the Laotian War from 1960 to the present. The grantee will focus on the war itself, the extent to which diplomacy defined it, its effect on Laotians, and the process of "trial and error" that eventually led the post-1975 Laotian Communist regime to relax its repressive policies. $10,000 (035-1-89)

**Washington and Lee University**, School of Law, Lexington, Virginia (Gregory Stanton and Morrow Cater, Project Directors): A grant to complete a documentary film on genocide in Cambodia from 1975 to 1978. Based on footage shot in Cambodia and interviews with witnesses, the film will analyze the process of genocide and its relationship to political doctrine. Diplomats

and historians will discuss past and possible future responses of the international legal system to genocide. $46,767 (378)

**Washington Institute for Near East Policy**, Washington, D.C. (Barry Rubin, Project Director): A grant to support development of a detailed model based on changing views, negotiating positions, and goals of the Middle East peace process among the United States, Israel, and the Palestine Liberation Organization. The study will compare previous efforts at such negotiations, analyze internal political events for each subject, and examine the effects of multilateral interactions in the context of the Middle East. $35,000 (125-1-89)

**Whittier College**, Whittier, California (Joyce Kaufman, Project Director): A grant to support Whittier's International Negotiation Project. The project is a three-phase, dual-track program designed to educate participants—at university and secondary-school levels and in workshops in the community at large—in the complexities of international negotiations, and to generate research on negotiations. $53,820 (397)

**Wiarda, Howard**, American Enterprise Institute, Washington, D.C.: A grant to examine the interrelationships among peace, democracy, and development in Latin America. The project will focus on the effects of the National Endowment for Democracy's "Democracy Project," foreign assistance programs and their impact on economic and political freedom, and the effects of human rights policy in general. $29,300 (205)

**Winik, Jay**, Washington, D.C.: A grant to research and analyze democratic and nondemocratic regimes and the aggressive use of force. The study will focus on (1) the relationship between political structures and foreign policy; (2) how the public and elites perceive the issue of domestic accountability and international peace; (3) democratic states' difficulties in negotiating with nondemocratic states on issues such as arms control; (4) the role of arms control vis-a-vis other issues in negotiations between democratic and nondemocratic states; and (5) preserving and promoting democratic institutions as a means for securing international peace. $24,000 (246)

**Woodrow Wilson International Center for Scholars**, Washington, D.C. (Prosser Gifford, Project Director): A grant to make available in the United States and the Sudan (in English and Arabic) the proceedings of a Wilson Center workshop analyzing major political, economic, social, cultural, religious, ethnic, and strategic aspects of armed conflict in the Sudan. $3,000 (113)

**World Affairs Council of Northern California**, San Francisco, California (Casimar Yost, Project Director): A grant to support a study group exploring key problems and issues in conflict resolution, and to support a publication composed of speeches from various public programs. $20,000 (631)

**World Without War Council**, Berkeley, California (Robert Pickus, Project Director): A grant to survey the activities of nongovernmental organizations in the peace, security, and world affairs fields for the years 1983-86. The survey will be carried out through questionnaires, interviews, and seminars, and the resulting report will provide a conceptual, organizational, and programmatic guide to the work of such organizations for the use of scholars, educators, citizens, and the nongovernmental organizations themselves. $57,200 (198)

**World Without War Council**, Berkeley, California (Robert Pickus, Project Director): A grant to complete, produce, publish, and distribute documents, conference proceedings, and organizational "maps" dealing with the state of peace in the world. $41,000 (165-1-89)

**World Without War Council**, Seattle, Washington (Holt Ruffin, Project Director): A grant to support a series of symposia on developments in U.S.-Soviet exchange since 1985. The symposia will focus on ways to incorporate more elements of the civil society now developing in the Soviet Union into U.S.-Soviet exchange activity. They will also deal with what nongovernmental initiatives might further reduce barriers to free exchanges of persons and ideas between the two countries. The proceedings of these symposia will be published in a book-length manuscript. $20,000 (142-1-89)

**Yale University**, New Haven, Connecticut (Bruce Russett, Project Director): A grant to study democratic governance of nuclear weapons and the relationship between public opinion and national security policy. $7,700 (121)

**Yankelevich, Efrem**, Newton, Massachusetts: A grant to complete a book on *perestroika* and the future of human rights in the Soviet Union. The project will evaluate the possibilities for progress on specific human rights issues and will describe forces and circumstances likely to influence this progress. $37,000 (468)

**York University**, Toronto, Canada (Barry O'Neill, Project Director): A grant to support a study on applying concepts of escalatory stability developed for superpower conflict to conflicts in the Third World. The project will emphasize crisis instability, nonprovocative defense, thresholds, signalling, and instabili-

ties arising from mobilizations and alerts. Special consideration will be given to those causes involving the spread of technologies such as ballistic missiles and chemical weapons. $13,200 (117-1-89)

**Zagano, Phyllis**, Boston University, Boston, Massachusetts: A grant to complete a study on the themes of freedom and justice in the U.S. religious debate on war and peace. $20,000 (236)

## SOLICITED GRANTS

**American Red Cross**, Washington, D.C. (Myrna Peralta, Project Director): A grant to support the development of materials and resources for the promotion and advancement of public education on the principles of international humanitarian law. $200,000 (SG 41-8)

**American University**, Washington, D.C. (Jack Child, Project Director): A grant to support a study on the Central American peace process from 1983 through 1989. The study will focus on military aspects of verification, peacekeeping, and confidence-building measures as they apply to the Central American situation. $21,500 (SG 29-9)

**American University**, Washington, D.C. (John Richardson, Project Director): A grant to support research on the political conflict in Sri Lanka, focusing on the causes, consequences, and lessons to be learned. $20,000 (SG 30-9)

**Association pour les Recherches et les Études sur les Technologies**, Paris, France (Alain Rouvez and Jean-Paul Paddack, Project Directors): A grant to support a project on French, Belgian, and British military involvement in Sub-Saharan Africa, focusing on political and military effectiveness. $51,750 (SG 74-9)

**Bethune Cookman College**, Daytona Beach, Florida (Jake Miller, Project Director): A grant to support research on external involvement in the civil wars in Angola, Chad, Sudan, and Ethiopia. The project will assess the role of African nations, superpowers, international organizations, and nongovernmental organizations. $40,000 (SG 51-8)

**Brownstein, Lewis**, New Paltz, New York: A grant to investigate the feasibility of creating a Palestinian state in the West Bank and the Gaza Strip. $3,417 (SG 66-8).

**California State Polytechnic University**, Kellogg Unit Foundation, Pomona, California (James Kamusikiri, Project Director): A grant to support a project on avenues for peace and conflict resolution in South Africa. The negotiated, constitutional settlement in Zimbabwe will be examined for ideas about resolving the conflict in South Africa. $40,000 (SG 48-8).

**Carnegie Mellon University**, Program on International Peace and Security, Pittsburgh, Pennsylvania (Joseph Coffey, Program Director): A grant to support examination of force postures and conditions that may result from major cuts in U.S. and Soviet strategic nuclear forces. The project will also assess the implications for the effectiveness of the U.S. guarantee and its credibility in theory and practice. $25,000 (SG 14-8)

**Center for Foreign Policy Options**, Beverly Hills, California (Gerald M. Steinberg, Project Director): A grant for a project on the role of informal negotiations in the Middle East peace process, focusing on the Jordan-Israel case study. $40,250 (SG 77-9).

**Center for Strategic and International Studies**, Washington, D.C. (Douglas Johnston, Project Director): A grant for a study on the development of practical guidelines for policymakers in examining situations where spiritual considerations can play a positive role in peacemaking. The project will examine the role of religion as a transnational phenomenon and as a complement to formal or governmental institutions for conflict management/resolution. $35,000 (SG 55-8)

**Chandrahasan, Ann Nirmala**, Madras, India: A grant to support a study on the Indo-Sri Lankan Peace Accord of July 1987 and the nature of India's intervention under international law. $7,500 (SG 108-9)

**The Citadel**, Charleston, South Carolina (Joseph Wright Twinam, Project Director): A grant to support a project on the origins, nature, and development of territorial disputes between Bahrain and Qatar. $10,000 (SG 22-9)

**Cornell University**, Ithaca, New York (Richard Lebow, Project Director): A grant to support a study identifying and analyzing historical instances of immediate deterrence failure. The study will examine the prospects and limitations of deterrence as a strategy for conflict management. $30,000 (SG 59-8)

**Emory University**, Atlanta, Georgia (Kenneth Stein, Project Director): A grant to support a project on the substance and procedure of various international Middle East peace conferences. The project will examine problems, prospects, and possible pitfalls of previous negotiations to help guide contemporary discussions. $40,000 (SG 36-9)

**Ethics and Public Policy Center**, Washington, D.C. (Alexander Webster, Project Director): A grant for a study on Eastern Orthodox Church positions—official and unofficial, in the United States and abroad—on issues of peace, freedom, and security. $37,000 (SG 56-8)

**Geller, Daniel S.**, University of Mississippi, University, Mississippi: A grant to examine the impact of the possession of nuclear weapons on patterns of international conflict. The study will focus on escalation patterns in some 393 militarized interstate disputes between 1946 and 1976. $4,000 (SG 01-8)

**George Mason University**, Center for Conflict Analysis and Resolution, Fairfax, Virginia (Christopher Mitchell, Project Director): A grant to support a study on the various initiatives taken to resolve conflicts in the Horn of Africa from 1960 through 1989. $50,000 (SG 56-9)

**Georgia Institute of Technology**, Atlanta, Georgia (Daniel Papp, Project Director): A grant to support a study comparing the steps that have been taken to resolve conflicts in Angola, Afghanistan, Cambodia, and Nicaragua. $20,000 (SG 54-8)

**Hunter College**, New York, New York (Sumit K. Ganguly, Project Director): A grant to support a project on the 1962 Sino-Indian border war. The analysis will combine a reappraisal of historical research with insights derived from social psychology. $28,750 (SG 80-9)

**International Centre for Ethnic Studies**, Kandy, Sri Lanka (K.M. de Silva, Project Director): A grant to support a project on the Indo-Sri Lankan Peace Accord of 1987, focusing on its domestic and external implications. $25,000 (SG 105-9).

**International Institute for Strategic Studies**, London, England (M. Francois Heisbourg and Hans Binnendijk, Project Directors): A grant to publish proceedings of a conference and workshop on multilateral peacekeeping efforts in the Third World. $30,000 (SG 04-8)

**Juergensmeyer, Mark**, University of Hawaii, Manoa, Hawaii: A grant to support a study on religious violence and nationalism in the Third World focusing on Sri Lanka, Pakistan, the Punjab (India), Iran, and Egypt. $40,000 (SG 42-8)

**Manhattanville College**, Purchase, New York (Kwan Ha Yim, Project Director): A grant to support a project on the North-South dialogue in Korea, assessing the current phase of the intermittent negotiations between the two Korean regimes and its significance for U.S. foreign policy. $30,000 (SG 02-9)

**Massachusetts Institute of Technology**, Cambridge, Massachusetts (Benjamin Miller, Project Director): A grant to support examination of the feasibility and desirability of U.S.-Soviet cooperation in conflict management in the Middle East. $18,000 (SG 61-9)

**Memphis State University**, Memphis, Tennessee (Byron Johnson and William Marty, Project Directors):

A grant to examine church and religious involvement in issues of war and peace in the United States between World War I and the present. $45,000 (SG 29-8)

**Nebraska Wesleyan University**, Lincoln, Nebraska (Robert C. Oberst, Project Director): A grant to support a study on the nature of the youth revolt and political violence in Sri Lanka. $20,000 (SG 23-9)

**Olson, Robert K.**, Hayward, Wisconsin: A grant to support research on the role of the European Community in resolving the Arab-Israeli dispute. $3,800 (SG 08-9)

**Pennsylvania State University**, University Park, Pennsylvania (Syedur Rahman, Project Director): A grant to support a project on the 1971 India-Pakistan war and the creation of Bangladesh, focusing on the causes and consequences of the war. $25,000 (SG 43-9)

**Queen's University**, Center for International Relations, Kingston, Canada (Stephen Page, Project Director): A grant to support research on the role of the United States and the Soviet Union in conflict management in the Red Sea region (the Yemens and the Horn of Africa). $40,000 (SG 104-9)

**Tanham, George**, RAND Corporation, Washington, D.C., **Ralph Salmi**, California State University, San Bernadino, and **Cesar Magul**, Professor Emeritus of the University of the Philippines: A grant to examine Islamic conflict management/resolution theories and practices. $45,000 (SG 40-8)

**Tel Aviv University**, Tel Aviv, Israel (Haggai Erlich, Project Director): A grant to support a study of the war in Eritrea, focusing on the possible schemes for Eritrean autonomy from or within Ethiopia. $35,000 (SG 100-9)

**Tel Aviv University**, Tel Aviv, Israel (Bruce Maddy-Weitzman, Project Director): A grant to support a study on conflict and conflict resolution in the Western Saharan war, covering the period 1975-89. $7,500 (SG 101-9)

**Tel Aviv University**, Tel Aviv, Israel (Yosef Olmert, Project Director): A grant to support a study on the Israeli-Lebanese agreement of 1983-84, covering the Lebanese civil war, the Israeli and Syrian interventions, and superpower intervention. $22,000 (SG 71-9)

**Tufts University**, Fletcher School of Law and Diplomacy, Medford, Massachusetts (Jeswald Salacuse, Project Director): A grant to support a project on factors contributing to the attainment of cease-fires or disengagements in selected conflicts in the Third World. $35,000 (SG 32-8)

**University of Haifa**, Haifa, Israel (Zeev Maoz, Project Director): A grant to support examination of decision-making and bargaining efforts made in the context of the Arab-Israeli conflict from 1970 through 1985. $30,000 (SG 51-9)

**University of Hawaii Institute for Peace**, Honolulu, Hawaii (Michael Haas, Project Director): A grant to support a project on resolving the conflict in Cambodia, using the "options analysis" method to assess the various stages of the conflict. $12,000 (SG 76-9)

**University of Illinois**, Champaign/Urbana, Illinois (Stephen Cohen, Project Director): A grant to support a study examining the primary causes of conflict in South Asia and the differing national perceptions of the prospects for peace. $23,000 (SG 102-9)

**University of Illinois**, Champaign-Urbana, Illinois (Edward Kolodziej, Project Director): A grant for a project on British, French, and U.S. practice regarding nuclear deterrence, with specific focus on how deterrence can be strengthened in order to preclude catastrophic war and ensure reliability in resisting attack upon vital national interests. $30,000 (SG 14-8)

**University of Manchester**, Cheshire, England (Dennis Austin, Project Director): A grant to support a study on patterns of violence in South Asia (India, Pakistan, Bangladesh, Sri Lanka, and Nepal) and the effect of elections as a safety valve for dissent. $15,200 (SG 94-9)

**University of Maryland**, College Park, Maryland (Karen Dawisha, Project Director): A grant to support a project examining the role of the Soviet Union in Third World conflicts and the implications of changes in that role—because of "new thinking" in Moscow—for the United States. The project will evaluate past Soviet activities in conflicts and the prospects for future U.S.-Soviet cooperation. $38,400 (SG 47-8)

**University of Pittsburgh**, Pittsburgh, Pennsylvania (Martin Staniland, Project Director): A grant to support the development of comparative case modules and case studies dealing with the United States and the Soviet Union and regional conflicts in the Third World. $34,000 (SG 17-9)

**University of South Carolina**, Byrnes International Center, Columbia, South Carolina (Charles Kegley and Kenneth Schwab, Project Directors): A grant to prepare essays resulting from a conference titled "The Morality of Deterrence." $15,000 (SG 27-8).

**University of South Carolina**, Columbia, South Carolina (Robert G. Wirsing, Project Director): A grant for a project on the Siachen Glacier Dispute (1983-84) between India and Pakistan, focusing on the diplomacy of international boundary delimitation and the prevention of armed conflict in territorial disputes. $30,000 (SG 52-9)

**University of Texas**, Austin, Texas (David Eaton, Project Director): A grant to support the development of curriculum materials and a monograph resulting from research on the use of foreign assistance to leverage accommodation in the case of Jordan River Basin water resources development. $35,000 (SG 42-9)

**Villanova University**, Villanova, Pennsylvania (Ann Mosley Lesch, Project Director): A grant for a book on Sudanese regional relations to delineate a framework for conflict resolution applicable to the Sudan and Northeast Africa. $32,900 (SG 21-9)

**Whitman College**, Walla Walla, Washington (Stephen Zunes, Project Director): A grant to support a study on the nature of nationalism, conflict, and mediation in the Morocco-Polisario dispute over the Western Sahara. $21,350 (SG 83-9)

# Appendix E

## RESEARCH AND STUDIES PROGRAM ACTIVITIES

### RESEARCH AND STUDIES PROGRAM

The Research and Studies Program has applied four distinct methods in examining fundamental and current peace-related topics:

(1) A "working group" brings together a group of specialists over a period of 1 year or longer to investigate complex, overarching issues. The current working group project deals with deterrence after the Intermediate-Range Nuclear Forces Treaty.

(2) As with a working group, a "study" gathers specialists for periodic sessions over a year or longer to look into large issues. Whereas a working group relies heavily on the repeated involvement of its initial participants, a study draws on experts specially suited to the specific topic of any given session and thus involves more one-time participants. The program's ongoing study project is "Strengthening World Order and the United Nations Charter Against Secret Warfare and Low-Intensity Conflict."

(3) A "study group," like a working group, uses a fixed group of specialists. Study groups, however, meet for 6 months or less and address more specific issues, such as projections of conflicts in one or another region in the near future.

(4) A "public workshop" takes up a timely—and usually provocative—subject for a 3-hour period and uses a modestly sized panel of specialists (usually with widely divergent views on the topic).

