# Plaintiff Opp. Ex. 5



**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF ADMINISTRATION
Washington, D.C. 20503

March 11, 1988

MEMORANDUM FOR   CHARLES DURYEA SMITH
                GENERAL COUNSEL
                UNITED STATES INSTITUTE OF PEACE

FROM:           RAYMOND P. KOGUT
                DIRECTOR OF PERSONNEL

SUBJECT:        EMPLOYEE BENEFITS COVERAGE

Enclosed is a copy of Public Law 100-238 and its legislative history. Please note particularly Section 108 regarding benefits coverage for employees of a non-Government entity.

According to staff at the Office of Personnel Management, the effect of this statute on future employees of the Institute is to deny retirement, health benefits, and life insurance coverage for all new staff appointed on or after October 1, 1988.

There does not seem to be any latitude on interpretation. My only suggestion at this time would be for a legislative fix that could apply to the Institute. Perhaps Title 22, United States Code, could be amended by the inclusion of the following:

> Not withstanding sections 8347(o), 8713, and 8914 of title 5, employees of the United States Institute of Peace shall be considered officers and employees of the Federal Government for purposes of the provisions of title 5, United States Code, in chapters 83 and 84 (relating to civil service retirement), chapter 87 (relating to life insurance), and chapter 89 (relating to health insurance).

If you have any questions, please give me a call.

Enclosures