# Plaintiff Opp. Ex. 6

From: Nate Cavanaugh - Q2 <nate.cavanaugh@gsa.gov>
Sent: Saturday, April 12, 2025 12:19:16 AM
To: Nick Turner <nturner@Vera.org>
Subject: Executive Order Concerning Vera

Hi Nick,

My name is Nate Cavanaugh – I'm a member of the DOGE team working at the General Services Administration.

Are you available for a brief call on Monday next week concerning the Vera Institute of Justice? I would like to discuss getting a DOGE team assigned to the organization. If I do not hear from you, I will assume you do not plan to comply with the President's Executive Order

Best,
Nate

--
Nate Cavanaugh
202-941-1935