# Plaintiff Opp. Ex. 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00804-BAH |

**SUPPLEMENTAL DECLARATION OF GEORGE E. MOOSE**

I, George E. Moose, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I was appointed as the Acting President and Chief Executive Officer of the United States Institute of Peace (USIP) by the USIP Board of Directors in April 2024.

2. In my capacity in this position, I oversaw all of USIP's activities. Since my purported termination by the three *ex officio* board members on March 14, 2025, I have maintained regular contact with USIP staff.

3. On February 24, 2025, prior to my purported termination as Acting USIP President, I participated in a call with three members of the Department of Government Efficiency (DOGE) team. In this meeting, the DOGE representatives stated their intent to reduce USIP to its "minimum statutory functions." They described USIP's "minimum statutory functions" under the USIP Act to be: maintaining a president and a fifteen-member board, conducting semiannual board meetings, providing board members payment for their work and travel expenses, and

submitting biannual reports to Congress.

4. Since the takeover of USIP on March 17, 2025, DOGE representatives have operated to achieve one goal – shutting down all USIP programmatic activity. One of the DOGE representatives told USIP staff to assume that beginning in early April 2025, all USIP overseas programs would wind down.

5. It is my understanding that the vast majority of the staff based in USIP's headquarters in Washington, DC were terminated on March 28, 2025, including all employees working on the Gandhi-King Global Academy program mandated by Congress. Three Vice Presidents whose programs included overseas operations received termination notices on April 12, 2025, with April 18, 2025 being their last employment date. As of Friday, April 18, 2025, only four headquarters employees (not counting DOGE representatives) have not received a termination notice – two of these individuals work in the IT department, one in human resources, and one in finance. All four individuals expect their last day at USIP to be no later than May 31, 2025.

6. As to USIP staff and personal services contractors (PSCs) working overseas, it is my understanding that as of April 18, 2025, all but four USIP employees and PSCs have received termination notices. The specific termination dates may differ but none is later than May 31, 2025. The four individuals who have not received termination notices are not performing any work other than closing down USIP's operations and are operating under the assumption that they will be terminated in the near future.

7. Two individuals from DOGE have been in charge of USIP since March 14–Nate Cavanaugh and Justin Fox. According to the United States Government's filing in this case on

March 31, 2025, I understand Mr. Cavanaugh is the purported Acting President of USIP. Mr. Cavanaugh does not appear to carry out any tasks for USIP. Mr. Fox has been the person in communication with USIP staff. Although Mr. Fox has a USIP email address, it is unclear what USIP position he occupies. It appears that most, if not all, of Mr. Fox's work has been overseeing the close-down of USIP's operations.

8. Congress created USIP "to serve the people and the Government through the widest possible range of education and training, basic and applied research opportunities, and peace information services on the means to promote international peace and the resolution of conflicts among the nations and peoples of the world without recourse to violence." With the remaining staff – four in the headquarters who specialize in IT, human resources, and finance; four overseas staff who are instructed to solely work on closing down operations; and two DOGE representatives – I do not believe that USIP is fulfilling its statutory mandate. Indeed, I do not believe that USIP is even fulfilling its so called "statutory minimum functions" as defined by the DOGE representatives during the call on February 24, 2025.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct.

Dated this 18th of April, 2025, and executed in Washington, D.C.
Signed: /s/ George E. Moose
Print Name: George E. Moose