UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE FOR PEACE, *et al.*,<br><br>*Plaintiffs,*<br><br>–v.–<br><br>KENNETH JACKSON, *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-00804-BAH |

**[PROPOSED] ORDER DENYING DEFENDANTS'
CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendants' cross-motion for summary judgment (ECF 32), the parties' respective submissions in support of and in opposition to the motion, and the entire record herein, it is hereby

**ORDERED** that Defendants' cross- motion for summary judgment is **DENIED**.

_____
The Hon. Beryl A. Howell
United States District Judge

Dated: _____, 2025

1