UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE FOR PEACE, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KENNETH JACKSON,<br>Assistant to the Administrator for<br>Management and Resources for USAID, et al.,<br><br>        Defendants. | Civil Action No. 25-0804 (BAH) |

## NOTICE OF APPEAL

Defendants respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order of May 19, 2025 (ECF No. 39), and supporting Memorandum Opinion (ECF No. 40), which granted Plaintiffs' motion for summary judgment and denied Defendants' motion for summary judgment.

Dated: May 21, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Brian P. Hudak*_____
     BRIAN P. HUDAK
     Chief, Civil Division
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2549

*Attorneys for the United States of America*