UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE FOR PEACE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, <br> Assistant to the Administrator for Management and Resources for USAID, et al., <br><br> Defendants. | Civil Action No. 25-0804 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to stay pending appeal and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the Court's Order of May 19, 2025 (ECF No. 39) is STAYED until the outcome of Defendants' appeal of the same concludes, except that it is

ORDERED that Defendants shall during the pendency of their appeal maintain and not dispose of the Institute's headquarters building and its personal property and maintain funds from the Institute's endowment in the Institute's control.

SO ORDERED:

_____  _____
Date                                                                    BERYL A. HOWELL
                                                                        United States District Judge