UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES INSTITUTE FOR PEACE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH JACKSON, <br> Assistant to the Administrator for Management and Resources for USAID, et al., <br><br> Defendants. | Civil Action No. 25-0804 (BAH) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully provide this notice of supplemental authority in support of their pending motion for a stay pending appeal (ECF No. 42). Earlier today in *Trump v. Wilcox*, No. 24A966, 2025 WL 1464804 (U.S. May 22, 2025) (slip op. enclosed herewith), the Supreme Court stayed orders from judges in this district enjoining the removal of members of the National Labor Relations Board ("NLRB") and the Merit Systems Protection Board ("MSPB"). Like here, "[t]he President is prohibited by statute from removing these officers except for cause, and no qualifying cause was given." *Id.* at *1.

In issuing the stay, the Supreme Court reasoned that "the Government is likely to show that both the NLRB and MSPB exercise considerable executive power." *Id.* The Court also concluded that "the Government faces greater risk of harm from an order allowing a removed officer to continue exercising the executive power than a wrongfully removed officer faces from being unable to perform her statutory duty." *Id.* In balancing the parties' respective potential harms, the Court remarked "[a] stay is appropriate to avoid the disruptive effect of the repeated removal and reinstatement of officers during the pendency of this litigation." *Id.*

- 2 -

The Supreme Court's ruling in *Wilcox* further supports Defendants' request for a stay pending appeal in this action. Such a stay will prevent the disruptive effect of repeated removals and reinstatements of the Institute's leadership while this Court's judgment is reviewed on appeal. Moreover, as the government proposes a stay that would ensure the Institute's assets remain intact, the balance of harms tilts decisively in favor of a stay.

Dated: May 22, 2025  
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:     */s/ Brian P. Hudak*  
BRIAN P. HUDAK  
Chief, Civil Division  
601 D Street, NW  
Washington, DC 20530  
(202) 252-2549

*Attorneys for the United States of America*