One or more book-length publications are expected from working groups and studies, whereas occasional papers and contributions to the Institute's *In Brief* series often, but not always, emerge from public workshops. Study groups produce reports and occasional papers.

This appendix describes the Institute's working group, the studies, the study groups, and finally the public workshops.

### WORKING GROUP

*Peace and Deterrence After the Intermediate-Range Nuclear Forces Agreement*

The agreement on Intermediate-Range Nuclear Forces, the pressure to generate a new START treaty quickly, and the prospect of deep reductions of conventional forces in Europe—not to mention the pace of events within the Soviet bloc and the internationally aggressive behavior of some Third World regimes—have all placed under close scrutiny the assumptions, definitions, and utility of military deterrence of interstate conflict.

This working group has been considering (1) assumptions and definitions of deterrence as a theory; (2) cultural and ideological facets of deterrence; (3) conventional and low-intensity applications (or irrelevance) of deterrence; (4) the state of thought on nuclear deterrence between the United States and the Soviet Union; (5) the growing threat of nuclearization in Third World conflicts; and (6) the legal and moral ramifications of and possible alternatives to deterrence.

**List of Sessions, Fiscal Year 1990**

Definitions and Assumptions of Deterrence, Washington, D.C., October 19-20, 1989

Cultural and Ideological Contexts of Deterrence, Washington, D.C., February 12-13, 1990

Nuclear and Conventional Security Arrangements in Europe and Deterrence, Washington, D.C., February 26, 1990

Nonnuclear and Low-Intensity Use of Force and Deterrence, Washington, D.C., May 21-22, 1990

**List of Sessions, Fiscal Year 1991**

Moral and Legal Aspects and Alternatives to Deterrence, Washington, D.C., October, 1990

The Future of Deterrence, Washington, D.C., December 10-11, 1990

Conference on the Definitions and Assumptions of Deterrence

October 19-20, 1989
Washington, D.C.

*Paper Presenters and Commentators*

Richard Betts (Paper Presenter)
Senior Fellow, The Brookings Institution; Lecturer, The Johns Hopkins School of Advanced International Studies

Stephen Cimbala (Commentator)
Professor of Political Science, Pennsylvania State University

Patrick Glynn (Commentator)
Resident Scholar, American Enterprise Institute for Public Policy

Daniel Gouré (Project Editor-Rapporteur; Moderator)
Director of Soviet Studies, SRS Technologies; Consultant, Center for National Security Studies, Los Alamos National Laboratories

Colin Gray (Paper Presenter)
President, National Institute for Public Policy

Fred Iklé (Paper Presenter)
Center for Strategic and International Studies

Kenneth M. Jensen (Moderator)
Director of Research and Studies, United States Institute of Peace

Charles Kupperman (Commentator)
Director of Special Studies, Washington Studies and Analysis Operations Division, McDonnell Douglas Corporation

William Martel (Commentator)
Associate Social Scientist, Washington Research Division, RAND Corporation

Robert Mcfarlane (Paper Presenter)
Counselor, Center for Strategic and International Studies; Chairman/CEO McFarlane Associates

Michael Mobbs (Commentator)
Feith & Zell; Consultant, U.S. Arms Control and Disarmament Agency

Keith Payne (Commentator)
Executive Vice President and Director of Research, National Institute for Public Policy

George Quester (Paper Presenter)
Chairman, Department of Government and Politics, University of Maryland

David Rivkin (Commentator)
Legal Advisor to the Counsel to the President of the United States

David Wurmser (Moderator)
Project Officer, Research and Studies Program, United States Institute of Peace

Dov Zakheim (Commentator)
Corporate Vice President, Systems Planning Corporation; Consultant-Adviser to the Secretary of Defense and the Under Secretary of Defense for Policy

*Other Participants*

Harry Almond
Institute for National Strategic Studies, National Defense University

Linda Brady
Department of Social Sciences, Georgia Institute of Technology

Wendell John Coats
Department of Government, Connecticut College

Kenneth Degraffenreid
National Strategy Information Center

James Dougherty
Department of Political Science, Saint Joseph's University

Keith Dunn
Strategic Concepts Development Center, National Defense University

Thomas Etzold
The Atlantic Council of the United States

Alton Frye
Chairman, Council on Foreign Relations

Raymond Garthoff
Senior Research Fellow, The Brookings Institution

Rose Gottemoeller
Director of the American Chapter, International Institute for Strategic Studies, The RAND Corporation

Catherine Guicherd-Everaert
Independent Scholar

Andrew Hamilton
Institute for National Security Studies, National Defense University

Mel Johnson
Strategic Concepts Development Center, National Defense University

Lt. Gen. Glenn Kent (ret.)
The RAND Corporation

Elie Krakowski
Center for International Relations, Boston University

James Lebovic
Department of Government, George Washington University

Richard Ned Lebow
Director, Peace Studies Program, Cornell University

Derek Leebaert
Future Technologies, Inc.

Joseph Martino
Department of Political Science, University of Dayton

David E. Mcgiffert, Esq.
Covington and Burling

Martin Patchen
University of Maryland

Gerard F. Powers
Office of International Justice and Peace, United States Catholic Conference

Steve Reardon
Systems Planning Corporation

Marco Rimanelli
Department of Political Science and Conflict Resolution Program, George Mason University

Helen Runnels
Department of Commerce

Jed Snyder
Senior Research Fellow, National Strategy Information Center

Janice Gross Stein
Centre for International Studies, University of Toronto

William Sweeney
Washington Resources in Strategy

Notra Trulock
Strategic Capabilities Assessment Center, National Defense University

Capt. Daniel Tim Twomey
Strategic Concepts Development Center, National Defense University

Ambassador Seymour Weiss
SY Associates

## STUDIES

### Strengthening World Order and the United Nations Charter System Against Secret Warfare and Low-Intensity Conflict

Since World War II, undeclared war—often called "low-intensity conflict"—has increasingly threatened world order. Whether in the form of state support for terrorism, coups d'état, wars of national liberation, or the covert violence practiced by drug cartels, transnational organizations, and intelligence services, low-intensity conflict has become an increasingly important and challenging form of international violence. Low-intensity violence occurs despite the outright prohibitions against aggressive use of force interna-

tionally and the rights of individual and collective self-defense against aggression enshrined in the U.N. Charter.

The study is examining (1) the nature of low-intensity conflict and its instrumentalities; (2) how existing international institutions, legal rules, and diplomatic practices might be made more effective against low-intensity conflict; (3) what defenses and deterrents are legally, morally, and politically appropriate in responding to the full spectrum of secret warfare activities; and (4) what policy mechanisms states might implement to cope with the threat of low-intensity conflict and to expose its workings fully to domestic and international opinion.

**List of Sessions, Fiscal Year 1989**

The United Nations and the Challenge of Secret Warfare, Washington, D.C., September 30-October 1, 1988

Conditions Affecting Present Trends in Low-Intensity Conflict: State-Sponsored Terrorism, Washington, D.C., December 9-10, 1988

Conditions Affecting Present Trends in Low-Intensity Conflict: Insurgencies and Guerrilla Movements, Palo Alto, California, April 28-29, 1989

Conditions Affecting Present Trends in Low-Intensity Conflict: Coups d'État, Washington, D.C., June 2-3, 1989

**List of Sessions, Fiscal Year 1990**

Conditions Affecting Present Trends in Low-Intensity Conflict: Activities of Intelligence Services, Washington, D.C., October 13-14, 1989

Conditions Affecting Present Trends in Low-Intensity Conflict: Secret Warfare Activities of Transnational Entities, Miami, Florida, January 5-6, 1990

Evaluation of Policy Alternatives to Deal with Low-Intensity Conflict, Washington, D.C., March 16-17, 1990

Policy Alternatives: Multilateral and Unilateral Measures To Strengthen Deterrence of Secret Warfare and the Values of World Order, Washington, D.C., June 23-24, 1990

### Conference on the United Nations Charter and the Challenge of Secret Warfare

September 30-October 1, 1988
Washington, D.C.

*Paper Presenters and Commentators*

Alberto Coll (Project Editor-Rapporteur; Moderator; Paper Presenter)
Charles H. Stockton Professor of International Law, U.S. Naval War College

Thomas Farer (Commentator)
Professor of Law, University of New Mexico; Professor of International Relations and Director of the Program in Law and International Relations, The American University.

Kenneth M. Jensen (Moderator)
Director of Research and Studies, United States Institute of Peace

Christopher Joyner (Commentator)
Associate Professor of Political Science and Member, School of International Affairs, George Washington University

Geoffrey Kemp (Commentator)
Senior Associate, Carnegie Endowment for International Peace

Peter Kornbluh (Commentator)
Foreign Policy Analyst, National Security Archive

Daniel Pipes (Paper Presenter)
Director, Foreign Policy Research Institute

Barry Rubin (Commentator)
Senior Research Fellow, Washington Institute for Near East Policy; Fellow, Foreign Policy Institute, The Johns Hopkins University School of Advanced International Studies

Paul Seabury (Paper Presenter)
Professor of Political Science, University of California, Berkeley; former Distinguished Fellow, United States Institute of Peace

Gregory Treverton (Commentator)
Senior Fellow and Director of the Europe-American Project, Council on Foreign Relations

*Other Participants*

Richard Bilder
School of Law, University of Wisconsin

Rachel Ehrenfeld
Freedom House

Lt. Col. Robert L. Freeman
Office of Negotiations Policy, Department of Defense

Michael Freney
U.S. Naval War College

Patrick Glynn
Defense Consultant and Writer on National Security Issues

Christopher Harmon
U.S. Naval War College

Martin Indyk
Washington Institute for Near East Policy

Paul Kriesberg
Carnegie Endowment for International Peace

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Carnes Lord
National Institute for Public Policy

John Norton Moore
Chairman of the Board of Directors, United States Institute of Peace

John F. Murphy
School of Law, Villanova University

Charles E. Nelson
Vice President, United States Institute of Peace

Robin Ranger
Peace Fellow, United States Institute of Peace

Jeffrey Salmon
Institute for National Strategic Studies, National Defense University

Richard Shultz
The Fletcher School of Law and Diplomacy, Tufts University

Joshua Sinai
Library of Congress

Robert F. Turner
Center for Law and National Security, School of Law, University of Virginia; first President, United States Institute of Peace

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

Jiri Valenta
Institute of Soviet and East European Studies, Graduate School of International Studies, University of Miami

**Conference on Conditions Affecting Present Trends in Low-Intensity Conflict: State-Sponsored Terrorism**

December 9-10, 1988
Washington, D.C.

*Paper Presenters and Commentators*

Adda Bozeman (Commentator)
Professor Emeritus in International Relations, Sarah Lawrence College

Alberto Coll (Project Editor-Rapporteur; Moderator)
Charles H. Stockton Professor of International Law, U.S. Naval War College

Shireen Hunter (Paper Presenter)
Deputy Director of the Middle East Project, Center for Strategic and International Studies

Kenneth M. Jensen (Moderator)
Director of Research and Studies, United States Institute of Peace

William Leograende (Commentator)
Associate Professor of Political Science, School of Government and Public Administration, The American University

John F. Murphy (Paper Presenter)
School of Law, Villanova University

Daniel Pipes (Commentator)
Director, Foreign Policy Research Institute

Wayne Smith (Commentator)
Adjunct Professor of Latin American Studies and Director of the Program of Argentine Studies, The Johns Hopkins University School of Advanced International Studies

Robert F. Turner (Paper Presenter)
Associate Director, Center for Law and National Security, School of Law, University of Virginia; first President, United States Institute of Peace

*Other Participants*

Yonah Alexander
Elliot School of International Affairs, George Washington University

Harry Almond
National Defense University

Rachel Ehrenfeld
Freedom House

Thomas Farer
School of International Service, The American University

Allan Gerson
American Enterprise Institute for Public Policy Research

Patrick Glynn
Defense Consultant and Writer on National Security Issues

Lt. Gen. Bradley Hosmer
Member of the Board of Directors, United States Institute of Peace; President, National Defense University

Martin Indyk
Washington Institute for Near East Policy

Christopher Joyner
Elliot School of International Affairs, George Washington University

Ambassador William Kintner
Member of the Board of Directors, United States Institute of Peace

Peter Kornbluh
Foreign Policy Analyst, National Security Archive

Paul Kriesberg
Carnegie Endowment for International Peace

Ambassador Ronald Lehman
Member of the Board of Directors, United States Institute of Peace; Assistant Secretary of Defense for International Security Policy

Robert Leiber
Georgetown University

Robert Leiken
Center for International Affairs, Harvard University

Mario Lewis
formerly with the U.S. Department of State

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Scott McConnell
Assistant Editor, *The National Interest*

John Norton Moore
Chairman of the Board of Directors, United States Institute of Peace

Charles E. Nelson
Vice President, United States Institute of Peace

W. Hayes Parks
Office of the Judge Advocate General of the United States Army

Douglas Payne
Freedom House

Nicholas Rostow
National Security Council

Sol Sanders
*Business Week*

Barry Seltzer
Research Assistant, United States Institute of Peace

Joshua Sinai
Library of Congress

Ambassador Lewis Tambs
Arizona State University

W. Scott Thompson
Member of the Board of Directors, United States Institute of Peace

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

Robert White
International Center for Development Policy

Goshu Wolde
Peace Fellow, United States Institute of Peace

Sepehr Zabih
St. Mary's College

**Conference on Conditions Affecting Present Trends in Low-Intensity Conflict: Insurgencies and Guerrilla Movements**

April 28-29, 1989
Palo Alto, California

*Paper Presenters and Commentators*

Alberto Coll (Project Editor-Rapporteur; Moderator)
Charles H. Stockton Professor of International Law, U.S. Naval War College

Dennis Gilbert (Commentator)
Professor of Latin American Studies, Hamilton College and Cornell University

Christopher Harmon (Commentator)
Associate Professor of Strategy, U.S. Naval War College

Kenneth M. Jensen (Moderator)
Director of Research and Studies, United States Institute of Peace

Ambassador David Jordan (Commentator)
Woodrow Wilson Department of Government and Public Affairs, University of Virginia

Mark Katz (Commentator)
Adjunct Professor, Georgetown University

Michael Klare (Paper Presenter)
Director, Five College Program in Peace and World Security Studies, Hampshire College

Eva Loser (Commentator)
Research Associate, Latin American Program, Center for Strategic and International Studies

Michael Radu (Paper Presenter)
Resident Scholar, Foreign Policy Research Institute

Sam C. Sarkesian (Paper Presenter)
Department of Political Science, Loyola University of Chicago

Richard Shultz (Commentator)
Associate Professor of International Politics, The Fletcher School of Law and Diplomacy, Tufts University

*Other Participants*

Kingsley Davis
Hoover Institution on War, Revolution and Peace, Stanford University

Rachel Ehrenfeld
Freedom House

Barbara Epstein
University of California, Santa Cruz

Thomas Farer
School of International Service, The American University

Christopher Flannery
Claremont Institute

Lewis H. Gann
Hoover Institution on War, Revolution and Peace, Stanford University

Thomas Henriksen
Hoover Institution on War, Revolution and Peace, Stanford University

Irving Lewis Horowitz
Department of Sociology, Rutgers University

Loch Johnson
Department of Political Science, University of Georgia

Stephen Jurika
Hoover Institution on War, Revolution and Peace, Stanford University

Rodney Kennedy-Minott
Hoover Institution on War, Revolution and Peace, Stanford University

George Marotta
Hoover Institution on War, Revolution and Peace, Stanford University

Albert Michaels
Department of History, State University of New York at Buffalo

John F. Murphy
School of Law, Villanova University

Charles E. Nelson
Vice President, United States Institute of Peace

Charles C. Palm
Hoover Institution on War, Revolution and Peace, Stanford University

William Ratliff
Hoover Institution on War, Revolution and Peace, Stanford University

Barry Rubin
Foreign Policy Institute, The Johns Hopkins University School of Advanced International Studies

Paul Seabury
Department of Political Science University of California, Berkeley; former Distinguished Fellow, United States Institute of Peace

Jeffrey Simon
The RAND Corporation

Richard F. Staar
Hoover Institution on War, Revolution and Peace, Stanford University

Admiral James B. Stockdale (ret.)
Hoover Institution on War, Revolution and Peace, Stanford University

Gabriela Tarazona-Sevillano
Center for Special Studies, Davidson College

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

Robert Wesson
Hoover Institution on War, Revolution and Peace, Stanford University

**Conference on Conditions Affecting Present Trends in Low-Intensity Conflict: Coups d'État**

June 2-3, 1989
Washington, D.C.

*Paper Presenters and Commentators*

Alexander Alexiev (Commentator)
Senior Analyst, The RAND Corporation

Alberto Coll (Project Editor-Rapporteur; Moderator)
Charles H. Stockton Professor of International Law, U.S. Naval War College

Steven David (Paper Presenter)
Associate Professor of Political Science and Coordinator of International Relations, The Johns Hopkins University

Paul Henze (Commentator)
Resident Consultant, The RAND Corporation

Kenneth M. Jensen (Moderator)
Director of Research and Studies, United States Institute of Peace

Anthony James Joes (Paper Presenter)
Professor and Director of the International Program, Saint Joseph's University

Edward Luttwak (Commentator)
Holder of the Arleigh Burke Chair of Strategy, Center for Strategic and International Studies

Neil Mcfarlane (Commentator)
Associate Professor, Department of Government, and Director, Center for Russian and East European Studies, University of Virginia

Robert Phillips (Commentator)
Director, War and Ethics Program, University of Connecticut

Barry Rubin (Paper Presenter)
Senior Research Fellow, Washington Institute for Near East Policy; Fellow, Foreign Policy Research Institute, The Johns Hopkins University School of Advanced International Studies

Brian Sullivan (Commentator)
Professor of Strategy, U.S. Naval War College

H. Bradford Westerfield (Commentator)
Damon Wells Professor of International Studies, Yale University

*Other Participants*

Angelo Codevilla
Hoover Institution on War, Revolution and Peace, Stanford University

James A. Der Derian
Department of Political Science, University of Massachusetts, Amherst

Georges Fauriol
Center for Strategic and International Studies

Michael Freney
Secretary of the Navy Senior Research Fellow, U. S. Naval War College

Chrisopher Harmon
Department of Strategy, U.S. Naval War College

Loch Johnson
Department of Political Science, University of Georgia

Christopher Joyner
Department of Political Science, George Washington University

Mark Katz
Peace Fellow, United States Institute of Peace

Pat Legallo
Central Intelligence Agency

Milton Leitenberg
Washington, D.C., Program, Cornell University

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Timothy Lomperis
Department of Political Science, Duke University

John F. Murphy
School of Law, Villanova University

Charles E. Nelson
Vice President, United States Institute of Peace

Michael Radu
Foreign Policy Research Institute

William Ratliff
Hoover Institution on War, Revolution and Peace, Stanford University

Paul Seabury
Department of Political Science, University of California, Berkeley; former Distinguished Fellow, United States Institute of Peace

A.W. Singham
Brooklyn College

Richard F. Staar
Hoover Institution on War, Revolution and Peace, Stanford University

Gabriela Tarazona-Sevillano
Center for Special Studies, Davidson College

W. Bruce Weinrod
Member of the Board of Directors, United States
Institute of Peace

**Conference on Conditions Affecting Present Trends
in Low-Intensity Conflict: Activities of Intelligence
Services**

October 13-14, 1989
Washington, D.C.

*Paper Presenters and Commentators*

Alberto Coll (Project Editor-Rapporteur; Moderator)
Charles H. Stockton Professor of International Law,
U.S. Naval War College

James A. Der Derian (Paper Presenter)
Professor of Political Science, University of Massa-
chusetts, Amherst

Roy Godson (Commentator)
Director, Washington Office, National Strategy Infor-
mation Center; Professor of Government, George-
town University

Kenneth M. Jensen (Moderator)
Director of Research and Studies, United States Insti-
tute of Peace

Loch Johnson (Paper Presenter)
Professor of Political Science, University of Georgia

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Williamson Murray (Paper Presenter)
Professor of History, Ohio State University

Jeffrey T. Richelson (Commentator)
Senior Fellow, National Security Archive

Herbert Romerstein (Paper Presenter)
formerly of United States Information Agency

Paul Seabury (Commentator)
Professor of Political Science, University of California,
Berkeley; former Distinguished Fellow, United States
Institute of Peace

Brian Sullivan (Commentator)
Professor of Strategy, U.S. Naval War College

*Other Participants*

J. Boyer Bell
International Analysis Center, Inc.

David Campbell
Department of Political Science, The Johns Hopkins
University

Rachel Ehrenfeld
Freedom House

Thomas Farer
School of International Service, The American
University

Georges Fauriol
Center for Strategic and International Studies

Michael Freney
Secretary of the Navy Senior Research Fellow, U.S.
Naval War College

Christopher Harmon
Department of Strategy, U.S. Naval War College

W. Scott Harrop
Woodrow Wilson Department of Government and
Foreign Affairs, University of Virginia

Anthony James Joes
Director, International Relations Program, Saint
Joseph's University

Ambassador David Jordan
Woodrow Wilson Department of Government and
Foreign Affairs, University of Virginia

Fred Kaiser
Library of Congress

Mark Lagon
Peace Scholar, United States Institute of Peace

Laurie Mylroie
Department of Government, Harvard University

Charles E. Nelson
Vice President, United States Institute of Peace

Robert Phillips
Director, War and Ethics Program, University of
Connecticut

Michael Radu
Foreign Policy Research Institute

William Ratliff
Hoover Institution on War, Revolution and Peace,
Stanford University

W. Michael Reisman
School of Law, Yale University

Alan Ned Sabrosky
Department of International Studies, Rhodes College

Jeffrey Salmon
Senior Speech Writer, Office of the Secretary of
Defense

Richard Staar
Hoover Institution on War, Revolution and Peace,
Stanford University

B. Hugh Tovar
formerly of the Central Intelligence Agency

Gregory Treverton
Council on Foreign Relations

W. Bruce Weinrod
Member of the Board of Directors, United States
Institute of Peace

H. Bradford Westerfield
Department of Political Science, Yale University

Dov Zakheim
Systems Planning Corporation

**STUDY GROUP**

*The Future Prospects for Conflict or Peace in Central
and Eastern Europe*

October-January 1989-90
Washington, D.C.

Conceived in cooperation with the Policy Planning
Staff of the U.S. Department of State, this study group
is intended to be the first in a series examining poten-
tial international conflicts that lie just beyond the "pol-
icy horizon"—that is, potential near-term conflicts to
which U.S. policymakers unfortunately cannot attend
because of more immediate policy concerns. In the
spring of 1989, the Policy Planning and Institute staffs
decided to begin with the prospects for conflict or
peace in Eastern Europe.

Events of the fall of 1989 quickly altered the study
group from a small number of academics and present
and former policymakers to a group of more than 50.
The national and international media called on numer-
ous members to comment on events during the study
group's run, and several members have been called to
serve in important policy positions related to Eastern
Europe.

Early in 1990, the Institute plans to issue a report
on Eastern Europe for policymakers and the public.
This report will assess the dangers of the next 5 years in
Eastern Europe and will identify courses of action and
diplomacy to prevent international violence.

*List of Sessions, Fiscal Year 1990*

The German Question: The Prospects for Change in
the GDR, October 10, 1989

The Soviet Dimension, Poland, Hungary, Czechoslo-
vakia, October 31, 1989

Yugoslavia, Albania, Bulgaria, Romania, November
20, 1989

The German Question Revisited: Effects on the
U.S.S.R. and Its Neighbors, December 4, 1989

Prospects for Violence and Conflicts in East-Central
Europe, December 18, 1989

Future Policy Alternatives: Preventive Diplomacy,
January 8, 1990

*Project Director*

Kenneth M. Jensen
Director of Research and Studies, United States Insti-
tute of Peace

*Project Rapporteur*

Vladimir Tismaneanu
Foreign Policy Research Institute

*Liaison from the U.S. Department of State*

Francis Fukuyama
Deputy Director for East-West Political-Military
Affairs of the U.S. Department of State's Policy Plan-
ning Office

*Moderator*

Ambassador Samuel W. Lewis
President, United States Institute of Peace

*Participants (as of December 18, 1989)*

Alexander Alexiev
The RAND Corporation

John Baker
Atlantic Council of the United States

Robert Barry
Department of State

Elez Biberaj
Voice of America

Frederick M. Binder
President, Foreign Policy Research Institute

Ambassador Corneliu Bogdan
former Romanian Ambassador to the United States

James Brown
The RAND Corporation

Valerie Bunce
Department of Political Science, Northwestern
University

Eric Chenoweth
Coeditor, *Uncaptive Minds*, Institute for Democracy in
Eastern Europe

Walter Connor
Russian Research Center, Harvard University

Keith Crane
The RAND Corporation

Nadia Diuk
National Endowment for Democracy

Paula Dobriansky
Deputy Assistant Secretary of State for Human Rights
and Humanitarian Affairs

William Echikson
Russian Research Center, Harvard University

David Epstein
Office of NET Assessment, U.S. Department of
Defense

John Evans
Kennan Institute, Woodrow Wilson International
Center for Scholars

John Fox
Policy Planning Office, U.S. Department of State

Ben Frankel
American Enterprise Institute for Public Policy

Francis Fukuyama
Deputy Director for East-West Political-Military
Affairs of the U.S. Department of State's Policy Plan-
ning Office

Charles Gati
Union College

Ambassador Gerald Helman
Senior Advisor to the Under Secretary for Political
Affairs, U.S. Department of State

George Hoffman
Sino-Soviet Institute, George Washington University

James Holmes
Policy Planning Office, U.S. Department of State

Ambassador Philip M. Kaiser
former U.S. Ambassador to Hungary

Ambassador Roger Kirk
U.S. Department of State; former Ambassador to
Romania

John Lampe
Woodrow Wilson International Center for Scholars

John Lenczowski
Council of Inter-American Security

Jeffrey McKitrick
Office of the Vice President of the United States

Michael Mandelbaum
Council on Foreign Relations

Paul Marer
Indiana University

Mihailo Markovic
University of Pennsylvania

Thomas Melia
National Democratic Institute

Stephen Miller
Radio Free Europe/Radio Liberty

Andrew Nagorski
*Newsweek*

Ambassador Herbert Okun
Ambassador-in-Residence, Carnegie Corporation of
New York; former U.S. Ambassador to West Germany

Ambassador Rozanne Ridgway
President, Atlantic Council of the United States

Peter Rodman
National Security Council

Trudy Rubin
*The Philadelphia Inquirer*

Francis Seay
The Heritage Foundation

Thomas Simons
Diplomat-in-Residence, Brown University

Helmut Sonnenfeldt
Brookings Institution

Milan Svec
Peace Fellow, United States Institute of Peace

James Swihart
Director of East European and Yugoslav Affairs, U.S.
Department of State

Jacek Tarkowski
Professor of Sociology, Warsaw University; adviser to
Solidarity

Rudolf Tokes
University of Connecticut

Miklos Vasarhelyi
Soros Foundation

W. Bruce Weinrod
Member of the Board of Directors, United States
Institute of Peace

Andrew Wood
Minister, British Embassy to the United States

## PUBLIC WORKSHOPS

*The Sarajevo Fallacy: A Discussion on the Historical
and Intellectual Origins of Thinking on Arms Control*

August 11, 1988
Washington, D.C.

The "Sarajevo Fallacy" workshop was held to investi-
gate the origins of thinking about issues ranging from
the causes of war to deterrence, arms races, and arms
control. A controversial article by Patrick Glynn was
used to initiate discussion. The article, "The Sarajevo
Fallacy: The Historical and Intellectual Origins of Arms
Control Theology" (*The National Interest*, Fall 1987),
had the advantage of reaching back to the arms races of
the early 20th century and the events before and after
World War I—the period in which much of our con-
temporary thinking about war and peace finds its ori-
gins. This workshop was the subject of an Institute *In
Brief* entitled "Sarajevo and Arms Control" (March
1989) and will also be the subject of an occasional
paper.

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Insti-
tute of Peace

*Principal Speaker*

Patrick Glynn
Defense Consultant and Writer on National Security
Issues

*Commentators*

Charles Fairbanks, Jr.
Director, Program in Soviet and American National
Security, Foreign Policy Institute, The Johns Hopkins
School of Advanced International Studies

J. David Singer
Professor of Political Science, University of Michigan

Col. Harry G. Summers, Jr. (ret.)
Editor, *Vietnam* magazine; Contributing Editor, *U.S.
News & World Report*

Leon Wieseltier
Literary Editor, *The New Republic*

*Other Participants*

Mark Blitz
Associate Director, United States Information Agency

Anne Cahn
Committee for National Security

Alberto Coll
Charles H. Stockton Professor of International Law,
U.S. Naval War College

Devon Gaffney
Director of Research, Smith Richardson Foundation.

Raymond L. Garthoff
Senior Fellow, Brookings Institution

Ambassador Owen Harries
Coeditor, *The National Interest*

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Michael Mandelbaum
Senior Fellow, Council on Foreign Relations

Steven Miller
Assistant Professor of Political Science, Massachu-
setts Institute of Technology

John Norton Moore
Chairman of the Board of Directors, United States
Institute of Peace

Charles E. Nelson
Vice President, United States Institute of Peace

Robin Ranger
Peace Fellow, United States Institute of Peace

Ambassador Rozanne L. Ridgway
Assistant Secretary of State for European and Cana-
dian Affairs

Lucja U. Swiatkowski
Consultant on Soviet Affairs

W. Scott Thompson
Member of the Board of Directors, United States
Institute of Peace

W. Bruce Weinrod
Member of the Board of Directors, United States
Institute of Peace

*Pacifism and Citizenship*

September 28, 1988
Washington, D.C.

This workshop investigated the tension between paci-
fism and citizenship. The basic discussion question
was, "In your estimation, what was, is, and should be
the relationship of pacifism (in both its strict and
broad senses) and citizenship (in terms of both social
and political responsibility) in the United States?"
Among questions discussed were the following: (1) Is
there a tension between pacifism as a guide to individ-
ual action, on the one hand, and as a guide to political
and social action, on the other? If so, is that tension
surmountable? (2) If pacifism remains a minority posi-
tion in a democratic society, what are the obligations
of both the minority and the majority with regard to it?
(3) What has been, is, and should be the relationship of
pacifists to their own government and other govern-
ments? and (4) What is the relationship among paci-
fism, political freedom, and social justice? The
principal speakers were noted peace scholar Elise
Boulding and Guenter Lewy, author of *Peace and Revo-
lution: The Moral Crisis of American Pacifism*. This work-
shop was the subject of an Institute *In Brief* entitled
"Pacifism and Citizenship: Can They Coexist?"
(March 1989).

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Insti-
tute of Peace

*Principal Speakers*

Guenter Lewy
Professor Emeritus in Political Science, University of
Massachusetts, Amherst

Elise Boulding
General Secretary of the International Peace Research
Association; International Chairperson of the
Women's International League for Peace and Free-

dom; former Chair, Department of Sociology, Dartmouth College

*Other Participants*

Virginia Baron
Editor, *Fellowship* magazine, Fellowship of Reconciliation

Charles Chatfield
Professor of History, Wittenburg University

Tom Cornell
National Secretary, Catholic Peace Fellowship

Dorothy Cotton
Director of Student Activities, Cornell University; Member of the National Council of the Fellowship of Reconciliation, the Board of Trustees of the Martin Luther King, Jr., Center for Nonviolent Social Change, and the Institute for the Study of Nonviolence

Douglas Hostetter
Executive Secretary, Fellowship of Reconciliation

Betty Goetz Lall
Director, Peace Studies Consortium, Department of International Education, New York University

Ambassador Samuel W. Lewis
President, United States Institute of Peace

David Little
Distinguished Fellow, United States Institute of Peace

Reverend Sidney Lovett
Member of the Board of Directors, United States Institute of Peace

David McReynolds
War Resisters League

Will Morrisey
Associate Editor, *Interpretation* magazine; Research Assistant to New Jersey State Senator S. Thomas Gagliano

Charles E. Nelson
Vice President, United States Institute of Peace

Michael Simmons
National Coordinator of East-West Programs, American Friends Service Committee

George S. Weigel
President, The James Madison Foundation

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

*A Preliminary Discussion of the U.S. Public Effort for Peace, 1984-88*

November 14, 1988
San Francisco, California

In this workshop, representatives from various sectors

of the peace field—research, formal education, exchange, public education, grantmaking, and advocacy—helped the Institute stage a discussion of the U.S. public effort for peace during 1984-88. Participants discussed the major events in international affairs that helped shape that period and described and analyzed the responses of practitioners and institutions in each field to those events. The discussion concluded with an assessment of where efforts should be directed in the near future.

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

*Principal Speaker*

Robert Pickus
President, World Without War Council

*Respondents*

A. Lawrence Chickering
Executive Director, Institute for Contemporary Studies

Diane Clemons
Professor of History, University of California, Berkeley

Allen Greb
Associate Director, Institute of Global Conflict and Cooperation, University of California, and Research Historian in the University of California, San Diego Program in Science, Technology, and Public Affairs

Ernst Haas
Robson Research Professor of Government, University of California, Berkeley

Ronald Herring
Public Programs Director, Institute of International Studies, Stanford University

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Ted Lubman
Vice President, Stuart Foundations

Richard Roney
National Director for Educational Materials, Beyond War Foundation

Jerry Sanders
Academic Coordinator of Peace and Conflict Studies, University of California, Berkeley

Paul Seabury
Professor of Political Science, University of California, Berkeley; former Distinguished Fellow, United States Institute of Peace

Casimir Yost
Executive Director, World Affairs Council of Northern California

*The Meaning of Munich 50 Years Later*

December 12, 1988
Washington, D.C.

In this workshop, the Institute took the occasion of a notable anniversary to examine the impact of a seminal event on current thinking about peace and war. The purpose was not to focus on appeasement and related issues but rather to reflect on Munich's specific lessons for peace and security in present-day Europe and beyond. Among questions discussed were these: (1) To what extent was Munich a reflection of the breakdown of collective action among democracies in time of peace? (2) What does Munich tell us about the responses of democracies to international crises? (3) How did the recollection of Munich contribute to the formulation of European and other security arrangements in the post-World War II period? and (4) What are the lessons of Munich for the 1990s and beyond with respect to Western security arrangements? This workshop was the subject of an Institute *In Brief* entitled "Lessons of Munich, Fifty Years Later" (March 1989) and also will be the subject of an occasional paper.

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

*Participants*

David Hendrickson
Assistant Professor of Political Science, Colorado College

Christopher Layne
Partner, Blecher and Collins (Los Angeles); Adjunct Scholar, The Cato Institute

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Keith Payne
Executive Vice President and Director of Research, National Institute for Public Policy

Robin Ranger
Peace Fellow, United States Institute of Peace

Earl C. Ravenal
Distinguished Research Professor of International Affairs, Georgetown University School of Foreign Service; Senior Fellow, The Cato Institute

Robert Rudney
Research Analyst, National Institute for Public Policy

Jed C. Snyder
Senior Fellow, National Strategy Information Center

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

*Is It Feasible to Negotiate Chemical and Biological Weapons Control?*

January 23, 1989
Washington, D.C.

As its title indicates, this public workshop suggested the need to look at the entire range of technical, political, and moral issues related to the production, use, and control of chemical and biological weapons (CBW). In short, its purpose was to ask whether we know enough to proceed effectively in making international agreements on CBW. Timed to follow closely after the CBW meetings in Paris in January 1989, the discussion focused on a proposal by Institute of Peace Fellows Robin Ranger and Raymond Cohen for an International Chemical Weapons Authority. The workshop was the subject of an Institute *In Brief* entitled "Is Control of Chemical Warfare Feasible?" (March 1989).

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

*Principal Speakers*

Raymond Cohen
Peace Fellow, United States Institute of Peace; Senior Lecturer in International Relations, Hebrew University

Robin Ranger
Peace Fellow, United States Institute of Peace

*Other Participants*

Gary Crocker
Bureau of Intelligence Research of the Office of Politico-Military Analysis, Intelligence Research Division, Department of State; Department of State Representative to the International Conference on Chemical Weapons in Paris

Douglas Feith
Feith and Zell (Washington, D.C.); former Deputy Assistant Secretary of Defense for Negotiations Policy

Elisa Harris
Guest Scholar, Brookings Institution; MacArthur Foundation Fellow in International Peace and Security Studies

Itshak Lederman
MacArthur Research Fellow, Center for International Security Studies, University of Maryland

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Charles E. Nelson
Vice President, United States Institute of Peace

Brad Roberts
Executive Editor, *The Washington Quarterly*; Research Fellow in International Security Studies, Center for Strategic and International Studies

### Development and Peace

March 20, 1989
Washington, D.C.

This workshop examined some of the basic questions concerning economic development and peace. The discussion focused on the viability of the widespread belief that development assistance contributes to a more peaceful world order by narrowing the gap between more-and less-developed nations, by improving the material circumstances of Third World populations, and by helping to stabilize Third World social and political orders. To spur discussion, economist Nicholas Eberstadt, author of *Foreign Aid and American Purpose*, was asked to present arguments on the failures of development aid since World War II. The purpose of the workshop was to reach a better understanding of how we ought to think about economic and social development assistance in the Third World. This workshop was the subject of an Institute *In Brief* entitled "Development and Peace: An Illusory Link?" (July 1989).

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

*Principal Speaker*

Nicholas Eberstadt
Visiting Scholar, American Enterprise Institute for Public Policy Research; Visiting Fellow, Harvard Center for Population Studies

*Participants*

Richard Bissell
Assistant Administrator for Program and Policy Coordination, United States Agency for International Development

Richard Feinberg
Executive Vice President and Director of Studies, Overseas Development Council

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Bradford Morse
Distinguished Fellow, United States Institute of Peace; Director, The Salzburg Seminar; former Administrator, United Nations Development Programme

Charles E. Nelson
Vice President, United States Institute of Peace

W. Scott Thompson
Member of the Board of Directors, United States Institute of Peace

Alan Tonelson
former Associate Editor, *Foreign Policy*

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

### Democracies, Peace, and War

April 17, 1989
Washington, D.C.

From the earliest days of the United States Institute of Peace, the relationship between democracy and peace has been of particularly acute interest. The Institute wished to undertake a serious investigation of the claim that democracies are inherently more pacific and highly unlikely to declare war on one another. Following the lead of James Payne, the author of a new book entitled *Why Nations Arm*, participants focused on four questions: (1) Are democracies inherently more (or less) pacific than other sorts of regimes? How can we be certain of the answer to this question? (2) If the presence of democracy improves a state's international behavior, what specific features of democracy make that the case? (3) If the presence of democracy influences a state's international behaviour, what other domestic factors (history, culture, religion, disposition toward human rights, etc.) compete in influence? and (4) What special problems do democracies face in conducting war and pursuing peace?

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

*Principal Speaker*

James Payne
Senior Researcher, Institute for Policy and Management Research, Santa Monica; Visiting Scholar, Social Philosophy and Policy Center, Bowling Green State University

*Respondents*

Carl Gershman
President, National Endowment for Democracy

Patrick Glynn
Resident Scholar, American Enterprise Institute for Public Policy Research

Ambassador Samuel W. Lewis
President, United States Institute of Peace

Charles E. Nelson
Vice President, United States Institute of Peace

Stephanie Neuman
Adjunct Professor of Security Studies and Political Science, Columbia University; Director of the Comparative Defense Studies Program and Senior Research Scholar at the Research Institute on International Change, also at Columbia University

Rudi J. Rummel
Professor of Political Science, University of Hawaii

George Weigel
President, The James Madison Foundation

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

### Morality and Foreign Policy

May 9, 1989
The Carter Center of Emory University, Atlanta, Georgia

Convened by the Institute and the Carter Center, this workshop was a roundtable on the theory and practice of the relationship between morality and foreign policy. The event had two parts. First, the participants discussed a presentation on morality and U.S. national security by University of Virginia theologian and former Peace Institute Distinguished Fellow David Little. Second, Institute President Samuel W. Lewis led a discussion of historic and contemporary situations in which morality and national security had come into conflict. The intention was to come to a consensus on the present state of moral action in the international arena. This workshop was the subject of an Institute *In Brief* entitled "Morality and Foreign Policy" (August 1989).

*Moderators*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

Ambassador Samuel W. Lewis
President, United States Institute of Peace

*Principal Speaker*

David Little
Professor of Religious Studies, University of Virginia; former Distinguished Fellow, United States Institute of Peace

*Participants*

Ambassador Francis Deng
Distinguished Fellow, United States Institute of Peace; Senior Fellow and Coordinator, African Projects, Foreign Policy Studies Program, Brookings Institution

Patricia Derian
Board Member, Amnesty International and Helsinki Watch; former Assistant Secretary of State for Human Rights and Humanitarian Affairs

Richard Joseph
Fellow, Director of the Governance in Africa Program, and Head of the Center of African Studies, Carter Center of Emory University

Dayle Powell
Fellow and Director of Conflict Resolution Programs, Carter Center of Emory University

Theodore Weber
Professor of Social Ethics, Chandler School of Theology, Emory University

### The End of History?

July 24, 1989
Washington, D.C.

In its workshop on Francis Fukuyama's controversial article, "The End of History?" (*The National Interest*, Summer 1989), the Institute asked a panel of distinguished scholars to discuss the assertion that the great ideological battle of modern history was over and was marked by the victory of the idea of liberal democracy over totalitarianism. Among questions asked were: (1) Does it make sense to look at the world in these terms? (2) Has liberal democracy really won? (3) Will the great interstate conflicts of this century really fade?(4) Will international conflict in the future therefore be less traumatic than in the past? and (5) Would the "end of history" really mean the replacement of heroic struggle for high-minded principles with dreary "economic calculation, the endless solving of technical problems, environmental concerns, and the satisfaction of sophisticated consumer demands?" This workshop was the subject of an Institute *In Brief* entitled "The End of History?" (September 1989) and will also be the subject of an occasional paper.

*Moderator*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

*Principal Speaker*

Francis Fukuyama
Deputy Director for East-West Political-Military Affairs of the U.S. Department of State's Policy Planning Office

*Respondents*

Ambassador Owen Harries
Coeditor, *The National Interest*

Gertrude Himmelfarb
Professor Emeritus of History, Graduate School of the City University of New York

Charles Krauthammer
Nationally syndicated columnist for *The Washington Post* and monthly essayist for *Time* magazine

Richard Pipes
Frank B. Baird, Jr., Professor of History, Harvard University

Stephen Sestanovich
Director of Soviet Studies, Center for Strategic and International Studies

Robert W. Tucker
Christian A. Herter Professor of American Foreign Policy, The Johns Hopkins School of Advanced International Studies; Coeditor, *The National Interest*

W. Bruce Weinrod
Member of the Board of Directors, United States Institute of Peace

Leon Wieseltier
Literary Editor, *The New Republic*

**The Prospects for Political Pluralism in Eastern Europe**

September 21-22, 1989
Mississippi State University, Starkville, Mississippi

This 2-day public workshop was jointly sponsored by the Institute, the Center for International Security and Strategic Studies at Mississippi State University, and the Atlantic Council of the United States. Originally planned for June 1989, it was postponed by startling events in Hungary and Poland in the late spring, because many of the workshop invitees were among the participants in those events.

The Institute's purpose in this workshop was to bring participants in the Polish and Hungarian reform movements together to discuss the possibilities for political pluralism there and to assess the potential for international violence. Speakers from Hungary and Poland were joined by U.S. academics and policymakers, as well as members of the diplomatic community and the general public. The workshop will be the subject of an Institute *In Brief* entitled "Stability and Political Pluralism—Can They Coexist in a Changing Eastern Europe?"

*Workshop Organizers*

Kenneth M. Jensen
Director of Research and Studies, United States Institute of Peace

Janos Radvanyi
Director, Center for International Security and Strategic Studies, Mississippi State University

John Baker
Director of Education, Atlantic Council of the United States

*Principal Speakers*

Valerie Bunce
Professor of Political Science, Northwestern University

Gabor Demszky
Hungarian Alliance of Free Democrats

Gabor Fodor
FIDESZ (Hungarian Organization of Young Democrats)

Johnpeter Horst Grill
Professor of History, Mississippi State University

Geza Jeszenszky
Karl Marx University and Hungarian Democratic Forum

Paul Jonas
Professor of Economics, University of New Mexico

Honorable Ryozo Kato
Minister Counselor, Political Affairs, Embassy of Japan to the United States

Kenneth Mitchell
Professor of Political Science, Mississippi State University

James Swihart
Director, East European and Yugoslav Affairs, U.S. Department of State

Klemens Szianiawski
Professor of Philosophy, Warsaw University

Raymond Taras
Professor of Political Science, Tulane University

Jacek Tarkowski
Professor of Sociology, Warsaw University; adviser to Solidarity

Vladimir Tismaneanu
Foreign Policy Research Institute

Miklos Vasarhelyi
Head of the Hungarian Association of Historical Justice; Personal Representative of Mr. George Soros in the Joint Committee of the Hungarian Academy of Sciences and Sorus Foundation-Hungary

Maciej Zalewski
Executive Council, Warsaw Solidarity; Wola Political Group

*Other Participants*

Dwight Dyess
President, Bank of Mississippi, Starkville, Mississippi

Rodney Foil
Vice President for the Division of Agriculture, Forestry, and Veterinary Medicine, Mississippi State University

Marek Gadzala
Editor in Chief, *Polityka Polska*, Krakow

The Reverend Sidney Lovett
Member of the Board of Directors, United States Institute of Peace

Andrew Marshall
Director of NET Assessment, U.S. Department of Defense

Ralph Powe
Vice President for Research, Mississippi State University

Jack White
Assistant Dean, College of Arts and Sciences, Mississippi State University

Donald W. Zacharias
President, Mississippi State University

# Appendix F

BYLAWS OF THE UNITED STATES INSTITUTE
OF PEACE
Adopted April 28, 1988

## ARTICLE I – NATURE AND POWERS OF THE CORPORATION

### Section 1.  Nature of the Corporation

The United States Institute of Peace is the independent, nonprofit corporation established by Section 1704 of the United States Institute of Peace Act, Title XVII, Public Law 98-525; 98 Stat. 2492, 2649; 22 U.S.C. 4601 (1984), as amended. The Corporation will serve the people and the Government through the widest possible range of education and training, basic and applied research, and information services on the means to promote international peace and the management and resolution of conflict among the nations and peoples of the world.

### Section 2.  Powers and Duties

The powers and duties of the Corporation are as set forth in the Act. The powers of the Corporation include, to the extent consistent with the Act, the powers conferred upon a nonprofit corporation by the District of Columbia Nonprofit Corporation Act.

## ARTICLE II – DEFINITIONS

### Section 1.

As used in these Bylaws, except where the context otherwise requires –

(a)  "Act" means the United States Institute of Peace Act, Title XVII of Public Law 98-525; 98 Stat. 2492, 2649; 22 U.S.C. 4601 (1984), as it is now or may be amended;

(b)  "Board" means the Board of Directors of the Corporation;

(c)  "Chairman" means the Chairman of the Board of Directors initially appointed and thereafter elected pursuant to Section 1706(h)(1) of the Act;

(d)  "Corporation" means the United States Institute of Peace established by Section 1704 of the Act;

(e)  "Director" means a voting member of the Board of Directors appointed pursuant to Section 1706 of the Act;

(f)  "Grantee" means an institution or individual who has received a grant from the Institute;

(g)  The pronouns "he," "him," and "his" mean, respectively, "he or she," "him or her," and "his or her";

(h) "Fellow" means an individual who has received a fellowship or other form of support from the Institute as part of the Jennings Randolph Program for International Peace;

(i) "Member of the Board" means a Director or the President of the Corporation;

(j) "Person" means an individual, corporation, association, partnership, trust, or other legal entity;

(k) "President" means the President of the Corporation appointed pursuant to Section 1707 of the Act;

(l) "Recipient" means any person receiving financial assistance from the Corporation.

## ARTICLE III – OFFICES

### Section 1. Principal Offices

The Corporation shall maintain its principal office in the District of Columbia.

### Section 2. Other Offices

The Corporation may have offices at such other places, either within or without the District of Columbia, as determined by the Board.

## ARTICLE IV – BOARD OF DIRECTORS

### Section 1. General Powers

The powers of the Corporation are vested in the Board, subject to the provisions of the Act.

### Section 2. Number, Terms of Office, and Qualifications

The Board shall consist of fifteen Directors, with appointments, qualifications, and terms of office as provided in Section 1706 of the Act. Eleven shall be appointed from outside of federal service by the President of the United States subject to Senate confirmation. The Secretary of State, Secretary of Defense, Director of the Arms Control and Disarmament Agency, and President of the National Defense University, shall, pursuant to Section 1706(b)(1)-(4), be ex officio voting members of the Board. Not more than eight voting members of the Board may be members of the same political party. If the President of the National Defense University is a member of the Board and is an active duty military officer, he may assert the tradition of political neutrality of the American military and no political party membership shall be attributed to him. If any of the four ex officio voting members elects not to serve, he may designate a Senate-confirmed and otherwise eligible subordinate official from his agency or department to serve on the Board. Such designation, in order to be effective, must be in writing, signed by the agency or department head, and received by the Chairman at the Institute's office. The Chairman shall transmit information on the designation to all other members of the Board within 30 calendar days or at the next meeting of the Board, whichever comes first. Changes in the Board's ex officio membership shall be announced to the public no later than at the first public meeting of the Board of Directors following receipt of the letter of designation by the Chairman. The President shall serve as a nonvoting member of the Board.

### Section 3. The Chairman and Vice Chairman of the Board

(a) Every three years, commencing with the expiration of the term of the first Chairman appointed by the President of the United States or at such other times as there may be vacancies in such office, the Board shall elect a Chairman from among the Directors appointed from outside of federal service under Section 1706(b)(5) of the Act. The Board may also elect a Vice Chairman for a term not to exceed three years from among the Directors appointed from outside of federal service under Section 1706(b)(5) of the Act.

(b) The Chairman shall preside, if present, at all meetings of the Board; carry out all other functions required of him by the Act and these Bylaws; and represent the Board in matters concerning the day-to-day operations of the Institute. The Vice Chairman, if any, shall preside, in the absence of the Chairman, at meetings of the Board and shall perform such other duties as from time to time may be requested of him by the Chairman.

### Section 4. Outside Interests of Directors and Officers

(a) No member of the Board may participate in any decision, action, or recommendation with respect to any matter which directly and financially benefits such member or pertains specifically to any public body or any private or nonprofit firm or organization with which the member is then formally associated or has been formally associated within a period of two years, except that this provision shall not be construed to prohibit an ex officio member of the Board from participation in actions of the Board which pertain specifically to the public body of which that member is an officer.

(b) Pursuant to reporting procedures established from time to time by Board resolution, all Directors and Officers shall, on an annual basis after assuming office, file with the Institute's Ethics Officer (or General Counsel if no Ethics Officer has been designated) a list of those activities and relationships which might reasonably raise an issue of conflict of interest or the appearance of a conflict of interest with respect to the mandate and activities of the Institute.

### Section 5. Compensation

A Director appointed by the President from outside of federal service shall be entitled to receive the daily equivalent of the annual rate of basic pay in effect for grade GS-18 of the General Schedule under Section 5332 of Title 5, United States Code, for each day during which the Director is engaged in the performance of duties as a member of the Board.

### Section 6. Travel

While away from his home or regular place of business in the performance of duties for the Institute, a Director shall be allowed travel expenses, including a per diem in lieu of subsistence, not to exceed the expenses allowed persons employed intermittently in Government service under Section 5703(b) of Title 5, United States Code. All travel, other than to attend meetings of the Board, for which a Director seeks reimbursement from the Institute shall have the prior authorization of the Chairman or President.

120

## ARTICLE V – MEETINGS OF DIRECTORS

### Section 1.  Meetings

Meetings of the Board shall be held at least two times each calendar year. Meetings shall be held at intervals and locations determined by the Chairman. If any five members of the Board request in writing that a meeting be scheduled, the Chairman shall schedule a meeting to occur within 45 days of receiving such request.

### Section 2.  Agenda

The Chairman shall cause to be prepared the agenda for each meeting, and shall include the agenda in the notice of the meeting sent to all Directors. Any matters appearing on the agenda which the Chairman believes should be discussed in a closed session in accordance with Section 1706(h)(3) of the Act shall be so noted.

### Section 3.  Quorum; Manner of Acting

(a)  A majority of the Directors shall constitute a quorum for a Board meeting. Except as otherwise specifically provided by law or these Bylaws, the vote of a majority of the Directors present at the time of a vote, provided that a quorum is present at such time, shall be the act of the Board. A Director who is present at a meeting of the Board but who recuses or abstains from participation in the deliberation or vote on any matter, whether he remains in the meeting room or withdraws therefrom during the deliberation or vote, may be counted for purposes of determining whether or not a quorum is present, and if a quorum is present, the vote of a majority of the then voting Directors shall be the act of the Board. After having convened with a quorum, a meeting may continue without a quorum, but no vote may be taken unless a quorum is present.

(b)  Each Director is entitled to one vote. Voting rights of Directors may not be exercised by proxy.

### Section 4.  Public Meetings; Executive Sessions

All meetings of the Board shall be open to public observation and shall be preceded by reasonable public notice, for which purpose notice in the Federal Register shall be deemed to be reasonable. As provided in Section 1706(h)(3) of the Act, the Board may close portions of a meeting, upon a majority vote of its members present and with the vote recorded and taken in public session, which are likely to disclose information likely to affect adversely any ongoing peace proceeding or activity or to disclose information or matters exempted from public disclosure pursuant to subsection (C) of the Government in the Sunshine Act, Section 552b of Title 5, United States Code. The chairman of the meeting shall announce the general subject of the closed session prior to such a vote.

### Section 5.  Minutes

The Institute shall keep minutes of the proceedings of the Board and of any committee having authority under the Board. The minutes shall record the names of the Directors present, subjects addressed, and any actions taken. The minutes of each meeting shall be available for inspection by the public in the form approved by the Board.

121

### Section 6.  Action by Directors Without a Meeting

In exceptional circumstances, any action which may be taken at a meeting of the Board may be taken without a meeting, if agreement or ratification in writing, setting forth the action taken, is signed by all of the Directors. Any such action so taken shall be included on the agenda of the next meeting of the Board for discussion, ratification, or such other action as may be indicated by the circumstances.

## ARTICLE VI – COMMITTEES

### Section 1.  Establishment and Appointment of Committees

The Board shall have the following permanent committees: Education and Training; Research and Studies; Information Services; Institutional Planning; Organization and Administration; and Personnel. The Board may, by resolution of a majority of the full Board, establish (and thereafter dissolve) such other executive, standing, permanent, or temporary committees to perform such functions as the Board may designate. The authority of any such committee shall expire at the time specified in such resolution or subsequently determined by the Board. The Chairman shall appoint Directors to serve on such committees, as well as the members who shall chair such committees. The Chairman shall be a voting member of each committee. The President shall be a nonvoting member of each committee.

### Section 2.  Committee Procedures

(a)  Except as otherwise provided in these Bylaws or in the resolution establishing the committee, a majority of the voting members of a committee, or one-half of such members if their number is even, shall constitute a quorum. A Director who is present at a meeting of a committee but who recuses or abstains from participation in the deliberation or vote on any matter, whether he remains in the meeting room or withdraws therefrom during the deliberation or vote, may be counted for purposes of determining whether or not a quorum is present, and if a quorum is present, the vote of a majority of the then voting Directors shall be the act of the committee. The vote of a majority of the voting members present at the time of a vote, if a quorum is present at such time, shall be the act of the committee. After having convened with a quorum, a meeting may continue without a quorum, but no vote may be taken unless a quorum is present.

(b)  Each voting member of a committee is entitled to one vote. Voting rights of committee members may not be exercised by proxy.

### Section 3.  Public Meetings; Executive Sessions

All meetings of any committee of the Board shall be open to public observation and shall be preceded by reasonable public notice, for which purpose notice in the Federal Register shall be deemed to be reasonable. As provided in Section 1706(h)(3) of the Act, a committee may close portions of a meeting, upon a majority vote of its members present and with the vote recorded and taken in public session, which are likely to disclose information likely to affect adversely any ongoing peace proceeding or activity or to disclose information or matters exempted from public disclosure pursuant to subsection (C) of the Government in the Sunshine Act, Section 552b of Title 5, United States Code. The chairman of the meeting shall announce the general subject of the closed session prior to such a vote.

## ARTICLE VII – OFFICERS AND EMPLOYEES

### Section 1.  Officers

The officers of the Corporation shall be a President, a Vice President, and such other officers as the Board from time to time shall determine to be necessary. The officers shall have such authority and shall perform such duties, consistent with the Act and these Bylaws, as may be determined by the Board by resolution or, with respect to all officers but the President, by the President consistent with policies established by the Board. The President shall supervise and direct the other officers in the performance of their duties.

### Section 2.  Appointment, Term of Office, and Qualifications

The President shall be appointed by majority vote of the full Board for a specific but renewable term of not less than one year and not more than three years. Each officer of the Corporation other than the President shall be appointed by majority vote of the full Board for a specific term or, if not specified, for a term that may not exceed three years without the appointment being reaffirmed by the Board. All officers shall serve at the pleasure of the Board. An officer shall hold office until a successor is duly appointed in his stead or until he resigns or is removed in the manner provided in Section 3 of this Article.

### Section 3.  Removal

The officers of the Corporation may be removed by a majority vote of the full Board. Such removal shall be without prejudice to the contract rights, if any, of the person so removed, nor shall the appointment itself of the officer be construed to create contract rights.

### Section 4.  Resignation

Any officer may resign at any time by giving a written notice of his resignation to the Chairman. An officer other than the President shall also submit written notice of his resignation to the President. Such resignation shall take effect at the time it is received by the Chairman, unless another time is specified therein. The acceptance of such resignation shall not be necessary to make it effective.

### Section 5.  The President

The President is a nonvoting member of the Board and the Chief Executive Officer of the Corporation, with the responsibility and authority as provided in the Act, these Bylaws, policies established by the Board, and rules and regulations promulgated pursuant to the Act, these Bylaws, or Board policies for (1) the day-to-day administration of the affairs of the Corporation, (2) the appointment and removal of such employees of the Corporation as he determines necessary to carry out the purposes of the Corporation, and (3) the exercise of such other powers incident to the office of the President and the performance of such other duties as the Board may from time to time prescribe. These powers include those enumerated in Section 1707(b), (c), and (d) of the Act, which include the receipt and disbursement of public monies, obtaining and making grants, entering into contracts, establishing and collecting fees, and making personnel decisions.

### Section 6.  Vice President

The Vice President shall have such powers and shall perform such duties as the Board has determined and as the President may from time to time prescribe, consistent with policies of the Board. In the absence of and upon delegation by the President, a Vice President shall perform the duties of the President, and when so acting, shall have all the powers of, and shall be subject to all restrictions upon, the President.

### Section 7.  Compensation of Officers and Employees

(a)  Officers shall be compensated at rates determined by the Board pursuant to Section 1707(a) of the Act.

(b)  As provided in Section 1707(e) of the Act, no officer or other full-time employee of the Corporation may receive any salary or other compensation for services from any sources other than the Corporation during his period of employment by the Corporation, except as authorized by the Board.

### Section 8.  Outside Interests of Officers and Employees

Consistent with the Act, the Board may from time to time adopt resolutions governing the conduct of officers or employees with respect to matters in which the officers or employees may have any interests that might be perceived as adverse to the interests of the Corporation.

## ARTICLE VIII – TRANSFER OF FUNDS TO THE ENDOWMENT

The President periodically shall report to the Board on the Institute's financial situation, including any statutory requirements, and shall advise the Board on transferring appropriated funds that have not been obligated or expended from the Institute's Treasury account to the Endowment of the United States Institute of Peace, in exercise of the Board's authority under Section 1710(b) of the Act.

## ARTICLE IX – PROHIBITION

### Section 1.  Prohibition Against Intervention in Ongoing Conflicts

No Director, officer, employee, fellow, grantee, or other individual, acting on behalf of the Institute, shall intervene directly in any ongoing international conflict without the approval of the Board and the concurrence of the Department of State.

### Section 2.  Prohibition Against Lobbying

The Institute itself shall not undertake nor shall any funds of the Institute be used to influence the passage or defeat of any legislation by the Congress of the United States or by any State or local legislative bodies, or by the United Nations or any other international governmental body, except that personnel of the Institute may testify or make other appropriate communication when requested to do so by a legislative body, a committee, or a member thereof.

### Section 3.  Prohibition Against Political Activity

(a)  No Director, officer, employee, or any other person shall, on behalf of the Institute, take a position for or against any political party or candidate for

124

political office. Nothing in this section shall preclude the right of an individual to express his opinion in his private capacity or in a public capacity separate and distinct from his position with the Institute.

(b) Directors, officers, employees, fellows, and grantees of the Institute shall exercise due care in their professional and private activities—including, where appropriate, by use of a disclaimer—to avoid conveying the impression that their personal views or activities are the views or activities of the Institute.

### Section 4. Prohibition Against Classified Research

The Institute shall not sponsor or support classified research nor shall any officer or employee of the Institute engage in classified research, except with the approval of two-thirds of the full Board. The Board may discuss such proposed activity in executive session, after indicating the general nature of the proposal in public session. Any decision to engage in classified research in Institute programs shall be reported at the next public session of the Board.

### Section 5. Prohibition Against Political Tests or Qualifications

No political test or political qualification may be used in selecting, appointing, promoting, or taking any other personnel action with respect to any Institute officer, employee, or agent.

### ARTICLE X – SEAL

The Corporation shall have a corporate seal in a form adopted by the Board.

### ARTICLE XI – INDEMNIFICATION

Present and past Directors, officers, employees, and agents of the Institute may be indemnified for any and all liabilities and reasonable expenses incurred in connection with any claim, action, suit, or proceeding arising from present or past service for the Institute, in accordance with resolutions adopted by the Board.

### ARTICLE XII – FISCAL YEAR

The fiscal year of the Corporation shall be that of the Federal Government.

### ARTICLE XIII – AMENDMENTS

These Bylaws may be amended by a recorded vote of three-quarters of the full Board, which three-quarters shall include no less than two *ex officio* Directors, at each of two public meetings, at least 30 and not more than 180 calendar days apart, provided that (a) such amendment is not inconsistent with the Act or other applicable provision of Federal law, (b) the notice of the meeting at which such action is taken shall have stated the substance of the proposed amendment, and (c) the notice of such meeting shall have been mailed, telegraphed, or delivered to each Director at least five (5) days before the date of the meeting.

### ARTICLE XIV – EFFECTIVE DATE

These Bylaws are effective when approved by the Board and shall operate prospectively.

## Appendix G

### ARTICLES OF INCORPORATION OF ENDOWMENT OF THE UNITED STATES INSTITUTE OF PEACE, INCORPORATED

To: Department of Consumer and Regulatory Affairs
Corporations Division
614 H Street, N.W., Washington, D.C. 20001

We, the undersigned natural persons of the age of twenty-one years or more, acting as incorporators and desiring to form a Nonprofit Corporation under the DISTRICT OF COLUMBIA NONPROFIT CORPORATION ACT (D.C. Code, 1981 edition, Title 29, Chapter 5), adopt the following Articles of Incorporation:

*First:* The name of the Corporation is Endowment of the United States Institute of Peace, Incorporated.

*Second:* The period of duration of the Corporation is perpetual.

*Third:* The purpose for which the Corporation is organized is to receive, hold, invest, and expend public funds for exempt purposes in furtherance of the United States Institute of Peace as established under the United States Institute of Peace Act, Title XVII, Public Law 98-525, as it is now or may be amended. Said Corporation is organized exclusively for charitable, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future tax code.

*Fourth:* The Corporation shall have no members.

*Fifth:* The manner of appointment of the directors of the Corporation shall be provided in the bylaws.

*Sixth:* The address of the Corporation's initial registered office is 730 Jackson Place, N.W., and the name of the initial registered agent of such address is Charles Duryea Smith who resides at 4740 Connecticut Avenue, N.W., Washington, D.C. 20008.

*Seventh:* The number of directors constituting the initial Board of Directors is fifteen (15), who shall serve as the initial directors until their successors be selected as provided in the bylaws. The names and addresses of the initial directors are as follows:

| Name | Address |
|---|---|
| Prof. John Norton Moore | University of Virginia School of Law Charlottesville, VA 22901 |

126

| | |
|---|---|
| Dr. Dennis L. Bark | Hoover Institution on War, Revolution and Peace Stanford University Stanford, CA 94305 |
| Dr. William R. Kintner | University of Pennsylvania Philadelphia, PA 19104 |
| Dr. Evron M. Kirkpatrick | 4000 Albemarle St., N.W. Suite 310 Washington, D.C. 20016 |
| Morris I. Leibman, Esq. | Sidley & Austin One First National Plaza Chicago, IL 60603 |
| Rev. Sidney Lovett | P.O. Box 448 Holderness, NH 03245 |
| Pastor Richard John Neuhaus | Center on Religion and Society 152 Madison Avenue 24th Floor New York, NY 10016 |
| The Honorable Richard Schifter | Bureau of Human Rights and Humanitarian Affairs Department of State Room 7802 Washington, D.C. 20520 |
| Dr. W. Scott Thompson | Fletcher School of Law and Diplomacy Tufts University Medford, MA 02155 |
| Mr. W. Bruce Weinrod | The Heritage Foundation 214 Massachusetts Ave., N.E. Washington, D.C. 20002 |
| Dr. Allen Weinstein | 1155 15th Street, N.W. Suite 1010 Washington, D.C. 20005 |
| The Honorable Kenneth L. Adelman | U.S. Arms Control and Disarmament Agency 320 21st Street, N.W., Room 5930 Washington, D.C. 20451 |
| Ambassador Bruce Laingen | National Defense University Fort Leslie J. McNair Room 218, Building 59 4th and P Streets, S.W. Washington, D.C. 20319 |
| The Honorable Richard N. Perle | The Pentagon Room 4E848 Washington, D.C. 20319 |
| Mr. Robert F. Turner (Nonvoting) | United States Institute of Peace 730 Jackson Place, N.W. Washington, D.C. 20503 |

127

*Eighth:* The names and addresses of the incorporators are as follows:

| Name | Address |
|---|---|
| Mark D. Schneider | Sidley & Austin 1722 Eye Street, N.W. Washington, D.C. 20006 |
| Charles Duryea Smith | United State Institute of Peace 730 Jackson Place, N.W. Washington, D.C. 20503 |
| Dr. Kenneth M. Jensen | United States Institute of Peace 730 Jackson Place, N.W. Washington, D.C. 20503 |
| Ms. Bernice Carney | United States Institute of Peace 730 Jackson Place, N.W. Washington, D.C. 20503 |

*Ninth:* No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to its directors, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Third hereof. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these articles, the Corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the purposes of this Corporation.

*Tenth:* Upon the dissolution of the Corporation, assets shall be distributed for one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government pursuant to Section 1711 of the United States Institute of Peace Act, Title XVII, Public Law 98-525, as it is now or may be amended.

IN WITNESS WHEREOF, we have hereunto subscribed our names this 16th day of September, 1986.

*Mark D. Schneider* (Signed)
INCORPORATOR

*Charles Duryea Smith* (Signed)
INCORPORATOR

*Kenneth M. Jensen* (Signed)
INCORPORATOR

*Bernice Carney* (Signed)
INCORPORATOR

The signatures above were sworn to and subscribed before me this 16th day of September, 1986.

*Linda Morgan Blanchard* (Signed)
Notary Public
My Commission Expires July 14, 1990

128

## VERIFICATION

The undersigned, being duly sworn upon oath, deposes and states that he is an Incorporator of the Endowment of the United States Institute of Peace, and the signature on the attached Articles of Incorporation is genuine.

*Mark D. Schneider* (Signed)
Mark D. Schneider

Sworn and subscribed to before me this 16th day of September, 1986

*Linda Morgan Blanclard* (Signed)
Notary Public
My Commission Expires July 14, 1990

The undersigned, being duly sworn upon oath, deposes and states that he is an Incorporator of the Endowment of the United States Institute of Peace, and that the signature on the attached Articles of Incorporation is genuine.

*Charles Duryea Smith* (Signed)
Charles Duryea Smith

Sworn and subscribed to before me this 16th day of September, 1986

*Linda Morgan Blanclard* (Signed)
Notary Public
My Commission Expires July 14, 1990

The undersigned, being duly sworn upon oath, deposes and states that he is an Incorporator of the Endowment of the United States Institute of Peace, and that the signature on the attached Articles of Incorporation is genuine.

*Kenneth M. Jensen* (Signed)
Dr. Kenneth M. Jensen

Sworn and subscribed to before me this 16th day of September, 1986

*Linda Morgan Blanclard* (Signed)
Notary Public
My Commission Expires July 14, 1990

The undersigned, being duly sworn upon oath, deposes and states that she is an Incorporator of the Endowment of the United States Institute of Peace, and that the signature on the attached Articles of Incorporation is genuine.

*Bernice Carney* (Signed)
Ms. Bernice Carney

Sworn and subscribed to before me this 16th day of September, 1986

*Linda Morgan Blanclard* (Signed)
Notary Public
My Commission Expires: July 14, 1990

# Appendix H

## THE UNITED STATES INSTITUTE OF PEACE ACT

Title XVII of the Defense Authorization Act of 1985, Public Law No. 98-525 (Oct. 19, 1984), 98 Stat. 2492, 2649, 22 U.S.C. 4601-4611, as amended.

### SHORT TITLE

Sec. 1701. This title may be cited as the "United States Institute of Peace Act."

### DECLARATION OF FINDINGS AND PURPOSES

Sec. 1702. (a) The Congress finds and declares that —

(1) a living institution embodying the heritage, ideals, and concerns of the American people for peace would be a significant response to the deep public need for the Nation to develop fully a range of effective options, in addition to armed capacity, that can lessen international violence and manage international conflict;

(2) people throughout the world are fearful of nuclear war, are divided by war and threats of war, are experiencing social and cultural hostilities from rapid international change and real and perceived conflicts over interests, and are diverted from peace by the lack of problem-solving skills for dealing with such conflicts;

(3) many potentially destructive conflicts among nations and peoples have been resolved constructively and with cost efficiency at the international, national, and community levels through proper use of such techniques as negotiation, conciliation, mediation, and arbitration;

(4) there is a national need to examine the disciplines in the social, behavioral, and physical sciences and the arts and humanities with regard to the history, nature, elements, and future of peace processes, and to bring together and develop new and tested techniques to promote peaceful economic, political, social, and cultural relations in the world;

(5) existing institutions providing programs in international affairs, diplomacy, conflict resolution, and peace studies are essential to further development of techniques to promote peaceful resolution of international conflict, and the peacemaking activities of people in such institutions, government, private enterprise, and voluntary associations can be strengthened by a national institution devoted to international peace research, education and training, and information services;

(6) there is a need for Federal leadership to expand and support the existing international peace and conflict resolution efforts of the Nation and to develop new comprehensive peace education and training programs, basic and applied research projects, and programs providing peace information;

129

(7) the Commission on Proposals for the National Academy of Peace and Conflict Resolution, created by the Education Amendments of 1978, recommended establishing an academy as a highly desirable investment to further the Nation's interest in promoting international peace;

(8) an institute strengthening and symbolizing the fruitful relation between the world of learning and the world of public affairs, would be the most efficient and immediate means for the Nation to enlarge its capacity to promote the peaceful resolution of international conflicts; and

(9) the establishment of such an institute is an appropriate investment by the people of this Nation to advance the history, science, art, and practice of international peace and the resolution of conflicts among nations without the use of violence.

(b) It is the purpose of this title to establish an independent, nonprofit, national institute to serve the people and the Government through the widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace and the resolution of conflicts among the nations and peoples of the world without recourse to violence.

### DEFINITIONS

Sec. 1703. As used in this title, the term —

(1) "Institute" means the United States Institute of Peace established by this title; and

(2) "Board" means the Board of Directors of the Institute.

### ESTABLISHMENT OF THE INSTITUTE

Sec. 1704. (a) There is hereby established the United States Institute of Peace.

(b) The Institute is an independent nonprofit corporation and an organization described in section 170(c)(2)(B) of the Internal Revenue Code of 1954. The Institute does not have the power to issue any shares of stock or to declare or pay any dividends.

(c) As determined by the Board, the Institute may establish, under the laws of the District of Columbia, a legal entity which is capable of receiving, holding, and investing public funds for purposes in furtherance of the Institute under this title. The Institute may designate such legal entity as the "Endowment of the United States Institute for Peace".

(d) The Institute is liable for the acts of its directors, officers, employees, and agents when acting within the scope of their authority.

(e) (1) The Institute has the sole and exclusive right to use and to allow or refuse others the use of the terms "United States Institute of Peace," "Jennings Randolph Program for International Peace," and "Endowment of the United States Institute of Peace" and the use of any official United States Institute of Peace emblem, badge, seal, and other mark of recognition or any colorable simulation thereof. No powers or privileges hereby granted shall interfere or conflict with established or vested rights secured as of September 1, 1981.

(2) Notwithstanding any other provision of this title, the Institute may use "United States" or "U.S." or any other reference to the United States Government or Nation in its title or in its corporate seal, emblem, badge, or

other mark of recognition or colorable simulation thereof in any fiscal year only if there is an authorization of appropriations for the Institute for such fiscal year provided by law.

### POWERS AND DUTIES

Sec. 1705. (a) The Institute may exercise the powers conferred upon a nonprofit corporation by the District of Columbia Nonprofit Corporation Act consistent with this title, except for section 5(o) of the District of Columbia Nonprofit Corporation Act (D.C. Code, sec. 29-1005(o)).

(b) The Institute, acting through the Board, may —

(1) establish a Jennings Randolph Program for International Peace and appoint, for periods up to two years, scholars and leaders in peace from the United States and abroad to pursue scholarly inquiry and other appropriate forms of communication on international peace and conflict resolution and, as appropriate, provide stipends, grants, fellowships, and other support to the leaders and scholars;

(2) enter into formal and informal relationships with other institutions, public and private, for purposes not inconsistent with this title;

(3) establish a Jeannette Rankin Research Program on Peace to conduct research and make studies, particularly of an interdisciplinary or of a multi-disciplinary nature, into the causes of war and other international conflicts and the elements of peace among the nations and peoples of the world, including peace theories, methods, techniques, programs, and systems, and into the experiences of the United States and other nations in resolving conflicts with justice and dignity and without violence as they pertain to the advancement of international peace and conflict resolution, placing particular emphasis on realistic approaches to past successes and failures in the quest for peace and arms control and utilizing to the maximum extent possible United States Government documents and classified materials from the Department of State, the Department of Defense, the Arms Control and Disarmament Agency, and the intelligence community;

(4) develop programs to make international peace and conflict resolution research, education, and training more available and useful to persons in government, private enterprise, and voluntary associations, including the creation of handbooks and other practical materials;

(5) provide, promote, and support peace education and research programs at graduate and postgraduate levels;

(6) conduct training, symposia, and continuing education programs for practitioners, policymakers, policy implementers, and citizens and non-citizens directed to developing their skills in international peace and conflict resolution;

(7) develop, for publication or other public communication, and disseminate, the carefully selected products of the Institute;

(8) establish a clearinghouse and other means for disseminating information, including classified information that is properly safeguarded, from the field of peace learning to the public and to government personnel with appropriate security clearances;

(9) recommend to the Congress the establishment of a United States Medal of Peace to be awarded under such procedures as the Congress may determine, except that no person associated with the Institute may receive the United States Medal of Peace; and

132

(10) secure directly, upon request of the president of the Institute to the head of any Federal department or agency and in accordance with section 552 of title 5, United States Code (relating to freedom of information), information necessary to enable the Institute to carry out the purposes of this title if such release of the information would not unduly interfere with the proper functioning of a department or agency, including classified information if the Institute staff and members of the Board who have access to such classified information obtain appropriate security clearances from the Department of Defense and the Department of State.

(c)  The Institute may undertake extension and outreach activities under this title by making grants and entering into contracts with institutions of postsecondary, community, secondary, and elementary education (including combinations of such institutions), with public and private educational, training, or research institutions (including the American Federation of Labor-the Congress of Industrial Organizations) and libraries, and with public departments and agencies (including State and territorial departments of education and of commerce). No grant may be made to an institution unless it is a nonprofit or official public institution, and at least one-fourth of the Institute's annual appropriations shall be paid to such nonprofit and official public institutions. A grant or contract may be made to —

(1)  initiate, strengthen, and support basic and applied research on international peace and conflict resolution;

(2)  promote and advance the study of international peace and conflict resolution by educational, training, and research institutions, departments, and agencies;

(3)  educate the Nation about and educate and train individuals in peace and conflict resolution theories, methods, techniques, programs, and systems;

(4)  assist the Institute in its publication, clearinghouse, and other information services programs;

(5)  assist the Institute in the study of conflict resolution between free trade unions and Communist-dominated organizations in the context of the global struggle for the protection of human rights; and

(6)  promote the other purposes of this title.

(d)  The Institute may respond to the request of a department or agency of the United States Government to investigate, examine, study, and report on any issue within the Institute's competence, including the study of past negotiating histories and the use of classified materials.

(e)  The Institute may enter into contracts for the proper operation of the Institute.

(f)  The Institute may fix the duties of its officers, employees, and agents, and establish such advisory committees, councils, or other bodies, as the efficient administration of the business and purposes of the Institute may require.

(g)  (1) Except as provided in paragraphs (2) and (3), the Institute may obtain grants and contracts, including contracts for classified research for the Department of State, the Department of Defense, the Arms Control and Disarmament Agency, and the intelligence community, and receive gifts and contributions from government at all levels.

(2)  The Institute may not accept any gift, contribution, or grant from, or enter into any contract with, a foreign government, any agency or instru-

133

mentality of such government, any international organization, or any foreign national, except that the Institute may accept the payment of tuition by foreign nationals for instruction provided by the Institute. For purposes of this paragraph, the term --

(A)  "foreign national" means --

(i)  a natural person who is a citizen of a foreign country or who owes permanent allegiance to a foreign country; and

(ii)  a corporation or other legal entity in which natural persons who are nationals of a foreign country own, directly or indirectly, more than 50 percent of the outstanding capital stock or other beneficial interest in such legal entity; and

(B)  "person" means a natural person, partnership, association, other unincorporated body, or corporation.

(3)  Notwithstanding any other provision of this title, the Institute and the legal entity described in section 1704(c) may not obtain any grant or contract or receive any gift or contribution from any private agency, organization, corporation or other legal entity, institution, or individual.

(h)  The Institute may charge and collect subscription fees and develop, for publication or other public communication, and disseminate, periodicals and other materials.

(i)  The Institute may charge and collect fees and other participation costs from persons and institutions participating in the Institute's direct activities authorized in subsection (b).

(j)  The Institute may sue and be sued, complain, and defend in any court of competent jurisdiction.

(k)  The Institute may adopt, alter, use and display a corporate seal, emblem, badge, and other mark of recognition and colorable simulations thereof.

(l)  The Institute may do any and all lawful acts and things necessary or desirable to carry out the objectives and purposes of this title.

(m)  The Institute shall not itself undertake to influence the passage or defeat of any legislation by the Congress of the United States or by any State or local legislative bodies, or by the United Nations, except that personnel of the Institute may testify or make other appropriate communication when formally requested to do so by a legislative body, a committee, or a member thereof.

(n)  The Institute may obtain administrative support services from the Administrator of General Services on a reimbursable basis.

## BOARD OF DIRECTORS

Sec. 1706. (a) The powers of the Institute shall be vested in a Board of Directors unless otherwise specified in this title.

(b)  The Board shall consist of fifteen voting members as follows:

(1)  The Secretary of State (or if the Secretary so designates, another officer of the Department of State who was appointed with the advice and consent of the Senate).

(2)  The Secretary of Defense (or if the Secretary so designates, another officer of the Department of Defense who was appointed with the advice and consent of the Senate).

(3) The Director of the Arms Control and Disarmament Agency (or if the Director so designates, another officer of that Agency who was appointed with the advice and consent of the Senate).

(4) The president of the National Defense University (or if the president so designates, the vice president of the National Defense University).

(5) Eleven individuals appointed by the President, by and with the advice and consent of the Senate.

(c)  Not more than eight voting members of the Board (including members described in paragraphs (1) through (4) of subsection (b)) may be members of the same political party.

(d)  (1) Each individual appointed to the Board under subsection (b)(5) shall have appropriate practical or academic experience in peace and conflict resolution efforts of the United States.

(2) Officers and employees of the United States Government may not be appointed to the Board under subsection (b)(5).

(e)  (1) Members of the Board appointed under subsection (b)(5) shall be appointed to four year terms, except that —

(A) the term of six of the members initially appointed shall be two years, as designated by the President at the time of their nomination;

(B) a member may continue to serve until his or her successor is appointed; and

(C) a member appointed to replace a member whose term has not expired shall be appointed to serve the remainder of that term.

(2) The terms of the members of the Board initially appointed under subsection (b)(5) shall begin on January 20, 1985, and subsequent terms shall begin upon the expiration of the preceding term, regardless of when a member is appointed to fill that term.

(3) The President may not nominate an individual for appointment to the Board under subsection (b)(5) prior to January 20, 1985, but shall submit the names of eleven nominees for initial Board membership under subsection (b)(5) not later than ninety days after that date. If the Senate rejects such a nomination or if such a nomination is withdrawn, the President shall submit the name of a new nominee within fifteen days.

(4) An individual appointed as a member of the Board under subsection (b)(5) may not be appointed to more than two terms on the Board.

(f)  A member of the Board appointed under subsection (b)(5) may be removed by the President —

(1) in consultation with the Board, for conviction of a felony, malfeasance in office, persistent neglect of duties, or inability to discharge duties;

(2) upon the recommendation of eight voting members of the Board; or

(3) upon the recommendation of a majority of the members of the Committee on Foreign Affairs and the Committee on Education and Labor of the House of Representatives and a majority of the members of the Committee on Foreign Relations and the Committee on Labor and Human Resources of the Senate.

A recommendation made in accordance with paragraph (2) may be made only pursuant to action taken at a meeting of the Board, which may be closed pursuant to the procedures of subsection (h)(3). Only members who are present may vote. A record of the vote shall be maintained. The President shall be informed immediately by the Board of the recommendation.

(g)  No member of the Board may participate in any decision, action, or recommendation with respect to any matter which directly and financially benefits the member or pertains specifically to any public body or any private or nonprofit firm or organization with which the member is then formally associated or has been formally associated within a period of two years, except that this subsection shall not be construed to prohibit an ex officio member of the Board from participation in actions of the Board which pertain specifically to the public body of which that member is an officer.

(h)  Meetings of the Board shall be conducted as follows:

(1) The President shall stipulate by name the nominee who shall be the first Chairman of the Board. The first Chairman shall serve for a term of three years. Thereafter, the Board shall elect a Chairman every three years from among the directors appointed by the President under subsection (b)(5) and may elect a Vice Chairman if so provided by the Institute's bylaws.

(2) The Board shall meet at least semiannually, at any time pursuant to the call of the Chairman, or as requested in writing to the Chairman by at least five members of the Board. A majority of the members of the Board shall constitute a quorum for any Board meeting.

(3) All meetings of the Board shall be open to public observation and shall be preceded by reasonable public notice. Notice in the Federal Register shall be deemed to be reasonable public notice for purposes of the preceding sentence. In exceptional circumstances, the Board may close portions of a meeting, upon a majority vote of its members present and with the vote taken in public session, which are likely to disclose information likely to affect adversely any ongoing peace proceeding or activity or to disclose information or matters exempted from public disclosure pursuant to subsection (c) of section 552b of title 5, United States Code.

(i)  A director appointed by the President under subsection (b)(5) shall be entitled to receive the daily equivalent of the annual rate of basic pay in effect for grade GS-18 of the General Schedule under section 5332 of title 5, United States Code, for each day during which the director is engaged in the performance of duties as a member of the Board.

(j)  While away from his home or regular place of business in the performance of duties for the Institute, a director shall be allowed travel expenses, including a per diem in lieu of subsistence, not to exceed the expenses allowed persons employed intermittently in Government service under section 5703(b) of title 5, United States Code.

## OFFICERS AND EMPLOYEES

Sec. 1707. (a) The Board shall appoint the president of the Institute and such other officers as the Board determines to be necessary. The president of the Institute shall be a nonvoting ex officio member of the Board. All officers shall serve at the pleasure of the Board. The president shall be appointed for an explicit term of years. Notwithstanding any other provision of law limiting the payment of compensation, the president and other officers appointed by the Board shall be compensated at rates determined by the Board, but no greater than that payable to level I of the Executive Schedule under chapter 53 of title 5, United States Code.

(b)  Subject to the provisions of section 1705(g)(3), the Board shall authorize the president and any other officials or employees it designates to receive and disburse public moneys, obtain and make grants, enter into contracts,

establish and collect fees, and undertake all other activities necessary for the efficient and proper functioning of the Institute.

(c)  The president, subject to the Institute's bylaws and general policies established by the Board, may appoint, fix the compensation of, and remove such employees of the Institute as the president determines necessary to carry out the purposes of the Institute. In determining employee rates of compensation, the president shall be governed by the provisions of title 5, United States Code, relating to classification and General Schedule pay rates.

(d)  (1) The president may request the assignment of any Federal officer or employee to the Institute by an appropriate department or agency, or congressional official or Member of Congress and may enter into an agreement for such assignment, if the affected officer or employee agrees to such assignment and such assignment causes no prejudice to the salary, benefits, status, or advancement within the department, agency, or congressional staff of such officer or employee.

(2) The Secretary of State, the Secretary of Defense, the Director of the Arms Control and Disarmament Agency, and the Director of Central Intelligence each may assign officers and employees of his respective department or agency, on a rotating basis to be determined by the Board, to the Institute if the affected officer or employee agrees to such assignment and such assignment causes no prejudice to the salary, benefits, status, or advancement within the respective department or agency of such officer or employee.

(e)  No officer or full-time employee of the Institute may receive any salary or other compensation for services from any source other than the Institute during the officer's or employee's period of employment by the Institute, except as authorized by the Board.

(f)  (1) Officers and employees of the Institute shall not be considered officers and employees of the Federal Government except for purposes of the provisions of title 28, United States Code, which relate to Federal tort claims liability, and the provisions of title 5, United States Code, which relate to compensation and benefits, including the following provisions: chapter 51 (relating to classification); subchapters I and III of chapter 53 (relating to pay rates); subchapter I of chapter 81 (relating to compensation for work injuries); chapter 83 (relating to civil service retirement); chapter 87 (relating to life insurance); and chapter 89 (relating to health insurance). The Institute shall make contributions at the same rates applicable to agencies of the Federal Government under the provisions of title 5 referred to in this section.

(2) The Institute shall not make long-term commitments to employees that are inconsistent with rules and regulations applicable to Federal employees.

(g)  No part of the financial resources, income, or assets of the Institute or of any legal entity created by the Institute shall inure to any agent, employee, officer, or director or be distributable to any such person during the life of the corporation or upon dissolution or final liquidation. Nothing in this section may be construed to prevent the payment of reasonable compensation for services or expenses to the director, officers, employees, and agents of the Institute in amounts approved in accordance with the provisions of this title.

(h)  The Institute shall not make loans to its directors, officers, employees, or agents, or to any legal entity created by the Institute. A director, officer, employee, or agent who votes for or assents to the making of a loan or who participates in the making of a loan shall be jointly and severally liable to the Institute for the amount of the loan until repayment thereof.

## PROCEDURES AND RECORDS

Sec. 1708. (a) The Institute shall monitor and evaluate and provide for independent evaluation if necessary of programs supported in whole or in part under this title to ensure that the provisions of this title and the bylaws, rules, regulations, and guidelines promulgated pursuant to this title are adhered to.

(b)  The Institute shall prescribe procedures to ensure that grants, contracts, and financial support under this title are not suspended unless the grantee, contractor, or person or entity receiving financial support has been given reasonable notice and opportunity to show cause why the action should not be taken.

(c)  In selecting persons to participate in Institute activities, the Institute may consider a person's practical experience or equivalency in peace study and activity as well as other formal requirements.

(d)  The Institute shall keep correct and complete books and records of account, including separate and distinct accounts of receipts and disbursements of Federal funds. The Institute's annual financial report shall identify the use of such funding and shall present a clear description of the full financial situation of the Institute.

(e)  The Institute shall keep minutes of the proceedings of its Board and of any committees having authority under the Board.

(f)  The Institute shall keep a record of the names and addresses of its Board members; copies of this title, of any other Act relating to the Institute, and of all Institute bylaws, rules, regulations, and guidelines; required minutes of proceedings; a record of all applications and proposals and issued or received contracts and grants; and financial records of the Institute. All items required by this subsection may be inspected by any Board member or the member's agent or attorney for any proper purpose at any reasonable time.

(g)  The accounts of the Institute shall be audited annually in accordance with generally accepted auditing standards by independent certified public accountants or independent licensed public accountants, certified or licensed by a regulatory authority of a State or other political subdivision of the United States on or before December 31, 1970. The audit shall be conducted at the place or places where the accounts of the Institute are normally kept. All books, accounts, financial records, files, and other papers, things, and property belonging to or in use by the Institute and necessary to facilitate the audit shall be made available to the person or persons conducting the audit, and full facilities for verifying transactions with the balances or securities held by depositories, fiscal agents, and custodians shall be afforded to such person or persons.

(h)  The Institute shall provide a report of the audit to the President and to each House of Congress no later than six months following the close of the fiscal year for which the audit is made. The report shall set forth the scope of

138

the audit and include such statements, together with the independent auditor's opinion of those statements, as are necessary to present fairly the Institute's assets and liabilities, surplus or deficit, with reasonable detail, including a statement of the Institute's income and expenses during the year, including a schedule of all contracts and grants requiring payments in excess of $5,000 and any payments of compensation, salaries, or fees at a rate in excess of $5,000 per year. The report shall be produced in sufficient copies for the public.

(i)   The Institute and its directors, officers, employees, and agents shall be subject to the provisions of section 552 of title 5, United States Code (relating to freedom of information).

### INDEPENDENCE AND LIMITATIONS

Sec. 1709. (a) Nothing in this title may be construed as limiting the authority of the Office of Management and Budget to review and submit comments on the Institute's budget request at the time it is transmitted to the Congress.

(b)   No political test or political qualification may be used in selecting, appointing, promoting, or taking any other personnel action with respect to any officer, employee, agent, or recipient of Institute funds or services or in selecting or monitoring any grantee, contractor, person, or entity receiving financial assistance under this title.

### FUNDING

Sec. 1710. (a)(1) For the purpose of carrying out this title (except for paragraph (9) of section 1705(b)), there are authorized to be appropriated $10,000,000 for fiscal year 1989; $10,000,000 for fiscal year 1990; $10,000,000 for fiscal year 1991; $15,000,000 for fiscal year 1992; and $15,000,000 for fiscal year 1993.

(2) Funds appropriated pursuant to paragraph (1) are authorized to remain available until expended.

(b)   The Board of Directors may transfer to the legal entity authorized to be established under section 1704(c) any funds not obligated or expended from appropriations to the Institute for a fiscal year, and such funds shall remain available for obligation or expenditure for the purposes of such legal entity without regard to fiscal year limitations. Any use by such legal entity of appropriated funds shall be reported to each House of Congress and to the President of the United States.

(c)   Any authority provided by this title to enter into contracts shall be effective for a fiscal year only to such extent or in such amounts as are provided in appropriation Acts.

### DISSOLUTION OR LIQUIDATION

Sec. 1711. Upon dissolution or final liquidation of the Institute or of any legal entity created pursuant to this title, all income and assets of the Institute or other legal entity shall revert to the United States Treasury.

### REPORTING REQUIREMENT AND REQUIREMENT TO HOLD HEARINGS

Sec. 1712. Beginning two years after the date of enactment of this title, and at intervals of two years thereafter, the Chairman of the Board shall prepare and transmit to the Congress and the President a report detailing the prog-

139

ress the Institute has made in carrying out the purposes of this title during the preceding two-year period. The President shall prepare and transmit to the Congress within a reasonable time after the receipt of such report the written comments and recommendations of the appropriate agencies of the United States with respect to the contents of such report and their recommendations with respect to any legislation which may be required concerning the Institute. After receipt of such report by the Congress, the Committee on Foreign Affairs and the Committee on Education and Labor of the House of Representatives and the Committee on Foreign Relations and the Committee on Labor and Human Resources of the Senate shall hold hearings to review the findings and recommendations of such report and the written comments received from the President.

The United States Institute of Peace Act has been amended three times. Following is a brief history of the changes to the Act to date:

The Higher Education Technical Amendments Act of 1986, Pub. L. No. 99-498 (Oct. 17, 1986), 100 Stat. 1612, 20 U.S.C. 4609 note, authorized appropriations for fiscal years 1987 and 1988 at the same levels originally provided, which were $6,000,000 for the fiscal year 1985 and $10,000,000 for the fiscal year 1986.

"SEC. 1601. (a) AUTHORIZATIONS OF APPROPRIATIONS. —

(1)   The first sentence of section 1710(a) of the United States Institute of Peace Act (22. U.S.C. 4609(a) is amended —

(A) by striking out 'fiscal year 1985' and inserting in lieu thereof 'fiscal year 1987'; and

(B) by striking out 'fiscal year 1986' and inserting in lieu thereof 'fiscal year 1988'.

(2) The amendments made by paragraph (1) shall take effect on October 1, 1987.

(b)   AVAILABILITY OF FUNDS. — The second sentence of section 1710(a) of such Act (22 U.S.C. 4609 (a)) is amended to read as follows: 'Amounts appropriated under this section are authorized to remain available to the Institute until expended'."

The Higher Education Technical Amendments Act of 1987, Pub. L. No. 100-418 (Aug. 23, 1988), 102 Stat 1523, 22 U.S.C. 4604 (inserting the amendment in section 1705(b)(3)), explicitly authorized an Institute program to be named for Jeannette Rankin.

"SEC. 25. UNITED STATES INSTITUTE OF PEACE.

Section 1703 of the United States Institute of Peace Act is amended by inserting after '(3)' the following: 'establish a Jeannette Rankin Research Program on Peace to'. . . ."

140

The Act of October 31, 1988, Pub. L. No. 100-569, TITLE III – UNITED STATES INSTITUTE OF PEACE, 102 Stat. 2862, 22 U.S.C. 4606 and 4609, authorized appropriations for fiscal years 1989 through 1993 and, by deleting the provision that "No Federal funds shall be used to pay for private fringe benefits programs", permitted the Institute to offer private fringe benefits to its employees.

"SEC. 301. REAUTHORIZATION

Section 1710(a) of the Department of Defense Authorization Act, 1985 (22. U.S.C. 4609(a)) is amended to read as follows:

'SEC. 11710. (a)(1) For the purpose of carrying out this title (except for paragraph (9) of section 1705(b)), there are authorized to be appropriated $10,000,000 for fiscal year 1989; $10,000,000 for fiscal year 1990; $10,000,000 for fiscal year 1991; $15,000,000 for fiscal year 1992; and $15,000,000 for fiscal year 1993.

    '(2) Funds appropriated pursuant to paragraph (1) are authorized to remain available until expended.'

(b)  Section 1707(f)(2) of the United States Institute of Peace Act (22 U.S.C. 4606(f)(2)) is amended by striking out the first sentence thereof.''

# INDEX

Academic exchange. See Exchange, academic and cultural
Accident prevention, 15
Adjudication, international, 77
Afghanistan
    conflict in, 76
    conflict resolution in, 16, 85, 96
    effect of conflict on superpower relations, 88
    refugee repatriation program study, 90
Africa
    conflict resolution in Southern, 16, 71
    foreign intervention in, 29–30
    regional conflict in, 28–29
    role of continent's nations in civil wars, 95
    role of economic interdependence in Southern, 32, 73
    sub-Saharan conflict, 13, 95
    See also Algeria; Angola; Chad; the Congo (Zaire); Ethiopia; Guinea; Horn of Africa; Kenya; Morocco; Mozambique; South Africa; the Sudan; Zimbabwe
Algeria, 30, 84–85
Andean countries. See Argentina; Bolivia; Colombia; Ecuador; Peru; Venezuela
Angola
    civil war and guerrilla activity in, 30, 95
    conflict resolution methods in, 96
    superpower relations affected by conflict in, 88
Angola-Namibia
    settlement, 31–32, 71, 78
Arab-Israeli conflict
    decisionmaking and bargaining in, 97

European Community role in, 97
    Gaza strip, 84–85, 95
    nature of, 92
    option for establishment of a Palestinian state, 32, 95
    Palestine Liberation Organization, 84–85, 94
    role of United States and Soviet Union in, 33
    See also Israel; Middle East
Argentina
    Beagle Channel dispute, 22–23, 90
    in Malvinas/Falklands Islands War, 88
    national defense efforts for, 91
Arms control
    to avoid war, x–xi
    chemical weapons, 28
    compliance policies for agreements for, 76
    factors influencing Middle East political-military, 83
    Intermediate Nuclear Force (INF) reduction, 84
    International Atomic Energy Agency role in, 94
    negotiations for, 91
    in regional conflict, 29, 83
    SALT II, 82, 84
    symposia and related publications on, 88
    theory for, 86
    weapons as catalyst for war, 25–26
    Western diplomacy for, 82
    See also Deterrence
Arms Control and Disarmament Agency (ACDA), 88
ASEAN. See Association of Southeast Asian Nations (ASEAN)
Asia
    regional conflict in, 28–29

142

*See also* Cambodia; China; India;
  Korea; Pacific Basin/Rim; South
  Asia; Sri Lanka; Vietnam, North
Asia–Pacific region. *See* Pacific Basin/Rim
Association of Southeast Asian Nations
  (ASEAN), 29, 87
Authoritarian regimes
  propensity toward violence, 84

Bahrain-Qatar territorial dispute, 96
Bangladesh
  creation of, 97
  refugee repatriation program
    study, 90
  violence and elections in, 98
Beagle Channel dispute, 22–23, 90
Belgium, 95
Bibliographic surveys, 46
  *Bibliographic Checklist* bibliography
    series, 81
Bolivia, 22, 86
Brazil (Upper River Xingu Indians), 94
Bulgaria
  role in drug trafficking to United
    States by, 19
  *See also* Europe, Eastern

Cambodia
  ASEAN role in conflict in, 29, 87
  conflict resolution methods in, 96
  conflict resolution or reduction in, 16
  effect of conflict on superpower
    relations, 88
  genocide in, 29, 94
  human rights neglect in, x
  options analysis method of conflict
    resolution in, 97
  Sino-Soviet détente in conflict in, 82
Canada–U.S. relations, 25
Caribbean region, 83
Catholic Church
  in Eastern Europe, 17
  research in social thought of, 16–17
  role in Beagle Channel dispute, 23
  *See also* Vatican
Cease-fires, Third World, 97
Central America
  conflict in, 76
  conflict resolution or reduction in, 16
  peace process: 1983–89, 95
  U.S.–Soviet cooperation in conflict
    resolution in, 29
  *See also* El Salvador; Nicaragua
Central Europe. *See* Europe, Central
Chad
  civil war, 30, 95
*Checklist* bibliography series, 43, 46
Chile
  Beagle Channel dispute with

  Argentina, 22–23, 90
  relationship between violence and
    inequality in, 29, 86
China, People's Republic of (PRC)
  contacts with Taiwan (ROC) of, 84
  negotiating behavior of, 29
  Sino-Indian border war, 96
  Soviet perceptions of threat from, 88
Civil war
  effect on economic development
    of, 78
  ending of, 90
  escalation, internationalization and
    resolution in, 75
  intervention of superpowers in, 80
Colombia, 86
Communications
  confidence-building measures, 15
  failure in Malvinas/Falklands Islands
    War of, 88
  impact of information technology, 90
  U.S.–Soviet cooperation in, 87
Conflict prevention, management,
  and resolution
  alternatives for regional; 83
  collaborative problem-solving, 74
  comparison of methods for, 96
  comparison of relationship between
    domestic and international, 90
  conditions in territorial exchange, 92
  deterrence as strategy for, 96, 111
  dialogue techniques, 76, 83
  diplomacy role in, 90
  disengagements, 97
  English language manual for use
    in, 82
  escalation, deescalation, and resolu-
    tion in, 93
  ethnic and regional conflict, 93
  factors contributing to cease-fire or
    disengagement in, 97
  interactive problem-solving
    approach to, 72, 86
  Islamic theories and practice of, 97
  key problems and issues in, 95
  methods for deescalation of, 9
  prenegotiation theory and
    practice, 86
  role of religion in, 22, 97
  social-psychological aspects of, 72
  study of theory and practice of, 8, 71
  superpower roles in Third
    World, 76, 97
  territorial disputes, 97
  UN mediation, 81, 83
Conflict, sources and conditions of
  determinants of, 96
  effect of foreign intervention in
    internal, 29–30

  escalation, 93, 95, 96
  ethnic groups as, 79, 86, 87, 93
  impact of nuclear weapons posses-
    sion on, 96
  indivisible, non-negotiable
    issues, 78, 79
  minority groups as, 12–13
  nationalism, 83
Covert action
  ethics in, 83
  U.S. policy toward, 87
Crisis management
  decisionmaking simulations for, 82
Cuba, 19
Cultural exchange. *See* Exchange, aca-
  demic and cultural
Curricula
  collection and development of curric-
    ula, 38, 82, 83–84, 88, 89, 91, 92
  on prenegotiation theory and
    practice, 86
  related to religious and ethical consid-
    erations in war and peace, 87
Czechoslovakia
  violence and political conflict
    in, 17, 93

Data base
  on characteristics of ethnic and
    regional groups, 75
  on country military expenditures, 86
  for oral history resources, 45
  for study of holocaust and
    genocide, 87
  on Third World arms production, 84
  on 20th century genocide and
    massacres, 94
Deescalation
  in ethnic and regional conflicts, 93
  U.S.–Soviet nuclear crisis, 82–83
Democracy, xii, 7, 112
  international behavior of, 79, 84, 85,
    89, 94, 95, 107, 112
Deterrence
  after Intermediate-Range Nuclear
    Forces Treaty, 99
  essays on morality of, 97
  as a factor in war avoidance, xii
  French policy of, 27
  historical instances of successful, 96
  limit to chemical weapons manufac-
    ture as, 28
  and nuclear weapons, 94
  as strategy for
    conflictmanagement, 96
  strengthening of, 97
  theory of Western democracies, 88
  *See also* Nuclear deterrence policy
Diplomacy, 4, 86

143

  historical analysis of arms control
    in, 82
  implications of Track II, 84
  integrating international law into
    U.S., 85–86
  oral histories, 82
  in resolution of international
    disputes, 90
  *See also* Conflict prevention, manage-
    ment, and resolution
Drug trafficking, 19, 84
Dutch-Spanish Wars (1580–1609), 94

Eastern Europe. *See* Europe, Eastern
Eastern Orthodox Church
  position on peace, security, and
    freedom, 96
East Germany. *See* German Democratic
  Republic
East Timor, 29, 86
East–West relations, 7, 74
  investigation of cooperative methods
    to improve, 16
  role of European federalism
    on, 16, 88
  *See also* Soviet Union, U.S.–Soviet
    relations
Economic development, 31, 73, 78, 79,
  80
Economic factors
  Middle East, 27–28, 83
Economic interdependence, 32, 73, 93
Economic rights in international law, 87
Ecuador, 29, 86
Education
  at college level, 38
  conflict-related curricula, 46
  global education, 83
  human rights courses for, 38–39
  international humanitarian law,
    17–18, 95
  practitioner training, 74, 76, 81, 82,
    83, 86, 90
  students, 4–5, 83–84
  teacher training, 4–5, 37–39, 51, 81,
    82, 83–84, 88
  at upper-elementary and
    secondary-school level, 35–38
  *See also* Curricula
Egypt, 21
  intercultural communication in
    diplomatic relations with, 74
  in 1967 Middle East War, 88
  religious violence and nationalism
    in, 21
El Salvador, 91
Environment
  international disputes over, 10
  proposal for tribunal for, 18

  protection of, 15
  U.S.–Soviet cooperation in protection
    of, 87
Eritrea. *See* Ethiopia
Ethics in war and peace, 21, 87
Ethiopia
  civil war and guerrilla activity in, 30,
    84, 95
  investigation of conflict reduction
    in, 16, 85, 86
  proposed autonomy in Eritrea, 30, 97
Europe, Central, 2, 107
Europe, Eastern
  Catholic personalism in, 17
  future conflict situations in, ix
  liberalizing trends in, 5–6
  long-run peace prospects for, 2
  mediation of political change in, 93
  peace or conflict in, 107
  political conflict in, 17
  political pluralism in, 114
Europe, Western
  peace movements in, 86, 87
  peace research institutes in, 81
European federalism, 16, 88
Exchange, academic and cultural, 15, 36

Force
  ethics in use of, 83
  impact of U.S.–Soviet nuclear force
    cuts on, 96
  in international relations, xi–xii
Foreign assistance
  Jordan River Basin, 98
France
  historical relations with Algeria
    of, 84–85
  military role in Sub-Saharan Africa
    of, 95
  nuclear deterrence policy of, 27
  nuclear deterrence practice of, 97
  role in World War I alliance of, 26
  West Germany's post-war relations
    with former enemy, 25, 75

Genocide
  in Cambodia, 29, 94
  data base for study of, 87, 92
German Democratic Republic (GDR)
  peace movements in, 17
  *See also* Europe, Eastern
Germany, Federal Republic, 86
  intermediate-range nuclear force
    debate in, 87
  role in NATO of, 82
Great Britain
  historical relations with Ireland
    of, 84–85
  peace movement in, 86

  *See also* United Kingdom
Guerrilla warfare
  causes and management of, 84
  conference on, 20, 104
  implications for African, 30, 84
  *See also* Low-intensity conflict
Guinea, 91

Haiti, 85
Helsinki Accords
  analysis of significance for world
    peace of, 36
  essay contest topic, 36
  follow-up conference in Vienna
    on, 87
Hong Kong, 83
Horn of Africa
  conflict and prospects for develop-
    ment in, 16, 29, 31, 86
  conflict management in Red Sea
    region including, 84, 85, 86, 97
  proposals for negotiated settlement
    in, 77
  *See also* Ethiopia; Somalia; the Sudan
Human rights, 7
  analysis of instruments for, 13–14
  application to refugee law of, 83
  armed conflict effect on, 13–14
  connection with world peace in
    U.S.–Soviet relations, 85
  derogation clauses in legal instru-
    ments on, 14
  in Northern Ireland, 21
  and *perestroika* in Soviet Union, 95
  proposed world court for, 19, 83
  relationship to liberty and interna-
    tional peace of, 84, 85, 93
  reports, 17
  role of United Nations in issues of, 72
  in the South Pacific, 72
  in Soviet Union, 85
  *See also* Helsinki Accords; Interna-
    tional Law; Universal Declaration
    of Human Rights
Hungary
  violence connected with political
    conflict in, 17, 93
  *See also* Europe, Eastern

India
  capacity for peaceful response to
    opposition, 91
  intervention in Sri Lanka, 96
  patterns of violence and role of elec-
    tions in, 97
  Punjab nationalism and violence,
    21, 96
  Siachen Glacier dispute with

Pakistan, 97
Sino-Indian border war, 96
India-Pakistan war (1971), 97
Indonesia. See East Timor; West Irian
Indo-Sri Lankan Peace Accord (1987), 96
Intellectual map project, 7–8, 43, 52
International Court of Justice, 18, 77, 78, 81
International law
    concept of social and economic rights in, 81
    ethics in, 83
    humanitarian law, 17–18, 95
    Indo-Sri Lankan Peace Accord (1987), 96
    maritime rights, 82
    role in U.S. foreign policy of, 85–86
    tribunals on environment, space and boundaries, 18
    See also Human rights; Refugees; Rule of law
International organizations
    as mechanism for dispute settlement, x–xi
    revival of theory and practice of, 93
    role in civil wars in African nations of, 95
    See also Association of Southeast Asian Nations (ASEAN); Organization of American States; United Nations
Iran, 21, 96
Iran-Iraq War
    political and behavioral perspectives on, 32
    political systems and foreign policy issues of, 92
Iran-United States Claims Commission, 18
Ireland
    cooperation among children in, 92–93
    historical relations with Great Britain of, 84–85
Ireland, Northern, 21, 86
    capacity for peaceful response to opposition, 91
    conflict management in, 87
    restriction of civil liberty in conflict in, 72
Islam, 22
    impact on war and peace of, 90
    theories and practice of conflict management, 97
    threat of nationalism of, 88
Israel
    capacity for peaceful response to opposition, 91
    conflict with Palestine Liberation

Organization of, 85
    effect of antiterrorist policy on terrorism, 85
    human rights and religion in, 21
    interpersonal contact in mediating political change, 85
    intervention in Lebanese civil war, 97
    in 1967 Middle East War, 88
    relations with Jordan, 96
    relations with Palestinian Arabs, 84
    relations with West Bank and Gaza Strip, 84–85
    restriction of civil liberty in conflict in, 72
    role in Middle East peace process of, 94
    West Germany's post-war relations with, 25, 75
Israel-Lebanese agreement (1983–84), 97
Italian Wars (1494–1516), 94
Italy, 86

Japan, 91
Jordan, 83
Jordan River Basin development, 98

Kenya, 30
Korea
    North-South dialogue in, 96
    Soviet initiative to resolve North-South conflict in, 85

Laotian War, 94
Lateral pressure theory, 88
Latin America
    regional conflict in, 28–29
    relationship among drug trafficking, terrorism and instability in, 19
    relationships among peace, democracy and development in, 94
    See also Argentina; Beagle Channel dispute; Chile; Ecuador; El Salvador; Mexico; Nicaragua; Peru; Uruguay; Venezuela
Lebanese civil war, 97
Library
    bibliographies, 81, 82, 85, 86, 90–91
    Checklist series, 43, 46
    collections related to peace, 43–44, 46, 86
    development, 82
    subject classification guide, 43–44
Low-intensity conflict, 19–20
    analysis of, 101
    conferences on aspects of, 20
    current knowledge of, 90
    Iran-Iraq war as example of, x
    state-sponsored terrorism in, 101

working-group project on, 52
    See also Guerrilla warfare; Terrorism

Macao, 83
Mexico, 74
Middle East
    analysis of peace conference in, 96
    application of lateral pressure theory in, 88
    conflict resolution or reduction in, 16
    economic-political-military environment in, 27–28
    effect of informal negotiations in Jordan-Israel case study, 96
    factors influencing political-military environment in, 83
    high-technology weapons in, 28, 83
    problem-solving method for international conflict in, 86
    regional conflict in, 28–29
    U.S.-Soviet cooperative conflict management in, 96
    weapons and delivery systems stockpiling in, 2
    See also Arab-Israeli conflict; Iran-Iraq War; Israel; Lebanon; Palestine Liberation Organization; Syria
Morocco, 30
Morocco-Polisario dispute, 98
Mozambique, 30

Namibia-Angola settlement, 31–32, 71, 78
Narcoterrorism, 19, 20
NATO
    alliance of, 82
    modernization of short-range nuclear weapons, 80
    Soviet Union influence on public opinion about countries of, 78
Near East. See Middle East
Negotiation
    in Arab-Israeli conflict, 97
    behavior of People's Republic of China in, 29, 83
    collection and development of curricula on, 91
    computer program for study of, 88
    education in complexities of international, 91
    effect of intercultural differences on, 76
    formal as opposed to tacit agreement in arms control, 91
    multilateral techniques for, 10–11, 81, 87–88
    role in Middle East of informal, 96
    role of communication in, 81
    seminar on political, 9–10

    settlement in Zimbabwe, 95
    significance for United States of North and South Korea, 96
    Soviet strategy in nuclear arms limitation talks, 84
    theory and practice, 10, 86, 87–88, 90
    training in, 5, 8–9, 74, 76, 81, 82, 86, 90
    See also Conflict prevention, management, and resolution
Nepal, 97
the Netherlands, 50, 79, 87
Nicaragua, 19, 21
    conflict resolution methods in, 96
    effect of conflict on superpower relations, 88
Nigeria, 30
Nonviolent sanctions, 24, 77, 81
    "Nordic Balance" principles, 78
Nuclear arms
    democratic governance of, 95
    effect of possession on conflict, 96
    effect on NATO alliance of, 82
    intermediate-range, 87
    modernization of NATO short-range, 80
    Soviet perception of threat of theater, 88
    standdown, 82–83
    strategic, 26, 96
    See also Arms control; Deterrence

Oral history resources data base, 44–45
Organization of African Unity, 92
Organizations, nongovernmental
    activities in peace, security and world affairs, 95
    attempts to democratize foreign policy by, 84
    role in African civil wars of, 95

Pacific Basin/Rim
    Asia-Pacific research seminar, 92
    conflict reduction or resolution in, 16
    investigation of human rights issues in, 14
Pacific Island Human Rights Charter (model), 14
Pacifism, 8
    and citizenship, 52, 109
    philosophical and theological foundations of, 23–24, 89
Pakistan
    patterns of violence and role of elections in, 97
    religious violence and nationalism in, 96
    role of religion in, 21
    Siachen Glacier dispute with India of, 97

Peace
    in developing world, 89
    development of library collection related to, 38
    educational materials for, 89
    materials related to state of world, 95
    measurement, 17
    relationship of human rights to, 84, 89
    religious and ethical questions concerning, 21, 96–97
    television program on, 38
    theoretical foundations of, xii–xiii
Peacekeeping
    modes for, 8
    papers related to United Nations activities for, 81
    publication on multilateral, 82
    role of armaments as contribution to, 26
    role of peacekeeping force, 11, 83
    United Nations role in, 18, 19
    U.S. military personnel preparation for, 93
    See also Conflict prevention, management, and resolution.
Peacemaking, 22, 96
Peace movements
    Eastern Europe, 85
    European and Soviet Union, 81, 84, 85, 91
    United States, 95, 110
    Western Europe, 86, 87
Peace system (Upper Xingu River Indians), 94
People's Republic of China. See China, People's Republic
Persian Gulf, 16
Peru, 86
the Philippines
    capacity for peaceful responses to opposition, 91
    integration of rebel-returnees in, 96
    political change and conflict resolution in, 85
Poland
    Freedom and Peace Movement in, 91
    political conflict in, 16–17, 93
Portugal, 30
Public communication, international See Education; Exchange, academic and cultural
Public opinion
    effect of Soviet democratic movement on Western, 85
    government management in Soviet Union of, 90
    relationship to national security

policy of, 95
    See also Peace movements

Qatar-Bahrain territorial dispute, 96

Refugees, 83, 90
Religion, 7–8
    activity in U.S. over war and peace issues, 96–97
    debate in United States on war and peace, 95
    Eastern Orthodox Church position on peace, 96
    impact on war and peace of Islamic and Western, 90
    political functions of, 22
    questions concerned with war and peace of, 21, 86
    role in conflict management and resolution of, 96
    role in creation and resolution of conflict of, 20–21
    role in dispute resolution of leaders of, 22–23
    role in Eastern Europe for, 17
    role in Soviet Union peace campaigns, 85
    See also Catholic Church; Islam; Tamil refugees; the Vatican; Peace movements
Rule of law, ix, 2, 5, 7
    See also Human rights; International law

Sanctions. See Nonviolent sanctions
Scientific and technological cooperation, 87
Secret warfare
    See Low-intensity conflict
Shuttle diplomacy, 23
Siachen Glacier Dispute, 97
Sinai Peninsula, 93
Sino-Indian border war, 96
Sino-Soviet détente, 82
Somalia
    investigation of conflict reduction in, 16
    regional conflict involving, 29
South Africa
    conferences and book on conflict in, 87
    effect of antiterrorist policy on terrorism, 85
    guerrilla activity in, 30
    inter-racial dialogue in, 30
    settler society compared with Israel, 74
    ways to achieve conflict resolution

146

and peace in, 95
Williamsburg Conference on, 87
Zimbabwe conflict resolution
affecting, 30–31
South America. *See* Latin America
South Asia, 27–28
causes of conflict and perceptions of
peace prospects in, 97
patterns of violence in, 97
proliferation of high-technology
weapons in, 28
*See also* India; Pakistan; Sri Lanka
Southwest Asia. *See* Africa
Soviet Union
action in hypothetical nuclear crisis
with United States, 82–85
changing role in Third World
conflicts, 97
conflict resolution of nationalism
in, 90
cooperative projects to study liberal
izing trends in, 5–6
effect of *perestroika* on international
relations, 87
effect of republic separatism and
decentralization in, 93
evolving role outside of NATO, 82
foreign policy changes of, 88
foreign policymaking perceptions
and process, 88
government management of public
opinion in, 90
impact of *glasnost* and *perestroika*
in, 87, 90, 95
influence on public opinion in NATO
countries by, 78
influences on military policy of, 86
initiative to resolve North-South
Korea conflict, 85
nationalism in, 90
negotiating behavior and strategy in
nuclear arms limitation talks, 84
new thinking regarding changes
in, 15
potential result of nuclear force
cuts, 96
research in internal opposition to
domination by, 16–17
role in Red Sea region conflict
management, 97
role of religion in peace campaigns
in, 81
U.S. policy toward, 88
*See also* East-West relations
Space, 15, 18, 87
Spain, 86
Sri Lanka, 21
capacity for peaceful response to
opposition, 91

Indian intervention in, 96
patterns of violence and role of elec-
tions in, 97
religious violence and nationalism
in, 96
youth revolt and political violence
in, 95, 97
START talks, 84
Strategic Defense Initiative, 88
Sub-Saharan Africa. *See* Africa
the Sudan
civil war and guerrilla activity in,
30, 95
framework for conflict resolution
in, 98
identity as factor in conflict in, 71–72
study of conflict in, 13, 16, 29, 31, 94
Syria, 19
internal conflict and aggressive for-
eign policy of, 88
intervention in Lebanese civil war, 97

Taiwan (ROC), 29, 84
Tamil refugees, 83
Teachers, elementary, college and
high-school, 4–5, 81, 84
Teachers, master, 39
Technological interdependence, 93
Television video programs, 5, 38, 40–42
contemporary communism, 77
"Face-to-Face: Conversations on
U.S.-Soviet Summitry," 41
on genocide in Cambodia, 94
"Perspectives on Peace"
program, 83–84
U.S. representatives to the United
Nations, 91
Terrorism
effect of antiterrorist policy on, 85
effect on Western societies of, 19, 86
nationalist and revolutionary, 19
relation to drug trafficking and politi-
cal instability, 84
response to state-sponsored, 82, 102
*See also* Narcoterrorism; Low-inten-
sity conflict
Third World
application of escalatory stability
concept for conflict in, 95
data bank on military arms produc-
tion in, 84
exploration of cooperation issues
of, 16
factors contributing to cease-fires or
disengagements in, 97
insurgencies in, 93
nationalism, 96, 98
publication on multilateral peace-
keeping efforts, 96

regional conflicts in, 97
Soviet strategies in, 15–16, 93
Track II diplomacy, 84
*See also* Negotiation; Conflict preven-
tion, managment, and resolution
Trade, 15
and negotiation, 10
U.S.-Soviet cooperation in, 87
Training. *See* Education

United Kingdom
communication failure in Malvinas/
Falkland Islands War, 88
intermediate-range nuclear force
debate in, 87
military role in Sub-Saharan Africa
of, 95
nuclear deterrence policy and practice
of, 26, 97
role in African guerrilla activity of, 30
role in World War I alliance of, 26
United Nations
Article 2(4) of Charter, xi–xii, 17, 99,
101
changing political leadership of, 81
constitutionalism in, 85–86
international mediation efforts of, 18
Japanese role and perception of, 91
peace efforts in 1967 Middle East
War, 88
peacekeeping role of, 18
revival of theory and practice of, 93
role in Afghanistan negotiations
of, 85
role in human rights issues, 72
Security Council role, 19, 88
strategies for constitutionalism
in, 85–86
Universal Declaration of Human
Rights, 18–19
*See also* Peacekeeping
United States Department of State
Center for the Study of Foreign
Affairs, 13, 85
Policy Planning staff of, ix, 2, 12
United States Institute of Peace
Act 129–140
administrative mechanisms, 4,
48–49, 56
Board of Directors, 61–65
budget, 4, 53–55
by laws, 117–124
cooperation with Soviet and Eastern
European institutions, 6
education and training, 5, 35–43
Endowment of, 56, 125–128
fellowships, 4–5, 49–51, 71–80
Finance and Audit Committee, 54
grants, 4–5, 41–44, 81–48

147

*In Brief*, 43, 52
independent status of, 3, 53
"Intellectual Map of Approaches to
Peace," 52
*Journal*, 43
library and data information, 5, 35, 38,
43–46
National Peace Essay Contest, 5, 36, 37
officers and senior staff, 67–69
outreach, 5, 39–43
principles of, vii–xiii
public affairs, 5, 35
publications and marketing, 5, 35, 43
report on state of world peace, 52
research and studies, 51–52, 99–115
Universal Declaration of Human
Rights, 18–19
Uruguay, 86, 91

the Vatican, 23, 90
Venezuela, 29, 86
Vietnam, North, 29, 85
Vietnam War, 85

Wars of the French Revolution
(1792–1815), 94
Wars of the Grand Alliance
(1689–1713), 94
Weapons and delivery systems
deterrence for, 8
effect of possession of nuclear, 96
effect of transfers of, 93
high technology, 27
role in deterrence and peacekeeping
of, 26
*See also* Arms control; Deterrence;
Nuclear arms
Western Europe. *See* Europe, Western
Western Sahara
conflict and resolution in war
(1975–89), 97
Morocco-Polisario dispute in, 98
West Irian mediation, 79
Women in peace efforts, 25, 78, 92
World peace accountability, xii–xiii, 17

the Yemens, 97

Zaire. *See* Congo (Zaire)
Zimbabwe, 30–31
negotiated settlement in, 95
refugee repatriation program
study, 90

 

The United States Institute of Peace logo incorporates the major elements in the Institute's official seal. In the seal's major field are three symbolic renderings. The dove, derived from George Washington's weathervane at Mount Vernon, symbolizes the traditional American commitment to the cause of peace. The oak tree is the Connecticut "Charter Oak," the ancient site of Indian treaties and hiding place of Connecticut's charter of liberty in time of trouble, symbolizing the values of peace and freedom. The background grid represents a world map which indicates the international scope of the Institute's mandate.

"PEACE IS OUR PASSION."
Thomas Jefferson, *Letter to Sir John Sinclair* 1803



**UNITED STATES**
**INSTITUTE OF PEACE**

1550 M Street N W
Suite 700
Washington, D C 20005
(202) 457-1700

252 - 90